UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARU DESAI,                                        )
       Plaintiff,                                 )
                                                                  )
v.                                                                )        Civil Action No. 4:19-cv-10520-TSH
                                                                  )
UNIVERSITY OF MASSACHUSETTS,   )
MEMORIAL MEDICAL CENTER, INC. )
UNIVERSITY OF MASSACHUSETTS    )
MEMORIAL MEDICAL GROUP,          )
UNIVERSITY OF MASSACHUSETTS    )
MEDICAL SCHOOL, UMASS              )
MEMORIAL HOSPITAL, MAX ROSEN,)
M.D., DARREN BRENNAN, M.D.,        )
STEPHEN TOSI, M.D., KARIN DILL,    )
M.D.,                                                             )
       Defendants.                            )
_____)

### UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL'S MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum, defendant

University of Massachusetts Medical School ("Medical School") moves, in accord with

Fed. R. Civ. P. 8 and 12(b)(6), to dismiss this case as against it.

Respectfully submitted this 24th day of June, 2019.

UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL
By its attorney,

*/s/ Denise Barton*
Denise Barton, BBO No. 675245
Senior Litigation Counsel
University of Massachusetts
Office of the General Counsel
333 South Street, 4th Floor
Shrewsbury, MA 01545
(774) 455-7300
dbarton@umassp.edu

## CERTIFICATE OF SERVICE

      I hereby certify that I served a true copy of the above document on all counsel of record by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

                                              /s/ *Denise Barton*
                                              Denise Barton