# Tab B

*[Screenshot of a macOS desktop showing a Finder "Get Info" window for "Screen Shot 2019-06-27 a..." (642 KB PNG image, created Thursday June 27, 2019 at 3:07 PM) alongside a browser window displaying the UMass Memorial Health Care Department of Radiology "Message from the Chair" webpage.]*

The browser window contains:

**UMassMemorial Health Care — Department of Radiology**

Navigation: About | Research | Clinical Divisions | Education | Quality Improvement | Special Projects | For Clinicians | Publications

Sidebar:
- Message from the Chair
- Faculty
- New Members of the Team
- Administrators
- Radiology Organizational Chart
- Diversity and Inclusion
- Faculty Photo Archive
- RadNews Archive

Radiology > About > Message from the Chair

## Message from the Chair

Welcome to the Department of Radiology at UMass Medical School and UMass Memorial Medical Center.

Our department consists of approximately 50 clinical faculty, 15 research faculty, 20 residents and 9 fellows. Clinical faculty are organized along "organ system" service lines, as well as divisions of Nuclear Medicine, Pediatric Radiology, Vascular and Interventional Radiology, Neuro-Interventional Radiology, 24/7 Emergency Radiology and Global Radiology. We perform over 500,000 imaging studies per year across our two main campuses (University and Memorial) in Worcester, Massachusetts, as well as our two community sites, Marlborough Hospital and Clinton Hospital. In addition, we operate a free-standing MRI center, as part of our UMass Memorial Imaging Center (UMMIC) joint venture with Shields MRI.

Our basic science faculty support a broad range of interdisciplinary research interests, including five investigator-led labs: Biomarker Development, Interventional Neuroradiology, Molecular Imaging, Nuclear Medicine Physics, Radiology Physics; and four Centers of Research Excellence (COREs): Small Animal Imaging, Image-guided Surgery, Advanced MRI, and Breast CT.

Our clinical faculty have a diverse range of academic and research interests. Clinical collaborations support: a robust liver transplant program and hepatitis C (HCC) clinic, multidisciplinary breast center, and interventional oncology program. Several faculty members are actively involved in researching improved methods for teaching communications skills through collaboration with our Medical School's "Sim Center", as well as engaging in several robust Q/A and process improvement initiatives including collaborative research into the physiologic basis for Radiology errors.

We strive to create an inclusive, engaged environment in which faculty, residents, fellows, medical students and staff all learn from each other and freely collaborate with our clinical and basic-science colleagues on our Worcester Campus and across the UMass system.

Please free to call or e-mail me with any questions or to receive additional information about UMass Radiology.

Best,
Max Rosen MD, MPH, FACR

(Phone) 508-856-3252
(E-mail) max.rosen@umassmemorial.org

---

Finder Get Info panel:

**Screen Shot 2019-06-...  642 KB**
Modified: Today, 3:07 PM

▼ General:
Kind: PNG image
Size: 642,044 bytes (643 KB on disk)
Where: Macintosh HD › Users › pwashienko › Desktop
Created: Thursday, June 27, 2019 at 3:07 PM
Modified: Thursday, June 27, 2019 at 3:07 PM
☐ Stationery pad
☐ Locked

▼ More Info:
Last opened: June 27, 2019 at 6:16 PM
Dimensions: 1922 × 1758
Color space: RGB
Color profile: iMac
Alpha channel: Yes

▼ Name & Extension:
Screen Shot 2019-06-27 at 3.07.02 PM
☑ Hide extension

▶ Comments:
▶ Open with:
▼ Preview:

▼ Sharing & Permissions:
You can read and write

| Name | Privilege |
|---|---|
| pwashienko (M... | Read & Write |
| staff | Read only |
| everyone | Read only |