# Exhibit A

**UMassMemorial**
*Health Care*

# Department of Radiology

ABOUT · RESEARCH · CLINICAL DIVISIONS · EDUCATION · QUALITY IMPROVEMENT · SPECIAL PROJECTS · FOR CLINICIANS · PUBLICATIONS

Radiology > About > Message from the Chair

Message from the Chair
Faculty
New Members of the Team
Administrators
Radiology Organizational Chart
Diversity and Inclusion
Faculty Photo Archive
RadNews Archive

## Message from the Chair



Welcome to the Department of Radiology at UMass Medical School and UMass Memorial Medical Center.

Our department consists of approximately 50 clinical faculty, 15 research faculty, 20 residents and 9 fellows. Clinical faculty are organized along "organ system" service lines, as well as divisions of Nuclear Medicine, Pediatric Radiology, Vascular and Interventional Radiology, Neuro-Interventional Radiology, 24/7 Emergency Radiology and Global Radiology. We perform over 500,000 imaging studies per year across our two main campuses (University and Memorial) in Worcester, Massachusetts, as well as our two community sites, Marlborough Hospital and Clinton Hospital. In addition, we operate a free-standing MRI center, as part of our UMass Memorial Imaging Center (UMMIC) joint venture with Shields MRI.

Our basic science faculty support a broad range of interdisciplinary research interests, including five investigator-led labs: Biomarker Development, Interventional Neuroradiology, Molecular Imaging, Nuclear Medicine Physics, Radiology Physics and four Centers of Research Excellence (COREs): Small Animal Imaging, Image-guided Surgery, Advanced MRI, and Breast CT.

Our clinical faculty have a diverse range of academic and research interests. Clinical collaborations support: a robust liver transplant program and hepatitis C (HCC) clinic, multidisciplinary breast center, and interventional oncology program. Several faculty members are actively involved in researching improved methods for teaching communications skills through collaboration with our Medical School's "Sim Center", as well as engaging in several robust Q/A and process improvement initiatives including collaborative research into the physiologic basis for Radiology errors.

We strive to create an inclusive, engaged environment in which faculty, residents, fellows, medical students and staff all learn from each other and freely collaborate with our clinical and basic-science colleagues on our Worcester Campus and across the UMass system.

Please free to call or e-mail me with any questions or to receive additional information about UMass Radiology.

Best,
Max Rosen MD, MPH, FACR

(Phone) 508-856-3252
(E-mail) max.rosen@umassmemorial.org