# Exhibit H

THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
484 Main Street, Room 320, Worcester, MA 01608
Phone: (508) 453-9630  Fax: (508) 755-3861

## - DISMISSAL -

| To: | Charu Desai<br>32 Whisper Drive<br>Worcester, MA 01609 | **Case:** Charu Desai v. UMass Memorial Center, UMass Memorial Medical Group, UMass Medical School, Marlborough Hospital, Darren Brennan, Stephen E Tosi, Max Rosen, Karin Dill<br>**MCAD Docket Number:** 18WEM01247<br>**EEOC Number:** 16C-2018-01520<br>**Investigator:** Karlyn Greene |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs fewer than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]  Other – Complainant wishes to file a private right of action in civil court.

_Monserrate Quiñones_     _March 15, 2019_
Monserrate Quiñones              Date
Investigating Commissioner

Cc:
Darren Brennan
Marlborough Hospital
Attn: Human Resources/Legal Department

Karin Dill
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA 01655

THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
484 Main Street, Room 320, Worcester, MA 01608
Phone: (508) 453-9630 Fax: (508) 755-3861

Marlborough Hospital
Attn: Director of Human Resources
157 Union Street
Marlborough, MA 01752

Max Rosen
UMass Memorial Medical Center
Attn: Human Resources/Legal Department
55 Lake Avenue North
Worcester, MA 01655

Patricia Washienko, Esq.
Freiberger & Washienko, LLC
211 Congress St, Suite 720
Boston, MA 02110

Robert L. Kilroy, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Dr., Suite 400
Westborough, MA 01581

Stephen E Tosi
UMass Memorial Medical Center
Attn: Human Resources/Legal Department
55 Lake Avenue North
Worcester, MA 01655

THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
484 Main Street, Room 320, Worcester, MA 01608
Phone: (508) 453-9630 Fax: (508) 755-3861

## - DISMISSAL -

| To: | Patricia A. Washienko<br>Freiberger & Washienko, LLC<br>211 Congress St., Suite 720<br>Boston, MA 02110 | Case: Charu Desai v. UMASS Memorial Marlborough Hospital, Karin Dill<br>MCAD Docket Number: 19WEM00371<br>EEOC Number: 16C-2019-00939<br>Investigator: Patricia LaFore |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ] The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ] Respondent employs fewer than the required number of employees.

[ ] Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ] The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ] The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x] Other-Commission accepted Certification of Authorization to Withdraw by Counsel.

_Monserrate Quinones_          March 15, 2019
Monserrate Quinones                    Date
Investigating Commissioner

Cc:
Robert L. Kilroy, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Dr., Suite 400
Westborough, MA 01581