UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-cv-10520-DHH

| | |
|---|---|
| CHARU DESAI,<br>    Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL CENTER, INC., et al.,<br>    Defendants. | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, UMass Memorial Medical Center, Inc., UMass Memorial Medical Group, and Marlborough Hospital, each state that its parent company is UMass Memorial Healthcare, Inc., and that there is no publicly held company owning 10% or more of its stock.

**UMASS MEMORIAL MEDICAL CENTER, INC., UMASS MEMORIAL MEDICAL GROUP, AND MARLBOROUGH HOSPITAL,**

By their attorneys,

/s/Reid M. Wakefield
Robert L. Kilroy, BBO # 636853
Reid M. Wakefield, BBO # 569026
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone 508.860.1474
Fax 508.983.6261
rkilroy@mirickoconnell.com
rwakefield@mirickoconnell.com

Dated:  July 16, 2019

## CERTIFICATE OF SERVICE

      I, Reid M. Wakefield, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

                                                  /s/ Reid M. Wakefield
                                                  Reid M. Wakefield

Dated:  July 16, 2019