UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARU DESAI, M.D.,

Plaintiff

v.

UNIVERSITY OF MASSACHUSETTS
MEMORIAL MEDICAL CENTER, UMASS
MEMORIAL MEDICAL GROUP,
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL, MARLBOROUGH
HOSPITAL, MAX ROSEN, M.D., DARREN
BRENNAN, M.D., STEPHEN TOSI, M.D.,
and KARIN DILL, M.D.,

Defendants.

Case  No.: 4:19-cv-10520-TSH

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Brendan T. Sweeney hereby withdraws his appearance as

counsel for Plaintiff Charu Desai, M.D. in the above-captioned matter.  Please take notice that

Plaintiff will continue to be represented by Patricia A. Washienko and the law firm of Freiberger

& Washienko LLC.

Respectfully submitted,

CHARU DESAI, M.D..,
By her attorneys,

/s/ Brendan T. Sweeney
PATRICIA A. WASHIENKO (BBO 641615)
pwashienko@fwlawboston.com
BRENDAN T. SWEENEY (BBO 703992)
bsweeney@fwlawboston.com
FREIBERGER & WASHIENKO, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110

1

Telephone: 617-723-0008
Fax: 617-723-0009

Dated: October 8, 2021

## **CERTIFICATE OF SERVICE**

     I, Brendan T. Sweeney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals indicated as non-registered participants on this day.  Notice is additionally sent to Plaintiff, Dr. Charu Desai.

/s/ Brendan T. Sweeney
Brendan T. Sweeney

Dated: October 8, 2021