PATRICIA A. WASHIENKO (BBO 641615)
pwashienko@fwlawboston.com
FREIBERGER & WASHIENKO, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorney for Plaintiff Charu Desai

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARU DESAI,<br><br>    Plaintiff<br><br>v.<br><br>UMASS MEMORIAL MEDICAL CENTER, INC.; UMASS MEMORIAL MEDICAL GROUP; UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, UMASS MEMORIAL MARLBOROUGH HOSPITAL, MAX ROSEN, M.D., DARREN BRENNAN, M.D., STEPHEN TOSI, M.D., AND KARIN DILL, M.D.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>**4:19-cv-10520-TSH** |

**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AND DEFENDANT DARREN BRENNAN, M.D.**

Pursuant to Rule Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby withdraws certain claims in the instant matter:  (a) all claims against Dr. Darren Brennan; (b) claims under Title VII (i.e., Count I) against Dr. Max Rosen and Dr. Stephen Tosi; (c) claims under the Americans with Disabilities Act (i.e., Count III) against Dr. Rosen, Dr. Tosi, and Dr. Karin Dill; (d) claims under the Age Discrimination in Employment Act (i.e., Count IV)

against all of the individual defendants (Dr. Rosen, Dr. Tosi and Dr. Dill); (e) claims alleging race discrimination and national origin discrimination under Title VII (i.e., Count I as to race and national origin only) against all of the defendants; and (f) claims alleging race discrimination and national origin discrimination under G.L. c. 151B (i.e., Count V as to race and national origin only) against all of the defendants.

As grounds, Plaintiff cites the evidence adduced in discovery, the desire to streamline the litigation of this matter, and the interests of judicial economy.

Respectfully submitted,

| **CHARU DESAI** | **UMASS MEMORIAL MEDICAL CENTER, INC.; UMASS MEMORIAL MEDICAL GROUP; MARLBOROUGH HOSPITAL; MAX ROSEN, MD; DARREN BRENNAN, MD; STEPHEN TOSI, MD; and KARIN DILL, MD** |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Patricia A. Washienko | /s/ Reid M. Wakefield |
| Patricia A. Washienko, BBO # 641615<br>pwashienko@fwlawboston.com<br>Freiberger & Washienko, LLC<br>211 Congress Street, Suite 720<br>Boston, Massachusetts 02110<br>Telephone: 617-723-0008<br>Fax: 617-723-0009 | Robert L. Kilroy, BBO # 636853<br>Reid M. Wakefield, BBO # 569026<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA  01581<br>Phone 508.860.1474<br>Fax 508.983.6261<br>rkilroy@mirickoconnell.com<br>rwakefield@mirickoconnell.com |

UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL

By its attorney,


*/s/  Mark A. Johnson*
Mark A. Johnson, BBO # 651271
Denise Barton, BBO # 675245
University of Massachusetts
Office of the General Counsel
333 South Street, 4th Floor
Shrewsbury, MA 01545
(774) 455-7300
dbarton@umassp.edu
majohnson@umassp.edu


### CERTIFICATE OF SERVICE

I, Patricia Washienko, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Patricia Washienko*
Patricia Washienko