# Exhibit 8

Charu Desai v. University of Massachusetts Memorial Medical Center, Inc. et al.

Civil Action No. 4:19-cv-10520-DHH

University of Massachusetts Chan Medical School's Motion for Summary Judgment

**<u>Academic and Administrative Time Policy</u>**

<u>Updated June 8, 2017</u>

## ACADEMIC AND ADMINISTRATIVE TIME POLICY

I. **Academic Time**

1. Academic time is defined as time allocated to academic responsibilities including teaching/conference preparation, writing papers/texts, completing research project, attending institutional and department committees, attending a conference, serving on committees of local, regional, national or international organizations other than UMMMS or UMMMC.

2. Academic activities will be reviewed annually during individual annual academic planning sessions

3. In order to be eligible for academic time a radiologist must be 0.6 FTE or greater. As a new hire, academic time will be granted for up to 2 years based on mutually agreed upon planned activity. For faculty with 2 or more years of service, allocation will be based on prior activity and mutually agreed upon future activity.

4. The baseline for academic time is 12 days/year (1 day/month). This number is prorated for FTE.

II. **Administrative Time**

Administrative time is defined as time allocated to specific administrative roles as defined in job descriptions. The number of days is determined as follows:

| Administrative Role | Days Per Year |
|---|---|
| Residency Program Director | 49 (includes 4 days AUR) |
| Quality and Patient Safety Director | 67.5 |
| Assist Residency Program Director | 12 (includes 4 days AUR) |
| Radiology Undergraduate Medical Education | 99 days (includes 4 days AUR, 5 days AAMC or GEA/NEGEA, 36 days DSF course) |
| Fellowship Director ACGME | 12 |
| Fellowship Director Non-ACGME | 4 |
| Division Chief | 12 |
| Other – Admin/Academic Functions defined by Chair | 6 to 46 Days per year at Chair Discretion |

**During academic/administrative time, faculty must be reachable by pager and available to cover clinical service if need arises (unless away at a conference).**

Charu Desai, MD
Exhibit_12
9/18/2020

**Academic time can be used to attend a conference, however, prior approval must be obtained from the Chair.**

### III. Scheduling of Academic/Administrative time

1. Academic/ administrative time off will be assigned by the Physician Staffing Coordinator under the direction of the Division Chief and/or Chair. Faculty requests will be considered and honored when feasible.

2. Requests to attend meetings/conferences using accumulated academic/administrative time must be requested within the context of vacation planning, subject to vacation request deadlines and approved by the Division Chief.

3. Clinical Schedule will take precedence over academic and/or administrative time.

4. Academic/Administrative time may be scheduled in half day increments.

5. Academic/Administrative time will not be routinely scheduled on Friday unless preapproved by Division Chief.

6. Academic/Administrative time cannot be used to extend a leave (vacation?) and will not be scheduled immediately before or after a leave.

7. Academic/Administrative time will be reduced on a prorated basis if an authorized leave of absence is taken during the Fiscal Year. For example if a leave is 3 of 12 months, academic/administrative time is reduced by 25%.

8. Academic/Administrative time should be taken within the quarter and cannot be carried over to the next Fiscal Year.

9. Academic/Administrative time will be removed once a resignation notice is communicated.