# Exhibit 13

Charu Desai v. University of Massachusetts Memorial Medical Center, Inc. et al.

Civil Action No. 4:19-cv-10520-DHH

University of Massachusetts Chan Medical School's Motion for Summary Judgment

**Letter From Drs. Rosen and Tosi to Dr. Desai Dated March 9, 2018**

 **UMassMemorial**      *University of Massachusetts*
*Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3752*
*Fax: 508-856-1910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

**VIA HAND DELIVERY**

March 9, 2018

Charu Desai, MD
Department of Radiology
UMass Memorial Medical Group
55 Lake Avenue North
Worcester, MA  01655

RE: *Notice of Termination of Employment*

Dear Dr. Desai:

As Dr. Rosen has discussed with you, this letter serves as notice that your employment with UMass Memorial Medical Group and the University of Massachusetts Medical School will terminate on March 17, 2019.

Kathleen LeBlanc in our Human Resources Department will be available to discuss any questions you may have regarding benefits and related matters.

Thank you for your efforts and contributions on behalf of the Medical Group and the Medical School.

Sincerely,

Max Rosen, MD
Chair, Department of Radiology

Stephen Tosi, MD, President
UMass Memorial Medical Group

Cc: LuAnn Thorndyke, MD

Max P. Rosen, M.D.
Exhibit_64
6/1/2021

**UMM 00253**