UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-cv-10520-TSH

| | |
|---|---|
| CHARU DESAI,<br>　　　Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL CENTER, INC., et al.,<br>　　　Defendants. | **PLAINTIFF'S EMERGENCY ASSENTED TO MOTION FOR BRIEF EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

　　　Pursuant to FRCP Rule 6(b)(1)(A), Plaintiff Charu Desai, M.D., hereby respectfully requests that this Honorable Court grant a one-week further extension of time, from February 1 to February 8, 2022, to file her Oppositions to the four separate Motions for Summary Judgment and related pleadings filed by Defendants.

　　　As grounds, Plaintiff states that additional time is necessary for her to file comprehensive Responses to Defendants' respective Statements of Material Facts and to prepare and file her Statement of Contested Material Facts and Memoranda of Law in Opposition to Defendants' Motions for Summary Judgment.

　　　The granting of the requested extension will not prejudice any party.

　　　Counsel for each of the Defendants has assented to the allowance of this Motion.

　　　WHEREFORE, Plaintiff Dr. Desai respectfully requests that this Court extend the time for Plaintiff to file her Oppositions to Defendants' Motions for Summary Judgment from February 1 to February 8, 2022.

Respectfully submitted,

CHARU DESAI
By her attorney,


/s/ Patricia A. Washienko
PATRICIA A. WASHIENKO (BBO 641615)
pwashienko@fwlawboston.com
FREIBERGER & WASHIENKO, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Dated: January 31, 2022


## CERTIFICATE OF SERVICE

    I, Patricia Washienko, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.


/s/ Patricia Washienko
Patricia Washienko

Dated:  January 31, 2022