**Desai v. University of Massachusetts Memorial Medical Center, et al.**
**Civil Action No. 4:19-cv-10520-TSH**

**EXHIBITS INDEX TO**

**EXHIBITS TO PLAINTIFF'S STATEMENT OF FACTS IN DISPUTE**

| TAB | DESCRIPTION | BATES |
|---|---|---|
| A. | Affidavit of Charu Desai, MD | NONE |
| B. | Curriculum Vitae of Charu Desai, MD | CD00042-00045 |
| C. | Affidavit of Max Rosen, M.D.,M.P.H., dated December 15, 2021 (redacted) | NONE |
| D. | Letter of Reference from Dr. Jerry Balikian, MD dated May 14 2001 | CD00065 |
| E. | Letter of Reference from Dr. Jeffrey Leppo, MD | CD00075-76 |
| F. | Letter of Reference from Dr. Richard Irwin, MD | CD00078-79 |
| G. | Letter of Reference from Dr. Carl D'Orsi, MD | CD00080 |
| H. | Letter of Reference from Dr. Krishna Kandarpa, MD | UMM00331 |
| I. | Letter of Reference from Dr. Jerry Balikian, MD (2015) | CD00039 |
| J. | Letter from Joseph Ferrucci, MD | CD00038 |
| K. | Letter of Reference from Dr. Aaron Harman, MD | CD00035 |
| L. | Letter of Reference from Dr. Richard Irwin, MD (March 2018) | CD00133 |
| M. | Letter of Reference from Dr. Andrew Chen, MD | CD00089 |
| N. | Letter of Reference from Dr. Gopal Vijayaraghavan, MD | CD00090 |
| O. | Letter of Reference from Dr. George Eypper, MD | CD00037 |
| P. | Letter of Reference from Dr. Lacey McIntosh, MD | CD00036 |
| Q. | Letter of Reference from Dr. Karl Uy, MD | CD00085-86 |
| R. | Deposition of Charu Desai, MD | None |
| S. | Deposition of Max P. Rosen, MD | None |

DESAI
EXHIBITS INDEX (cont'd)

| **TAB** | **DESCRIPTION** | **BATES** |
|---|---|---|
| T. | University of Massachusetts Medical School: Annual Faculty Report and Evaluations of Professional Activities re: Charu Desai, MD from 2012-2013 through 2017-2018 | UMM 00266-00313 |
| U. | Call and/or Weekend/Holiday Coverage Policy, Revised October 2015 | UMM-04922-26 |
| V. | M. Rosen email to J. Ferrucci re: Charu Desai | UMM-04631 |
| W. | R. Mowland Email to M. Shah re: Dr. Desai May 19, 2017 | Umm-04927 |
| X. | M. Rosen email to K. Dill re: Question | UMM-04659 |
| Y. | UMassMemorial Letter to Charu Desai, MD re: Physician Employment Agreement December 8, 2008; Faculty Recruitment Authorization Form | UNN-00333-46; UM00092 |
| Z. | Notebook Pages | CD 00141-42 |
| AA. | Academic and Administrative Time Policy Update June 8, 2017 | CD 00001-2 |
| BB. | UMassMemorial Change Form May 9, 2016 | UMM-19971, UMM-06988 |
| CC. | C. Desai Email to M. Rosen re: Response to Meeting with Dr Rosen May 31, 2016 | UMM-04739-40, UMM-30115 |
| DD. | University of Massachusetts Medical School Faculty Annual Performance Review Karin Dill, MD May 10, 2018 | UMM 790-799 |
| EE. | UMassMemorial Letter to Karin Dill MD June 2, 2015 | UMM-07666-68 |
| FF. | FY2016 Days Off Clinical Schedule Summary | UMM 8912-8913 |
| GG. | UMassMemorial Letter to Maria F. Barile MD August 2, 2018 | UMM-09208-9, 25726-7 |
| HH. | M. Rosen Email to Karin Dill re: AY19 Non Clinical Time and Chest Schedule September 24, 2018 | UMM-28327 |
| II. | KD Email to Charu Desai et al June 14, 2017 re: Minutes from Chest Division Meeting 6/14/17 | UMM-04377-78 |
| JJ. | M. Rosen Email to D. Brenna t al re: Desai Confidential February 8, 2017 | UMM-00707-8, UMM-24652-4 |
| KK. | K. Dill Email to C. Desai re: Vacation Request April 19, 2016 | UMM-04340 |
| LL. | Deposition of Abhijit Roychowdhury MD June 18, 2021 | None |

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| MM. | Michael Murphy Letter to Patty Woods Re: Desai v UMass Memorial Medical Center, Inc. et al MCAD Docket No.: 18WEM01247 EEOC/HUD: 16C-2018-01520 July 17, 2018 | None |
| NN. | M. Streeter Email to M. Rosen October 3, 2017 | UMM-05003 |
| OO. | K. Dill Email to M. Rosen Re: Chest Division March 30, 2017 | UMM-30055 |
| PP. | Deposition of Joseph Ferrucci MD June 15, 2021 | None |
| QQ. | J. Makris Email to M. Rosen re: Chest Resident Workflow October 4, 2016 | UMM-04742 |
| RR. | University of Massachusetts Medical School Faculty Annual Performance Review Charu Desai MD May 10, 2018 | None |
| SS. | Defendant, Karin Dill MD's Answers to Plaintiff's Second Set of Interrogatories | None |
| TT. | UMASS Memorial Medical Center Review and Action Form re: C. Desa June 21, 2017 | None |
| UU. | Peer Review of Charu Desai July 1, 2016 – June 30, 2017 | CD 00049 |
| VV. | Count of Accession Number Chart | UMM-08943-4 |
| WW. | Reviewer Karin Dill February 2, 2016 – January 28, 2021 Type: CT | UMM 3687-3688 |
| XX. | Letter from M. Murphy to C. Muchison re: Desai v UMass Memorial Medical Center, Inc. et al MCAD Docket No.: 18WEM01247 EEOC/HUD: 16C-2018-01520 February 21, 2019 | None |
| YY. | Answer to Amended Complaint and Jury Demand | None |
| ZZ. | D. Brennan Email to M. Rosen re: Radiology Issues-Summary January 8, 2017 | UMM-04299-300 |
| AAA. | M. Rosen Email to D. Brennan et al re: Meeting – Review of Radiology Issues at Marlborough Desai Confidential February 8, 2017 | UMM-00707-6 |
| BBB. | K. Green Email to M. Rosen re Confidential QA February 1, 2017 | UMM-04745-6 |
| CCC. | Methods Slide | UMM-03723 |
| DDD. | Defendant, Max Rosen, MD's Answers to Plaintiff's Second Set of Interrogatories | None |
| EEE. | M. Rosen Email to D. Litmanovich re: QA Project | UMM-00545 |

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| FFF. | D. Brennan Email to M. Rosen re: Incident Today 09/21/2017 September 21, 2017 | UMM-00539 |
| GGG. | D. Brennan Email to C. Desai re: Incident with Dr. Dill Today September 21, 2017 | UMM-03867 |
| HHH. | C. Desai Email to D. Brennan September 21, 2017 | UMM-04549 |
| III. | M. Rosen Email to K. Emrich re: Confidential September 22, 2017 | UMM-04617 |
| JJJ. | M. Rosen Email to R. Mowlood et al re: Consultant for QA project October 13, 2017 | UMM-00546-7 |
| KKK. | M. Rosen Email to D. Litmanovich re: Consultant for QA Project December 7, 2017 | UMM-00548-51 |
| LLL. | M. Rosen Email to R. Mowlood re: Project December 26, 2017 | UMM-00552 |
| MMM. | Chart with QACH | UMM-00690-3 |
| NNN. | Expert Report of James F. Gruden M.D. Email July 30, 2021 | None |
| OOO. | Deposition of Ella Kazerooni MD October 21, 2021 | None |
| PPP. | Chest CT QA Study CONFIDENTIAL January 26, 2017 | UMM-00699-705 |
| QQQ. | M. Rosen Letter to D. Brennan MD August 13, 2019 | UMM-09636 |
| RRR. | UMass Chan Medical School Radiology Organization Chart | None |
| SSS. | S. Tosi MD and M. Rosen MD Letter to C. Desai re: Notice of Termination of Employment March 9, 2018 | UMM-00253 |
| TTT. | M. Rosen Letter to H. Alencar MD re: Offer of One Year Extension of Employment April 10, 2014 | UMM-05670-1 |
| UUU. | C. Desai Email re: Meeting to Review QA Data | UMM-03957-8 |
| VVV. | Handwritten Notes April 24, 2018 TOP OF PAGE ILLEGIBLE | UMM-03722 |
| WWW. | C. Desai Email re: Summary of April 24th Meeting Regarding QA Data | UMM-03951 |
| XXX. | UMass Memorial Health Care Diagnostic Imaging | UMM-00574-77, UMM-00618, UMM-00675-77, UMM-00602-4 |
| YYY. | Unspecified Sender Email to M. Rosen re: Confidential – Cardiothoracic Radiology Staffing | UMM-04998-501 |

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| ZZZ. | K. Leblanc Email to M. Rosen et al re: Confidential October 3, 2017 | UMM-04490 |
| AAAA. | K. Leblanc Email to M. Rose re: Follow Up October 11, 2017 | UMM-04754 |
| BBBB. | M. Rosen Email to J. Ferrucci re: C. Desai October 11, 2017 | UMM-04631 |
| CCCC. | University of Massachusetts Medical School: Faculty Annual Performance Review re Dill Karin MD May 10, 2018 | UMM-01790-99 |
| DDDD. | UMass Memorial Medical Center Reappointment re: Charu S. Desai MD March 17, 2015 (Credentialing & Reappointment) | UMM-03672, 641, 609, 611, 261 |
| EEEE. | E. Pope Letter to UMass Memorial Health Care, Inc. Sharon Bonner re: Confirmation of Appointment Charu S. Desai MD May 22, 2015 | UMM-03258, 2914, 2855, 3261, 2920, 2884, 3514-16, 2888, 3516, 3170, 2897, 3524, 3178, 2908, 3596, 3594, 3188, 3602, 3639, 3630, 3672, 3645, 3521-22, 3644 |
| FFFF. | S. Roach Letter to C. Desai MD re: Resignation April 4, 2019 | UMM-03638 |
| GGGG. | Affidavit of Steven P. Roach | None |
| HHHH. | UMass Memorial Employee Separation Form Charu Desai November 30, 2018 | UMM-0252 |
| IIII. | Radiologists Separated from UMass Memorial Medical Group Since January 1, 2015 | UMM-3690-1 |
| JJJJ. | D. Brennan Letter to M. Rosen re: Dr. Tyagi February 8, 2018 | UMM-26505 |
| KKKK. | M. Rosen Email to K. Dill re: Confidential November 7, 2017 | UMM-30046-48 |
| LLLL. | Joseph T. Ferrucci MD CV | UMM-13538 |
| MMMM. | Employee Date Spreadsheet and DOB documents | |
| NNNN. | Address Change Form re: Dr. Agrawal change 9/30/2017 | UMM-9145 |
| OOOO. | E. Dickson MD Letter to K. Cauley re: Notice of Termination March 1, 2013 | UMM-3699 |
| PPPP. | M. Rosen Letter to K. Cauley re: Notice of Written Termination March 13, 2013 | UMM-3700-1 |

5

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| QQQQ. | Radiologist Separated from UMass Memorial Medical Group Since January 1, 2015 with added ages and DOB | UMM-3690-1 |
| RRRR. | Rosen 9 hires re: Alan J. Goldstein ND CV, etc. | UMM-14550, 14133-5, 14579-80, 20387-88, 25726-7, 27939, 29582-3, 14311-2, 7227, 7628, |
| SSSS. | Dr. A. Sheikh Letter to M. Rosen MD re: Hao S. Lo, MD Academic Rank Position April 25, 2019 | UMM-17474, 17669 |
| TTTT. | J. Ferrucci MD Letter to Byron Chen MD Offer January 15, 2012 | UMM-10941-2 |
| UUUU. | Employee Separation Form Ajay Wakhloo January 11, 2018 | UMM-27518, 22367 |
| VVVV. | S. Tosi MD Letter to E. Garwood MD re: Employment Offer June 15, 2018 | UMM-14128-30, 20372-3, 25675-6, 27870-1, 7666-8 |
| WWWW. | M. Felice MD Letter to . C. Wallace MD re: Offer Letter February 11, 2002 | UMM-29174-5, 16575, 16231 |
| XXXX. | Radiologists Hired by UMass Memorial Medical Group Since March 14, 2018 | UMM-3689 |
| YYYY. | M. Rosen MD Letter to B. Brochu MD re: Offer July 6, 2017 | UMM-9984-6 |
| ZZZZ. | M. Rosen Email to K. Dill re: Confidential Review February 16, 2018 | UMM-4420 |
| AAAAA. | M. Streeter EVP/COO Letter to K. Cauley MD re: Review Dispute September 9, 2013 | UMM-3710,18, 20371-2 |
| BBBBB. | Christopher P. Sereni MD CV | UMM-20351, 9208-9, 14128-30, 14070, 9970, 9984-6, 25638-9, 25675-6, 27812 |
| CCCCC. | M. Podesta Email to C. Mathis et al re: Agrawal – Neuroradiology UMMMG May 9, 2016 | UMM-5423-27, 9157-8 |
| DDDDD. | M. Rosen MD Letter to Diagnostic Radiology Faculty re: Salary Structure February 14, 2017 | UMM-3898 |
| EEEEE. | M. Rosen Email to C. Wilson re: Confidential February 3, 2015 | UMM-22296 |

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| FFFFF. | Excel Spreadsheet Print | UMM-0721-2 |
| GGGGG. | Assistant Professor University of Massachusetts Memorial Medical Center CV | UMM-19882 |
| HHHHH. | Byron Chen MD CV | UMM-10879 |
| IIIII. | Hemang Kotecha DO CV | UMM-16639 |
| JJJJJ. | Steven James Baccel MD CV | UMM-6169 |
| KKKKK. | Christopher A Cerniglia DO ME FAOCR CV | UMM-10215-6 |
| LLLLL. | Sathish Kumar Dundamadappa MBBS CV | UMM-12018 |
| MMMMM. | J. Ferrucci MD Letter to D. Coughlin MD re: Appointment as Head June 11, 2008 | UMM-11213 |
| NNNNN. | UMass Employee (#60157) Introduction Form | UMM-6988, 9221-23 |
| OOOOO. | S. Roach Letter to Charu Desai MD re: Staff Appointment February 9, 2015 | UMM-3170 |
| PPPPP. | S. Roach Letter to C. Desai re: reappointment July 11, 2017 | None |
| QQQQQ. | Eric Nelson MD Letter to C. Desai MD re: Medical Staff Dues March 6, 2015 | UMM-3342, 3307 |
| RRRRR. | T. Caputo Letter to C. Desai MD re: Confirmation of Appointment May 18, 2017 | UMM-3251 |
| SSSSS. | M. Rosen MD Letter to G. Tyagi MD re: Offer of Employment September 30, 2016 | UMM-26542-43 |
| TTTTT. | C. Cavagnano Email to S. Tosi re: Confidential March 7, 2018 | UMM-08958 |
| UUUUU. | M. Rosen MD Letter to G. Watts MD re: Offer of Employment September 26, 2016 | UMM-27870-1 |
| VVVVV. | Academic Affiliation and Support Agreement 1998 | UMM 2613-2640 |
| WWWWW. | UMass Memorial Medical Center: Continuing Education Summary, Two Year Period C. Desai MD | UMM-3358-63 |
| XXXXX. | University of Massachusetts Faculty Additional Compensation C. Desai MD May 2, 1994 | UMM-0160-1, 0156-7 |
| YYYYY. | B. Bigneaux Letter to JM Gauguet MD re: Appointment Confirmation Requirements March 13, 2013 | UMM-14270, 14281 |

DESAI
EXHIBITS INDEX (cont'd)

| TAB | DESCRIPTION | BATES |
|---|---|---|
| ZZZZZ. | Handwritten Notes of Dr. K. Dill, MD | UMM 30112, 30115 |