# Exhibit AAAA

| | |
|---|---|
| **From:** | Leblanc, Kathleen (Human Resource Med Group) <Kathleen.Leblanc2@umassmemorial.org> |
| **Sent:** | Wednesday, October 11, 2017 12:00 PM |
| **To:** | Rosen, Max <Max.Rosen@umassmemorial.org> |
| **Subject:** | RE: Follow Up |

Great! I will coordinate.

From: Rosen, Max
Sent: Wednesday, October 11, 2017 11:59 AM
To: Leblanc, Kathleen (Human Resource Med Group) <Kathleen.Leblanc2@umassmemorial.org>
Subject: RE: Follow Up

Yes, please.

Also, Dr. Ferrucci used a conversation that he has with Dr. Desai to potentially open a window for us. Max

From: Leblanc, Kathleen (Human Resource Med Group)
Sent: Wednesday, October 11, 2017 11:56 AM
To: Rosen, Max <Max.Rosen@umassmemorial.org>
Subject: Follow Up

Dr. Rosen

My apologies for not being able to stay yesterday to meet back up with you. I wanted to let you know that I had an additional idea for your consideration. Muriel and I agreed that all options have legal ramifications and we should discuss all options together. That said, shall I schedule a meeting for the 3 of us to discuss options?

Thank you,
Kathleen

UMM-04754

# Exhibit BBBB

| | |
|---|---|
| **From:** | Rosen, Max <max.rosen@exchange.com> |
| **Sent:** | Wednesday, October 11, 2017 10:02 AM |
| **To:** | Ferrucci, Joseph <Joseph.Ferrucci@umassmemorial.org> |
| **Subject:** | RE: Charu Desai |

Thanks. Max

**From:** Ferrucci, Joseph
**Sent:** Wednesday, October 11, 2017 9:48 AM
**To:** Rosen, Max <Max.Rosen@umassmemorial.org>
**Subject:** Charu Desai

Max,
I talked to her. I told her you wanted to be accommodating especially in recognition of her years of service. But that you also had an obligation as Chair to think about recruiting younger staff for service needs. She knows going off call would involve a significant salary reduction. I also indicated you were thinking about a term limited contract of c. 12 months. Then maybe a less formal arrangement such as Perdiem.
She fussed a bit about being allowed academic days. But I think she'd probably concede on that. I think you can take the next step in discussions. Good luck.

Sent from my iPhone

UMM-04631

# Exhibit CCCC

### UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL
### WORCESTER, MA

#### FACULTY ANNUAL PERFORMANCE REVIEW

A Guide to the APR is available online: https://www.umassmed.edu/ofa/academic/faculty-reviews/apr.

## I.   General Information

**Dates of Evaluation -   From:**   July 1, 2017     **To:**   June 30, 2018

**Name:**   Karin Dill, MD     **Date:**   May 10, 2018

**Department:**   Radiology     **Division:**   Thoracic Radiology

**Rank:**   Associate Professor     **Years in Present Rank:**   2.1

**Faculty Type:**   UMMHC Employed     **FTE:**   1.00

**Tenure Decision Year:**

**Percentage effort in the following activities during the evaluation period** (To be completed by Department. Faculty member should *not* complete this section.):

**Current:**
    Clinical:   75   %   Education:   25   %   Research:       %   Other:       %   Other:       %

**Proposed:**
    Clinical:   75   %   Education:   25   %   Research:       %   Other:       %   Other:       %

## II.   Education and Mentoring

   A.   List teaching and development of courses for ***undergraduate medical*** education, including individual or group supervision. Identify any that are inter-professional.

   > Supervision and Teaching of UMass Medical Students on rotation through CV and Thoracic Imaging

   B.   List teaching and development of courses for ***graduate*** education, including biomedical science and nursing students, residents and fellows in individual or group supervision, including preceptorship. Identify any that are inter-professional.

   > 2017-present Speaker - Radiology Resident Lecture Series and Board Review (CV and Thoracic Imaging) UMass
   >
   > 2017-present - Development of UMass Radiology Resident Guidelines for CV and Thoracic Imaging, Expectations and Milestones by year (4 year curriculum)
   >
   > 2017 – present-Creation and maintenance of UMass Radiology Resident Corner with Protocol Tips and Reading Materials (over 140 articles for CV and Thoracic Imaging rotation)

   C.   List any other teaching activities during the reporting period, including CME, or other presentations; outreach or community education. Identify any which are inter-professional.

   > 2107-present – CT Technician training and supervision for post processing at UMass

Page 1

Annual Faculty Report
Revised: 02/28/2018

**CONFIDENTIAL**

> 2017-present - MRI Technician training, lectures and direct supervision at Shields for CV and Thoracic MRI
>
> 2017-present -Creation of institution-wide new CT protocols with dose optimization (reviewed and approved by Dr Carellas prior to departure) via Monthly CT QA meetings. All lead CT techs at every site participates
>
> 2017-present-MonthlyQA of chest division involving Steve Beaudoin and Kathy Green to address quality improvement (workflow, QA issues,etc) with recent, active chest xray improvement program with education at each site

D. List individuals (student, residents, postdoctoral trainees, faculty) whom you have directly advised or mentored during the reporting period. Include the names, program, your role, their current position and any outcomes achieved.

> CT technicians at UMass and Memorial Hospital for CCTA service, Division Chief: For ex. Diane (lead), Joe, Gail (lead) and all techs who perform CV CT imaging for performance and post processing of CV CT. Successful increase of CCTA exams ordered and performed at UMass
>
> MR technicians at Shields: Josiah and Kathy-successful, independent scanning at Shields
>
> UMass Radiology Residents-improved understanding of CV and thoracic imaging, guidelines
>
> Mentor for fellowship of UMass radiology residents

E. Attach any available evaluations of your educational activities or other evidence of your teaching effectiveness.

## III. *Investigation*

A. List active (during reporting period) grants, contracts and clinical trials. Include grant title, funding agency and grant number; total, direct & indirect costs; and complete funding dates. State your role, identify the PI if not you, and your percent effort.

> No grants

B. List pending grants, contracts and clinical trials submitted during the reporting period. Include grant title, funding agency and grant number; total, direct & indirect costs; and complete funding period. State your role, identify the PI if not you, and your percent effort.

> None

C. List other research activities (e.g. patents, development of software).

> No software

## IV. *Scholarship*

A. List articles, books, monographs, editorials and reviews published during the reporting period (include complete reference with full title, all authors and inclusive pagination).

> 1.
> Harvin HJ, Verma N, Nikolaidis P, Hanley M, Dogra VS, Goldfarb S, Gore JL, Savage SJ, Steigner ML, Strax R, Taffel MT, Wong-You-Cheong JJ, Yoo DC, Remer EM, **Dill KE**, Lockhart ME. ACR

**CONFIDENTIAL**

Appropriateness Criteria Renovascular Hypertension, 2017 Nov, Vol 14, Issue 11.

2.   Leipsic, J, Blanke, P, Hanley M, Batlle J, Bolen M, Brown R, Desjardins B, Eberhardt R, Gornik H, Hurwitz L, Maniar H, Patel H, Sheybani E, Steigner M, Verma N, Abbara S, Rybick F, Kirsch J, **Dill KE**. ACR Appropriateness Criteria Imaging for Transcatheter Valve Replacement. J Am Coll Radiol. 2017 Nov, Vol 14, Issue 11.

3.   Oliva I, Day K, **Dill KE**, Hanley M, Ahmed O, Bennett S, Desjardins B, Gage K, Ginsburg M, Hamawy A, Steigner M, Strax R, Verma N, Rybicki F. ACR Appropriateness Criteria Imaging of Deep Inferior Epigastric Arteries for Surgical Planning (Breast Reconstruction Surgery). J Am Coll Radiol. 2017 Nov, Vol 14, Issue 11.

4.   Schroeder J, Ptak T, Corey A, Ahmed O, Biffl W, Brennan J, Chandra A, Ginsburg M, Hanley M, Hunt C, Johnson M, Kennedy T, Patel N, Policeni B, Reitman C, Steigner M, Stiver S, Strax R, Whitehead M, **Dill KE**. ACR Appropriateness Criteria Penetrating Neck Injury. J Am Coll Radiol. 2017 Nov, Vol 14, Issue 11.

5.   Bonci G, Steigner M, Hanley M, Braun A, Desjardins B, Gaba R, Gage K, Matsumura J, Roselli E, Sella D, Strax R, Verma N, Weiss C, **Dill KE**. ACR Appropriateness Criteria Thoracic Aorta Interventional Planning and Follow-Up.  J Am Coll Radiol. 2017 Nov, Vol 14, Issue 11.

B.   List works submitted for publication during the reporting period (indicate status: under revision, accepted).

1.   **Dill KE**, Chepelev L, Peitila T. 3D Printing from Cardiac CT Images (Chapter) CT of the Heart 2nd Edition Humana Press 2017 *in press*

2.   Ginsburg, M,Obara, P, Lambert, D, Hanley M, Steigner M, Camacho M, Chandra A, Chang, K, Gage K, Peterson C, Ptak,T, Verma N, Kim D, Carucci L,**Dill KE**. ACR Appropriateness Criteria Imaging of Mesenteric Ischemia. J Am Coll Radiol.2018 *Nov release in press*

3.   Hanley M, Steigner M, Ahmed O, Ezana A, Bennett S, Chandra A, Desjardins B, Gage K, Ginsburg, M, Mauro D, Oliva I, Ptak,T, Strax R, Verma N, **Dill KE.** ACR Appropriateness Criteria Suspected Lower Extremity Deep Vein Thrombosis. J Am Coll Radiol.2018 *Nov release in press*

4.   Bennett S, **Dill KE**, Hanley M, Ahmed O, Desjardins B, Gage K, Ginsberg M, Khoynezhad A, Oliva I, Steigner M, Strax R, Verma N, Rybicki F. ACR Appropriateness Criteria Suspected Thoracic Aortic Aneurysm. J Am Coll Radiol 2018 *April release in press*

5.   Collard M, Sutphin P, **Dill KE**. ACR Appropriateness Criteria Abdominal Aortic Aneurysm-Interventional Planning and Follow-up. J Am Coll Radiol 2018 *April release in press*

6.   Francois C, Skulborstad E, Kalva S, Majdalany B, Collins J, Ferencik M, Ganguli S, Jorgensen j, Dendi T, Khaja M, Obara, Ptak T, Reis S, Sutphin P, **Dill KE**.  ACR Appropriateness Criteria Lower Extremity Arterial Revascularization – Post Therapy Imaging. J Am Coll Radiol 2018 *April release in press*

**CONFIDENTIAL**

C.   List invited presentations & presentations at professional meetings (include title, date and institution or place and name of meeting and abstract reference if appropriate).

| 2017 | North American Society for Cardiac Imaging (NASCI) 10/2017<br>Moderator-Case Based Review Session 1<br>Speaker-MR Aorta<br>San Antonio, Texas |
| 2017 | Radiological Society of North America (RSNA) 11/2017<br>Speaker - Cardiac CT Mentored Case Review:  Part 1 In Conjunction with NASCI<br>Atherosclerosis - SAM Interactive Session<br>Moderator-Cardiac Imaging Session-Coronary Artery Disease<br>Chicago, Illinois |
| 2018 | American Board of Radiology (ABR) 2/2018<br>Diagnostic Core Examination Item Writer Meeting<br>Cardiovascular Imaging Representative<br>Tucson, Arizona |
| 2018 | American Board of Radiology (ABR) 3/2018<br>Standard Setting Meeting Core Examination<br>Cardiovascular and Thoracic Imaging Representative Tucson, Arizona |
|  |  |
|  |  |

## V.   *Academic Service*

A.   List service activities for the department and division (e.g. committees and candidate interviews).

> Candidate interviews for thoracic imaging
> Candidate interview/ lunch for MSK
> Chest QA committee

B.   List service activities for the School, campus and clinical system (e.g. governing and standing committees such as the Admissions Committee and Quality Improvement Committee).

> None

C.   List external service activities for regional, national and international committees and professional organizations (e.g. grant review panels). Note your role including any leadership positions.

| 2017-present | American Board of Radiology (ABR), Diagnostic Radiology MOC / Core Examination Item Writer |
| 2017-present | North American Society of Cardiovascular Imaging (NASCI), Co-Chair of Guidelines and Publications Committee |
| 2017-present | American College of Radiology (ACR), Specialty Chair, Appropriateness Criteria Expert Panel on Vascular Imaging |
| 2017-present | American College of Radiology (ACR), Rapid Response Team Member for Thoracic Imaging, Appropriateness Criteria Expert Panel |
| 2018 | American Roentgen Ray Society (ARRS), Consulting Editor - Question Review for Annual Meeting and Regional Symposia |
| 2017-present | American College of Radiology (ACR), Appropriateness Criteria Patient Advocacy Subcommittee |

**CONFIDENTIAL**

| 2017-2018 | American College of Radiology (ACR), Appropriateness Criteria Radiation Dose Subcommittee |
| 2017-present | American Heart Association (AHA), Member of CVRI Nominating Committee of the Council on Cardiovascular Radiology and Intervention |
| 2018 | American Board of Radiology (ABR), Maintenance of Certification Angoff Standard Setting Group Member |
| | |
| | |

D.   List editorial and peer review responsibilities.

| 2017-present | Chest, Editorial Board |
| 2017-present | North American Society of Cardiovascular Imaging (NASCI), International Journal of Cardiovascular Imaging, Ad-Hoc Reviewer |
| 2017-present | Circulation Cardiovascular Imaging, Ad-Hoc Reviewer |

E.   List external community service activities that use your professional expertise.

Patient advocacy groups for lung cancer screening via ACR

# VI.   Leadership

List leadership responsibilities or positions.

| 2017-present | Chief, Division of Cardiovascular and Thoracic Imaging, Director 3D Lab UMass Medical Center |
| 2017-present | North American Society of Cardiovascular Imaging, Co-Chair of Guidelines and Publications Committee |
| 2017-present | American College of Radiology, Specialty Chair, Appropriateness Criteria Expert Panel on Vascular Imaging |

# VII.   Health Care Delivery

A.   Describe expertise in a clinical specialty and roles and responsibilities in health care delivery, including patient population/location. Describe any innovations in health care delivery, such as a clinical program, diagnostic test, or intervention, with documented outcomes.

Creation of CV and Thoracic MRI outpt imaging service Shields/UMass Joint Venture
Cardiac, Thoracic and Vascular MR protocol development

Creation and continued expansion of 3D Laboratory UMass

Early creation of HeartFlow for CCTA at UMass Memorial Healthcare

Creation of consistent hospital-wide thoracic CT protocols with dose optimization

Radiology representative for Lung Cancer Screening Program

**CONFIDENTIAL**

B.   Patient care productivity using departmental measures (provided by Department).

> FY17-October 1, 2016-September 30, 2017 - Actual RVU's 3,213
> FY18-October 1, 2017-January 31, 2018 – Actual RVU's 898

C.   Quality and timely completion of patient records and billing (provided by Department).

> N/A

D.   Other measures and outcomes (patient satisfaction, patient outcomes, etc).

> N/A

E.   Describe efforts to improve quality, safety, and/or efficacy of patient care, including the outcomes of these efforts.

> QA meetings for protocol and dose optimization monthly with techs
>
> QA operational meetings for chest division workflow monthly with Radiology managers, techs and attending staff
>
> Monthly CV and chest division meetings with attending staff

## VIII.   Honors and Awards

> 2017            Fellow, North American Society of Cardiovascular Imaging (NASCI)

## IX.   Diversity Efforts

Describe efforts that contribute to the department/institution's commitment to an inclusive environment in education, research, service, clinical, leadership activities including faculty, staff, and trainee recruitment. For assistance, see http://www.umassmed.edu/ofa/academic/faculty-reviews/apr/diversity

> Participated in active recruitment of faculty: advertising, onboarding, interviews, networking

## X.   Professional Development

List any activities (course, programs, workshops etc.) in which you participated to enhance your professional development.

> None in 2017-18

## XI.   Goals and Self Assessment

A.   Define your primary Area of Distinction. Your primary Area is where you devote most effort and/or have the greatest achievements (see here for information on the Areas of Distinction).

Health Care Delivery: [ x ]   Education: [  ]   Investigation: [  ]   Population Health and Public Policy: [  ]

Use the box below for *optional* comments (e.g., if you have more than one Area of Distinction)

> Education and Guideline Development

B.   List your goals and objectives for this year: copy Section X.C of your Faculty Annual Performance Review for the previous year.

**CONFIDENTIAL**

| |
|---|
| Build portfolio for promotion to professor |
| Achieve FACR status |
| Build research efforts at UMass – post processing (cinematic rendering, 3D printing) |

C.  Provide a self-assessment narrative summarizing performance during this year: highlight what you consider your most significant accomplishments and indicate areas where you were not able to reach your goals.

| |
|---|
| Met goals for building and expanding clinical services since recruitment |
| Meeting goals for recruitment and expansion of CV and Thoracic Division |
| Successful implementation of protocols that meet standard of care in Thoracic and CV CT and MRI imaging |
| Continued successful development of interdisciplinary relationships |
| Did not obtain cinematic rendering, did not work on 3D printing at UMass |

D.  State your goals for the next year, in priority order, in each of the following areas as appropriate: *education; research, creative and scholarly activities; professional service; clinical service; leadership; diversity; career development.* Include one (or more) specific measureable objective for each goal. For assistance with completing this section, go to:
   http://www.umassmed.edu/ofa/academic/faculty-reviews/apr/goals

| | |
|---|---|
| 1. | Career development: Apply for professor status |
| 2. | Career development:  Develop research effort.  Create one research project for 2018-19 |
| 3. | Clinical service:  Lead the development of HeartFlow (CTffr) program at Umass (outpt, inpt, ED) to become fully functional program by June 2019 |
| 4. | Leadership development: Participate in professional development training/workshops in 2018-19, possibly sponsored by UMass<br><br>Investigate additional resources for mentorship |
| 5. | Expand CV MR program to include vascular after installation of new magnet |

E.  Based upon your goals as noted above, what are your anticipated mentoring needs for the next year? Do you need assistance to identify mentors?

| |
|---|
| Yes- someone who is available and engaged |

**CONFIDENTIAL**

*XII.* ***Supervisor / Evaluator Evaluation (Assigned by Department)***

A.   Evaluate the faculty member's contributions to clinical care (as appropriate).

B.   Evaluate the faculty member's contributions to education.

C.   Evaluate the faculty member's contributions to research and scholarly activities.

D.   Evaluate the faculty member's goals and mentoring needs for the coming year.

E.   Other comments (i.e. from other evaluators or other in other areas).

F.   Rate the faculty member's performance:

☐   Satisfactory

☐   Unsatisfactory

A rating of unsatisfactory performance must be supported by documentation in the APR and is based on one or more of the following (*check which apply*):

☐   Failure to meet previously set goals

☐   Failure to perform assigned duties or responsibilities

☐   Repeated failure by the Faculty Member to respond to direction from the supervisor

☐   Material violations of the employer's, Department's and/or other applicable and published policies, procedures, or codes of conduct

Supervisor / Evaluator (Signature/Date):

**CONFIDENTIAL**

## XIII.   Faculty Member's Comments (optional)

Faculty Member (Signature/Date):     Karin Dill 9/27/18

## XIV.   Department Chair's Evaluation (if not supervisor/evaluator)

Summary weighted to correspond with effort assignment.

Dr. Dill continues to be the go-to person for our thoracic and cardiac clinicians at UMass.  Her clinical expertise in these two areas are much sought-out, and I have received frequent, impromptu feedback from senior clinicians on how much she has contributed to the care of complex cardiac and thoracic patients.  She has also implement a superb educational program for our residents, with clearly defined milestones and a large amount of educational and reference content. Dr. Dill received some excellent comments from our residents about her commitment and skills as a teacher, although dedicated time for teaching was sometimes challenging given the demands of starting a "new" section.  Now that the section is maturing, I expect that Dr. Dill will be able to continue her excellent teaching efforts with fewer interruptions.

Dr. Dill and I discussed the evolution of the cardiovascular division – the cardiac MRI service is now on "autopilot" as she has developed robust , standardized cardiac MRI protocols, and has successfully set up the 3D-lab. I know the technologists in the 3D lab feel greatly supported by her, and appreciate her support and commitment to their professional growth and development.

As the division becomes more complex, especially the daily operations of the chest division, we discussed the possibility of splitting the cardiothoracic division into two divisions, which she would prefer not to do. We discussed the need to delegate responsibilities, and agreed that Dr. Lalani would take responsibility for the operational work-flow for the lung screening program, and when Dr. Barile arrives, we would discuss having Dr. Barile lead our initiative (if we decide) to pursue a chest fellowship. Dr. Dill will also start a pilot to include the Cardiology fellow in cardiac MRI and CTA read-outs on Thursdays. New initiatives for the coming year will likely include exploring implementing "heart flow" software – which would likely provide a good source of research material. I have contacted AIDOC (an AI start-up in Israel) and they are interested in collaborating on a project to use AI to assess response to therapy for patients with ILD.

We also discussed mentoring, and Dr. Dill will reach out to two former mentors, Drs. White or Stillman for advice.

I have sent Dr. Dill's CV to Dr. Thorndyke – to identify any components which would be needed for consideration to promotion to professor. Dr. Thorndyke made several suggestions, which I will share by e-mail with Dr. Dill – including the need to identify which track (education or health care delivery) would be most appropriate.

Dr. Dill and I also discussed reducing non-clinical time from 60 to 48 days per year, which she is in agreement with.  This will be more in line with time allocation for others in the department, and recognize that many of the "start-up" work which required additional time over the past two years has been realized. Dr. Dill has also made some modifications to her work schedule/flow to help minimize

CONFIDENTIAL

disruptions and allow her to focus on clinical productivity.

This has been another year of growth and refinement for the cardiothoracic division. Dr. Dill has put a great deal of effort into ensuring that the division is successful, and I greatly appreciate all of her efforts.

Department Chair (Signature/Date): _Max P. Rosen MD MPH 9/28/18_

**PLEASE RETURN TO THE OFFICE OF FACULTY AFFAIRS**

**CONFIDENTIAL**

# Exhibit DDDD

*2015*

Desai, Charu S., M.D.

**UMass Memorial Medical Center**
OPPE 9 Month ( )   Reappointment (X)

Run Date: March 17, 2015

| | |
|---|---|
| **Charu S. Desai, M.D.**<br>**Radiology**<br>**Active** | |
| UMass Memorial Medical Center<br>55 Lake Avenue North<br>Radiology<br>Worcester, MA 01655<br><br>(774) 442-5160 | Practice Type: UMMMG Employee<br>Initial Privileges Issue Date: 12/16/1991<br>Scheduled Reappointment Date: 07/11/2015 |

Signature Division Chief/Vice Chair (where applicable) _____   Date _____

Signature Department Chair *Maulauf*   Date 6/5/15

**Please check off one of the following:**

| | |
|---|---|
| ✓ | In review of this medical staff member, there are no issues which require focused review or peer review. Continuation of privileges is recommended. |
| | In review of this medical staff member, issues have been identified which may require focused review or peer review. (Medical Staff Services will contact you for further information). |
| | Focused Review/Peer Review is currently in process, or has already been requested, for this medical staff member. |

**Please check off one of the following:**

| COMPETENCIES | Excellent | Good | Fair/Poor | Unknown |
|---|---|---|---|---|
| Provision of Patient Care: including performance of requested privileges, clinical and technical skills which are appropriate and effective and for the promotion of health, access and coordination of care. | ✓ | | | |
| Medical and Clinical Knowledge: including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | ✓ | | | |
| Professionalism: including character, ethics, integrity, understanding of diversity, and responsibility. | ✓ | | | |
| Physical and Mental competence. | ✓ | | | |
| Participation in teaching activities (if practitioner holds a faculty appointment) | ✓ | | | |
| Interpersonal & communication skills: including effective communication with patients and families, involves patients in care, communicates effectively with physician colleagues and non-physician co-workers. | ✓ | | | |
| Practice-Based Learning and Improvement: including learning and investigation, evaluation and improvement. | ✓ | | | |
| Systems-Based Practice: including understanding of systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost-effective care. | ✓ | | | |
| Compliance: including compliance with bylaws, rules and regulations, policies and procedures. | ✓ | | | |

**REAPPOINTMENT ONLY (not required for interim OPPE) Please check off one of the following:**

| | | |
|---|---|---|
| ✓ | I recommend this applicant for reappointment to the Medical Staff, and for clinical privileges (as applicable to category of staff), with NO conditions. | |
| | I recommend this applicant for reappointment to the Medical Staff, and for Clinical privileges (as applicable to category of staff), WITH CONDITIONS. | Conditions: |
| | I have no direct knowledge of this applicant's current clinical competence. Based on review of peer references, and any OPPE information available, I recommend reappointment and clinical privileges. | |
| | I recommend this applicant for reappointment to the Medical Staff. Request applicant change category to Active Referring (does not require clinical privileges). | |
| | I do not recommend this applicant for clinical privileges and/or reappointment to the Medical Staff. Please attach explanation. | |

**CONFIDENTIAL**

Desai, Charu S., MD

**MARLBOROUGH HOSPITAL**
REAPPOINTMENT APPRAISAL/RECOMMENDATION FORM

**CONFIDENTIAL PEER REVIEW-PREPARED FOR THE EXCLUSIVE USE OF THE CREDENTIALS COMMITTEE**

**Charu S. Desai, MD**          **Courtesy**          **Radiology**

**1. How often does this applicant use Marlborough Hospital facilities?**   o Frequently  o Occasionally  o Never

**2. Please complete the following evaluation.**

| | Excellent | Good | Fair | Poor | Unknown | Comments |
|---|---|---|---|---|---|---|
| **DELINEATION OF PRIVILEGES** | ✓ | | | | | |
| **CURRENT COMPETENCE** | ✓ | | | | | |
| **HEALTH STATUS** | ✓ | | | | | |
| **AVAILABILITY** | ✓ | | | | | |
| **ETHICS & CONDUCT** | ✓ | | | | | |
| **COOPERATION WITH HOSPITAL PERSONNEL** | ✓ | | | | | |
| **FREQUENCY OF USE OF HOSPITAL FACILITY** | ✓ | | | | | |
| **RELATIONSHIP WITH OTHER PRACTITIONERS & ANCILLARY STAFF** | ✓ | | | | | |
| **RELATIONSHIP WITH PATIENTS** | ✓ | | | | | |
| **REVIEW & QUALITY ASSURANCE FINDINGS** | ✓ | | | | | |
| **MEDICAL RECORD PREPARATION & COMPLETION** | ✓ | | | | | |
| **MEETING/COMMITTEE ATTENDANCE** | ✓ | | | | | |

Other Comments regarding this applicant: _____

**3. Please √**          Recommendations

| | | Comments |
|---|---|---|
| | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with no conditions. | |
| | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with conditions. | Conditions: |
| | I have no direct knowledge of this individual's current clinical competence. Based on a review of the credentials file, including assessment by others familiar with this individual's current clinical competence, reappointment and renewal of clinical privileges is recommended. | |
| | I do not recommend the applicant for reappointment or renewal of clinical privileges.  A written explanation is attached. | |
| | Other:  (Explain): | |

_____          _____
Signature, Division Chief (if applicable)          Date

_____          _____
Signature, Department Chief          Date   6/9/17

**CONFIDENTIAL**

**PART III**

Please evaluate:

| | Excellent | Good | Fair | Poor | Unknown |
|---|---|---|---|---|---|
| **Provision of Patient Care.** Including clinical and technical skills which are appropriate and effective and for the promotion of good health, access, and coordination of care. | x | | | | |
| **Performance of Clinical Privileges.** Applicant's performance of the privileges requested (see attached copy of requested privileges). | x | | | | |
| **Medical and Clinical Knowledge.** Including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | x | | | | |
| **Professionalism.** Including character, ethics, integrity, understanding of diversity, and responsibility. | x | | | | |
| **Physical and Mental Competence.** | x | | | | |
| **Participation in Teaching Activities.** | x | | | | |
| **Interpersonal and Communication Skills.** Including effective communication with patients and families, involves patients in care, communicates effectively with physician colleagues and non-physician co-workers. | x | | | | |
| **Practice-Based Learning and Improvement.** Including learning and investigation, evaluation and improvement. | x | | | | |
| **Systems-Based Practice.** Including understanding systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost effective care. | x | | | | |
| **Compliance.** Including compliance with bylaws, rules and regulations, policies and procedures. | x | | | | |

( x )   I recommend this applicant with no reservations.
( )   Unable to provide a recommendation. I have no direct knowledge of this individual's current clinical competence.
( )   Not recommended. Please explain_____

_____     _____12-22-2014_____
Signature of Individual Completing Form                         Date

Joseph T. Ferrucci MD_____
Printed Name of Individual Completing Form

Radiology Chair Emeritus UMassMemorial
_____     __508-856 3252_____
Title                                                           Telephone Number

Please return by fax (508-334-8235) or scan (Maureen.podesta@umassmemorial.org).

Thank you!

CONFIDENTIAL

**PART III**

Please evaluate:

| | Excellent | Good | Fair | Poor | Unknown |
|---|---|---|---|---|---|
| ***Provision of Patient Care.*** Including clinical and technical skills which are appropriate and effective and for the promotion of good health, access, and coordination of care. | ✓ | | | | |
| ***Performance of Clinical Privileges.*** Applicant's performance of the privileges requested (see attached copy of requested privileges). | ✓ | | | | |
| ***Medical and Clinical Knowledge.*** Including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | ✓ | | | | |
| ***Professionalism.*** Including character, ethics, integrity, understanding of diversity, and responsibility. | ✓ | | | | |
| ***Physical and Mental Competence.*** | ✓ | | | | |
| ***Participation in Teaching Activities.*** | ✓ | | | | |
| ***Interpersonal and Communication Skills.*** Including effective communication with patients and families, involves patients in care, communicates effectively with physician colleagues and non-physician co-workers. | ✓ | | | | |
| ***Practice-Based Learning and Improvement.*** Including learning and investigation, evaluation and improvement. | ✓ | | | | |
| ***Systems-Based Practice.*** Including understanding systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost effective care. | ✓ | | | | |
| ***Compliance.*** Including compliance with bylaws, rules and regulations, policies and procedures. | ✓ | | | | |

(X)  I recommend this applicant with no reservations.
( )  Unable to provide a recommendation.  I have no direct knowledge of this individual's current clinical competence.
( )  Not recommended.  Please explain_____

*Jerry P. Balikian M.D* _____
Signature of Individual Completing Form

Date  12/29/2014

Jerry P. Balikian, MD
Printed Name of Individual Completing Form

Professor of Radiology, Division Director, Thoracic Imaging
Title

508-856-6316
Telephone Number

Please return by fax (508-334-8235) or scan (Maureen.podesta@umassmemorial.org).

Thank you!

**CONFIDENTIAL**

Desai, Charu S., M.D.

UMASS MEMORIAL HEALTH CARE
REAPPOINTMENT APPRAISAL/RECOMMENDATION FORM

**Charu S. Desai, M.D.**          **Active**          **Radiology**

**1. How often does this applicant use UMMMC facilities?**      o Frequently      o Occasionally      o Never

| 2. Please complete the following appraisal. | Excellent | Good | Fair | Poor | Unknown | Comments |
|---|---|---|---|---|---|---|
| Provision of patient care: including performance of requested privileges, clinical and technical skills which are appropriate and effective and for the promotion of health, access, and coordination of care. | ✓ | | | | | |
| Medical and clinical knowledge: including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | ✓ | | | | | |
| Professionalism: including character, ethics, integrity, understanding of diversity, and responsible. | ✓ | | | | | |
| Physical and mental competence. | ✓ | | | | | |
| Participation in teaching activities. | ✓ | | | | | |
| Interpersonal & communication skills: including effective communication with patients & families, involves patients in care, communicates effectively with physician colleagues & non-physician co-workers. | ✓ | | | | | |
| Practice-Based Learning and Improvement: including learning and investigation, evaluation and improvement. | ✓ | | | | | |
| Systems-Based practice: including understanding systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost-effective care. | ✓ | | | | | |
| Compliance: including compliance with bylaws, rules and regulation, and Medical Center policies/procedures. | ✓ | | | | | |

Other Comments regarding this applicant: _____

| 3. Please ✓ | Recommendations | Comments |
|---|---|---|
| ✓ | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with no conditions. | |
| | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with conditions. | Conditions: |
| | I have no direct knowledge of this individual's current clinical competence. Based on a review of the credentials file, including assessment by others familiar with this individual's current clinical competence, reappointment and renewal of clinical privileges is recommended. | |
| | I do not recommend the applicant for reappointment or renewal of clinical privileges. A written explanation is attached. | |
| | Other: (Explain): | |

Signature, Division Chief (if applicable) _____      Date _____

_signature_

Signature, Department Chair _____      Date 6/8/13

**CONFIDENTIAL**

UMM-03261

# Exhibit EEEE



**Marlborough Hospital**
*A Member of*
*UMass Memorial Health Care*

May 22, 2015

To: UmassMemorial Health Care, Inc. – Sharon Bonner

## CONFIRMATION OF APPOINTMENT

| | |
|---|---|
| Name: | Charu S. Desai, M.D. |
| Department: | Radiology |
| Staff Category: | Provisional Courtesy |
| Dates of Affiliation: | 02/05/2015 - Present |

This letter will serve as confirmation that Charu S. Desai, M.D., is/was credentialed by Marlborough Hospital, in full compliance with Massachusetts State Regulation, Federal Law, and Joint Commission Standards.

This individual meets/met this facility's standards for appointment/reappointment and renewal of clinical privileges. There is no derogatory information on file regarding this practitioner. Information is based on a review of the individual's credentials record at Marlborough Hospital.

If you have any questions regarding the above information, please contact our office at 508-486-5435.

Sincerely

Elizabeth Pope
Administrative Assistant, Medical Staff Services

**CONFIDENTIAL**

UMM-03258

 **UMassMemorial**  *Medical Center*

Medical Staff Services
Mailing Address:
281 Lincoln Street
Worcester, MA 01605
Office Location:
306 Belmont Street
Worcester, MA 01604
Tel: 508-334-8015
 Fax: 508-334-8235

07/09/2009

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the UMass Memorial Medical Center Patient Care Assessment Committee, I am pleased to reappoint you to the Medical Staff.

Clinical Privileges in:    Radiology
Effective Dates:           07/09/2009 to 07/09/2011
Staff Category:            Active

Your approved clinical privileges are delineated on the attached pages.  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

As a reminder, for those who currently hold a faculty appointment with the University of Massachusetts Medical School, and are on the Active or Courtesy Medical Staff, your clinical privileges and medical staff membership are contingent upon maintenance of your faculty appointment.

Thank you for your continued support of the UMass Memorial Medical Center.

Sincerely,

Stephen Tosi, M.D.
Chief Medical Officer

cc: Department Chair
    Division Chief

**CONFIDENTIAL**

UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER
MEDICAL STAFF CREDENTIALS REVIEW AND ACTION SIGNATURE FORM

APPOINTMENT___ REAPPOINTMENT_X___          STAFF CATEGORY__ACTIVE____

APPLICANT_DESAI CHARU, MD_____ DEPT/DIV RADIOLOGY_____

The delineation of clinical privileges form(s) enclosed in this credentials file specify
recommended clinical privileges.

---

**DIVISION DIRECTOR (When applicable)**

___ Recommended      ___ Not Recommended (justification document enclosed)

Date _____      Signature, Division Director _____

---

**DEPARTMENT CHAIR**

_/_ Recommended      ___ Not Recommended (justification document enclosed)

Date _____      Signature, Chair _____
                       DR. SMITH

---

**MEDICAL STAFF CREDENTIALS COMMITTEE**

_✓_ Recommended      ___ Not Recommended (justification document enclosed)

Date 9-8-97      Chair, Medical Staff Credentials Committee _____

---

**HOSPITAL EXECUTIVE COMMITTEE**

_✓_ Recommended      ___ Not Recommended (justification document enclosed)

Date 9-25-97      Chair, Hospital Executive Committee _____

---

**DEPUTY CHANCELLOR FOR CLINICAL AFFAIRS (FOR THE CLINICAL MANAGEMENT BOARD)**

_✓_ Recommended      ___ Not Recommended (justification document enclosed)

Date 10-16-97      Signature, Deputy Chancellor for Clinical Affairs _____

**CONFIDENTIAL**

Desai, Charu S., M.D.

UMASS MEMORIAL HEALTH CARE
REAPPOINTMENT APPRAISAL/RECOMMENDATION FORM

**Charu S. Desai, M.D.**          **Active**          **Radiology**

**1. How often does this applicant use UMMMC facilities?**     o Frequently     o Occasionally     o Never

| 2. Please complete the following appraisal. | Excellent | Good | Fair | Poor | Unknown | Comments |
|---|---|---|---|---|---|---|
| Provision of patient care: including performance of requested privileges, clinical and technical skills which are appropriate and effective and for the promotion of health, access, and coordination of care. | ✓ | | | | | |
| Medical and clinical knowledge: including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | ✓ | | | | | |
| Professionalism: including character, ethics, integrity, understanding of diversity, and responsible. | ✓ | | | | | |
| Physical and mental competence. | ✓ | | | | | |
| Participation in teaching activities. | ✓ | | | | | |
| Interpersonal & communication skills: including effective communication with patients & families, involves patients in care, communicates effectively with physician colleagues & non-physician co-workers. | ✓ | | | | | |
| Practice-Based Learning and Improvement: including learning and investigation, evaluation and improvement. | ✓ | | | | | |
| Systems-Based practice: including understanding systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost-effective care. | ✓ | | | | | |
| Compliance: including compliance with bylaws, rules and regulation, and  Medical Center policies/procedures. | ✓ | | | | | |

Other Comments regarding this applicant: _____

| 3. Please √ | Recommendations | Comments |
|---|---|---|
| ✓ | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with no conditions. | |
| | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with conditions. | Conditions: |
| | I have no direct knowledge of this individual's current clinical competence. Based on a review of the credentials file, including assessment by others familiar with this individual's current clinical competence, reappointment and renewal of clinical privileges is recommended. | |
| | I do not recommend the applicant for reappointment or renewal of clinical privileges.  A written explanation is attached. | |
| | Other:  (Explain): | |

Signature, Division Chief (if applicable) _____     Date _____

_Signature_

Signature, Department Chair _____     Date  6/8/13

**CONFIDENTIAL**



Medical Center
Department of
Medical Staff Services

Hahnemann Campus
281 Lincoln Street
Worcester, MA 01605-2192
Tel: 508-334-8015
Fax: 508-334-8235
www.umassmemorial.org

07/31/2007

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the UMass Memorial Medical Center Board of Trustees, I am pleased to reappoint you to the Medical Staff.

| | |
|---|---|
| Clinical Privileges in: | Radiology/ |
| Effective Dates: | 07/31/2007 to 07/31/2009 |
| Staff Category: | Active |

Your approved clinical privileges are delineated on the attached pages. If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

As a reminder, for those who currently hold a faculty appointment with the University of Massachusetts Medical School, and are on the Active or Courtesy Medical Staff, your clinical privileges and medical staff membership are contingent upon maintenance of your faculty appointment.

Thank you for your continued support of the UMass Memorial Medical Center.

Sincerely,

Stephen E. Tosi MD.

Stephen Tosi, M.D.
Chief Medical Officer

cc: Department Chair
    Division Chief
    Sharon Hylka
    Jan Beschle*
    Mary Camosse*

*The Clinical Partner of the
University of Massachusetts Medical School*

**CONFIDENTIAL**

3.11

| UMass Memorial Medical Center |
| :---: |
| **Delineation of Clinical Privileges** |
| **Department of Radiology   (includes Division of Nuclear Medicine)** |

Applicant: *Charu Desai MD*      ( ) Appointment     (X) Reappointment

## Medical Staff Membership/Clinical Privileges

All applicants for clinical privileges must meet at least the following minimum qualifications for Medical Staff membership as set forth in the UMass Memorial Medical Staff Bylaws.

◆ Completion of medical school
◆ Malpractice insurance coverage (minimum $1 million/$3 million)
◆ Satisfactory completion of post-graduate training program(s)
◆ Current clinical competence in clinical privileges being requested
◆ Ability to work cooperatively with others

◆ Valid license to practice medicine in Massachusetts
◆ Prescriptive registration (as applicable to specialty)
◆ Satisfactory practice experience (as applicable)
◆ Adherence to ethics of profession

◆ For Active and Courtesy Staff, faculty appointment with the University of Massachusetts Medical School (must be obtained within 6 months of initial appointment for new staff and retained for reappointing staff).  Only exceptions will be those physicians who did not hold a faculty appointment prior to the UMass Memorial merger, April 1998, and were on the Memorial Health Care Medical Staff, and UMass Memorial Residents providing extended care coverage at UMass Memorial).

## Criteria Specific to the Department of Radiology

Applicants for clinical privileges in the Department of Radiology must have completed an ACGME approved residency training program in Radiology, or its international equivalent.  Certification by the American Board of Radiology or be an active candidate for certification.

## Criteria Specific to Nuclear Medicine

Applicants must have satisfactorily completed an ACGME-accredited residency program in Nuclear Medicine and must be certified by the American Board of Nuclear Medicine or be an active candidate for certification.  Applicants for privileges in Nuclear Cardiology must be certified by the American Board of Nuclear Medicine, with Added Qualifications in Nuclear Cardiology, or an active candidate for such certification. Recertification is required for those certified by the American Board of Nuclear Medicine in 1992 or later.

## Criteria for Specific Procedures

Diagnostic Ultrasound:   **Initial Appointment:** Completion of an ACGME accredited residency program with at least three months of diagnostic ultrasound training.  During training applicant should have been involved in at least 500 diagnostic ultrasound examinations. **OR** , if residency training did not include ultrasound, applicant should have completed an appropriate fellowship or post-graduate training program during which the physician should have been involved in the performance and interpretation of at least 500 ultrasound examinations.  **OR**, qualifications may be fulfilled by those physicians who completed residency prior to the existence of defined fellowships or residency training. Such individuals shall have completed residency prior to 1982, and have performed and interpreted ultrasound examinations for at least 10 years and been involved in at least 500 ultrasound examination.  **OR**, in the absence of formal fellowship or training, documentation of clinical experience of at least two years of ultrasound experience during which a minimum of 500 ultrasound examinations were performed and interpreted.  **OR,** certification in Diagnostic Radiology by the American Board of Radiology.
**Renewal of privileges:** A minimum of 300 examinations per year is recommended  and appropriate CME in diagnostic ultrasound.

Stereotactically Guided Breast Interventional Procedures: **New Appointments:** Completion of an ACGME-accredited residency program  or fellowship program including specific training in stereotactically guided breast interventional procedures. **OR,** two months of full-time documented formal training in the interpretation of mammograms, including instruction in medical radiation physics, radiation effects, and radiation protection.  **Renewal of privileges:** Applicant must interpret on a regular basis, a minimum of 480 mammograms per year is recommended, and participation in mammography CME programs.

Performance of Ultrasound Guided Percutaneous Breast Interventional Procedures: **New Appointments:** Completion of an ACGME-accredited residency program with 3 or more months of dedicated formal diagnostic ultrasound training, including breast ultrasound. **OR,**  If residency did not include ultrasound, appropriate fellowship or post-graduate training during which physician should have been involved with the performance and interpretation of at least 500 ultrasound examinations.  **OR,** In the absence of residency training, formal fellowship or post-graduate education, documentation of clinical experience could be acceptable provided it can be established that applicant has had at least two years of ultrasound experience during which a minimum of 500 general or 100 breast ultrasound examinations were performed and interpreted.  **Renewal of privileges:** Regular performance and interpretation of breast ultrasonographic examinations, documented performance of at least 12 percutaneous ultrasound guided breast interventional procedures per year, and participation in related CME courses.

**CONFIDENTIAL**

| |
|---|
| **Marlborough Hospital**<br>**Delineation of Clinical Privileges**<br>**Department of Radiology**<br>**(Includes Nuclear Medicine)** |

**Applicant:** CHARU S. DESAI _____ **Appointment ☐ Reappointment ☑**

### Medical Staff Membership/Clinical Privileges

All applicants for clinical privileges must meet at least the following minimum qualifications for Medical Staff membership as set forth in the Marlborough Hospital Bylaws.

◆ Valid license to practice medicine in Massachusetts
◆ Malpractice insurance coverage (in an amount that satisfies state regulations and Hospital policy)
◆ Prescriptive registration (as applicable to specialty)
◆ Completion of medical school
◆ Satisfactory completion of post-graduate training program(s)
◆ Current clinical competence in the procedures being requested
◆ Adherence to the ethics of profession
◆ Ability to work cooperatively with others

### Criteria Specific to the Department of Radiology

Applicants for clinical privileges in the Department of Radiology must have completed an ACGME approved residency training program in Radiology, or its international equivalent.  Certification by the American Board of Radiology or be an active candidate for certification.

### Criteria Specific to Nuclear Medicine

Applicants must have satisfactorily completed an ACGME-accredited residency program in Nuclear Medicine and must be certified by the American Board of Nuclear Medicine or be an active candidate for certification.  Applicants for privileges in Nuclear Cardiology must be certified by the American Board of Nuclear Medicine, with Added Qualifications in Nuclear Cardiology, or an active candidate for such certification. Recertification is required for those certified by the American Board of Nuclear Medicine in 1992 or later.

**Criteria for Specific Procedures**

Diagnostic Ultrasound:   **Initial Appointment:** Completion of an ACGME accredited residency program with at least three months of diagnostic ultrasound training.  During training applicant should have been involved in at least 500 diagnostic ultrasound examinations.  **OR** , if residency training did not include ultrasound, applicant should have completed an appropriate fellowship or post-graduate training program during which the physician should have been involved in the performance and interpretation of at least 500 ultrasound examinations.  **OR,** qualifications may be fulfilled by those physicians who completed residency prior to the existence of defined fellowships or residency training. Such individuals shall have completed residency prior to 1982, and have performed and interpreted ultrasound examinations for at least 10 years and been involved in at least 500 ultrasound examinations.  **OR,** in the absence of formal fellowship or training, documentation of clinical experience of at least two years of ultrasound experience during which a minimum of 500 ultrasound examinations were performed and interpreted.  **OR,** certification in Diagnostic Radiology by the American Board of Radiology.
**Renewal of privileges:** A minimum of 300 examinations per year is recommended and appropriate CME in diagnostic ultrasound.

Stereotactically Guided Breast Interventional Procedures: **New Appointments:** Completion of an ACGME-accredited residency program or fellowship program including specific training in stereotactically guided breast interventional procedures.  **OR,** two months of full-time documented formal training in the interpretation of mammograms, including instruction in medical radiation physics, radiation effects, and radiation protection.  **Renewal of privileges:** Applicant must interpret on a regular basis, a minimum of 480 mammograms per year is recommended, and participation in mammography CME programs.

Performance of Ultrasound Guided Percutaneous Breast Interventional Procedures:  **New Appointments:** Completion of an ACGME-accredited residency program with 3 or more months of dedicated formal diagnostic ultrasound training, including breast ultrasound.  **OR,** if residency did not include ultrasound, appropriate fellowship or post-graduate training during which physician should have been involved with the performance and interpretation of at least 500 ultrasound examinations.  **OR,** in the absence of residency training, formal fellowship or post-graduate education, documentation of clinical experience could be established provided it can be established that applicant has had at least two years of ultrasound experience during which a minimum of 500 general or 100 breast ultrasound examinations were performed and interpreted.  **Renewal of privileges:** Regular performance and interpretation of breast ultrasonographic examinations, documented performance of at least 12 percutaneous ultrasound guided breast interventional procedures per year, and participation in related CME Courses.

**CONFIDENTIAL**

Radiology 2014

Name: _____

<u>Moderate Sedation.</u>  Initial applicants for moderate sedation privileges must complete the moderate sedation credentialing package.  Current ACLS certification is required.  Reappointment applicants must have a minimum of and proof of at least 20 cases and current ACLS certification.

N=Neonatal          C=Child                    A=Adolescent              AD=Adult                    G=Geriatrics

| Privileges | Age Groups N, C, A, AD, G | Requested | Recommend | Approved | Comments |
|---|---|---|---|---|---|
| Admitting Privileges Active & Courtesy Staff Only | | | | | |
| History and Physical | | | | | |
| | | | | | |
| CT image interpretation and supervision | ✓ ADG | | | | |
| US image interpretation and supervision | | | | | |
| MR image interpretation and supervision | | | | | |
| X-ray and fluoroscopy image interpretation and supervision | ✓ ADG | | | | |
| General nuclear medicine (non cardiac) image interpretation and supervision | | | | | |
| Mammography image interpretation and supervision | | | | | |
| | | | | | |
| Moderate sedation | | | | | **Initial exam required** **Requires ongoing current ACLS certification and proof of minimum number of cases** **In compliance with moderate sedation policy** |
| | | | | | |
| Fluoroscopic guided intervention including arthrography, catheter placement, IVC filter, myelography and injection | | | | | |
| CT guided intervention including needle biopsy,  catheter placement and injection | | | | | |
| US guided intervention including needle biopsy, catheter placement and injection | | | | | |
| MRI guided intervention including MRI guided breast biopsy | | | | | |
| Mammography and stereotactic intervention including wire localization and stereotactic biopsy | | | | | |
| Nuclear medicine diagnostic  intervention including injection for sentinel node localization | | | | | |

**CONFIDENTIAL**

Radiology 2014                                                                                    Page 3 of 3

Name: _____

| CARDIAC NUCLEAR MEDICINE | | | | | |
|---|---|---|---|---|---|
| Electrocardiographic rest and exercise testing | | | | | |
| Cardiac Nuclear exercise stress or pharmacologic testing,  imaging and interpretation* | | | | | |

*Nuclear Cardiology procedures require approval of both the Chief of Medicine and the Chief of Radiology.

*Setting-Specific: Privileges granted to an applicant are based not only on qualifications, but also on consideration of the procedures and types of care, treatment, and services that can be performed or provided within the proposed setting.

OTHER
If there are any procedures you perform, which were not included above, please list here.  Please be advised that new procedures will require a review to determine if specific criteria need to be developed.  Availability of other procedures is dependent upon the resources of the institution and the strategic needs of the institution.

_____

**CHANGES TO DELINEATION OF PRIVILEGES FORM**
Please complete the following:

☑ I have reviewed my previously approved privileges and wish to make no changes.

☐ Added privileges requested.  Additional training received (attach documentation of training).

☐ Voluntary reduction in privileges.  No longer performing these procedures.

☐ Voluntary reduction in privileges.  Minimum criteria for renewal not met.

**SIGNATURES**

Charm  S.  Dem , M.D.                    3|27|2017
Applicant                                                       Date

_____          _____
Department of Medicine Chief (for Nuclear Cardiology          Date
                         Procedures)
                                                                      6/9/17
_____          _____
Department Chief                                              Date

CONFIDENTIAL

3.11

Name: *Charu Desai MD*

**CHANGES TO DELINEATION OF PRIVILEGES FORM**   *(REAPPOINTMENT ONLY)*

☑ **I AM NOT REQUESTING ANY CHANGES TO MY PREVIOUSLY APPROVED CLINICAL PRIVILEGES.**
☐ Added privileges requested.  Additional training received (attach documentation of training).
☐ Voluntary reduction in privileges.  No longer performing these procedures.
☐ Voluntary reduction in privileges.  Minimum criteria for renewal not met.
☐ Other_____

**SIGNATURES**

| Applicant: *Charu S. Desai, M.D.* | Date *3/27/2013* |
|---|---|
| **UNMMC MEDICAL STAFF SERVICES DEPT WILL OBTAIN THE FOLLOWING SIGNATURES** | |
| Division Chief: *(If applicable)* | Date |
| Department Chair: *Max Rosen, MD* | Date *6/21/2017* |
| Place Committee Processing Label Here | |

Med Staff Credentials Committee 7/13/17
Medical Staff Executive Committee 8/9/17
Patient Care Assessment Committee 8/24/17
Approved No Conditions (x)  With Conditions ( )
Non-Approval ( )

**CONFIDENTIAL**

Radiology 2014                                                    Page 3 of 3

Name: _____

| CARDIAC NUCLEAR MEDICINE | | | | | |
|---|---|---|---|---|---|
| Electrocardiographic rest and exercise testing | | | | | |
| Cardiac Nuclear exercise stress or pharmacologic testing,  imaging and interpretation* | | | | | |

*Nuclear Cardiology procedures require approval of both the Chief of Medicine and the Chief of Radiology.

*Setting-Specific: Privileges granted to an applicant are based not only on qualifications, but also on consideration of the procedures and types of care, treatment, and services that can be performed or provided within the proposed setting.

OTHER
If there are any procedures you perform, which were not included above, please list here.  Please be advised that new procedures will require a review to determine if specific criteria need to be developed.  Availability of other procedures is dependent upon the resources of the institution and the strategic needs of the institution.

_____

**CHANGES TO DELINEATION OF PRIVILEGES FORM**
Please complete the following:

☑ I have reviewed my previously approved privileges and wish to make no changes.

☐ Added privileges requested.  Additional training received (attach documentation of training).

☐ Voluntary reduction in privileges.  No longer performing these procedures.

☐ Voluntary reduction in privileges.  Minimum criteria for renewal not met.

**SIGNATURES**

_Charm  S. Dem , M.D._            _3|27|2017_
Applicant                          Date

_____            _____
Department of Medicine Chief (for Nuclear Cardiology     Date
                Procedures)

_____            _6/9/17_
Department Chief                     Date

**CONFIDENTIAL**

Charu S. Desai, MD

**UMass Memorial Health Care, Inc.**
**Medical Staff Services**
**281 Lincoln Street, Suite HM2-212**
**Worcester, MA 01605**
**(508)334-8015 phone**
**(508)334-8235 fax**

$5B$-$^7$

*March 13, 2017*

**Charu S. Desai, MD**
**55 Lake Avenue North**
**Radiology**
**Worcester, MA 01655**

You are presently scheduled for reappointment at one or more UMass Memorial Healthcare Inc. hospitals*. As part of an ongoing effort to reduce practitioner paperwork, streamline processes and consolidate efforts system-wide, we will now be providing you with a single application which will cover all UMass Memorial Healthcare hospitals where you hold clinical privileges. In addition, upon completion of your recredentialing, you will be given a single consolidated reappointment date for each hospital in the system at which you hold clinical privileges (month of birth/year of license renewal).

*UMass Memorial Healthcare Inc. system hospitals include: Clinton Hospital, HealthAlliance Hospital, Marlborough Hospital, UMass Memorial Medical Center.

Please complete the application using the enclosed checklist as a guide. Signature pages and privilege request forms specific to each hospital at which you hold clinical privileges are also enclosed. Please sign/complete as indicated.

Please return all application materials no later than 4 weeks from the date of receipt of this application to ensure sufficient time is available for recredentialing and processing your request for renewal through appropriate committees.

If you have any questions, please do not hesitate to contact our office.

***Return applications:***
      **By scan:**      *medicalstaffservices@umassmemorial.org*
      **By fax:**        *508-334-8235*
      **By mail:**      *Medical Staff Services, 281 Lincoln Street, Suite HM2-212, Worcester, MA 01605*

***Contact information:***
      **Medical Staff Services**      *phone:  508-334-8015*

*umass, clinton, marlborough*

RECEIVED   MAR 3 0 2017

**CONFIDENTIAL**

UMM-03170

UMASS MEMORIAL MEDICAL CENTER
REVIEW AND ACTION FORM
NAME:                          Charu S. Desai, M.D.
CATEGORY:                      Active
DEPARTMENT/DIVISION:           Radiology

Please indicate your recommendation below:

DIVISION CHIEF (WHERE APPLICABLE)

(   )   I recommend the above-named applicant for reappointment and clinical privileges with no conditions.
(   )   I recommend the above-named applicant for reappointment, with no clinical privileges as Active
Referring Medical Staff
(   )   I recommend the above-named applicant for reappointment and clinical privileges with conditions as
        follows:

_____
_____
_____

(   )   I do not recommend the above-named applicant for clinical privileges and/or reappointment.  Reason:

_____
_____
_____

Signature_____          Date_____
              Division Chief

**********************************************************************************
DEPARTMENT CHAIR

( X )   I recommend the above-named applicant for reappointment and clinical privileges with no conditions.
(   )   I recommend the above-named applicant for reappointment, with no clinical privileges as  Active Referring
Medical Staff
(   )   I recommend the above-named applicant for reappointment and clinical privileges with conditions as
        follows:

_____
_____
_____

(   )   I do not recommend the above-named applicant for clinical privileges and/or reappointment.  Reason:

_____
_____
_____

Signature_____          Date 6/3/18
              Department Chair
**********************************************************************************
Credentials Committee                  Date:_____   Recommend____   Not Recommended____
Medical Staff Executive Committee   Date:_____   Recommend____   Not Recommended____
Board of Trustees (PCAC)             Date:_____   Approved ____   Not Approved ____

**CONFIDENTIAL**

# PHYSICIAN PROFILE

**Marlborough Hospital**
**Clinical Privileges Request for Reappointment**

**Practitioner Name: Charu S. Desai, M.D.**

I have reviewed by current Delineation of Privileges and wish to: (Please Check One):

✓   Make No Changes

___   Submit Revised Privilege form Attached

___   Make the following changes (Specific changes must be listed here for review)

_____

_____

_____

## ACKNOWLEDGMENT OF PRACTITIONER

I have requested only those specific privileges for which by education, training, current experience and demonstrated performance I am qualified to perform, and for which I wish to exercise for Marlborough Hospital.

Charu S. Desai, M.D.                          3/26/2015
Practitioner Signature                        Date

## ACKNOWLEDGEMENT OF MARLBOROUGH HOSPITAL DEPARTMENT CHIEF

The Delineation of Privileges for reappointment have been granted based on the review of the following data when available:

- ↓ Current Clinical Competence
- ↓ Affiliation References
- ↓ Admissions Data
- ↓ Procedures Performed
- ↓ Outcomes of Procedures Performed
- ↓ UR/QA Statistics
- ↓ Other Relevant Information

Marlborough Hospital Chief's Signature                     6/19/15
                                                           Date

**CONFIDENTIAL**

 **UMassMemorial**

**Medical Center** Medical Staff Services/Provider Enrollment
281 Lincoln Street
Suite HM2-212
Worcester, MA 01605
Tel: 508-334-8015
Fax: 508-334-8235

December 15, 2014

## CONFIRMATION OF MEDICAL STAFF APPOINTMENT

Name:  Charu S. Desai, M.D.
Appointment Date: 12/16/1991
Scheduled Reappointment Date: 07/11/2015
Resignation Date (Former Staff):
Department/Division:  Radiology
Staff Category: Active

This will serve as verification that Charu S. Desai, M.D., has been credentialed by the UMass Memorial Medical Center, in compliance with state regulation, federal law and JCAHO standards.  This individual has continually met this facility's standards for reappointment to the Medical Staff and for renewal of clinical privileges.  There is no derogatory information on file regarding this practitioner. Information is based on review of the individual's credentials record.

*Maureen A. Podesta*

Maureen A. Podesta, CPMSM
Director, Medical Staff Services/Provider Enrollment

GOOD

**CONFIDENTIAL**

UMM-03178

 **UMassMemorial**

**Medical Center**
Department of Medical Staff
Services / Provider Enrollment

11 Shattuck Street
Worcester, MA 01605-2192
Tel: 508-334-8015
Fax: 508-334-8235
medicalstaffservices@umassmemorial.org
www.umassmemorial.org

07/14/2011

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA 01655

Dear Dr. Desai:

On behalf of the UMass Memorial Medical Center Patient Care Assessment Committee, I am pleased to reappoint you
to the Medical Staff.

| | |
|---|---|
| Clinical Privileges in: | Radiology |
| Effective Dates: | 07/14/2011 to 07/11/2013 |
| Staff Category: | Active |

Please note that UMass Memorial Medical Center has changed its reappointment cycle to the month of birth in the
odd/even year of license renewal. This cycle has been selected to standardize the reappointment process throughout
the UMass Memorial Healthcare System. In the future, when you apply for reappointment a single application
process will cover your appointments at UMass Memorial Medical Center, Marlborough Hospital, Clinton Hospital,
HealthAlliance Hospital and Wing Memorial Hospital (if you hold privileges at any of those facilities). This process is
designed to reduce duplicate application processes that occur on different schedules. As part of this change, you
**may** be required to reappointment in two consecutive years in order to change to the new cycle. After that, you will
return to a two year cycle. We apologize for any inconvenience you may experience.

Your approved clinical privileges are delineated on the attached pages. If you have any questions regarding your
approved privileges, please confer with the appropriate service chief.

As a reminder, for those who currently hold a faculty appointment with the University of Massachusetts Medical
School, and are on the Active or Courtesy Medical Staff, your clinical privileges and medical staff membership are
contingent upon maintenance of your faculty appointment.

Thank you for your continued support of the UMass Memorial Medical Center.

Sincerely,

Stephen Tosi, M.D.
Chief Medical Officer

cc: Department Chair
    Division Chief

The Clinical Partner of the
University of Massachusetts Medical School

**CONFIDENTIAL**

Online Verification System

Page 1 of 1

 **UMassMemorial**

Sharon Bonner
Credentaling Spec.
UMass Memorial Medical Center
281 Lincoln Street
Worcester, MA 01605

May 18, 2017

CONFIRMATION OF APPOINTMENT

The information provided below applies only to the period of affiliation at UMass Memorial Medical Center.

| | |
|---|---|
| **Name:** | Charu S. Desai, MD |
| **Department/Division:** | Radiology |
| **Staff Category:** | Active |
| **Appointment:** | Dec 16, 1991 |
| **Scheduled Reappointment:** | July 9, 2017 |
| **Resignation Date, If Applicable:** | |

This letter will serve as confirmation that Charu S. Desai, MD, is/was credentialed by UMass Memorial Medical Center, in full compliance with Massachusetts State Regulation, Federal Law, NCQA and Joint Commission Standards.

This individual meets/met this facility's standards for reappointment and renewal of clinical privileges. There is no derogatory information on file regarding this practitioner. Information is based on a review of the individual's credentials record at UMass Memorial Medical Center.

If you have any questions regarding the above information, please contact our office at 508-334-8015.

Please note: UMass Memorial Medical Center includes the former Memorial Medical Center and University of Massachusetts Medical Center.

Sincerely,

*Maureen A. Podesta, CPMSM*

Maureen A. Podesta, CPMSM
Director, Medical Staff Services

**CONFIDENTIAL**

Online Verification System

Page 1 of 1

 **UMassMemorial Marlborough Hospital**



May 18, 2017

**CONFIRMATION OF APPOINTMENT**

| | |
|---|---|
| Name: | Charu S. Desai, MD |
| Department: | Radiology |
| Staff Category: | Courtesy |
| Dates of Affiliation: | 02/05/2015 - |
| Temporary Privileges Granted: | 02/05/2015 |
| (only if different date from above) | |

This letter will serve as confirmation that Charu S. Desai, MD, is/was credentialed by Marlborough Hospital, in full compliance with Massachusetts State Regulation, Federal Law, and Joint Commission Standards.

This individual meets/met this facility's standards for appointment/reappointment and renewal of clinical privileges. There is no derogatory information on file regarding this practitioner. Information is based on a review of the individual's credentials record at Marlborough Hospital.

If you have any questions regarding the above information, please contact our office at 508-486-5435.

Sincerely,

*Tiffany L. Caputo*

Tiffany L. Caputo
Medical Staff Coordinator, Medical Staff Services

**CONFIDENTIAL**

*RCD 4/13/15*

*★ Just Appointed to Clinton 4/30/15 ⌐ Marlborough ⌐ 7/5/15 - ₵₵₵*

| Desai, Charu S., M.D. | Radiology, Radiology, Radiology | |
|---|---|---|
| Facilities: UMass Memorial Health Care, Clinton Hospital, Marlborough Hospital | Facilities Record Status: Current Medical Staff, Current Medical Staff, Current Medical Staff Facilities Reappt Date: 07/11/2015, 07/31/2015, 07/31/2015 | Facilities Staff Status: Active, Provisional, Consultant, Provisional Courtesy |
| Provider Primary Phone: (774) 442-5160 | Provider Email Address: Charu.Desai@umassmemorial.org | |

**IMPORTANT!!!! If a checklist is already in Echo for a reappointment processed 1/1/12 or after**
**DO NOT DELETE THE CHECKLIST FROM THE PREVIOUS REAPPT-CHANGE IT TO PRIOR**
**CHECK OFF EACH ITEM ON THIS CHECKLIST AS YOU PROCESS THE APPLICATION.  IT IS NOT COMPLETE UNLESS ALL**
**ITEMS ARE CHECKED!!!!!!!**

| Step | Action |
|---|---|
| 1 | Set-up checklist in Echo (provider name, checklists, + to add checklist – MSO1 Reapp  If eICU/telestroke, etc. use that version).    OPPE forms are inside of the folder and, if applicable Marlborough Data Bank.  Hold until the application is ready to send to Chief/Chair. *Follow-up at 3 weeks, then 2 weeks, then weekly emails with phone calls for returns and copy the department/division contact). If provider holds privileges at a member hospital, copy contact at member hospital Medical Staff Office to ensure they are aware of the status of the application.*  Use read receipt on all notices.  It will be the responsibility of the member hospital contact to their chief/chair regarding any delinquent applicants for that site based on receipt of these notices.  We will be responsible for contacting the UMMMC chief/chair for any delinquent UMMMC reappointments. |
| 2 | Jill will date stamp any returned applications and put them on the reappointment processing table.  They will be sorted daily into the appropriate month assignment, and logged date of return on roster. |
| 3 | Credentialing Specialist will take applications from the most current working month (if there are applications for May and June, take only from May.  If there are no returns in the May bucket, then take from June).  Initial roster to indicate you have taken the application.  If provider is eICU or telestroke, it will be marked as eICU or telestroke and given to Chrissy. |
| 4 | Send an email to the other facilities where privileges are held informing them that the application has been received and is *in process and that you will follow-up with another email when complete.* |
| 5 | If covered by UMass Memorial Self Insurance Program, log the coverage renewal application and send only the coverage renewal form interoffice or scan to Judy Anti in Claims Management. |
| 6 | Use the checklist as best and as fully as you can. Do not scan the individual documents/verifications (exception member hospital pages) into the individual line items.  Use the notes (looks like a notebook far to the right), to log any comments. |
| 7 | Scan the privileges and signature forms specific to UMMMC and any of the member hospitals, into the checklist where noted.  If Marlborough privileges, include the Marlborough Data Bank in the folder in this area for scanning.  *NOTE: for HealthAlliance, scan the UMMMC requested Delineation of Privileges for any NPs or PA's as signed by the provider and the UMMMC supervising, in along with the HealthAlliance forms.* |
| 8 | Enter any profile changes into Echo.  Be careful in reviewing profile for changes that are hospital-specific (category changes, etc. they will need to be entered under that hospital and not globally).  Any changes regarding address, phone, beeper, etc – please copy that page of the application and put in the bucket for address changes and include your initials on the form so Deb knows who to refer to for questions. |
| 9 | Run standard reappointment verifications (**3 years: clinical practice, training.  10 years: malpractice**) certifacts or other specialty boards, licenses all applicable states*, OIG, EPLS, Sex Offender Registry, NPDB/PDS, etc. per checklist.  **Request the three peer references if the provider holds privileges at any of the member hospitals, or if it has been checked off to request on the OPPE form.** |
| 10 | If provider has privileges at UMass Memorial, AND any member hospitals – run a verification letter for UMass Memorial.  If just UMass Memorial, this step is not required. |
| 11 | Refer any claims histories, discipline, sanctions, criminal, health issues, complaints, etc. issues reported or collected during the credentialing process to Maureen. |
| 12 | When complete scan the application, including OPPE (for member hospitals remove the cover signature page and send only the Crimson report pages), and verifications (not the NPDB) into the "Complete Final Application" in checklist.  Send notice to member hospital representatives informing them application is ready and they can pull from "Complete Final Application" in checklist and their hospital's specific privileges/signature forms.  DO NOT SCAN IN INCOMPLETE APPLICATIONS.  IF INCOMPLETE, CONFIRM WITH THE MEMBER HOSPITAL THAT THEY WANT THE INCOMPLETE APPLICATION DUE TO TIMING URGENCY AND SCAN IN AN EMAIL TO THEM.  WHEN THE APPLICATION IS FULLY COMPLETE, THEN SCAN IN ECHO FOR THE RECORD. |
| 13 | Take the application with the UMMMC specific privileges and supporting documentation, and process through UMMMC chair/chief (do not send signature pages or privilege forms for the other hospitals) |

Processor's notes: _____

**CONFIDENTIAL**

 **UMassMemorial**

**Medical Center** Medical Staff Services/Provider Enrollment
281 Lincoln Street
Suite HM2-212
Worcester, MA 01605
Tel: 508-334-8015
Fax: 508-334-8235

May 5, 2015

### CONFIRMATION OF MEDICAL STAFF APPOINTMENT

Name:  Charu S. Desai, M.D.
Appointment Date: 12/16/1991
Scheduled Reappointment Date: 07/11/2015
Resignation Date (Former Staff):
Department/Division:  Radiology
Staff Category: Active

This will serve as verification that Charu S. Desai, M.D., has been credentialed by the UMass Memorial Medical Center, in compliance with state regulation, federal law and JCAHO standards.  This individual has continually met this facility's standards for reappointment to the Medical Staff and for renewal of clinical privileges.  There is no derogatory information on file regarding this practitioner. Information is based on review of the individual's credentials record.

*Maureen A. Podesta*

Maureen A. Podesta, CPMSM
Director, Medical Staff Services/Provider Enrollment

**CONFIDENTIAL**


**UMassMemorial**
*Marlborough Hospital*

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000

July 11, 2017

Charu S. Desai, MD
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the Marlborough Hospital Patient Care Assessment Committee, I am pleased to reappoint you to the Medical Staff.

| | |
|---|---|
| Clinical Privileges in: | Radiology |
| Effective Dates: | 07/31/2017 to 07/31/2019 |
| Staff Category: | Courtesy |

Your approved clinical privileges are delineated on the attached pages.  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

Thank you for your continued support of Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

| VENDOR NO.   210671 | | | UMass Memorial Medical Group, Inc.  WORCESTER, MA 01605 | | CHECK NO.0050473130 |
|---|---|---|---|---|---|
| INVOICE NO. | CODE | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMT. |
| DUES-65-RA-17 | | 3/27/2017 | 6,500.00 | .00 | 6,500.00 |
| Msg: CK TO DAVE G | | FOR BACKUP | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | 6,500.00 | .00 | 6,500.00 |

State Sales Tax Exemption No. 04-2911067

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**UMass Memorial Medical Group, Inc.**
Accounts Payable Department
306 Belmont St, Suite 150
Worcester, MA 01604

BANK OF AMERICA
WORCESTER, MA   51-44 / 119

**No. 0050473130**

CHECK DATE
3/30/17

CHECK AMOUNT
****6,500.00

PAY   Six Thousand Five Hundred and 00/100 Dollars

TO
THE
ORDER
OF

MARLBOROUGH HOSP MED STAFF
157 UNION ST
MEDICAL STAFF OFFICE D-9
MARLBOROUGH MA 01752

AUTHORIZED SIGNATURE(S)
(1 MANUAL SIGNATURE REQUIRED FOR $100,000 OR OVER)

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈0050473130⑈ ⑆011900445⑆00000540B3⑈

**CONFIDENTIAL**

2015

Desai, Charu S., M.D.

**UMass Memorial Medical Center**
**OPPE 9 Month ( )   Reappointment (X)**

Run Date: March 17, 2015

| | |
|---|---|
| | **Charu S. Desai, M.D.**<br>**Radiology**<br>**Active** |
| UMass Memorial Medical Center<br>55 Lake Avenue North<br>Radiology<br>Worcester, MA 01655<br><br>(774) 442-5160 | Practice Type: UMMMG Employee<br>Initial Privileges Issue Date: 12/16/1991<br>Scheduled Reappointment Date: 07/11/2015 |

Signature Division Chief/Vice Chair (where applicable) _____     Date _____

Signature Department Chair  *Maulauf*     Date 6/5/15

**Please check off one of the following:**

| ✓ | In review of this medical staff member, there are no issues which require focused review or peer review.  Continuation of privileges is recommended. |
|---|---|
| | In review of this medical staff member, issues have been identified which *may* require focused review or peer review. (Medical Staff Services will contact you for further information). |
| | Focused Review/Peer Review is currently in process, or has already been requested, for this medical staff member. |

**Please check off one of the following:**

| COMPETENCIES | Excellent | Good | Fair/Poor | Unknown |
|---|---|---|---|---|
| Provision of Patient Care: including performance of requested privileges, clinical and technical skills which are appropriate and effective and for the promotion of health, access and coordination of care. | ✓ | | | |
| Medical and Clinical Knowledge: including current knowledge of clinical, biomedical and social sciences that apply to patient care, and awareness of best practices. | ✓ | | | |
| Professionalism: including character, ethics, integrity, understanding of diversity, and responsibility. | ✓ | | | |
| Physical and Mental competence. | ✓ | | | |
| Participation in teaching activities (if practitioner holds a faculty appointment) | ✓ | | | |
| Interpersonal & communication skills: including effective communication with patients and families, involves patients in care, communicates effectively with physician colleagues and non-physician co-workers. | ✓ | | | |
| Practice-Based Learning and Improvement: including learning and investigation, evaluation and improvement. | ✓ | | | |
| Systems-Based Practice: including understanding of systems of care, participating in quality audits, working with others to redesign systems as needed, practices cost-effective care. | ✓ | | | |
| Compliance: including compliance with bylaws, rules and regulations, policies and procedures. | ✓ | | | |

**REAPPOINTMENT ONLY (not required for interim OPPE) Please check off one of the following:**

| ✓ | I recommend this applicant for reappointment to the Medical Staff, and for clinical privileges (as applicable to category of staff), with NO conditions. | |
|---|---|---|
| | I recommend this applicant for reappointment to the Medical Staff, and for Clinical privileges (as applicable to category of staff), WITH CONDITIONS. | Conditions: |
| | I have no direct knowledge of this applicant's current clinical competence.  Based on review of peer references, and any OPPE information available, I recommend reappointment and clinical privileges. | |
| | I recommend this applicant for reappointment to the Medical Staff.  Request applicant change category to Active Referring (does not require clinical privileges). | |
| | I do not recommend this applicant for clinical privileges and/or reappointment to the Medical Staff.  Please attach explanation. | |

**CONFIDENTIAL**

 **Marlborough Hospital**
*A Member of UMass Memorial Health Care*

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000

February 9, 2015

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the Marlborough Hospital Patient Care Assessment Committee, I am pleased to appoint you to the Medical Staff.

| | |
|---|---|
| Department/Division: | Radiology |
| Effective Dates: | 02/05/2015 to 07/31/2015 |
| Staff Category: | Provisional Courtesy |

Your appointment will be effective through the expiration date noted above, at which time you will be considered for reappointment.

Reappointments will be based on month of birth in the odd or even year to match your license renewal. Joint Commission standards do not allow us to extend privileges beyond a 24 month period.  In order to comply with that standard, and to place you on a birth-month/license year schedule (UMass Memorial Health Care System standard), you **may** be required to reappoint two years in a row.  This would be a one time effort.  We apologize for this inconvenience.  However, for those who hold privileges at more than one UMass Memorial Health Care System hospital, this will ensure you have only one reappointment application process to cover all member hospitals going forward.

Your approved clinical privileges are delineated on the attached pages (exception Active Referring for which clinical privileges do not apply).  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

Welcome to Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

Radiology 2014

**Marlborough Hospital**
**Delineation of Clinical Privileges**
**Department of Radiology**
**(Includes Nuclear Medicine)**

**Applicant:** CHARU SHIRISH DESAI                    Appointment ☑ Reappointment ☐

**Medical Staff Membership/Clinical Privileges**

All applicants for clinical privileges must meet at least the following minimum qualifications for Medical Staff membership as set forth in the Marlborough Hospital Bylaws.
◆Valid license to practice medicine in Massachusetts
◆Malpractice insurance coverage (in an amount that satisfies state regulations and Hospital policy)
◆Prescriptive registration (as applicable to specialty)
◆Completion of medical school
◆Satisfactory completion of post-graduate training program(s)
◆Current clinical competence in the procedures being requested
 Adherence to the ethics of profession
◆Ability to work cooperatively with others

**Criteria Specific to the Department of Radiology**

Applicants for clinical privileges in the Department of Radiology must have completed an ACGME approved residency training program in Radiology, or its international equivalent. Certification by the American Board of Radiology or be an active candidate for certification.

**Criteria Specific to Nuclear Medicine**

Applicants must have satisfactorily completed an ACGME-accredited residency program in Nuclear Medicine and must be certified by the American Board of Nuclear Medicine or be an active candidate for certification. Applicants for privileges in Nuclear Cardiology must be certified by the American Board of Nuclear Medicine, with Added Qualifications in Nuclear Cardiology, or an active candidate for such certification. Recertification is required for those certified by the American Board of Nuclear Medicine in 1992 or later.

**Criteria for Specific Procedures**

Diagnostic Ultrasound:  **Initial Appointment:** Completion of an ACGME accredited residency program with at least three months of diagnostic ultrasound training. During training applicant should have been involved in at least 500 diagnostic ultrasound examinations. **OR** , if residency training did not include ultrasound, applicant should have completed an appropriate fellowship or post-graduate training program during which the physician should have been involved in the performance and interpretation of at least 500 ultrasound examinations. **OR**, qualifications may be fulfilled by those physicians who completed residency prior to the existence of fined fellowships or residency training. Such individuals shall have completed residency prior to 1982, and have performed and ...terpreted ultrasound examinations for at least 10 years and been involved in at least 500 ultrasound examinations. **OR**, in the absence of formal fellowship or training, documentation of clinical experience of at least two years of ultrasound experience during which a minimum of 500 ultrasound examinations were performed and interpreted. **OR**, certification in Diagnostic Radiology by the American Board of Radiology.
**Renewal of privileges:** A minimum of 300 examinations per year is recommended and appropriate CME in diagnostic ultrasound.

Stereotactically Guided Breast Interventional Procedures: **New Appointments:** Completion of an ACGME-accredited residency program or fellowship program including specific training in stereotactically guided breast interventional procedures. **OR**, two months of full-time documented formal training in the interpretation of mammograms, including instruction in medical radiation physics, radiation effects, and radiation protection. **Renewal of privileges:** Applicant must interpret on a regular basis, a minimum of 480 mammograms per year is recommended, and participation in mammography CME programs.

Performance of Ultrasound Guided Percutaneous Breast Interventional Procedures:  **New Appointments:** Completion of an ACGME-accredited residency program with 3 or more months of dedicated formal diagnostic ultrasound training, including breast ultrasound. **OR**, If residency did not include ultrasound, appropriate fellowship or post-graduate training during which physician should have been involved with the performance and interpretation of at least 500 ultrasound examinations. **OR**, In the absence of residency training, formal fellowship or post-graduate education, documentation of clinical experience could be acceptable provided it can be established that applicant has had at least two years of ultrasound experience during which a minimum of 500 general or 100 breast ultrasound examinations were performed and interpreted. **Renewal of privileges:** Regular performance and interpretation of breast ultrasonographic examinations, documented performance of at least 12 percutaneous ultrasound guided breast interventional procedures per year, and participation in related CME Courses.

**CONFIDENTIAL**

Radiology 2014

Name: _____

Moderate Sedation. Initial applicants for moderate sedation privileges must complete the moderate sedation credentialing package. Current ACLS certification is required. Reappointment applicants must have a minimum of and proof of at least 20 cases and current ACLS certification.

N=Neonatal          C=Child          A=Adolescent          AD=Adult          G=Geriatrics

| Privileges | Age Groups N, C, A, AD, G | Requested | Recommend | Approved | Comments |
|---|---|---|---|---|---|
| Admitting Privileges Active & Courtesy Staff Only | | | | | |
| History and Physical | | | | | |
| CT image interpretation and supervision | | ✓ | ✓ | | |
| image interpretation and supervision | | | | | |
| MR image interpretation and supervision | | | | | |
| X-ray and fluoroscopy image interpretation and supervision | | ✓ | | | |
| General nuclear medicine (non cardiac) image interpretation and supervision | | | | | |
| Mammography image interpretation and supervision | | | | | |
| Moderate sedation | | | | | **Initial exam required** **Requires ongoing current ACLS certification and proof of minimum number of cases** **In compliance with moderate sedation policy** |
| Fluoroscopic guided intervention including arthrography, catheter placement, IVC filter, myelography and injection | | | | | |
| CT guided intervention including needle biopsy, catheter placement and injection | | | | | |
| US guided intervention including needle biopsy, catheter placement and injection | | | | | |
| MRI guided intervention including MRI guided breast biopsy | | | | | |
| Mammography and stereotactic intervention including wire localization and stereotactic biopsy | | | | | |
| Nuclear medicine diagnostic intervention including injection for sentinel node localization | | | | | |

**CONFIDENTIAL**

Desai, Charu S., MD

UMASS MEMORIAL HEALTH CARE
REAPPOINTMENT APPRAISAL/RECOMMENDATION FORM

**Charu S. Desai, MD**          **Provisional Courtesy**          **Radiology**

**1. How often does this applicant use Marlborough Hospital facilities?**   o Frequently   o Occasionally   o Never

**2. Please complete the following evaluation.**

| DELINEATION OF PRIVILEGES | Excellent | Good | Fair | Poor | Unknown | Comments |
|---|---|---|---|---|---|---|
| CURRENT COMPETENCE | ✓ | | | | | |
| HEALTH STATUS | ✓ | | | | | |
| AVAILABILITY | ✓ | | | | | |
| ETHICS & CONDUCT | ✓ | | | | | |
| COOPERATION WITH HOSPITAL PERSONNEL | ✓ | | | | | |
| FREQUENCY OF USE OF HOSPITAL FACILITY | ✓ | | | | | |
| RELATIONSHIP WITH OTHER PRACTITIONERS & ANCILLARY STAFF | ✓ | | | | | |
| RELATIONSHIP WITH PATIENTS | ✓ | | | | | |
| REVIEW & QUALITY ASSURANCE FINDINGS | ✓ | | | | | |
| MEDICAL RECORD PREPARATION & COMPLETION | ✓ | | | | | |
| MEETING/COMMITTEE ATTENDANCE | ✓ | | | | | |

Other Comments regarding this applicant: _____ N/A _____

**3. Please √**   Recommendations

| | | Comments |
|---|---|---|
| ✓ | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with no conditions. | |
| | I recommend the applicant for reappointment to the Medical Staff, and for renewal of clinical privileges, with conditions. | Conditions: |
| | I have no direct knowledge of this individual's current clinical competence. Based on a review of the credentials file, including assessment by others familiar with this individual's current clinical competence, reappointment and renewal of clinical privileges is recommended. | |
| | I do not recommend the applicant for reappointment or renewal of clinical privileges.  A written explanation is attached. | |
| | Other:  (Explain): | |

_____          6/19/16
Signature, Division Chief (if applicable)          Date

_____          _____
Signature, Department Chief          Date

**CONFIDENTIAL**

# Exhibit FFFF



**UMassMemorial**
**Marlborough Hospital**

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000
www.umassmemorial.org

April 4, 2019

Charu S. Desai, MD
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA  01655

Dear Dr. Desai:

Marlborough Hospital has accepted your resignation as a member of the Department of
Radiology with regret.

Thank you very much for your service to Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

# Exhibit GGGG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-cv-10520-DHH

CHARU DESAI,
    Plaintiff,

v.

UMASS MEMORIAL MEDICAL
CENTER, INC., et al.,
    Defendants.

**AFFIDAVIT OF**
**STEVEN P. ROACH**

I, Steven P. Roach, hereby depose and state as follows:

1.     I am the President of Marlborough Hospital, and in this capacity I have personal knowledge of the facts set forth herein.

2.     Marlborough Hospital does not employ any physicians who provide medical care at Marlborough Hospital.

3.     Radiologists employed by UMass Memorial Medical Group, Inc., provide radiology services to Marlborough Hospital pursuant to a Professional Services Agreement. Marlborough Hospital does not employ the radiologists who perform services under this Agreement.

4.     Marlborough Hospital has never employed Charu Desai, M.D.

5.     All physicians are required to be credentialed and appointed as members of the medical staff in order to have privileges to provide medical care to patients at Marlborough Hospital.

6.     Physicians who are credentialed and appointed as members of the medical staff are not employees of Marlborough Hospital.

Client Matter 15602/00540/A7409059.DOCX

7.     Dr. Charu Desai formerly served as a member of Marlborough Hospital's medical staff, providing radiology services for patients of Marlborough Hospital as a member of its medical staff.

8.     On April 4, 2019, I signed a letter to Charu S. Desai, M.D., in which I stated: "Marlborough Hospital has accepted your resignation as a member of the Department of Radiology with regret. Thank you very much for your service to Marlborough Hospital." A copy of this letter is attached as **Exhibit A**.

9.     This letter was in reference to Dr. Desai's resignation as a member of Marlborough Hospital's medical staff, and was thanking her for her service to Marlborough Hospital as a member of its medical staff.

10.     This letter was generated as a result of the Medical Staff Services Office being notified that Dr. Desai's employment with UMass Memorial Medical Group, Inc., was ending, and was sent to Dr. Desai as confirmation of the corresponding termination of her medical staff privileges at Marlborough Hospital.

11.     This letter was not in reference to Dr. Desai's resignation of employment by Marlborough Hospital, as she was never employed by Marlborough Hospital, nor did she have any other relationship with Marlborough Hospital other than providing radiology services under Marlborough Hospital's Professional Services Agreement with Dr. Desai's employer, UMass Medical Group, Inc.

12.     At no time did Marlborough Hospital restrict the privileges of Dr. Desai to perform reads of CT images.

13.     Marlborough Hospital did not participate in the decision to end Dr. Desai's employment with UMass Medical Group, Inc.

Signed under pains and penalties of perjury this 6 day of December 2021.

_____
Steven Roach

## EXHIBIT A



**UMassMemorial
Marlborough Hospital**

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000
www.umassmemorial.org

April 4, 2019

Charu S. Desai, MD
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA 01655

Dear Dr. Desai:

Marlborough Hospital has accepted your resignation as a member of the Department of
Radiology with regret.

Thank you very much for your service to Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

# Exhibit HHHH



**EMPLOYEE SEPARATION FORM**

**UMassMemorial**

*(to be used for employees on the UMass Memorial Payroll)*

*\*Please note: This form is not for Internal Transfers\**

*(for internal transfers use the Employee Change Form located on the tab below)*

Upon receipt of resignation of employment (including discharge), this form must be completed, signed, and forwarded promptly to the HRIS Mailbox (HRIS.Mailbox@umassmemorial.org) or faxed to the HR Records Dept at (508) 793-5571 to ensure timely processing of terminal benefits (unused earned time, vacation and personal time accruals), and ensure security deactivation.

For Immediate Discharges: you can complete the IS Security Access Form (located on Ournet - Administrative - Information Systems - Groups and Teams - Information Security - Information Security Forms and Agreements or Contact your Business Partner for Assistance

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Charu Desai | | Employee Number: | | **18101** | |

| Cost Center Name: | CHEST THORACIC RADIOLOGY | Corp | Div | Dept | Cost Center |
|---|---|---|---|---|---|
| | | 340 | 00 | ARAD | 2113 |

Last Day Worked:     15     03/17/19     Official Separation date:     3-15-19     03/17/19     *LoA-OK*  *CM*

Offer Exit Interview with HR Business Partner      ☐ Yes   ☑ No

Resignation letter Date:     03/09/18     (notify HR Business Partner if all properties/monies are not returned)

With a resignation payroll will mail the final check(s) including accrual check to the employee

**Reason for Termination: (Check all that apply)**

| | | | |
|---|---|---|---|
| ☐ Conflict with other employees | ☐ Higher Pay | ☐ Benefits | ☐ Conflict with Manager/Supervisor |
| ☐ Family and/or personal reasons | ☐ Career Change | ☐ Commute | ☐ Performance Issues |
| ☐ Better Job Opportunity | ☐ Relocate/move | ☐ Company Instability | ☑ Other - Please note in comments   *RETIREMENT* |

**Comments:**
Please pay out dr. Desai's 688.72 hours of vacation B bank time.   She will also be owed 19 regular vacation days (152 hours). Notice given to physician

**Would you re-employ this person?**
☐ Yes       ☐ No    ☑ Maybe     Please note: An explanation is *required* if "No" or "Maybe" are selected

*Explanation:*     SEE KATH LEBLANC FOR REHIRE INFO

| | | | |
|---|---|---|---|
| Immediate Supervisor: | | Date: | - |
| Department Head: | *Mary Lee* | Date: | 11/30/18 |

Has all UMMHC property been retrieved and returned to the appropriate departments?     ☐ Yes     No

**Supervisors:**
Give employee Form 0590-A How to File for Unemployment Insurance Benefits, located at     http://www.mass.gov/lwd/docs/dua/0590a-508.pdf

HR Records should receive the Employee Separation Form and a letter of resignation, if submitted.

Kronos badges must be submitted to the Payroll Department, Employee ID's/Parking badges must be submitted to the Campus Public Safety Office

For Benefits related questions, have employee contact the Benefits Contact Center, (508) 334-8511

*For questions about this form, please contact your HR Business Partner or the HR Records Department*

# Exhibit IIII

Radiologists separated from UMass Memorial Medical Group since January 1, 2015.

| | Name | Separation Date | Reason |
|---|---|---|---|
| 1 | | 3/1/2015 | Voluntary |
| 2 | | 3/15/2015 | Voluntary |
| 3 | | 5/31/2015 | Voluntary |
| 4 | | 6/30/2015 | Unknown |
| 5 | | 7/18/2015 | Resigned Following Discussion of Performance Concerns |
| 6 | | 8/28/2015 | Voluntary |
| 7 | | 9/11/2015 | Voluntary |
| 8 | | 9/11/2015 | Voluntary |
| 9 | | 11/24/2015 | Retired |
| 10 | | 12/12/2015 | Resigned Following Discussion of Performance Concerns |
| 11 | | 1/1/2016 | Retired Following Discussion of Performance Concerns |
| 12 | | 2/1/2016 | Per Diem – No Longer Needed |
| 13 | | 2/25/2016 | Voluntary |
| 14 | | 4/29/2016 | Voluntary |
| 15 | | 5/13/2016 | Voluntary (since re-hired) |
| 16 | | 6/11/2016 | Per Diem - No Longer Needed |
| 17 | | 7/1/2016 | Retired |
| 18 | | 9/30/2016 | Voluntary |
| 19 | | 10/13/2016 | Voluntary |
| 20 | | 11/4/2016 | Voluntary |
| 21 | | 1/9/2017 | Voluntary |
| 22 | | 4/5/2017 | Voluntary |
| 23 | | 5/17/2017 | Voluntary |
| 24 | | 5/31/2017 | Resigned Following Discussion of Performance Concerns |
| 25 | | 6/23/2017 | Resigned Following Discussion of Performance Concerns |
| 26 | | 6/30/2017 | Voluntary |
| 27 | | 6/30/2017 | Voluntary |

CONFIDENTIAL

| 28 |  | 12/31/2017 | Retired |
|----|--|-----------|---------|
| 29 |  | 1/30/2018 | Voluntary |
| 30 |  | 2/1/2018 | Voluntary |
| 31 |  | 2/13/2018 | Per Diem - No Longer Needed |
| 32 |  | 6/1/2018 | Resigned Following Discussion of Performance Concerns |
| 33 |  | 6/30/2018 | Per Diem - No Longer Needed |
| 34 |  | 6/30/2018 | Per Diem - No Longer Needed |
| 35 |  | 7/30/2018 | Voluntary |
| 36 |  | 8/17/2018 | Voluntary |
| 37 |  | 10/10/2018 | Per Diem - No Longer Needed |
| 38 |  | 2/22/2019 | Voluntary |
| 39 | Charu Desai, M.D. | 3/15/2019 | Involuntary - Performance |
| 40 |  | 5/25/2019 | Voluntary |
| 41 | M.D. | 6/3/2019 | Per Diem - No Longer Needed |
| 42 |  | 7/8/2019 | Voluntary |
| 43 |  | 7/23/2019 | Voluntary |
| 44 |  | 8/30/2019 | Voluntary |
| 45 |  | 10/16/2019 | Retired |
| 46 |  | 11/15/2019 | Voluntary |
| 47 | M | 1/7/2020 | Voluntary |
| 48 |  | 4/15/2020 | Voluntary |
| 49 |  | 4/30/2020 | Per Diem - No Longer Needed |
| 50 |  | 7/11/2020 | Voluntary |
| 51 |  | 9/10/2020 | Voluntary |
| 52 |  | 10/31/2020 | Retired |

CONFIDENTIAL

# Exhibit JJJJ

 **UMassMemorial** |  **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
www.umassmemorial.org

February 8, 2018

Max Rosen, MD, MPH
Chair, Department of Radiology
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA 01655

Dear Dr. Rosen,

It gives me great pleasure to write this letter in support of Dr. Girish Tyagi who is being considered at the rank of Assistant Professor of Radiology on the non-tenure track at UMMS.

I have known Dr. Tyagi personally as a colleague when he rejoined the staff at Beth Israel Medical Center in 2005.   Both he and I worked in the Department of Abdominal Imaging and Intervention as well as the Department of Community Radiology at Beth Israel.  I was subsequently delighted to be able to hire him in a similar role here at UMMMC where he has continued to excel in his clinical duties.

Dr. Tyagi brings a unique background to radio having obtained an MBA and CFA and worked as an analyst in the healthcare field for many years.  His sharp analytical acumen serves him well both in his job as a radiologist as well as in the area of health care delivery, in which he excels.  As the field of health care economics rapidly evolves, I find Girish's knowledge of the economics of healthcare and healthcare delivery to be invaluable.

Girish has a strong background and has published extensively in the field of cross-sectional interventional radiology.  I have observed him on multiple occasions and can attest to his skill set and professionalism in the fields of diagnostic and interventional radiology.

I have no reservations in recommending Dr. Tyagi for the position of Assistant Professor of Radiology and look forward to continued collaboration with him both in clinical and research domains.

Sincerely,

Darren Brennan, MD
Associate Professor of Radiology
Vice Chair of Community Radiology

**CONFIDENTIAL**                    **UMM-26505**

# Exhibit KKKK

**To:**      Rosen, Max[Max.Rosen@umassmemorial.org]
**Cc:**      Dill, Karin[Karin.Dill@umassmemorial.org]
**From:**    Dill, Karin
**Sent:**    Tue 11/7/2017 10:44:19 AM
**Subject:** Confidential — — Fwd: pt is asking why cardiac is taking so long to book.   Pt may go to Boston if this can not be done this week.  Please f/u/ thank you peggy
image001.jpg

Hi Max

FYI to keep you in loop.  This congenital heart pt (below) left our system after Dr ▮▮▮▮ refused to send CHD protocol via email, requested at least 3 times.  This is a big loss when growing a program.  Not sure she understands how to be a partner in growing such a program.  I have made her aware the she needs to turn CHD protocols around promptly, regardless of how epic is functioning.

I have concerns about this, as the service has been grown completely from reputation and word-of-mouth.  This could kill our referrrals, particularly for CHD, a potentially huge business out here.

Thanks
Karin

Begin forwarded message:

> **From:** "Dill, Karin" <Karin.Dill@umassmemorial.org>
> **Date:** November 7, 2017 at 10:36:09 AM EST
> **To:** Patti Friend <PATTIFR@shcpo.shields.com>
> **Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mariah Sa
> <MARIAHB@shields.com>, Nicole Powers <NICOLEP@shields.com>
> **Subject: Re: pt is asking why cardiac is taking so long to book.    Pt may go to Boston if this can not be done this week.  Please f/u/ thank you peggy**
>
>
> Disappointing.  Let's all work to stay on top of protocols w goal of 24 hour turn around.
> Thanks
> Karin
>
> On Nov 7, 2017, at 10:13 AM, Patti Friend <PATTIFR@shcpo.shields.com> wrote:
>
>> I've left this Pt 2 messages since I received the Protocol and the Pt hasn't called back.
>> So I just called the MD's office to see if she ended up going to Boston like she said she was going to do and Debbie (Secretary) stated she did, and asked that I cancel this.
>>
>> Just keeping you in the loop
>>
>> **From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>> **Sent:** Friday, November 03, 2017 11:57 AM
>> **To:** Patti Friend
>> **Cc:** Mariah Sa; Dill, Karin; Nicole Powers
>> **Subject:** RE: pt is asking why cardiac is taking so long to book. Pt may go to Boston if this can

**CONFIDENTIAL**                    **UMM-30046**

not be done this week. Please f/u/ thank you peggy

I need to be on site for all CHD cases.

Please schedule on Wed mornings.

I am available and will be scheduled to be at Schrewsbury St. all Wed in Nov and Dec except for Dec 27.

Thanks

Laurie

**From:** Patti Friend [mailto:PATTIFR@shcpo.shields.com]
**Sent:** Friday, November 03, 2017 11:55 AM
**To:** Sena, Laureen <████████████████████
**Cc:** Mariah Sa <MARIAHB@shields.com>; Dill, Karin <Karin.Dill@umassmemorial.org>; Nicole Powers <NICOLEP@shields.com>
**Subject:** RE: pt is asking why cardiac is taking so long to book. Pt may go to Boston if this can not be done this week. Please f/u/ thank you peggy

Thank you.
Do you need to be on site for this case?

**From:** ████████████████████████████████████
**Sent:** Friday, November 03, 2017 11:53 AM
**To:** Patti Friend
**Cc:** Mariah Sa; Dill, Karin; Nicole Powers
**Subject:** RE: pt is asking why cardiac is taking so long to book. Pt may go to Boston if this can not be done this week. Please f/u/ thank you peggy

CHD protocol with contrast.

Routine cine SSFP ventricular short axis, 2C LV and RV, RVOT, 4C stack and 3C. Also LVOT
Flows – MPA, Ao, RPA, LPA, AVV
MRA pulm veins
Delayed enhancement

Exam needs a 1 ½ hour slot please

Laurie

**From:** Patti Friend [mailto:PATTIFR@shcpo.shields.com]
**Sent:** Friday, November 03, 2017 11:47 AM
**To:** ████████████████████████████████
**Cc:** Mariah Sa <MARIAHB@shields.com>; Dill, Karin <Karin.Dill@umassmemorial.org>; Nicole Powers <NICOLEP@shields.com>
**Subject:** FW: pt is asking why cardiac is taking so long to book. Pt may go to Boston if this can not be done this week. Please f/u/ thank you peggy
**Importance:** High

**CONFIDENTIAL**                    **UMM-30047**

Hi Dr ▮
This Pt has been calling to book her MRI
I know there's issues with being able to see this Patient in Epic.
But prior to the change, I sent this in an email 3x for Protocol hoping we could get
her in STAT.

Is there any way you can Protocol this asap so we do not lose the Patient?

See email below from scheduler (Sent on Monday 10/30)→

Thank you,
~*Patti*~

---

**From:** Peggy Civilik
**Sent:** Monday, October 30, 2017 9:00 AM
**To:** UMASS Front Office
**Subject:** pt is asking why cardiac is taking so long to book. Pt may go to Boston if this can not be done this week. Please f/u/ thank you peggy
**Importance:** High

**Facility** UMass MRI and Imaging - Shrewsbury St
**Exam Accession #** ▮

**Appt Date** Dec 25, 2070
**Appt Time** 09:30 **Appt End Time** 10:40
**Umass Siem Espr2 1.5**
**Patient Information** Home: ▮ Work: Cell: Text: Other:

**Patient Type Routine**

Peggy Civilik
Customer Care  Representative
P: 508-897-3205
peggyc@shields.com: *Have you seen it? Tom Brady (and his Super Bowl rings) are in Shields' new TV commercial! Check it out here*

.

CONFIDENTIAL                    UMM-30048

# Exhibit LLLL

## Joseph T. Ferrucci, M.D.

Academic Appointments:

| | |
|---|---|
| 1968-69 | Assistant in Radiology, Harvard Medical School |
| 1970-71 | Instructor in Radiology, Harvard Medical School |
| 1971-74 | Assistant Professor of Radiology, Harvard Medical School |
| 1974-81 | Associate Professor of Radiology, Harvard Medical School |
| 1981-1992 | Professor of Radiology, Harvard Medical School |
| 1992-2007 | Professor of Radiology, Boston University School of Medicine |
| 2007-present | Professor of Radiology, University of Massachusetts Medical School |

Hospital Appointments:

| | |
|---|---|
| 1969-70 | Assistant in Radiology, Massachusetts General Hospital |
| 1970-71 | Assistant Radiologist, Massachusetts General Hospital |
| 1971-75 | Associate Radiologist, Massachusetts General Hospital |
| 1976-1992 | Radiologist, Massachusetts General Hospital |
| 1987-1995 | Radiologist-in-Chief, Chelsea Soldiers Home, Boston, MA |
| 1992-2004 | Chairman, Department of Radiology, Boston University School of Medicine |
| 1992-1996 | Radiologist-in-Chief,  University Hospital, Boston,  MA |
| 1992-1996 | Radiologist-in-Chief, Boston City Hospital, Boston,  MA |
| 1996-2004 | Chief, Division of Radiology, Boston Medical Center, Boston, MA |
| 2007-2012 | Chair, Dept. of Radiology, UMass Medical School and UMass Memorial Medical Center.  Worcester. MA |

Other Professional Positions and Major Visiting Appointments:

| | |
|---|---|
| 1973-84 | Director, Annual Postgraduate Course in Abdominal Radiology, Harvard Medical School |
| 1977 | Visiting Professor, Department of Radiology,Tufts University, |
| 1978 | Visiting Professor, Department of Radiology, Yale Univ |
| 1980 | Visiting Professor, Department of Radiology, Mayo Clinic |
| 1980 | Visiting Professor, Department of Radiology, Univ of Cincinnati, |
| 1981 | Visiting Professor, Department of Radiology, Cornell University, |
| 1981 | Visiting Professor, Department of Radiology, Columbia University |
| 1982 | Visiting Professor, Department of Radiology, Yale Univ |
| 1983 | Visiting Professor, Department of Radiology, Univ of Pittsburgh |
| 1983 | Visiting Professor, Department of Radiology, Indiana Univ Indianapolis |
| 1984 | Visiting Professor, University of Wisconsin, Milwaukee |

2

CONFIDENTIAL          UMM-13538

# Exhibit MMMM

| Name | DOB | Bates # | Hire Date | Bates # | Age at Hire | Separated? | Bates # | Age at Separation | Per Diem? (Y/N/Date?) | Bates # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1/9/1983 | UMM-05015 | 8/31/2016 | UMM-05022 | 33 years old | | | | No | |
| | 6/25/1959 | UMM-05172 | 6/30/1991 | UMM-05264 | 32 years old | | | | (Appears Part-Time) | |
| | 11/7/1983 | UMM-05409 | 8/31/2016 | UMM-05423 | 32 years old | 6/1/2018 | UMM-05409 | 34 years old | Yes, 9/30/2017 | UMM-09145 |
| | 3/19/1973 | UMM-05436 | 7/19/2010 | UMM-05640 | 37 years old | 7/18/2015 | UMM-05666 | 42 years old | No | |
| | 3/25/1984 | UMM-05991 | 7/10/2017 | UMM-06107 | 33 years old | 7/23/2019 | UMM-06156 | 35 years old | No | |
| | 3/21/1978 | UMM-06223 | 7/1/2010 | UMM-06454 | 32 years old | | | | No | |
| | 3/2/1927 | UMM-06952 | 3/27/2011 | UMM-06960 | 84 years old | 11/24/2015 | UMM-06911 | 88 years old | Yes, 11/24/15 | UMM-06911 |
| | 6/9/1977 | UMM-06988 | 12/31/2018 | UMM-06988 | 41 years old | | | | No | |
| | 12/27/1944 | UMM-07009 | 6/1/2015 | UMM-07009 | 70 years old | 6/11/2016 | UMM-07020 | 71 years old | Yes, 2015 | UMM-09299 |
| | 6/7/1964 | UMM-07039 | 6/30/2015 | UMM-07045 | 51 years old | 6/30/2018 | UMM-07054 | 54 years old | No | |
| | 10/30/1954 | UMM-07062 | 2/15/2015 | UMM-07062 | 60 years old | 7/30/2018 | UMM-07072 | 63 years old | Yes, 10/15/15 | UMM-09434 |
| | 5/24/1961 | UMM-07084 | 1/31/2017 | UMM-07084 | 55 years old | | | | No | |
| | 10/20/1972 | UMM-07104 | 1/30/2015 | UMM-07104 | 42 years old | | | | Yes, 5/17/2020 | UMM-09634 |
| | 6/4/1953 | UMM-07193 | 2/3/2014 | UMM-07193 | 60 years old | | | | Yes, 2/3/2014, then part-tim | UMM-07182 |
| | 1/18/1970 | UMM-07227 | 3/16/2015 | UMM-07227 | 44 years old | 5/13/2016 | UMM-07274 | 46 years old | returned as FTE 3/30/17 | UMM-07273 |
| | 7/26/1982 | UMM-07283 | 7/10/2017 | UMM-07283 | 34 years old | 11/15/2019 | UMM-07300 | 37 years old | Yes, 7/1/18 | UMM-07287 |
| | 4/27/1973 | UMM-07324 | 9/4/2007 | UMM-07329 | 34 years old | | | | No | |
| | 5/11/1963 | UMM-07346 | 6/30/2017 | UMM-07346 | 54 years old | 9/10/2020 | UMM-07390 | 57 years old | No | |
| | 9/23/1978 | UMM-07392 | 7/1/2010 | UMM-07393 | 31 years old | | | | No | |
| | 6/17/1979 | UMM-11002 | 7/1/2012 | UMM-10941 | 33 years old | | | | No | |
| | 3/3/1969 | UMM-07453 | 8/31/2016 | UMM-07453 | 47 years old | | | | No | |
| | 2/28/1966 | UMM-07489 | 7/31/2007 | UMM-07485 | 41 years old | | | | No | |
| | 12/19/1952 | UMM-07508 | 9/30/2017 | UMM-07508 | 64 years old | | | | No | |
| | 1/25/1980 | UMM-07535 | 7/31/2014 | UMM-07535 | 34 years old | 9/11/2015 | UMM-07549 | 35 years old | No | |
| | 11/30/1978 | UMM-11566 | 11/1/2016 | UMM-11566 | 37 years old | 12/21/2016 | UMM-11578 | 38 years old | Yes, 11/1/16 | UMM-11562 |
| | 10/12/1979 | UMM-07572 | 7/1/2012 | UMM-07572 | 32 years old | | | | No | |
| | 10/12/1979 | UMM-07591 | 8/31/2017 | UMM-07591 | 37 years old | 12/31/2020 | UMM-07611 | 41 years old | No | |
| | 1/17/1969 | UMM-07628 | 2/29/2016 | UMM-07628 | 47 years old | 7/6/2019 | UMM-07693 | 50 years old | No | |
| | 10/24/1978 | UMM-07703 | 7/1/2014 | UMM-07703 | 35 years old | 3/15/2015 | UMM-07721 | 36 years old | Yes, 4/4/14 | UMM-11940 |
| | 4/3/1975 | UMM-12298 | 8/3/2006 | UMM-12285 | 31 years old | | | | No | |
| | 5/4/1978 | UMM-07766 | 7/1/2012 | UMM-07765 | 34 years old | | | | No | |
| | 3/28/1965 | UMM-07800 | 5/15/2017 | UMM-07800 | 52 years old | 11/14/2020 | UMM-07812 | 55 years old | Yes, 5/15/17 | UMM-07793 |
| | 2/14/1949 | UMM-13028 | 10/17/2016 | UMM-13028 | 67 years old | 10/16/2019 | UMM-13047 | 70 years old | No | |
| | 12/8/1937 | UMM-07822 | 7/16/2007 | UMM-07822 | 69 years old | | | | Yes, 7/1/14 | UMM-13900 |
| | 4/11/1955 | UMM-07859 | 2/27/2015 | UMM-07859 | 59 years old | 5/26/2016 | UMM-07865 | 61 years old | No | |
| | 6/23/1980 | UMM-14169 | 9/28/2018 | UMM-14133 | 38 years old | | | | No | |
| | 5/29/1976 | UMM-14345 | 8/12/2013 | UMM-14311 | 37 years old | | | | No | |
| | 1/17/1973 | UMM-07957 | 7/29/2013 | UMM-07957 | 40 years old | 4/15/2020 | UMM-07966 | 47 years old | Yes, 9/19/19 | UMM-14455 |
| | 8/18/1984 | UMM-07984 | 7/11/2016 | UMM-14579 | 31 years old | | | | No | |
| | 6/3/1985 | UMM-08022 | 7/10/2017 | UMM-08022 | 32 years old | | | | No | |
| | 10/17/1980 | UMM-08042 | 6/27/2014 | UMM-08042 | 33 years old | 2/25/2016 | UMM-08053 | 35 years old | No | |
| | 3/26/1978 | UMM-14896 | 7/1/2013 | UMM-08059 | 35 years old | 9/11/2015 | UMM-14929 | 37 years old | No | |
| | 10/20/1949 | UMM-15224 | 1/1/2008 | UMM-15508 | 58 years old | 8/30/2019 | UMM-08093 | 69 years old | No | |
| | 4/17/1970 | UMM-08119 | 3/15/2008 | UMM-15535 | 37 years old | 12/1/2019 | UMM-08111 | 49 years old | Yes, 1/19/2020 | UMM-15516 |
| | 8/6/1975 | UMM-08141 | 7/31/2015 | UMM-08145 | 39 years old | | | | Yes, 5/14/16 | UMM-08137 |
| | 9/21/1974 | UMM-08162 | 7/1/2010 | UMM-15825 | 35 years old | 6/30/2017 | UMM-08177 | 42 years old | No | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/9/1959 | UMM-08195 | 9/6/2018 | UMM-08195 | 59 years old | | | | Yes, 8/7/18 (hired as per diem | UMM-16040 |
| 12/15/1973 | UMM-08217 | 12/31/2014 | UMM-08230 | 41 years old | 6/3/2019 | UMM-08212 | 45 years old | Yes, 12/31/14 | UMM-16093 |
| 12/3/1983 | UMM-08239 | 8/15/2017 | UMM-08246 | 33 years old | 5/25/2018 | UMM-08260 | 34 years old | No | |
| 7/13/1959 | UMM-08353 | 11/3/2003 | UMM-08734 | 44 years old | | | | No | |
| 3/13/1946 | UMM-16262 | 8/22/1993 | UMM-16575 | 47 years old | | | | Yes, 7/1/18 | UMM-16231 |
| 10/9/1985 | UMM-16700 | 8/15/2018 | UMM-16700 | 32 years old | | | | No | |
| 11/28/1966 | UMM-16857 | 6/30/2018 | UMM-16795 | 51 years old | | | | No | |
| 7/13/1981 | UMM-16911 | 7/30/2014 | UMM-16911 | 33 years old | 2/22/2019 | UMM-16987 | 37 years old | No | |
| 12/13/1958 | UMM-17036 | 8/15/1990 | UMM-17148 | 31 years old | | | | No | |
| 1/6/1979 | UMM-17610 | 7/1/2011 | UMM-17674 | 32 years old | | | | No | |
| 12/11/1976 | UMM-17792 | 9/12/2016 | UMM-17792 | 39 years old | | | | Yes, 9/2/16 | UMM-17791 |
| 3/23/1955 | UMM-17825 | 7/1/2012 | UMM-20906 | 57 years old | 12/31/2017 | UMM-17807 | 62 years old | Yes, 7/1/2010 | UMM-17820 |
| 3/15/1962 | UMM-21040 | 7/1/2004 | UMM-21483 | 42 years old | 1/9/2017 | UMM-17856 | 54 years old | No | |
| 3/25/1982 | UMM-17859 | 7/30/2012 | UMM-17873 | 30 years old | | | | No | |
| 4/16/1979 | UMM-17901 | 6/28/2013 | UMM-17901 | 34 years old | 8/18/2015 | UMM-18043 | 36 years old | No | |
| 9/10/1984 | UMM-18047 | 6/30/2016 | UMM-18060 | 31 years old | | | | No | |
| 10/28/1978 | UMM-18097 | 10/1/2015 | UMM-21958 | 36 years old | | | | No | |
| 9/26/1982 | UMM-18126 | 8/31/2016 | UMM-18126 | 33 years old | | | | No | |
| 9/23/1969 | UMM-18259 | 6/30/2017 | UMM-18259 | 47 years old | | | | No | |
| 1/8/1981 | UMM-18311 | 8/31/2015 | UMM-18311 | 34 years old | | | | No | |
| 6/6/1976 | UMM-18325 | 7/30/2016 | UMM-18325 | 40 years old | 5/31/2017 | UMM-18385 | 40 years old | No | |
| 2/16/1971 | UMM-18391 | 7/1/2013 | UMM-18391 | 42 years old | 2/1/2016 | UMM-18444 | 44 years old | Yes, 7/1/13 | UMM-18427 |
| 11/26/1984 | UMM-18469 | 8/25/2011 | UMM-22969 | 35 years old | | | | Yes, originally, then FTE | UMM-22969 |
| 4/16/1974 | UMM-18483 | 6/30/2014 | UMM-18483 | 40 years old | 1/7/2020 | UMM-18490 | 45 years old | Yes, 1/1/20 | UMM-18473 |
| 7/14/1974 | UMM-18617 | 8/31/2015 | UMM-18617 | 41 years old | 8/17/2018 | UMM-18654 | 44 years old | No | |
| 1/14/1976 | UMM-18656 | 1/1/2007 | UMM-23341 | 30 years old | 11/14/2014 | UMM-18673 | 38 years old | No | |
| 9/8/1975 | UMM-18786 | 6/30/2017 | UMM-18786 | 41 years old | | | | No | |
| 10/30/1959 | UMM-19804 | 3/1/2012 | UMM-19804 | 52 years old | | | | No | |
| 10/1/1958 | UMM-19829 | 1/1/2008 | UMM-23671 | 49 years old | 12/11/2015 | UMM-19839 | 57 years old | No | |
| 8/4/1979 | UMM-19845 | 8/30/2017 | UMM-19845 | 38 years old | | | | No | |
| 9/23/1979 | UMM-19900 | 7/1/2012 | UMM-19931 | 32 years old | 6/27/2016 | UMM-19930 | 36 years old | Yes, 6/28/16 | UMM-19971 |
| 8/23/1980 | UMM-20013 | 8/26/2013 | UMM-20013 | 33 years old | 5/31/2015 | UMM-20035 | 34 years old | No | |
| 5/23/1961 | UMM-20230 | 11/1/2016 | UMM-20230 | 55 years old | | | | Yes, 11/1/16 | UMM-20224 |
| 9/14/1982 | UMM-20262 | 8/31/2015 | UMM-20262 | 32 years old | 4/29/2016 | UMM-20339 | 33 years old | No | |
| 6/5/1985 | UMM-20400 | 6/30/2017 | UMM-20387 | 32 years old | | | | No | |
| 9/5/1968 | UMM-20429 | 1/3/2017 | UMM-20429 | 48 years old | | | | Yes, 12/21/16 | UMM-20430 |
| 6/29/1957 | UMM-20631 | 12/31/2016 | UMM-20631 | 59 years old | | | | No | |
| 4/8/1983 | UMM-23724 | 7/1/2018 | UMM-23724 | 35 years old | 2/9/2021 | UMM-23763 | 37 years old | Yes, 7/1/18 | UMM-23743 |
| 7/16/1963 | UMM-23854 | 9/1/2011 | UMM-23854 | 48 years old | 6/30/2018 | UMM-23862 | 54 years old | Yes, 3/1/17 | UMM-23848 |
| 10/25/1954 | UMM-23997 | 3/1/2015 | UMM-23997 | 60 years old | 7/9/2015 | UMM-24061 | 60 years old | Yes, 3/1/15 | UMM-24028 |
| 11/4/1973 | UMM-24181 | 11/8/2018 | UMM-24181 | 45 years old | | | | No | |
| 6/23/1974 | UMM-24485 | 7/20/2009 | UMM-24485 | 35 years old | 11/4/2016 | UMM-24495 | 42 years old | No | |
| 12/17/1982 | UMM-24599 | 7/1/2015 | UMM-24599 | 32 years old | 1/30/2018 | UMM--24624 | 35 years old | No | |
| 3/12/1945 | UMM-24627 | 10/4/2016 | UMM-24627 | 71 years old | | | | Yes, 10/4/16 | UMM-24626 |
| 8/26/1969 | UMM-24689 | 2/1/2014 | UMM-24689 | 44 years old | 3/1/2015 | UMM-24794 | 45 years old | Yes, 12/1/14 | UMM-24788 |
| 11/24/1938 | UMM-25186 | 1/20/2002 | UMM-25198 | 63 years old | 1/1/2016 | UMM-25198 | 77 years old | Yes, 1/8/15 | UMM-25170 |
| 1/9/1969 | UMM-25339 | 7/1/2005 | UMM-25319 | 36 years old | 7/30/2018 | UMM-25301 | 49 years old | Yes, 7/1/18 | UMM-25457 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/6/1951 | UMM-25517 | 12/27/2005 | UMM-25536 | 54 years old | 7/1/2016 | UMM-25617 | 65 years old | No | |
| 8/5/1972 | UMM-08002 | 11/1/2014 | UMM-08002 | 42 years old | 5/8/2015 | UMM-08012 | 42 years old | Yes, 9/5/14 | UMM-25626 |
| 11/14/1985 | UMM-25755 | 7/17/2017 | UMM-25726 | 31 years old | | | | No | |
| 3/26/1960 | UMM-25855 | 7/1/2006 | UMM-25833 | 46 years old | 6/30/2017 | UMM-26162 | 57 years old | No | |
| 8/19/1956 | UMM-26180 | 2/1/2016 | UMM-26180 | 59 years old | | | | Yes, 2/1/16 | UMM-26183 |
| 12/26/1952 | UMM-26247 | 12/1/2009 | UMM-26247 | 56 years old | 10/31/2020 | UMM-26285 | 67 years old | Yes, 3/6/2012 | UMM-26246 |
| 10/13/1978 | UMM-26680 | 9/7/2017 | UMM-26680 | 38 years old | | | | No | |
| 8/4/1970 | UMM-26858 | 7/31/2017 | UMM-26858 | 46 years old | 11/29/2020 | UMM-26885 | 67 years old | Yes, 11/17/20 | UMM-26819 |
| 12/16/1952 | UMM-26969 | 7/1/2005 | UMM-27371 | 52 years old | | | | No | |
| 8/10/1957 | UMM-28776 | 3/1/2005 | UMM-28776 | 47 years old | 2/1/2018 | UMM-27518 | 60 years old | No | |
| 12/26/1960 | UMM-29241 | 6/1/2002 | UMM-29174 | 41 years old | | | | No | |
| 1/12/1961 | UMM-27635 | 2/1/2017 | UMM-27635 | 56 years old | | | | Yes, 2/1/17 | UMM-27630 |
| 1/29/1982 | UMM-27794 | 7/1/2015 | UMM-27794 | 33 years old | | | | No | |
| 6/13/1985 | UMM-27939 | 6/30/2017 | UMM-27939 | 32 years old | | | | No | |
| 7/11/1964 | UMM-29658 | 12/31/2014 | UMM-29582 | 50 years old | | | | No | |
| 1/6/1982 | UMM-28098 | 12/21/2015 | UMM-28098 | 33 years old | | | | No | |
| 4/11/1978 | UMM-28127 | 2/1/2017 | UMM-28127 | 38 years old | 10/10/2018 | UMM-28120 | 40 years old | Yes, 2/1/17 | UMM-28134 |
| 9/10/1957 | UMM-28163 | 1/21/2008 | UMM-28163 | 50 years old | | | | No | |



**UMassMemorial**

Employee Health & Occupational Injury Care

SYSTOC ID: 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

Alternate ID:

**Employee Name:**                                         **DOB:** 01/09/1983      **Gender:** Female

**Company:** Medical Group Division

**Department:** NEURORADIOLOGY                        **Position:** PHYSICIAN

---

### Pre-Placement Exam Report

The applicant listed above has been evaluated by UMass Employee Health Services. It has been determined that the applicant:

| ✔ | Can perform the essential job functions. |

| ☐ | Can perform the essential job functions with accommodation. Accommodation required: |

**Comments:**

| ☐ | Cannot perform the essential job functions. |

| ☐ | Would present a direct threat to themselves, or to others, if he or she attempts to perform this job. |

| ☐ | Determination of the applicant's ability to perform the job is on hold, awaiting additional documentation. |

**Comments:**

---

**Drug Test Results:**

Drug test is negative

Drug test is positive

EHS Reviewer:      *Draina Bruzos RN*                          Date: 08/31/2016

# CURRICULUM VITAE
## Susan A. (Scatamacchia) Afonso, M.D.



**BUSINESS ADDRESS**    Department of Radiology
U Mass Memorial Health Care
University Campus
55 Lake Avenue, North
Worcester, MA 01655
(508) 865-2215

## APPOINTMENTS/WORK EXPERIENCE

| | |
|---|---|
| 2000-present | Definity Core Consultant Panel (Dupont/Merck) |
| 1997-present | Consultant to Organ Transplant Service |
| 1997-present | Associate Professor of Radiology<br>U Mass Memorial Health Care |
| 1992-present | Director, Ultrasound<br>University of Massachusetts Medical Center |
| 1991-present | Attending Abdominal Imaging and Thoracic<br>University of Massachusetts Medical Center<br>Worcester, MA |
| 1990-1991 | Staff/Instructor of Diagnostic Radiology<br>Lahey Clinic Medical Center<br>Burlington, MA |
| 1989 | Instructor of Diagnostic Radiology<br>University of Massachusetts Medical Center<br>Worcester, MA (as resident) |

## MEMBERSHIPS

| | |
|---|---|
| 1994-present | Society of Radiologists in Ultrasound |
| 1994-present | American Institute of Ultrasound in Medicine |
| 1994-present | American Roentgen Ray Society |

CONFIDENTIAL

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

## MEMBERSHIPS (continued)

| | |
|---|---|
| 1989 | American Association of Academic Chief Residents in Radiology |
| 1989 | U Mass Medical Center-Committee of Chief Residents |
| 1986-present | Radiological Society of North America |
| 1983-86 | American Medical Association |

## COMMITTEES

| | |
|---|---|
| 1995 | Faculty Compensation/Incentives Committees |
| 1995-present | Medical Student Mentor Program |
| 1995-present | Medical Student Advisory Committee |
| 1996-2000 | Medical Staff Credentials Committee |
| 1997 | PACSS Ultrasound Team, Co-Chair |
| 1998 | Critical Events Subcommittee |
| 1998-present | Resident Applicant Interviewer |
| 1999-2000 | Search Committee for OB-Gyn Chair |
| 1999-present | Reviewer, Clinical Imaging |
| 2000 | ACR Council Steering Committee for the Revision US Standards of Performance of US |
| 2002 | Adhoc Committee for Promotion of Robert Licho, MD |
| 2004 | Service Standards Committee |
| 2004 | Education Committee |

## CERTIFICATIONS

| | |
|---|---|
| 1990 | Diplomate - American Board of Radiology |

1986                     Diplomate - National Board of Medical
                         Examiners #311167

**LICENSURE**

                         Massachusetts License #72484

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

**PUBLICATIONS**

1.    **Scatamacchia SA**, Raptopoulos V, Davidson RI:     Saline Microbubbles
      Monitoring Sonography-Assisted Abscess Drainage.    Investigative Radiology
      22:868-870, November 1987.

2.    **Scatamacchia SA**, Raptopoulos V, Fink MP, Silva W:   The Impact of CT
      Grading in Non-Operative Management of Adult Splenic Trauma.   Radiology
      171:725-729, June 1989.

3.    Sheiman RG, **Afonso, SA**, Phillips DA:  Venous Valvular Incompetence of Upper
      Extremity.  JVIR 5(1): 141-143, 1994.

4.    Simkin P, Ramirez L, **Afonso, SA,** Zweizig S, Braverman L:  Monomorphic
      Teratoma of the Ovary: A Rare Cause of T3 - Toxicosis. Thyroid 9 (9): 949-954,
      1999, Sept.

5.    Robbin M, Grant EG, Platt J, **Afonso SA**, Teefey S, Kopecky K: Perflenapent
      Emulsion a New Ultrasound Contrast Agent for Use in Diagnostic Radiology:  a
      Multi-Center, Double-Blind Comparison with Placebo.   Radiology 1998; 207:
      717.

**WORKS IN PROGRESS**

1.    Weber, TM, Barr, RG, Rubin, D, Rubens, D, Needleman, L, **Afonso, SA,**
      Farnum, RF, Rosenberg, ML: Definity: Ultrasound Contrast Agent for Diagnostic
      Radiology - Multicenter Crossover Trial Evaluating Hepatic or Renal Pathology.
      Radiology submission Nov. 2002.

**CLINICAL STUDIES/GRANTS**

2002             Pancreatic Islet Cell Transplantation (G # 98-55-97) Division of
                 Diabetic Research.

2000-present     HALT-C Trial GI Division (G # 985571).

2000-present     HALT-C Portal Hypertension Subtrial (G # 985571) GI Division.

2000             Dupont Pharmaceuticals Phase IIIb, Open Label, Non-randomized,
                 Multi – Center Trial to assess the ability of DMP 115 Contrast -

Enhanced Ultrasound Imaging to Correctly Detect & Characterize Liver or Kidney Pathology. Principle Investigator.

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

### CLINICAL STUDIES/GRANTS (continued)

1995            The Multi-Center, Double-Blind, Placebo-Controlled Safety and Efficacy Evaluation of Echogen (2 % Dodecofluoropentane Emulsion) as an Ultrasound Contrast Enhancing Agent in Adult Patients Undergoing Examination of the Liver, Kidneys, and/or Peripheral Vessels. Principle Investigator: **Susan A. Afonso, M.D.**, Co-Investigator: Jay M. Colby, M.D., Protocol #SON3600-1008, approved 9/14/95.

1994-1997     Ongoing Animal Research for Development of an Ultrasound Contrast Agent, Acusphere, Cambridge, MA. Principle Investigator.

### PRESENTATIONS

1. **Scatamacchia SA**, Raptopoulos V, Davidson RI: Saline Microbubbles Monitoring Sonography-Assisted Abscess Drainage. Association of University Radiologists, 35th Annual Meeting. Charleston, South Carolina, March 22-26, 1987.

2. **Scatamacchia SA**, Raptopoulos V, Fink MP, Resciniti A, Davidoff A, Silva WE: CT in Non-Operative Treatment of Adult Splenic Trauma. Association of University Radiologists, 36th Annual Meeting. New Orleans, Louisiana, April 17-22, 1988.

3. Sniger W, Davidoff A, Daly JM, Reuter KL, Teeger S, **Afonso SA**, Colby JM. The CT Appearance of Gel-Foam in the Pelvis Following Major Gynecologic Surgery. 41st Annual Meeting, Association of University Radiologists, Cincinnati, Ohio, May 20-23, 1993.

4. Lazzara EW, Davidoff A, Daly JM, **Afonso SA**. Does Routine Delayed Splenic Imaging Have Utility in Splenic Trauma? 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

5. Pels Rijcken TH, Davidoff A, Davidson DA, Mukai J, Colby JM, **Afonso SA,** Stark DD. Optimized Tissue Characterization with Fast Spin Echo Imaging at 1.5 T. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

**CONFIDENTIAL**

6.    Pels Rijcken TH, Davidoff A, Davidson DA, Colby JM, Mukai J, **Afonso SA**, Stark DD.  Liver Hemangiomas and Cysts: Heterogeneous  vs.  Homogeneous Appearance on MRI.  94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

**PRESENTATIONS (continued)**

7.    Pels Rijcken TH, Davidoff, Davidson DA, Colby JM, Mukai J, **Afonso SA**, Stark DD.  Liver Metastases - MR Appearance on Delayed Gadolinium Enhancement. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

8.    Rowchowdhury A, Sena L, **Afonso SA**, Colby JM, Davidoff A.  Mediastinal Changes in Aortic Trauma-Computerized Tomographic Study.  Association of University Radiologists.  43rd Annual Meeting, San Diego, CA, April 5-9, 1995.

9.    Rowchowdhury A, Sena L, **Afonso SA**, Colby JM, Davidoff A.  Fat:  A Macroscopic Window to Microscopic Pathology in Abdomen.  Association of University Radiologists.  43rd Annual Meeting, San Diego, CA, April 5-9, 1995.

10.   Wivell W, Roychowdhury A, **Afonso SA,**  Colby JM,  Davidoff A. Anterior Abdominal Fat Pad-Interventional Gateway to High Abdominal Lesions. Association of University Radiologists.  43rd Annual Meeting, San Diego, CA, April 5-9, 1995.

11.   Garlapati VS,  **Afonso SA,**  Colby JM, Napolitano LM,  Davidoff A.  Diagnosis of Femoral DVT by CT.  Association of University Radiologists.  43rd Annual Meeting, San Diego, CA, April 5-9, 1995.

12.   Robbin M, Grant EG,  Platt J, **Afonso SA**,  Teefey S, Kopecky K. A Phase 3 Multicenter Clinical Trial of EchoGen®: An Ultrasound Contrast Agent for Use in Diagnostic Radiology. 82nd Scientific Annual Meeting, Radiological Society of North America, December 1-6, 1996.

13.   Simkin P,  Ramirez S,  Zweizig S,  **Afonso SA**,  Fraire A,  Braverman L: Monomorphic Teratoma of the Ovary:  A Rare Cause of T3 Toxicosis. 44th Annual Meeting, Society of Nuclear Medicine, San Antonio, Texas June 1-5, 1997.

14.   Davidoff A, Makris J, Diaz L, Colby JM,  Morris ML, **Afonso SA,** Cumming TM, Afonso SA.  The "Sabre" IVC – A Study of the Inferior Vena Cavaq in Fatty Change of the Liver. American Roentgen Ray Society. San Francisco, CA April 26-May 1, 1998.

CONFIDENTIAL          UMM-05176

15. Rowchowdhury A, Makris J, Colby JM, Morris ML, **Afonso SA,** Cummings TM, Davidoff A. Unilateral Absence of the "White Pyramid" Sign on Non-Contrast CT – A Sign of Tubular Hydronephrosis. American Roentgen Ray Society. San Francisco, CA April 26-May 1, 1998.

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

**PRESENTATIONS (continued)**

16. Weber T, Barr R, Rubin D, Rubens D, Needleman L, **Afonso SA**, Farnum R, Rosenberg M. Definite: US Contrast Agent for Diagnostic Radiology 85th Annual Meeting, RSNA, 1999.

**SCIENTIFIC EXHIBITS**

1. Sniger W, Davidoff A, Daly JM, Reuter KL, Teeger S, **Afonso SA**, Colby JM: The CT Appearance of Gel-Foam in the Pelvis Following Major Gynecologic Surgery. 41st Annual Meeting Association of University Radiologists, Cincinnati, Ohio, May 20-23, 1993.

2. Lazzara EW, Davidoff A, Daly JM, **Afonso SA**: Does Routine Delayed Splenic Imaging Have Utility in Splenic Trauma? 41st Annual Meeting, Association of University Radiologists, Cincinnati, Ohio, May 20-23, 1993.

3. Lazzara EW, Davidoff A, **Afonso SA**: Delayed CT Imaging of Acute Splenic Trauma. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

4. Pels Rijcken TH, Davidoff A, Davidson DA, Mukai J, Colby JM, **Afonso SA**, Stark DD. Optimized Tissue Characterization with Fast Spin Echo Imaging at 1.5 T. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29 1994.

5. Pels Rijcken TH, Davidoff A, Davidson DA, Colby JM, Mukai J, **Afonso SA**, Stark DD. Liver Hemangiomas and Cysts: Heterogeneous vs. Homogeneous Appearance on MRI. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

6. Pels Rijcken TH, Davidoff A, Davidson DA, Colby JM, Mukai J, **Afonso SA**, Stark DD. Liver Metastases – MR Appearance on Delayed Gadolinium Enhancement. 94th Annual Meeting, American Roentgen Ray Society, New Orleans, Louisiana, April 24-29, 1994.

7. Roychowdhury A, Sena L, **Afonso SA**, Colby JM, Davidoff A. Mediastinal Changes in Aortic Trauma-Computerized Tomographic Study. Association of University Radiologists, 43rd Annual Meeting, San Diego, CA April 5-9, 1995.

CONFIDENTIAL                    UMM-05177

8.    Roychowdhury A, Sena L, **Afonso SA**, Colby JM, Davidoff A. Fat: A Macroscopic Window to Microscopic Pathology in the Abdomen. Association of University Radiologists, 43rd Annual Meeting, San Diego, CA April 5-9, 1995.

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

**SCIENTIFIC EXHIBITS (continued)**

9.    Wivell W, Roychowdhury A, **Afonso SA**, Colby JM, Davidoff A. Anterior Abdominal Fat Pat – Interventional Gateway to High Abdominal Lesions. Associations of University Radiologists, 43rd Annual Meeting, San Diego, CA April 5-9, 1995.

10.   Garlapati VS, **Afonso SA**, Colby JM, Napolitano L, Davidoff A. Diagnosis of Femoral DVT by CT. Association of University Radiologists, 43rd Annual Meeting San Diego, CA April 5-9, 1995.

11.   Bloomfield K, Cummings T, Colby JM, Herskowitz EB, **Afonso SA**, Davidoff A. The Multifaceted Appearance of Hemorrhage in the Abdomen-Evaluation by CT. 44th Annual Meeting of the Association of University Radiologists, April 1996.

12.   Roychowdhury A, Cummings T, Colby JM, **Afonso SA**, Phillips DA, Davidoff A. Aortic Tear-Soft Tissue Changes in the Mediastinum-A CT Evaluation. 44th Annual Meeting of the Association of University Radiologists, April 1996.

13.   Roychowdhury A, Colby JM, **Afonso SA**, Waite RJ, Cummings T, Davidoff A. Fluid Accumulating in the Flanks-Why is it not Dependent? 44th Annual Meeting of the Association of University Radiologists, April 1996.

14.   Donnelly J, Colby JM, Davidoff A, **Afonso SA**. Endosonography in the Evaluation of Esophageal and Periesophageal Abnormalities Other than Esophageal Carcinoma. 44th Annual Meeting of the Association of University Radiologists, April 1996.

15.   Davidoff A, **Afonso SA**, Martin SW, Colby JM. The Reticulofascial Network. CT Appearance in Health and Disease. The 83rd Scientific Assembly and Annual Meeting of the Radiological Society of North America, December 1997.

16.   Davidoff A, Repishti DD, Herskowitz EB, Martin SW, Colby JM, **Afonso SA**. The Use of Urokinase in Complicated and Complex Abdominal Collections. 83rd Scientific Assembly and Annual Meeting of the Radiological Society of North America, December 1997.

17. Roychowdhury A, Makris J, **Afonso SA**, Cummings TM, Colby JM, Davidoff A. Signs of Tubular and Interstitial Hydronephrosis on Non-Contrast CT. The Association of University Radiologists 46th Annual Meeting. New Orleans LA, March 25-29, 1998.

**Susan A. Afonso, M.D.**
**Curriculum Vitae**

### SCIENTIFIC EXHIBITS (continued)

18. Davidoff A, Makris J, Diaz L, Colby JM, Cummings TM, **Afonso SA**. The "Sabre" IVC – A Study of the Inferior Vena Cava in Fatty Changes of the Liver. The Association of University Radiologists 46th Annual Meeting. New Orleans LA, March 25-29, 1998.

19. Davidoff A, Palacios GA, Colby JM, **Afonso SA**, Cummings TM. Alcohol Ablation of Fluid Accumulating Lesions – Methodologic Considerations. 84th Annual Scientific Assembly and Annual Meeting, Radiological Society of North America, November 29-December 4, 1998.

20. Colby JM, Whiting H, **Afonso SA**. UltraGuide 1000: Virtual Biopsy Guide as a Resident Teaching Tool. 48th Annual Meeting Association of University Radiologists, Orlando FL, April 5-9, 2000.

21. Colby JM, Whiting H, **Afonso SA**. UltraGuide 1000: A Virtual Ultrasound Biopsy Guide. Annual Meeting of American Roentgen Ray Society, Washington, DC, May 7-12, 2000.

22. Davidoff A, Rajadhyaksha CD, Yam CS, Cummings T, Williams R, Colby JM, **Afonso SA**. What next? An Interactive Tool to Improve Radiological Decision Making. 48th Annual Meeting Association of University Radiologists, Orlando, FL, April 5-9, 2000.

### EDUCATION

| 1985 | M.D. | University of Massachusetts Medical School<br>Worcester, MA |
|------|------|-------------------------------------------------------------|
| 1981 | B.S. | Tufts University, Medford, MA<br>Chemistry, Magna Cum Laude |
| 1977 |      | Haverhill High School<br>Haverhill, MA                      |

### POSTGRADUATE TRAINING

1986-90                          Diagnostic Radiology Residency
                                 University of Massachusetts Medical Center
                                 Worcester, MA


**Susan A. Afonso, M.D.**
**Curriculum Vitae**

## POSTGRADUATE TRAINING (continued)

1985-86                          Internal Medicine Internship
                                 Eastern Virginia Graduate School of Medicine
                                 Norfolk, VA

1988                             Armed Forces Institute of Pathology
                                 Radiologic Pathology

## AWARDS/HONORS

2002                             Diagnostic Radiology Teacher of the Year Award

2001-present                     Reaccreditation of US Division by AIUM and
                                 ICAVL in all Diagnostic Modalities applied for
                                 (#1246)

1998-2001                        Accreditation of the UMMC US Division by the
                                 American Institute of US in Medicine (AIUM) and
                                 the Intersocietal Commission for the Accreditation of
                                 Vascular Laboratories (ICAVL) in Vascular,
                                 Obstetrics, Gynecologic, General Diagnostic, and
                                 Breast US (#1246)

1989                             Chief Resident - Diagnostic Radiology
                                 University of Massachusetts Medical Center

1981                             Magna Cum Laude Graduate
                                 Tufts University, Medford, MA

1977                             Valedictorian
                                 Haverhill High School

1977-78                          President, National Honor Society
                                 Haverhill High School

**Millard, Jeanne**

| | |
|---|---|
| **From:** | +12404646185@tmomail.net |
| **Sent:** | Wednesday, March 20, 2019 10:16 AM |
| **To:** | HRIS Mailbox; ▮▮▮▮▮▮▮ |
| **Attachments:** | text_1553091324755.txt |

HI, My name is ▮▮▮▮▮▮▮ and I worked for UMass
Memorial Medical Group until June 1, 2018. I am writing
to you to change the address that you have on file for me.
My old address was 332 Charlestown Meadows Drive,
Westborough, MA 01581 and this is the address that you
currently have on file for me. However, I no longer reside
at that address. My current address is ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ Please update the address
that you have on file for me to my current address. Also,
please mail my W-2 to me at my current address. Please
reply to this message to acknowledge receipt of this
message and please email me after you have mailed me
my W-2 to let me know that it is on its way. Thank you
very much. Sincerely, ▮▮▮▮▮▮▮

#52692

T · ·Mobile·

This message was sent to you by a T-Mobile wireless phone.

1

**CONFIDENTIAL**                    **UMM-05409**

| Completed Internet Form - NOT FOR SUBMISSION<br>DEA/Control Number - FA1828459<br>Submission Date: 06-29-2012 | APPLICATION FOR REGISTRATION<br>UNDER CONTROLLED SUBSTANCES ACT OF 1970 | Form DEA 224A - Completed<br>Internet Receipt. NOT FOR<br>SUBMISSION |

NAME: Applicant or Business (LAST)  ▮▮▮▮▮   (First, MI)  ▮▮▮▮▮

Application Complete. Internet confirmation no.: 3288496
Fee Paid: $731

TAX IDENTIFYING NUMBER    AND/OR

SOCIAL SECURITY NUMBER

XXX-XX▮▮

The Debt Collection Improvement Act of 1996 (PL 104-134) requires that you furnish your federal Taxpayer Identifying Number to DEA. This number is required for debt collection procedures should your fee become uncollectable. IF YOU DO NOT HAVE A FEDERAL TAXPAYER IDENTIFYING NUMBER, USE YOUR Social Security Number.

PROPOSED BUSINESS ADDRESS. (When entering a P.O. Box, you are required to enter a street address)

55 LAKE AVENUE NORTH

DEPARTMENT OF RADIOLOGY

| CITY | STATE | ZIP CODE |
| WORCESTER | MA | 01655 - |

APPLICANT'S BUSINESS PHONE NUMBER   508  - 856  - 6316

APPLICANTS FAX NUMBER   508  - 856  - 1860

## REGISTRATION CLASSIFICATION

| 1.<br>BUSINESS<br>ACTIVITY: | PRACTITIONER | 2. INDICATE HERE IF YOU REQUIRE ORDER FORM<br>BOOKS. |

### 3. Drug Schedules. (Fill in all circles that apply)

| ✓ Schedule II<br>Narcotic | ✓ Schedule II<br>Non Narcotic | ✓ Schedule III<br>Narcotic | ✓ Schedule III<br>Non Narcotic | ✓ Schedule IV | ✓ Schedule V |

### Practitioner Details

| National Provider ID | 1083839864 |
| *Degree | MEDICAL DOCTOR : |
| *Birthdate | 03 (Mar) : 19 : 1973 : |
| *Graduation Year | 1998 : |
| *Professional School | UNIVERSIDADE FEDERAL DE PER |

### 4. All Applicants must answer the following:

Are you currently authorized to prescribe, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying under the laws of the state or jurisdiction in which you are operating or propose to operate?

State License No.   226267       State: MA
Expire Date: 03-19-2013

State Controlled Substance Lic. No.   MA0786749A
Expire Date: 10-26-2013

| 1. Has the applicant ever been **convicted of a crime** in connection with controlled substance(s) under state or federal law, or is any such action pending? | N |
| 2. Has the applicant ever surrendered (for cause) or had a **federal** controlled substance registration revoked, suspended, restricted or denied, or is any such action pending? | N |
| 3. Has the applicant ever surrendered (for cause) or had a **state** professional license or controlled substance registration revoked, suspended, denied, restricted, or placed on probation, or is any such action pending? | N |

4. If the applicant is a **corporation** (other than a corporation whose stock is owned and traded by the public), association, partnership, or pharmacy, has any officer, partner, stockholder or proprietor been convicted of a crime in connection with controlled substances under state or federal law, or ever surrendered, for cause, or had a federal controlled substance registration revoked, suspended, restricted or denied, or ever had a **state** professional license or controlled substance registration revoked, suspended, denied, restricted, or placed on probation, or is any such action pending? N

### 6. Payment Method: --
Card Number:     Expiration Date:   Fee Paid: 731

### 7. Certification for Fee Exemption
| Certifying Official's Name: | N/A |
| Certifying Official's Title: | N/A |
| Certifying Official's Phone: | N/A |

### Application Certification:

**WARNING:** 21 USC 843(d), states that any person who knowingly or intentionally furnishes false or fraudulent information in the application is subject to a term of imprisonment of not more than <u>4 years, and a fine under Title 18 of not more than $250,000</u>, or both.

**By typing my full name in the space below, I hereby certify that the foregoing information furnished on these application/DEA forms pages is true and**
correct and understand that this constitutes an electronic signature for purposes of these applications/DEA forms only.

**CONFIDENTIAL**          UMM-05436



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54406 ✓ | |
| Social Security # | |
| Pos. Code: MD0096 ✓ | |
| Start Date: 7/10/2017 ✓ | |

PC
cem

| | |
|---|---|
| First Name: ✓ | |
| MI: | |
| **Mailing Address:** | |
| City: | |
| State: | |
| Zip: | |
| Date of Birth: 3/25/1984 | |
| Male/Female: Female | |
| **Marital Status:** SINGLE ✓ | |
| Telephone: ✓ | |
| Hourly Rate: $ 156.25 ✓ | |
| Total Hours: 40 | |
| **EEO Code:** 2 ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: Physician ✓ | |
| Labor Unit: Physician | |
| Fed Exemption: 3 ✓ | |
| State Exemption: 1 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00. ARAD.2135 ✓ | |

In case of emergency contact:

| **Employee** (Employee agrees to the above conditions and those on the application form) |
|---|

Randa Mowlood

NAME: Steven Baccei, MD

# Shields MRI

## *SCOPE OF PRACTICE and PERSONAL INFORMATION*

## FOR ALL PHYSICIANS, PLEASE PROVIDE THE FOLLOWING INFORMATION:

Date of Birth: 3/21/78

Contact information (best to reach you):

Phone Number:

Mailing Address:

**Radiology Group Name**: UMHC

Site where you will be reading: Umass – Memorial Campus/Shrewsbury Street

Provider Numbers:

National Provider Identifier (NPI) 1790806792

| | | | |
|---|---|---|---|
| UPIN: | On file | Medicaid: | On file |
| Medicare: | On file | BCBS: | On file |
| | | Other: | |

**PROFESSIONAL BILLING COMPANY (If applicable):** _____APS_____

Signature: _____          Date: _3/3/20_____

## CRIMINAL OFFENDER RECORD INFORAMTION (CORI)
## ACKNOWLEDGEMENT FORM

TO BE USED BY ORGANIZATIONS USING CONSUMER REPORTING AGENCIES TO CONDUCT CORI CHECKS FOR EMPLOYMENT, VOLUNTEER, SUBCONTRACTOR, LICENSING, AND HOUSING PURPOSES.

**MARLBOROUGH HOSPITAL** is registered under provisions of M.G.L.c.6,§ 172 to receive CORI for the purpose of screening current and otherwise qualified prospective employees, subcontractors, volunteers, license applicants, current licensees, and applicants for rental or leasing of housing. **MARLBOROUGH HOSPITAL** has authorized **PT RESEARCH, INC.** to submit CORI checks to the Massachusetts Department of Criminal Justice Information Services (DCJIS) on its behalf.

As a prospective or current employee, subcontractor, volunteer, license applicant, current licensee, or applicant for the rental or lease of housing, I understand that a CORI check will be submitted for my personal information to the DCJIS. I hereby acknowledge and provide permission to **PT RESEARCH, INC.** to submit a CORI check for my information to the DCJIS. This authorization is valid for one year from the date of my signature. I may withdraw this authorization at any time by providing **MARLBOROUGH HOSPITAL AND PT RESEARCH, INC.** with written notice of my intent to withdraw consent to a CORI check. I also understand that this form is a CORI acknowledgement form and I am entitled to additional consumer reporting forms under the Fair Credit Reporting Act. If I have not received those disclosures, I should contact **PT RESEARCH, INC.** to request this information.

FOR EMPLOYMENT, VOLUNTEER AND LICENSING PURPOSES ONLY: **PT RESEARCH, INC.** on behalf of **MARLBOROUGH HOSPITAL** may conduct subsequent CORI checks within one year of the date this form was signed by me provided, however, that **MARLBOROUGH HOSPITAL AND PT RESEARCH, INC.** must first provide me with written notice of this check.

By signing below, I provide my consent to a CORI check and acknowledge that the information provided on page 2 of this Acknowledgement Form is true and accurate.

_Jerry P. Balikian  m.s_         _12/3/2014_

*Signature (Jerry P. Balikian, M.D.)          Date

UMM-06951

Page 2

SUBJECT INFORMATION

███████████████████████████

Last Name       First Name       MI     Suffix

Maiden Name (or other name(s) by which you have been known)

03/02/1927       ██████ ██████
Date of Birth         Place of Birth

Last Six Digits of Social Security Number: ***-____-██-██

Sex: Male    Height ███ ft. _8_ in.    Eye Color Black Race: White

█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████

Current and Former Addresses:

██████ ████ - ████ ██

Street Number and Name       City/Town       State       Zip

*HR/Internal Use Only

The above information was verified by reviewing the following form(s) of government
issues identification:

_____

I certify that MARLBOROUGH HOSPITAL is in compliance with all applicable state and
federal consumer reporting statutes, and will not misuse any information in violation of
federal or state equal employment opportunity laws or regulations.

VERIFIED BY:             Maureen Podesta
                         Name of Verifying Employee


                         _____
                         Signature of Verifying Employee

Permissible Purpose: ___ AmeriCorps Program  ___ Employment Applicant  ___ Employment Current
___ Employment Sub-Contractor ___ Volunteer/Interns Applicant  ___ Volunteer/Interns Current

This individual is expected to earn annually ___ Over $75,000     ___ Under $75,000

*PT Research, Inc.*

### Consumer Report/ Investigative Consumer Report
### Disclosure and Release of Information Authorization

I authorize **Marlborough Hospital and PT Research, Inc.**, a consumer-reporting agency, to retrieve information from all personnel, education institutions, government agencies, companies, corporations, credit reporting agencies, law enforcement agencies at the federal, state or county level, relating to my past activities, to supply any and all information concerning my background, and release the same from any liability resulting in providing such information. The information received may include, but is not limited to, academic, residential, achievement, job performance, attendance, litigation, personal history, credit reports, driving history, and criminal history records. I understand that this information may be transmitted electronically and authorize such transmission.

I understand that a Consumer Report or Investigative Consumer Report ("Consumer Report") may be prepared summarizing this information. If my prior employers and/or references are contacted, the report may include information obtained through personal interviews regarding my character, general reputation, personal characteristics and/or mode of living. I may request a copy of any report that is prepared regarding me and may also request the nature and substance of all information about me contacted in the files of the consumer-reporting agency. I understand that I have the right to inspect those files with reasonable notice during regular business hours and that I may be accompanied by one other person. The consumer reporting agency is required to provide someone to explain the contents of my file. I understand that proper identification will be required and that I should direct my request to: **PT Research, Inc., 83 Hanover Street, Manchester, NH 03101 Phone: 1-866-737-2714, Attention: Compliance Officer.**

I hereby certify that all the statements and answers set forth on the application for medical privileges and/or my resume are true and complete to the best of my knowledge, and I understand that if subsequent to appointment any such answers are found false and information has been omitted, such false statements or omissions will be cause for the termination of my appointment. Further, I understand that by requesting this information, no promise of appointment is being made. *I am willing that a photocopy of this authorization be accepted with the same authority as the original; and that if granted medical privileges by the above named company, this authorization will remain in effect throughout such appointment.*

*NOTE:* The following information is used for identification purposes and for verifying information on your application for Medical Staff/Allied Health Staff Privileges. **PLEASE PRINT CLEARLY.**

Balikian, Jerry P., M.D.
_____
Name:  Last, First, MI

99 Prospect Street  Belmont MA 02478
_____
Street Address       City        State   Zip

                                              03/0█/1927
_____  _____  _____  _____
Driver's License Number    State of License   Expires On    Date of Birth

_____
List any other CITIES AND STATES in which you have lived during the past 7 years

_____
List any other LAST NAMES you have used during the previous 7 years

_____
List any other LAST NAMES under which you received your GED, High School Diploma, or other degrees

*Medical Staff Office Use only:*
*Reference:*_____


**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 60157 | |
| Social Security #: | |
| Pos Code: MD0818 | |
| Start Date: 12/31/2018 | |
| | |
| | |
| MI: | |
| | |
| | |
| Date of Birth: 6/9/1977 | |
| Male/Female: Female | |
| **Marital Status:** M | |
| | |
| Hourly Rate: $ 158.65 | |
| Total Hours: 40 | |
| **EEO Code:** | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: PHY | |
| Fed Exemption: Ø | |
| State Exemption: Ø | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00. ARAD.2113 | |
| | |
| **In case of emergency contact:** | |

**Employee Signature** (Employee agrees to the above conditions and those on the application form) _____

Sharon Shay

**CONFIDENTIAL**                                   UMM-06988



**UMassMemorial**
Medical Group

# EMPLOYEE INTRODUCTION FORM

Employee #: 49693

Social Security #:

Pos. Code: ~~MD0513~~  MD0640 ✓

Start Date: 6/01/2015

MI: K

Date of Birth: 12/27/1944

Male/Female: Female

**Marital Status:**  S ✓

Hourly Rate: $162.50 ✓

Total Hours: 0 ✓

**EEO Code:** 6) ✓

Shift: 1 ✓

Benefit Group: B.01 HRS

Non Exempt/Exempt: non-exempt

Labor Unit: Physician ✓

Fed Exemption:  1 ✓

State Exemption: 1 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Breast Imaging

Location Code / I-Code:

Status: A

Payroll Dept. Number: 340.00.ARAD.2125 .

In case of emergency contact:

Randa Mowlood ✓

**Applicant Information:**

**Provider Name**: (Provider's

First: _____ Middle: _____ Last: _____
MA medical license has not yet been issued, please enter full, legal name of applicant

**Provider Title**: `MD` _____ Example: MD, Ph.D., NP, etc    **Gender:**⊙ Male○ Female

**$150 Application Fee\* to be paid by:** ⊙Department ○Applicant ○N/A
(\*Active, Courtesy, Consulting, & Locum only)

**Date of Birth:** `06/07/1964`    **Social Security Number:**

---

**Staff Category**:(non-locum providers)
⊙Active○ Active Referring○ Courtesy○Consulting
○ Non-Physician-Dentist/Oral Surgeon or Psychologist
○ Podiatrist
○Moonlighter (Courtesy)

○Non-Locum Temp < than 30 days/year    Start: _____ End: _____

○ Affiliate Practitioners-Collaborating Physician/Supervisor: _____

○ Other Specify _____

Comments: _____
iUMass Memorial Medical Group
**Practice Type:** iEmployee _____    ⊙ Full Time ○ Part Time ○ Per Diem
**Legal Name of Practice/Group:** _____

---

**For Locum Providers:**
○Locum short-term < than 30 days/year    ○Locum long-term > than 30 days/year
☐Contracted directly with provider  or   ☐Contracted with locum agency

**For Temporary Providers:**
○ Temporary
☐ Contracted directly with provider ☐ Contracted with staffing agency

**Staffing or Locum Agency Information:**
Agency name: _____    Agency contact name: _____
Contact Phone: _____
Contact E-Mail: _____

---

& follow up

2

**CONFIDENTIAL**                    **UMM-07039**

**Anticipated local home address** *if different from above:*  ☐ **Local Address Pending**

Street: _____  Suite/Apt. #: _____

City: _____  State: _____  Zip: _____

Home Phone: _____  Cell Phone: _____

---

**Current Business Location:**

Business or hospital name: Beth Israel Deaconess Medical Center

Street: Brookline Ave  Suite/Apt. #: _____

City: Boston  State: ma  Zip: 02215

Business Phone: 617-667-2506  **Can the provider be contacted at work?** ○ Yes ⦿ No

---

**UMMMC Primary Patient Appointment Location:**

Address: 55 Lake Ave North

Office Phone: _____  Fax: _____  Patient Appointment Phone: _____

UMMMC E-Mail: _____  ○ Pending

---

**UMMMC Other Patient Appointment Location:**

Address: _____  ☐ None

Office Phone: _____  Fax: _____  Patient Appointment Phone: _____

E-Mail: _____  ○ Pending

---

**UMMMC Administrative Office Location:** (if Locum, Agency Address): ☐ Same as Primary Patient Appointment Location

Address: _____

Office Phone: _____  Fax: _____  Administrative Phone: _____

E-Mail: _____  ○ Pending

---

**Primary Affiliation:** ☑ UMMMC  ☐ Other: _____

Will other *current* Affiliation(s) remain active? ☐ Yes ☑ No

**Are Privileges needed at Affiliate/Member?**

| | | | | |
|---|---|---|---|---|
| ☑ Clinton | ☑ Marlborough | ☐ Wing | ☐ Day Kimball | ☐ Milford Reg. Medical Center |
| ☐ eICU Provider | ☐ Health Alliance | ☐ Heywood | ☐ Devens | ☐ Commonwealth Medicine |
| ☐ GBVHC | ☐ Fairlawn Rehab. | ☐ Harrington | ☐ Community Healthlink | ☐ Family Health Center |
| ☐ Meadows | ☐ Parkview | ☐ Whittier | ☑ Southborough Med Grp | ☐ Melrose-Wakefield |
| ☐ Holy Family Hospital | ☐ St. Elizabeth's | ☐ Fresenius | ☐ Davita | ☐ Vibra Healthcare |

3

**CONFIDENTIAL**                    **UMM-07040**

☐Other_____

**BILLING/MALPRACTICE INSURANCE INFO**: _____
\*If billing through UMMMC, a dept billing area form must be submitted.\*

Provider Listed as: ☐PCP ☑Specialist ☐Affiliate Practitioner ☐Other: **Radiologist** _____

Billing done by: ○UMass Memorial Medical Group ◉APS(Radiology) ○ No Billing

Is applicant a current Fellow with billing requested? ☐Yes\*   ☐No
\*Please confirm that clinical dept has cleared billing for fellow with Compliance Dept?☐Yes ☐No

Malpractice Insurance: Will applicant be covered by the UMass Self Insurance Program? ◉Yes ○No

**CREDENTIALING PROCESS INFORMATION/DOCUMENTATION REQUIRED**
A current cv is required with all submissions.

If any of the following *current* documents are available, you may submit supporting documentation via the fax cover sheet below.

- MA medical license
- Federal DEA
- State Controlled Substances
- Specialty Board Certificate(s)
- NPI notification letter

After submitting this form please fax any supporting documents to 508-334-8235 using the fax cover sheet below. If a billing area form is required please select the appropriate form from the link, complete it, and submit it using the "submit" button located at the bottom of each billing area forms. *Please do not fax a copy of this form which is being submitted electronically.*

**General Comments:**

**Staff Category Definitions  Fax Cover Sheet  Billing Area Forms**

4

**CONFIDENTIAL**                                    **UMM-07041**


UMassMemorial
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: ~~49233~~ 37376 | |
| Social Security #: | ✓ |
| Pos Code: MD0513 | |
| Start Date: 2/15/2015 | |
| | |
| MI: | |
| Mailing Address: | ✓ |
| City: | |
| State | |
| Zip 0 | |
| Date of Birth: 10/30/1954 | ✓ |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: | ✓ |
| Hourly Rate: $162.50 | ✓ |
| Total Hours: .01 | ✓ |
| **EEO Code:** O | |
| Shift: 4 | ✓ |
| Benefit Group: B.01 HRS | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: | |
| State Exemption: | |
| Shift Length: 111 | ✓ |
| Accrual Code: n/a | |
| Job Title: Physician | ✓ |
| Grade: | |
| Department Name: Body Imaging & Interventional | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2110 | ✓ |

**In case of emergency contact:**



**Employee Signature** (Employee agrees to the above conditions and those on the application form) _____ *Daniel Kleine*

Randa Mowlood



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 53757 ✓

Social Security # ▓▓▓▓▓

Pos Code: MD0094

Start Date: 1/31/2017 ✓

Last Name: B▓▓▓, ▓▓ ✓

First Name: ▓▓▓ ✓

MI:

Mailing Address: ▓▓▓▓▓▓ ✓

City: ▓▓▓▓

State: ▓ ✓

Zip: ▓▓ ✓

Date of Birth: 5/24/1961 ✓

Male/Female: Male ✓

**Marital Status:** Married ✓

Telephone: ▓▓▓-▓-▓▓ ✓

Hourly Rate: $ 158.6538 ✓

Total Hours: 28 ✓

**EEO Code:** O ✓

Shift: 1 ✓

Benefit Group: B20-29DOC ✓

Non Exempt/Exempt: Physician ✓

Labor Unit: Physician

Fed Exemption: 4 ✓

State Exemption: 3 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code: IC7

Status: A

Payroll Dept. Number: 340.00.ARAD.2125 ✓

In case of emergency contact: ✓

Randa Mowlood



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 49206 | |
| Social Security #: | ✓ |
| Pos Code: MD0091 | ✓ |
| Start Date: 1/30/2015 | ✓ |
| Last Name: ___ MD | |
| First Name: | |
| MI: D. | |
| Mailing Address: | ✓ |
| City: Dover | |
| State: MA | |
| Zip: 02030 | |
| Date of Birth: 10/20/1972 | ✓ |
| Male/Female: Male | |
| **Marital Status**: | ✓ |
| Telephone: | ✓ |
| Hourly Rate: $16.4615  163.46 | ✓ |
| Total Hours: 32 | ✓ |
| **EEO Code**: | ✓ |
| Shift: 1 | ✓ |
| Benefit Group: B30-40DOC | ✓ |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: 0 | |
| State Exemption: 0 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | ✓ |
| Grade: | |
| Department Name: Nuclear Medicine | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2110 | ✓ |

In case of emergency contact:
Name: _____

Randa Mowiood

CONFIDENTIAL          UMM-07104

**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 47151 | |
| Social Security #: | ✓ |
| Pos Code: MD0538 ✓ | |
| Start Date: 2 - 3 · 2614 ✓ | |
| Last Name: ▮ MD, PhD | |
| First Name: ▮ | |
| MI: H.. | |
| Mailing Address: ▮ St ✓ | |
| City: ▮ | |
| State: ▮ | |
| Zip: ▮ ✓ | |
| Date of Birth: 6/04/1953 | |
| Male/Female:  Male | |
| **Marital Status:** Married ✓ | |
| Telephone: ▮ ✓ | |
| Hourly Rate: $ 162.50 ✓ | |
| Total Hours: 01 ✓ | |
| **EEO Code:** O | |
| Shift: 1 | |
| Benefit Group: B.01 HRS ✓ | |
| Non Exempt/Exempt: Physician ✓ | |
| Labor Unit:  Physician | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code:  n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name:  Radiology | |
| Location Code / I-Code: | |
| Status:  A | |
| Payroll Dept. Number: 340.00.ARAD.2109 ✓ | |

**In case of emergency contact:**

Sharon Sambito

**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

RH

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 33078 | |
| Social Security # ▮▮▮ | |
| Pos Code: MD0998 ✓ | |
| Start Date: 3/30/2018 · | |
| Last Name: ▮▮▮ u, MD ✓ | |
| First Name: ▮▮ ✓ | |
| MI: | |
| Mailing Address: ▮▮▮▮ ✓ | |
| City: ▮▮▮▮ y ✓ | |
| State: Ma ✓ | |
| Zip: 01545 ✓ | |
| Date of Birth: 1/18/1970 ✓ | |
| Male/Female: Male ✓ | |
| **Marital Status:** Single ✓ | |
| Telephone: ▮▮▮ ✓ | |
| Hourly Rate: $ 180.2880 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: PHY ✓ | |
| Fed Exemption: Ø ✓ | |
| State Exemption: Ø ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2132 ✓ | |

**In case of emergency contact;**
Name ▮▮▮▮ ✓

Randa Mowlood



UMassMemorial
Medical Group
A Member of UMass Memorial Health Care

# EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54407 ✓ | |
| Social Security # ▮▮▮▮▮ ✓ | |
| Pos Code:  MD0097 ✓ | |
| Start Date: 07/10/2017 ✓ | |
| Last Name: ▮▮▮▮ | |
| First Name: ▮▮▮ ✓ | |
| MI: | |
| Mailing Address: ▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮ | |
| State: MA ✓ | |
| Zip: 02461 02468 ✓ | |
| Date of Birth: 07/26/1982 | |
| Male/Female: Female | |
| **Marital Status:** M ✓ | |
| ▮▮▮▮▮ | |
| ▮▮▮▮▮ | |
| EEO Code: ○ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN ✓ | |
| Labor Unit:  PHY ✓ | |
| Fed Exemption: ✓ 0 + $ 800.00 ✓ | |
| State Exemption: ✓ 1 + 1.00 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code:  n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name:Radiology | |
| Location Code / I-Code: | |
| Status:  A | |
| Payroll Dept. Number:  340.00. ARAD.2118 ✓ | |
| | |
| **In case of emergency contact:** ✓ | |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**CONFIDENTIAL**





**UMASS MEMORIAL HEALTH CARE**
**2015 FLEXIBLE BENEFIT PLAN ENROLLMENT FORM**

PLAN YEAR: JANUARY 1, 2015 TO DECEMBER 31, 2015

| **A.  Employee Information** | *Please Print Clearly!* |
|---|---|

quired):

of Birth: 4/27/1973

**B.  Flexible Benefit Plan Pre-tax Elections**

**1.** **Health Care Reimbursement Account** Eligible out-of-pocket medical, dental and vision expenses incurred by my dependents or myself during the plan year.

| $ | X | 52 | = | $ | **Maximum Election allowed** |
|---|---|---|---|---|---|
| Your Contribution Per Pay Period | | # of Pay Periods | | Total Election | $2,500 |

**2.** **Orthodontic Reimbursement Account** You may elect to set aside up to $1,000 per plan year for each covered member who receives orthodontic services.  UMass Memorial will match 50% of your contribution up to $500 per plan year up to $1,000 lifetime maximum for each family member receiving orthodontic services. Maximum Contribution Allowed: $2,500 per plan year
If you have more than one family member receiving orthodontic care, please provide the Employer Match dollar amount for each covered family member below. Employer Contribution total cannot exceed $500.

n

| **IMPORTANT: The Health Care Reimbursement Account and Orthodontic Reimbursement Account election cannot exceed $2,500 Combined** | = $ 1000 |
|---|---|
| | Total Annual Election |

**3.** **Dependent Care Assistance Account** Eligible dependent day care expenses are incurred to allow you and your spouse (if applicable) to be gainfully employed.  Please remember that the IRS will require you to disclose the Tax ID or Social Security Number of your day care provider(s) when you file your income taxes.

| $ | X | 52 | = | $ | **Maximum Election allowed** |
|---|---|---|---|---|---|
| Your Contribution Per Pay Period | | # of Pay Periods | | Total Election | $5,000 ($2,500 if married filing separately) |

**C.  *FlexExpress*® Debit Card** If you are a new enrollee a set of 2 FlexExpress Cards© will be mailed out to you automatically. If you're a current participant your cards will automatically be reactivated for the new plan year. If you no longer have your current cards please contact us.

| ☑ | FlexExpress Cards© Debit Card | You will automatically receive a set of 2 FlexExpress Cards© |
|---|---|---|

**D.  Direct Deposit Authorization**



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee # 154117 | |
| Social Security # ███████ | |
| Pos Code: MD0091 | |
| Start Date: 6/30/2014 | |
| Last Name: ███ MD | |
| First Name: ███ | |
| MI: | |
| Mailing Address: ███ ███ | |
| City: ███ | |
| State: ███ | |
| Zip: ███ | |
| Date of Birth: 5/11/1963 | |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: ███ | |
| Hourly Rate: $ 206.7307 | |
| Total Hours: 40 | |
| **EEO Code:** O | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: | |
| State Exemption: | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: 340.00. ARAD.2110 | |

RH

Randa Mowlood

UMM-07346

11-12-'14 14:31 FROM- UMMHC RADIOLOGY          508-856-1860          T-940  P0001/0002 F-168

#33079

benefit strategies

**UMASS MEMORIAL HEALTH CARE**

**2015 FLEXIBLE BENEFIT PLAN ENROLLMENT FORM**

PLAN YEAR: JANUARY 1, 2015 TO DECEMBER 31, 2015

**Please Print Clearly!**

A. Employee Information

er (Required): ▓

Day ▓

Date of Birth: 9/23/78

## B. Flexible Benefit Plan Pre-tax Elections

**1.** **Health Care Reimbursement Account** Eligible out-of-pocket medical, dental and vision expenses incurred by my dependents or myself during the plan year.

| $ 40 | x | 52 | = | $ 2080 | Maximum Election allowed $2,500 |
|---|---|---|---|---|---|
| Your Contribution Per Pay Period | | # of Pay Periods | | Total Election | |

**2.** **Orthodontic Reimbursement Account** You may elect to set aside up to $1,000 per plan year for each covered member who receives orthodontic services. UMass Memorial will match 50% of your contribution up to $500 per plan year up to $1,000 lifetime maximum for each family member receiving orthodontic services. Maximum Contribution Allowed: $2,500 per plan year. If you have more than one family member receiving orthodontic care, please provide the Employer Match dollar amount for each covered family member below. Employer Contribution total cannot exceed $500.

**Covered Dependent(s) Information:**

| Full Name | Date of Birth | Relationship to Employee | Employer Match Dollar Amount | Annual Election |
|---|---|---|---|---|
| ▓ | | | | 980 |
| | | | $ | $ |
| | | | $ | $ |

**IMPORTANT: The Health Care Reimbursement Account and Orthodontic Reimbursement Account election cannot exceed $2,500 Combined**

= $ 1479
Total Annual Election

**3.** **Dependent Care Assistance Account** Eligible dependent day care expenses are incurred to allow you and your spouse (if applicable) to be gainfully employed. Please remember that the IRS will require you to disclose the Tax ID or Social Security Number of your day care▓ r(s) when you file your income taxes.

| $ | x | 52 | = | $ | Maximum Election allowed $5,000 ($2,500 if married filing separately) |
|---|---|---|---|---|---|
| Your Contribution Per Pay Period | | # of Pay Periods | | Total Election | |

**C. FlexExpress© Debit Card** If you are a new enrollee a set of 2 FlexExpress Cards© will be mailed out to you automatically. If you're a current participant your cards will automatically be reactivated for the new plan year. If you no longer have your current cards please contact us.

☑ FlexExpress Cards© Debit Card          You will automatically receive a set of 2 FlexExpress Cards©

**D. Direct Deposit Authorization**

If you would like non debit card reimbursements to be direct deposited to your bank account (rather than receiving paper checks), you may enter your banking information through your online account. To access your account please visit www.benstrat.com.

**E. Signatures** By signing below, I agree to the following terms and conditions:
- I cannot change this election during the Plan Year unless I have a qualifying change in family status.
- I must make all of my elections carefully and conservatively. Expenses from Reimbursement Accounts cannot be reimbursed from any other source and must be incurred during the Plan Year. Any money unclaimed from my reimbursement account(s) at the end of the Plan Year will be forfeited to my employer after a run-out period. I will not receive it back.
- For expenses reimbursed through this account I certify I have not been reimbursed and will not seek reimbursement under any other plan covering health benefits.
- The IRS requires me to keep documentation of all my expenses claimed and supply them to Benefit Strategies if requested.
- I have read and understood all of the plan details outlined in my Summary Plan Description.

| Employee Signature (required): | *[signature]* | Date: | 11/12/14 |
|---|---|---|---|
| Employer Acceptance (required): | | Benefit Effective Date: | |

9/30/2014

CONFIDENTIAL                    UMM-07392

**UMassMemorial**

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 43590 | |
| Social Security #: ███████ | |
| Pos Code: MD0091 | |
| Start Date: 7/30/2012 | |

[black redaction bars]

| | |
|---|---|
| Date of Birth: 6/17/1979 | |
| Male/Female: Male | |
| **Marital Status:** Married | |
| Telephone: ███████ | |
| Hourly Rate: $ 144.2307 | |
| Total Hours: 40 | |
| **EEO Code:** 2 | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Exempt | |
| Labor Unit: Physician | |
| Fed Exemption: 2 | |
| State Exemption: 4 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Body Imaging & Inteventional | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ███████ | |

**In case of emergency contact:**

[black redaction bars]

(illegible handwritten mark) 8/1/12

**BEST PEOPLE. BEST CARE.**
*Together, we make all the difference.*

CONFIDENTIAL                    UMM-11002



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 53178 ✓

Social Security #:

Pos Code: MD0097 ✓

Start Date: 8/31/2016 ✓

LMI:

Date of Birth: 3/03/1969 ✓

Male/Female: Male ✓

**Marital Status:** Marned ✓

Telephone: 617-270-5798 ✓

Hourly Rate: $ 163.4615 ✓

Total Hours: 40 ✓

**EEO Code:** 2

Shift: 1 ✓

Benefit Group: B30-40DOC ✓

Non Exempt/Exempt: Physician ✓

Labor Unit: PHYS

Fed Exemption: 4 ✓

State Exemption: 4 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Neuroradiology

Location Code / I-Code:

Status: A

Payroll Dept. Number: 340.00.ARAD.2118 ✓



**UMassMemorial**

*Employee Introduction*  8/6/07

| Date of Birth 2/28/66 | <EEO Code> O | Marital Status | Fed. Exemp. Ø | State Exemp. Ø | Non-Exempt/Exempt Exempt | Pos. # (Cost Center/Job Code) FA0133 | | Labor Unit N/A | Accrual Code N/A |
|---|---|---|---|---|---|---|---|---|---|
| Job Title Radiologist – Assistant Professor | | | | Grade | Step | Department Name Radiology | | Location/I-Code 1 – 6 7 | |
| Shift | | Status | | Payroll Dept. Number 340.00.ARAD. 2110 | | % Effort | Hourly Rate $ 151.4423 | Annual Rate | Funding Account/Cost Center |
| O Day       O Evening | | O Reg          O Temp | | | | | | | |
| O Night     O Other | | O Per Diem | | | | | | | |
| Specify Other: | | Start Date 7/31/07 | | | | | | | |
| | | Benefit Group B30-40DOC | | | | | | | |
| | | Total Hours 40 | | | | | | | |
| Shift Length 111.00 | | Registration/License Type and Number | | | | | | Expiration Date | |

**CONFIDENTIAL**            **UMM-07489**



## EMPLOYEE INTRODUCTION FORM

Employee #: 43165

Social Security #: ███████ ✓

Pos. Code: ~~MD0998~~ MD0096 ✓

Start Date: 9/30/2017 ✓

Pre
ST
HI
PC
Can

MI:

███████████████████

Date of Birth: 12/19/1952

Male/Female: Female ✓

**Marital Status:** S ✓

██████████████

Hourly Rate: $ 163.4615 ✓

Total Hours: 40 ✓

**EEO Code:** O

Shift: 1 ✓

Benefit Group: B30-40DOC ✓

Non-Exempt/Exempt: Physician ✓

Labor Unit: Physician

Fed Exemption: 2 ✓

State Exemption: 1 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code: I67

Status: A

Payroll Dept. Number: 340.00.ARAD.~~2111~~ 2135 ✓ ▮

**In case of emergency contact:** ✓

████████████████████

ELK



**UMassMemorial**
*Medical Group*

**EMPLOYEE INTRODUCTION FORM**

Employee #: 47702

Social Security #: ▮▮▮▮▮

Pos Code: MD0095

Start Date: 08/01/2014

Date of Birth: 1/25/1980

Male/Female:  male

**Marital Status:**  S

Telephone: ▮▮-8▮▮▮▮

Hourly Rate: $120.1923

Total Hours: 40

**EEO Code:**  O

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician

Labor Unit:  Physician

Fed Exemption:

State Exemption:

Shift Length: 111

Accrual Code:  n/a

Job Title: Physician

Grade:

Department Name:  Radiology

Location Code / I-Code:

Status:  A

Payroll Dept. Number:  340.00.ARAD.2109

Human Resource
JUL 14 2019

**In case of emergency contact:**

**CONFIDENTIAL**          **UMM-07535**



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 42253 | |
| Social Security #: ▓▓▓ | |
| Pos Code: MD 0974 | |
| Start Date: 11/01/2016 | |
| Last Name: ▓ | |
| First Name: ▓ | |
| MI: | |
| Mailing Address: ▓ | HI |
| City: ▓ | PC |
| State: ▓ | |
| Zip: ▓ | |
| Date of Birth: 11/30/1978 | |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: ▓ | |
| Hourly Rate: $ 250.00 | |
| Total Hours: 0 | |
| **EEO Code:** 0 | |
| Shift: 1 | |
| Benefit Group: B.01 HRS | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: 1 | |
| State Exemption: 1 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ▓ | |

**In case of emergency contact:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Randa Mowlood



CONFIDENTIAL

UMM-07572



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 45336

Social Security # ████████

Pos. Code: MD0~~325~~ 0097 ✓

Start Date: ~~6/30/2017~~ 8/31/2017

~~Last Name: Dr. Marcela Rodriguez MD~~

First Name: Rafyaela

MI:

████████████████████████████████

Date of Birth: ~~2/02/1982~~ 10 12 1979 ✓

Male/Female: Female

**Marital Status:** S ✓

████████████

Hourly Rate: $ 158.6538 ✓

Total Hours: 40 ✓

**EEO Code:** 4 ✓

Shift: 1 ✓

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician ✓

Labor Unit:  Physician

Fed Exemption:  2 ✓

State Exemption:  0 ✓

Shift Length: 111 ✓

Accrual Code:  n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status:  A

Payroll Dept. Number:  340.00. ARAD.2118 ✓

**In case of emergency contact:**

████████████████████████████████████████████

Randa Mowlood

Perm
5/17/17

Rehire
Cam


**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 51468 | |
| Social Security #: ███ ✓ | |
| Pos Code: ~~MD0247~~  MD0818 ✓ | |
| Start Date: 2/29/2016 ✓ | |
| Last Name: ███ | |
| First Name: ███ | |
| MI: | |

███ ✓

| | |
|---|---|
| Telephone: 312-320-6403 ✓ | |
| Hourly Rate: $ 158.6538 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / 1-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.~~2230~~ 2013 ✓ | |



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 45337

Social Security #: ▮▮▮▮▮▮

Pos Code: ~~MD0097~~  MD0847

Start Date: ~~6/30/2014~~  7/1/14  ✓

EEO Code: 2

Shift: 1

Benefit Group: B, 01HRS  ✓

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption: 0

State Exemption:

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Neuroradiology

Location Code / I-Code:

Status: A

Payroll Dept. Number: 340.00.ARAD.2118  ✓

**COMMONWEALTH OF MASSACHUSETTS--BOARD OF REGISTRATION IN MEDICINE**
**560 Harrison Avenue, Suite #G-4, Boston, MA 02118 (617) 654-9810 www.massmedboard.org**

## AUTHORIZATION FOR RELEASE OF INFORMATION, DOCUMENTS AND RECORDS

I, 

(type/print your complete name)

request and authorize every person, institution, professional licensing board of any state in which I hold or may have held a license to practice my profession, hospital, clinic, government agency, (local, state, federal or foreign), law enforcement agency, or other third parties and organizations, and their representatives to release information, records, transcripts, and other documents, concerning my professional qualifications and competency, ethics, character, and other information pertaining to me to the Massachusetts Board of Registration in Medicine.

I further request and authorize that the requested information, documents and records be sent directly to:

> Board of Registration in Medicine
> 560 Harrison Avenue, Suite #G-4
> Boston, Massachusetts 02118
> Attention: Licensing

### Immunity and Release

I hereby extend absolute immunity to, and release, discharge, and hold harmless from any and all liability: 1) the Board of Registration in Medicine, its agents, representatives, directors and officers; 2) other agencies, institutions, hospitals and clinics providing information, their representatives, directors and officers; and 3) any third parties and organizations for any acts, communications, reports, records, transcripts, statements, documents, recommendations or disclosures involving me, made in good faith and without malice, requested or received by the Board of Registration in Medicine.

By my signature below, I acknowledge that information, documents and records required to be furnished by another organization, educational institution, hospital, individual or any person or groups of persons has been sent to me directly from the primary source in a sealed envelope and that none of the seals have been broken. I understand that the Board of Registration in Medicine will not accept any such information, records or documents forwarded by me unless they are in sealed envelopes.

A photocopy or facsimile of this authorization shall be as valid as the original and shall be valid up to one year from the date signed.

**Date of Birth:** 05/04/1978          **Social Security Number:**

10/26/2011

**CONFIDENTIAL**                              **UMM-07766**



**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

**EMPLOYEE INTRODUCTION FORM**

Employee #: 54259 ✓

Social Security # █████████

Pos Code:  MD0847 ✓

Start Date 5/15/2017 ✓

Last Name: ████████

MI:

Mailing Address ██████████  *E*

Date of Birth: 3/28/1955   3/28/1965 ✓

Male/Female: male

**Marital Status:** *m/s* ✓

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



11-14-'14 15:25 FROM- UMMHC RADIOLOGY 508-856-1860 T-942 P0001/0001 F-174

# 33335

,Please *PRINT CLEARLY* using blue or black ink to
avoid coverage delay or type in information.



**MASSACHUSETTS**

Blue Cross Blue Shield of Massachusetts is an
Independent Licensee of the Blue Cross and Blue Shield Association

**Enrollment/ Change Form**

| Medical Plan Selection | | Group Number | Dental Plan Selection | | Group Number |
|---|---|---|---|---|---|
| □ (HMO) Network Blue New England<br>□ (PPO) Blue Care Elect Preferred | □ Individual<br>□ Family | | □ Dental Base Plan<br>☒ Dental High Option | □ Individual<br>☒ Family | |
| | | | | Sex | Date of Birth<br>01-14-1976 |



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 29161 - REHIRE | |
| Social Security #: | ✓ |
| Pos Code: MD0065 ✓ | |
| Start Date: 10/17/2016 | |
| Last Name: | |
| | |
| | |
| | |
| | |
| Date of Birth: 2/14/1949 ✓ | |
| Male/Female: Male ✓ | |
| Marital Status: M ✓ | |
| | |
| Hourly Rate: $ 197.1153 ✓ | |
| Total Hours: 16 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B16-19HRS ✓ | |
| Non Exempt/Exempt: Physician ✓ | |
| Labor Unit: PHYS | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Neuroradiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: | ✓ |



**UMassMemorial**

**Employee Introduction**

CHK

| Date of Birth | EEO Code | Marital Status | Fed. Exemp. | State Exemp. | Non-Exempt/Exempt | Pos. # (Cost Center/Job Code) | Labor Unit | Accrual Code |
|---|---|---|---|---|---|---|---|---|
| 12/8/37 ✓ | CS ✓ | M | I | 7 | Exempt | MD0011 ✓ | N/A | N/A |

**UMM-07822**

**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 34067 | |
| Social Security #: | |
| Pos Code: MD0825 | |
| Start Date: 2/27/2015 | |
| Last Name: [redacted] MD | |
| First Name: | |
| MI: H. | |
| Mailing Address: | |
| | |
| | |
| | |
| Date of Birth: 4/11/1955 | |
| Male/Female: Male | |
| **Marital Status:** | |
| | |
| Hourly Rate: $ 120.1923 | |
| Total Hours: 40 | |
| **EEO Code:** | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: 0 | |
| State Exemption: | |
| Shift Length: 111 | |
| Accrual Code: n/a | **Human Resources** |
| Job Title: Physician | |
| Grade: | FEB 20 2015 |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2111 | |



**UMassMemorial**
**Medical Group**

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 59740 | |
| Social Security # | |
| Pos Code: MD0825 | |
| Start Date: 9/30/2018   9 28 2018 | |
| Name: | |

Date of Birth: 6/23/1980
Male/Female: Female
**Marital Status**: Married

Hourly Rate: $ 158.6540
Total Hours: 40
**EEO Code:** ○
Shift: 1
Benefit Group: B30-40DOC
Non Exempt/Exempt: PHYSICIAN
Labor Unit: PHY
Fed Exemption:
State Exemption:
Shift Length: 111
Accrual Code: n/a
Job Title: Physician
Grade:
Department Name: Radiology
Location Code / I-Code:
Status: A
Payroll Dept. Number

In case of emergency contact:



UMassMemorial
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 45012

Social Security #

Pos Code: MD0099

Start Date: 8/12/2013

MI:

Date of Birth: 5/29/1976

Male/Female: Male

Status: Married

Telephone:

Hourly Rate: $ 122.5961

Total Hours: 40

EEO Code: 0

Shift: 1

Benefit Group:

Non Exempt/Exempt: exempt

Labor Unit: Physician

Fed Exemption: 4

State Exemption: 3

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code: I 6 7

Status: A

Payroll Dept. Number:

In case of emergency contact:

BEST PEOPLE. BEST CARE.
Together, we make all the difference.

**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 45406 | |
| Social Security #: | ✓ |
| Pos Code: MD0094 | |
| Start Date: | |
| | |
| First Name | |
| MI: | |

**Human Resources**

JUN 2 7 2013

| | |
|---|---|
| Date of Birth: 1/17/1973 ✓ | |
| Male/Female: Female | |
| **Marital Status:** M | |
| Telephone: | |
| Hourly Rate: $ 153.2451 | |
| Total Hours: 32 | |
| **EEO Code:** ○ | |
| Shift: 4 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: ○ | |
| State Exemption: ○ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Breast Imaging | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2125 ✓ | |

**In case of emergency contact:**

BEST PEOPLE. BEST CARE.
Together, we make all the difference.

UMM-07957



**UMassMemorial**
Medical Group

| EMPLOYEE INTRODUCTION FORM | |
|---|---|
| Employee #: 51749 | |
| Social Security #: | |
| Pos Code: MD0091 | |
| Start Date: 7/11/2016 | |
| Last Name: | |
| | |
| | |
| | |
| | |
| | |
| Date of Birth: 8/18/1984 | |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: | |
| Hourly Rate: $ 132.2115 | |
| Total Hours: .40 | |
| **EEO Code:** 0 | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: PHYS | |
| Fed Exemption: 0 | |
| State Exemption: 0 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2110 | |

In case of emergency contact:



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54939 ✓ | |
| Social Security #: ███████ ✓ | |
| Pos. Code: MD0091 ✓ | |
| Start Date: 7/10/2017 ✓ | |
| Last Name: ████████ | |
| ████████ | |
| MI: C. | |
| | |
| ████████ | |
| ████████ ✓ | |
| Date of Birth: 6/03/1985 | |
| Male/Female: Male | |
| **Marital Status**: ████████ ✓ | |
| ████ 8-397-5506 ✓ | |
| ████████ ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** 6 ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician ✓ | |
| Fed Exemption: 0 ✓ | |
| State Exemption: 0 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 340.00.ARAD.2110 ✓ | |



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 47712 | |
| Social Security #: ▮▮▮▮▮▮ | |
| Pos Code: MD0097 | |
| Start Date: 6/27/2014 | |
| Last Name: ▮▮▮▮ | |

Date of Birth: 10/17/1980
Male/Female: Female
**Marital Status:** MARRIED
Telephone: ▮▮▮▮▮▮
Hourly Rate: $ 129.8076
Total Hours: 40
EEO Code: D
Shift: 1
Benefit Group: B30-40DOC
Non Exempt/Exempt: Physician
Labor Unit: Physician
Fed Exemption: 3
State Exemption: 1
Shift Length: 111
Accrual Code: n/a
Job Title: Physician
Grade:
Department Name: Radiology
Location Code / I-Code:
Status: A
Payroll Dept. Number: 340.00.ARAD.2118

Human Resources

JUN 2 6 2014


**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

| **EMPLOYEE INTRODUCTION FORM** | |
|---|---|
| Employee #: 43659 | |
| Social Security #: ▮▮ ✓ | |
| Pos Code: MD0094 | |
| Start Date: 7/01/2013 | |
| ▮▮▮▮ | |
| | |
| ▮▮ : ▮▮▮ ▮ | |
| | |
| | |
| ▮ | |
| Date of Birth: 3/26/1978 ✓ | |
| Male/Female: Female | |
| | |
| | |
| Total Hours: 36 | |
| **EEO Code:** ⟳ | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: 0 - SINGLE | |
| State Exemption: | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Breast Imaging | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ▮ ✓ | |

**BEST PEOPLE. BEST CARE.**
Together, we make all the difference.

**UMass Memorial Medical Center (UMMMC) – New Provider Notification Form (Rev. 1/06)**
Fax to: Maureen Podesta, Director Medical Staff Services 508-334-8235

*PLEASE PRINT CLEARLY and COMPLETE ALL INFORMATION*

DEPARTMENT INFORMATION: Submission Date: 11/20/07 Dept Contact: Dawn Boreto phone: 4-2710

Authorized by Dept Chair/Div. Chief _____ Anticipated UMMMC start date: 12/08

For: Clinical Dept: _____ Division: _____ Specialty: _____

APPLICANT INFORMATION:    Application Fee: $150 to be paid by  (X) Department   ( ) Applicant

Applicant Legal Name*: _____
*As it appears on MA medical license

Date of Birth: 10 20 1949 _____ Social Security # _____

Staff Category: (X)Active ( )Courtesy ( )Consulting ( )Non-Physician–Dentist/Oral Surgeon or Psychologist ( )Podiatrist
( )Locum ( ) Moonlighter ( ) Temporary -less than 30 days/year( Start:          End:          )

☐ UMass Memorial Medical Group Employee          ☐ Community Medical Group Employee
☐ UMass Medical School Employee                    ☐ UMMMC Employee
☐ Contracted Services                              ☐ Private
☐ Contracted Locum (Is contract direct with provider or locum agency  - please circle which: Provider  Agency)

CONFIDENTIAL                    UMM-15224



**UMassMemorial**

Employee Health Services
291 Lincoln Street, Suite 301
Worcester, MA 01605

SYSTOC ID: 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

Alternate ID: 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

**Employee Name:**

**DOB:** 04/17/1970    **Gender:** M

**Company:** Medical Group Division

**Department:** 2130

**Position:** MD0098

## Pre-Placement Exam Report

The applicant listed above has been evaluated by UMass Employee Health Services. It has been determined that the applicant:

☑ Can perform the essential job functions.

☐ Can perform the essential job functions with accommodation. Accommodation required:

☐ Cannot perform the essential job functions.

☐ Would present a direct threat to himself/herself, or to others, if he or she attempts to perform this job.

☐ Determination of the applicant's ability to perform the job is on hold, awaiting additional documentation.

Comments:

EHS.Reviewer:    *Christopheron(l)*        Date: 04/15/2008

**CONFIDENTIAL**        **UMM-08119**

**Applicant Information:**

**Provider Name**: (Provider's *LEGAL* name as it appears (or will appear) on MA medical /professional license (First, Middle, Last)

███████ ███████

*not yet been issued, please enter full, legal name of applicant*

**Provider Title:** MD _____ Example: MD, Ph.D., NP, etc **Gender:**⊙ Male◯ Female

**$150 Application Fee\* to be paid by:** ⊙Department ◯Applicant ◯N/A
(\*Active, Courtesy, Consulting, & Locum only)

**Date of Birth:** 08/06/1975 **Social Security Number:** ███████

**Staff Category**:*(non-locum providers)*
⊙Active◯ Active Referring◯ Courtesy◯Consulting
◯ Non-Physician-Dentist/Oral Surgeon or Psychologist
◯ Podiatrist
◯Moonlighter (Courtesy)

◯Non-Locum Temp < than 30 days/year Start: _____ End: _____

◯ Affiliate Practitioners-Collaborating Physician/Supervisor: _____

◯ Other Specify _____

Comments: _____

**Practice Type:** UMass Memorial Medical Group
Employee ⊙ Full Time ◯ Part Time ◯ Per Diem

**Legal Name of Practice/Group:** _____

**For Locum Providers:**
◯Locum short-term < than 30 days/year ◯Locum long-term > than 30 days/year
☐Contracted directly with provider or ☐Contracted with locum agency

**For Temporary Providers:**
◯ Temporary
☐ Contracted directly with provider ☐ Contracted with staffing agency

**Staffing or Locum Agency Information:**
Agency name: _____ Agency contact name: _____
Contact Phone: _____
Contact E-Mail: _____

2

CONFIDENTIAL UMM-08141



CONFIDENTIAL



CONFIDENTIAL

 **UMassMemorial**

**Employee Introduction**



White - Human Resources;   Green - Employee Health;   Yellow - Payroll;   Pink - Department;   Gold - Security

**CONFIDENTIAL**

**UMM-08162**



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #:59644 ✓

Social Security # ▓▓▓▓▓▓▓

Pos Code:  MD0974 ✓

Start Date: 9/6/2018 ✓

Last Name: ▓▓▓▓▓ ✓

First Name: ▓▓▓ ✓

MI: ▓

▓▓▓▓▓▓▓▓▓▓▓ ▓

▓▓▓▓▓ ▓

✓

Date of Birth: 7-9-1959 ✓

Male/Female: Male

**Marital Status:**   M

Telephone: ▓▓▓▓▓▓▓

Hourly Rate: $   162.5000 ✓

Total Hours: Per Diem ✓

**EEO Code:**

Shift: 1 ✓

Benefit Group: ~~B30-40DOC~~  B.01

Non Exempt/Exempt: PHYSICIAN

Labor Unit: ~~PHY~~  PDPHY

Fed Exemption: Ø ✓

State Exemption: Ø ✓

Shift Length: 111 ✓

Accrual Code:  n/a

Job Title: Physician ✓

Grade:

Department Name: Radiology

Location Code / I-Code:

Status:  A ✓

Payroll Dept. Number: 340.00. ARAD.2111 ✓

**In case of emergency contact:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**INV FORM 41 (Rev. 4/06)**
**U.S. OFFICE OF PERSONNEL**
**MANAGEMENT (5 CFR 736)**

**INVESTIGATIVE REQUEST FOR EMPLOYMENT**
**DATA AND SUPERVISOR INFORMATION**
**U.S. GOVERNMENT USE ONLY**

| F | UNITED STATES OFFICE OF PERSONNEL MANAGEMENT |
| R | FEDERAL INVESTIGATIONS PROCESSING CENTER |
| O | PO BOX 618 |
| M | BOYERS, PA 16018-0618 |

~~MULTIPLE INQUIRIES MAY BE RECEIVED DUE TO SUBJECT SUPPLIED~~ INFORMATION.

| T | ATTN: PERSONNEL OFFICE |
| O | UMASS MEMORIAL MEDICAL CENTER |
| | 281 LINCOLN STREET |
| | WORCESTER MA 01605 |

**INSTRUCTIONS:** Your name has been provided by the person identified below to assist in completing a background investigation to help us determine this person's suitability for employment or security clearance. To help us make this determination, we ask that you complete all items on the back of this form and return the form in the enclosed envelope. We send a separate inquiry to the personnel office and each supervisor shown on the person's application; therefore please do not forward this for completion by someone else.

**PRIVACY ACT INFORMATION:** This investigative inquiry is in full compliance with the Privacy Act of 1974 and other laws protecting the civil rights of the person we are investigating. The information you provide, including your identity, will be disclosed to the person being investigated and other federal agencies, at this person's request.

**CERTIFICATION:** The person we are investigating has given written consent for this investigative inquiry. We keep that consent on file. If a copy is required in order to complete this form, or you would like to keep your identity confidential, please indicate this requirement in writing on the reverse.

Completion of this investigation as soon as possible will help this person and the agency perform their duties in a more timely and efficient manner.

| **CASE NUMBER:** 1520497285 | **CASE TYPE:** 02 | **ITEM NUMBER:** 002 | **ITEM TYPE: EMPL-01** |
|---|---|---|---|
| **FULL NAME (LAST, FIRST, MIDDLE)** | | | |
| **OTHER NAMES USED** | | | |
| | | | |
| **DATE OF BIRTH** 12/15/1973 | **SOCIAL SECURITY NUMBER** | | **POSITION FOR WHICH INVESTIGATED** RADIOLOGIST (MOONLIGHTER) |
| **PLACE OF BIRTH** | | | |
| **CLAIMED EMPLOYMENT** | | | |
| **FROM** 11/2014 | **TO** 03/2015 | **POSITION** PER DIEM INTERVENTIONAL R | **NAME OF SUPERVISOR** MAX ROSEN |

**ACTUAL JOB LOCATION (IF DIFFERENT THAN ABOVE ADDRESS)**
UMASS MEMORIAL MEDICAL CENTER
55 LAKE AVENUE NORTH
WORCESTER MA 01655

PUBLIC BURDEN INFORMATION: We estimate the Public Burden for this collection of information is approximately 5 minutes per response. This includes time for reviewing the instructions, gathering the information requested, and completing and returning the form. You may send comments regarding our estimate or any other aspect of this form, including suggestions for reducing completion time, to the Office of Personnel Management, Forms Officer, Paperwork Reduction Act (3206-0163), Washington, DC 20415-7900. The OMB Number 3206-0165 is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed. Do not send your completed form to this address.

GPO U.S. GOVERNMENT PRINTING OFFICE:2014-383-063/63595       221431-3       FORM APPROVED: OMB:3206-0165

CONFIDENTIAL       UMM-08217



## Payroll Direct Deposit Authorization

### Customer Information

COMPANY NAME:   VISOR

EMPLOYEE NAME: ███████ ████████

DATE OF BIRTH: 12/03/1983     TIN: ████████

████████████████████████  ████████████

████████  ████████       ████████

In this Payroll Direct Deposit Authorization document, the term *The Bank* refers to Citizens Bank.

PAY FREQUENCY: Bi-weekly

### Direct Deposit Request & Authorization

I (we) hereby authorize the company named ("Company") above to initiate credit entries to my (our) account(s) indicated below at the depository financial institution ("Bank") named herein, and to credit same to such account(s). I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. law and NACHA. This authorization is to remain in full force and effect until Company named above has received written notification from me (or either of us) of termination in such time and in such manner as to afford Company and Bank a reasonable opportunity to act.

From my net pay each pay period, I hereby authorize and request you to:

DEPOSIT: Balance Amount       TO: ACCT#: ████████       ROUTING #: ████████
                              (My One Deposit Checking)

_____            9/14/17
Employee's Signature                        Date

### CUSTOMER COPY

Citizens Bank, N.A. Member FDIC. One Citizens Plaza, Providence, RI 02903 800-922-9999

Citizens Bank is a division of Citizens Bank, N.A.  Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.

Prepared By: Siobhan Curran                State: MA                Date: 08/10/2017  Branch #: 501
REV. (04/27/15)
payroll_direct_deposit_customer_copy.frm

**CONFIDENTIAL**                    **UMM-08239**

# CURRICULUM VITAE

## PERSONAL DETAILS

Name

Home address

Office address          Department of Radiology
                        UMass Memorial Health Care
                        University of Massachusetts Medical School
                        55 Lake Avenue North
                        Worcester, MA 01655
                        Tel: 508-334-2087
                        Fax: 508-856-4910
                        Email:kimy@ummhc.org

Date of birth           July 13, 1959

Place of birth

Nationality

Citizenship

Wife

Children

Current position        Assistant Professor in Radiology
                        University of Massachusetts Medical School
                        UMass Memorial Health Care, Worcester, MA, USA



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

Employee #: 45340

Social Security #

Pos Code: MD0794

Start Date: 8/15/2018

Last Name:

MI:　M

Mailing Address: 50 Lake St

City:　　　　　　PROVIDENCE

Date of Birth: 10/9/1985

Male/Female: Male

**Marital Status:**　S

Telephone:

Hourly Rate: $　158.654

Total Hours: 40

**EEO Code:**

Shift:  1

Benefit Group: B30-40DOC

Non Exempt/Exempt: PHYSICIAN

Labor Unit:  PHY

Fed Exemption:　1

State Exemption:　1

Shift Length: 111

Accrual Code:  n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status:  A

Payroll Dept. Number:

**In case of emergency contact:**

## CURRICULUM VITAE



BIRTH:        March 13,1946

UMM-16262



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: ~~58881~~  ~~59195~~  5801 | |
| Social Security # | |
| Pos Code:  MD0825 | |
| Start Date: 6/30/2018 | |
| | |
| | |
| | |
| | |
| | |
| | |
| Date of Birth: 11/28/1966 | |
| Male/Female: Female | |
| **Marital Status:** M | |
| Telephone: | |
| Hourly Rate: $ 163.4625 | |
| Total Hours: 40 | |
| **EEO Code:** 2 | |
| Shift:  1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit:  PHY | |
| Fed Exemption:  Ø | |
| State Exemption:  1 | |
| Shift Length: 111 | |
| Accrual Code:  n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status:  A | |
| Payroll Dept. Number: | |

**In case of emergency contact:**

PHY
TR
SC
PC



UMassMemorial
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 48135

Social Security #:

Pos Code: MD0096

Start Date: 7/30/2014

Date of Birth: 7/13/1981

Male/Female: Male

**Marital Status:**

Telephone:

Hourly Rate: $120.1923

Total Hours: 40

**EEO Code:**

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption:

State Exemption:

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code: エレ7

Status: A

Payroll Dept. Number:

**In case of emergency contact:**

# Massachusetts Physician Renewal Application

Physician Name: ▮▮▮▮▮t▮                                License No.:   72925

11/07/06  51

60

## PART A

**1) Current Status:  Active**          **Renewal Due Date: 11/15/2006**          **Birth Date: 12/13/1958**

If you want to change your current status, please check *one* of the following boxes to indicate your *new* status:
(Check only one).  *(See Renewal Instructions, page 3.)*

☑ Active          ☐ Retiring          ☐ Inactive               ☐ Do not wish to renew

**2) Addresses & Contact Information. Please confirm your addresses and make changes, if necessary. You are required to notify the Board of Registration in Medicine within 30 days of any change of address. Home and Business addresses CANNOT be a Post Office Box.**

▮▮ ▮▮▮▮ ▮▮▮▮▮:

▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮,▮,▮▮

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

Phone:  (617)332-6512          **RECEIVED**

☐ *Check here to change this address*

**2c) BUSINESS ADDRESS**                 NOV   6  2006
UMass Memorial Medical Center
55 Lake Avenue North              Board of Registration
Worcester, MA 01655                    in Medicine

Phone: (508)856-4257

☐ *Check here to change this address*

|  |  |
|---|---|
| Mailing Address: _____ |  |
| City/Town: _____ | State: _____ |
| Zip: _____ Country: _____ |  |

| Home Address: _____ |  |
|---|---|
| City/Town: _____ | State: _____ |
| Zip: _____ Country: _____ |  |
| Home Telephone: (___)_____ |  |

*Home address cannot be a Post Office Box*

| Business Address: _____ |  |
|---|---|
| City/Town: _____ | State: _____ |
| Zip: _____ Country: _____ |  |
| Business Telephone: (___)_____ |  |

*Business address cannot be a Post Office Box*

**3) E-mail Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**4) Fax Number:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 5) Specialties *(See Renewal Instructions, page 4.)* | Delete? | Additional specialties: |
|---|---|---|
| Nuclear Medicine | ☐ |  |
|  | ☐ |  |
|  | ☐ |  |

**6) Current American Board of Medical Specialties (ABMS) or American Osteopathic Association (AOA) Information.**
*(See enclosed instructions and Renewal Instructions, page 4.)*

| List Certifying Board(s) below: |  | Update General Certificates and Subspecialty Certificates below. Please add additional Certifications as required. | | |
|---|---|---|---|---|
| **Board Name** | **ABMS or AOA** | **Certificate/Subspecialty** | **Correct?** | **Delete?** |
| Nuclear Medicine | ABMS | Nuclear Medicine | ☑ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

Page 1 of 7

Application #. _____
Date of Issue: _____/___/_____

## Board of Registration in Medicine
200 Harvard Mill Square, Suite 330 - Wakefield, MA 01880
Telephone: (781) 876-8210   Fax: (781) 876-8383   www.massmedboard.org

### FULL LICENSE APPLICATION

**Application Fee:** Please enclose a check or money order in the amount of $600.00 made payable to the Commonwealth of Massachusetts. The application fee is non-refundable.

**Check One:**   ☒ U.S./Canadian Graduate          ☐ International Graduate

**Legal Name** (do not use nicknames or initials, unless they are part of your legal name)

_____
Last Name (type or print clearly)          First          Middle          Suffix (Jr., etc.)

☒ M.D. ☐ D.O. ☐ Ph.D ☐ Other degree_____          ☒ Male   ☐ Female.

**Other Name(s) Used** - List any other name(s) you have used which may appear on your identifying documents, such as medical education and examination records. If not applicable, check here ☒

_____
Entire Last Name (type or print clearly)          First          Middle          Suffix (Jr., etc.)

Date of Birth: _01_/_06_/_1979_          Social Security Number: ▓▓▓▓▓▓▓
    Month  Day  Year

Are you applying for licensure through FCVS? (See instructions page 12) ☐ Yes   ☒ No

* The Board will use your Mailing Address for all correspondence

**MAR 25 2011**

CONFIDENTIAL                    UMM-17610



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 47905

Social Security #: ▮

Pos Code: ~~MD0847~~ ✓ MD0968 ✓

Start Date: 9/12/2016

Last Name: ▮

▮ ✓

▮ 20ᵗʰ ▮ ✓

PC

▮

DC ▮

Cam 10/17/18

Date of Birth: 12/11/1976 ✓

Male/Female: Male ✓

**Marital Status:** S

**Telephone:**

Hourly Rate: $ 162.50 ✓

Total Hours: 01 ✓

**EEO Code:** 4

Shift: 1

Benefit Group: B.01 HRS

Non Exempt/Exempt: Physician ✓

Labor Unit: PHYS

Fed Exemption: 0 ✓

State Exemption: 0 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Musculoskeletal Radiology

Location Code / 1-Code:

Status: A

Payroll Dept. Number: ▮ ✓

**In case of emergency contact:**

Name:

Relationship:

Address:

Phone Number:

**Employee Signature** (Employee agrees to the above conditions and those on the application form) _____

Randa Mowlood

**UMassMemorial**

$7/1/10_{SW}$

REHIRE

*Employee Introduction*



| 3/23/55 | M/5 | Ø | Ø | non-exempt | MD 06 40 | n/a | n/a |
|---|---|---|---|---|---|---|---|
| Physician | *Job Title* | | *Grade* | *Step* | *Department Name* Radiology | | *Location/I-Code* ICTK |

| *Shift* | *Status* | *Payroll Dept. Number* | *% Effort* | *Hourly Rate* | *Annual Rate* | *Funding Account/Cost Center* |
|---|---|---|---|---|---|---|
| X Day   O Evening | O Reg   O Temp | | | 287.50 | | |
| O Night   O Other | XX Per Diem | | | | | |
| Specify Other: | Start Date 7/01/10 | | | | | |
| | Benefit Group B  .01 HRS | | | | | |
| | Total Hours   0 | | | | | |

M 6050



# FACULTY STATUS FORM - UMMS

Faculty Name: ▮▮▮▮▮▮▮

Proposed Title: Assistant Professor of Radiology
on the non-tenure track

Requesto ▮▮▮▮▮▮▮▮▮▮▮▮▮

Department: Radiology
(Primary)

(Secondary if applicable)

Division: _____

Work Location: ☐ UMMS  ☑ UMMHC  ☐ OTHER

Work Address: University Campus _____

Work Phone: 508/856-2215

_____

(Include locations such as LRB, Biotech, Shriver etc.
or private office. Include room number if available)

Home Address: ▮▮▮▮▮▮

Phone: ▮▮▮▮▮

SSN: ▮▮▮▮▮

Date of Birth: 3/15/62

Gender: ☑ Male  ☑ Female

---

Type of Action: ☑ Appointment  ☐ Promotion  ☐ Resignation  ☐ Status Change

Effective Date of Action: 8/2/04

Type of Status: ☑ Academically Salaried  ☐ Non-Academically Salaried  ☐ Non-University Salaried

☑ Full Time ( _____ % )  ☐ Part Time ( _____ %)

Appointment Track: ☐ Tenure Track  ☑ Non-Tenure Track  ☐ Not Applicable

Check if: ☐ Visiting  ☐ Adjunct

---

### For Office Use Only

Date Received: _____  Date Processed: _____

CONFIDENTIAL          UMM-21040

# 44090

**benefit strategies**

**UMASS MEMORIAL HEALTH CARE**
**2015 FLEXIBLE BENEFIT PLAN ENROLLMENT FORM**
PLAN YEAR: JANUARY 1, 2015 TO DECEMBER 31, 2015

**A. Employer Information**

**E-mail Address:**

Date of Birth: 03/25/1982

**B. Flexible Benefit Plan Pre-Tax Elections**

**1.** **Health Care Reimbursement Account** Eligible out-of-pocket medical, dental and vision expenses incurred by my dependents or myself during the plan year.

| $ 19.25 | X | 52 | = | $ 1001 | Maximum Election allowed |
|---------|---|----|---|--------|--------------------------|
| Your Contribution Per Pay Period | | # of Pay Periods | | Total Election | $2,500 |

**2.** **Orthodontic Reimbursement Account** You may elect to set aside up to $1,000 per plan year for each covered member who receives orthodontic services. UMass Memorial will match 50% of your contribution up to $500 per plan year up to $1,000 lifetime maximum for each family member receiving orthodontic services. **Maximum Contribution Allowed: $2,600 per plan year**
If you have more than one family member receiving orthodontic care, please provide the Employer Match dollar amount for each covered family member below. Employer Contribution total cannot exceed $500.

**C. Covered Dependent(s) Information**

9/30/2014

**CONFIDENTIAL**   **UMM-17859**


**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 46045

Social Security #: ███████

Pos Code:  MD0525

Start Date:  6/28/2013

███████

MI: E.

Mailing ███ Apt: ███ 5 3009

Date of Birth: 4/16/1979

Male/Female:  Male

**Marital Status**:  ███████

Hourly Rate: $ 120.1923

Total Hours: 40

EEO Code:

Shift:  1

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician

Labor Unit:  Physician

Fed Exemption:

State Exemption:

Shift Length: 111

Accrual Code:  n/a

Job Title:  Physician

Grade:

Department Name:  Radiology - ED

Location Code / I-Code:   I v 7

Status:  A

Payroll Dept. Number: ███████

**In case of emergency contact:**

███████

Sharon Santoro

Human Resources

JUL 0 2 2013

**BEST PEOPLE. BEST CARE.**
*Together, we make all the difference.*

**CONFIDENTIAL**              **UMM-17901**



**PSLF ECF**

## PUBLIC SERVICE LOAN FORGIVENESS (PSLF): EMPLOYMENT CERTIFICATION FORM

**William D. Ford Federal Direct Loan (Direct Loan) Program**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1845-0110
Form Approved
Exp. Date 5/31/2020
PSECF – XBCR

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed.

SSN ▇▇▇▇▇▇▇▇

Date of Birth   09/10/1984

Telep▇
Teleph▇
E▇

### SECTION 2: BORROWER AUTHORIZATIONS, UND▇

**Before signing, carefully read the entire form.** For more information on PSLF, visit **StudentAid.gov/publicservice**.

**I authorize:**

1. My employer or other entity having records about the employment that is the basis of my request to make information from those records available to the U. S. Department of Education (the Department) or its agents or contractors.

2. The entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I understand that:**

1. To qualify for PSLF, I must make 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer or employers. Neither the 120 qualifying payments nor the employment have to be consecutive.

2. To qualify for PSLF, I must be employed full-time by a qualifying employer when I apply for and receive PSLF.

3. If I qualify for forgiveness, only the remaining balance on my Direct Loans will be forgiven.

4. By submitting this form, my student loan(s) held by the Department may be transferred to FedLoan Servicing.

5. The Department may request supplemental documentation substantiating my employment.

6. The Department will notify me in writing or electronically of the number of qualifying payments I have made while employed full-time by a qualifying employer and how many more I must make before I am eligible to apply for PSLF.

7. I will be notified if the form that I submit is incomplete, or if my employment or payments do not qualify for PSLF, why the determination was made, and the steps I need to take to correct the form or make qualifying payments.

8. The Department will retain this certification form until I submit my application for forgiveness.

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

**Borrower's** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**CONFIDENTIAL**          **UMM-18047**

03-07-2019  12:41    FROM-UMMHC NIR                    +774-441-6421        T-745  P.002/002  F-546

 **Citizens Bank™**

**Customer Information**

DATE OF BIRTH: 10/28/1978         TIN:

In this Payroll Direct Deposit Authorization document, the term *"The Bank"* refers to Citizens Bank.

PAY FREQUENCY: Weekly

**Direct Deposit Request & Authorization**

I (we) hereby authorize the company named ("Company") above to initiate credit entries to my (our) account(s)
indicated below at the depository financial Institution ("Bank") named herein, and to credit same to such account(s).
I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of
U.S. law and NACHA. This authorization is to remain in full force and effect until Company named above has
received written notification from me (or either of us) of termination in such time and in such manner as to afford
Company and Bank a reasonable opportunity to act.

From my net pay each pay period, I hereby authorize and request you to:

DEPOSIT: Balance Amount        TO: ACCT#: ▓▓▓▓▓ ✓   ROUTING #: ▓▓▓▓▓▓ ✓
                                        (My One Deposit Checking)

Citizens Bank, N.A. Member FDIC. One Citizens Plaza, Providence, RI 02903 800-922-9999

Citizens Bank is a division of Citizens Bank, N.A.

Prepared By: Jonathan Shamlian            State: MA                    Print: 03/07/2019   Branch #: 239
REV (12/2018)



**UMassMemorial**
Medical Group

| **EMPLOYEE INTRODUCTION FORM** | Term 8/16/16 |
|---|---|
| Employee #: 42255 ✓ | Rehire |
| Social Security #: | ✓ |
| Pos Code: MD0091 ✓ | |
| Start Date: 8/31/2016 ✓ | |

par)16
9/16/16

| Date of Birth: 9/26/1982 | |
|---|---|
| Male/Female: Female | |
| **Marital Status:** Married ✓ | |
| Telephone: ✓ | |
| Hourly Rate: $127.4038 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Physician ✓ | |
| Labor Unit: PHYS ✓ | |
| Fed Exemption: 3 ✓ | |
| State Exemption: 2 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Nuclear Medicine | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: ✓ | |

In case of emergency contact:

Randa Mowiood



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

| EMPLOYEE INTRODUCTION FORM |
|---|
| Employee #: 54608 ✓ |
| Social Security # ▓ ✓ |
| Pos. Code: MD0825 ✓ |
| Start Date: ▓ ✓ |

*Caro*

| Date of Birth: 9/23/1969 ✓ |
|---|
| Male/Female: Male ✓ |
| **Marital Status:** Single ✓ |

| Hourly Rate: $144.2307 ✓ |
|---|
| Total Hours: 40 ✓ |
| **EEO Code:** 4 |
| Shift: 1 ✓ |
| Benefit Group: B30-40DOC ✓ |
| Non Exempt/Exempt: Physician |
| Labor Unit: Physician |
| Fed Exemption: 0 ✓ |
| State Exemption: 0 ✓ |
| Shift Length: 111 ✓ |
| Accrual Code: n/a |
| Job Title: Physician ✓ |
| Grade: |
| Department Name: Radiology |
| Location Code / I-Code: I 67 |
| Status: A |
| Payroll Dept. Number: ▓ ✓ |

In case of emergency contact:



**UMassMemorial**
*Medical Group*

**EMPLOYEE INTRODUCTION FORM**

Employee #: 50662
Social Security #: ✓
Pos Code: MD0094 ✓
Start Date: 8/31/2015 ✓

Date of Birth: ~~10/28/1957~~   1 / 8 | 19 8 |   ✓
Male/Female: Female ✓
**Marital Status:** SINGLE ✓

Hourly Rate: $132.2115 ✓
Total Hours: 40 ✓
**EEO Code:** O ✓
Shift: 1 ✓
Benefit Group: B30-40DOC ✓
Non Exempt/Exempt: PHYSICIAN ✓
Labor Unit: Physician
Fed Exemption: 3 ✓
State Exemption: 1 ✓
Shift Length: 111 ✓
Accrual Code: n/a
Job Title: Physician ✓
Grade:
Department Name: Radiology
Location Code / I-Code:
Status: A
Payroll Dept. Number: ✓

**In case of emergency contact:**



UMassMemorial
Medical Group

# EMPLOYEE INTRODUCTION FORM

Employee #:52192 ✓

Social Security # ███████ ̶

Pos Code: MD0096 ✓

Start Date: 07/30/2016 ✓

Date of Birth:06/06/1976 ✓

Male/Female: Male ✓

**Marital Status:**     Married ✓

Hourly Rate: $ 156.25 ✓

Total Hours: 40 ✓

**EEO Code:**     O ✓

Shift: 1 ✓

Benefit Group: B30-40DOC ✓

Non Exempt/Exempt: PHYSICIAN ✓

Labor Unit: PHY

Fed Exemption: 4 ✓

State Exemption: 2 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: ~~Medicine~~ Radiology

Location Code / I-Code: I67

Status: A

Payroll Dept. Number: ███████

**In case of emergency contact:** ✓



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 46387 | |
| Social Security #: ▮▮▮ ✓ | |
| Pos Code: ~~MD0513~~ ✓ MD0847 | |
| Start Date: 7/1/2013 | |

Ⓟ
8/28/13

| | |
|---|---|
| Date of Birth: 02/16/1971 ✓ | |
| Male/Female: female ✓ | |
| **Marital Status:** M ✓ | |
| ▮▮▮ ✓ | |
| Hourly Rate: $162.50 ✓ | |
| Total Hours: 0 ✓ | |
| **EEO Code:** 2 ✓ | |
| Shift: 4 ✓ | |
| Benefit Group:B.01 HRS ✓ | |
| Non Exempt/Exempt: Physician ✓ | |
| Labor Unit: Physician ✓ | |
| Fed Exemption: 0 ✓ | |
| State Exemption: 0 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Neuroradiology ✓ | |
| Location Code / I-Code: I67* ✓ | |
| Status: A ✓ | |
| Payroll Dept. Number: ▮▮▮ | |

**In case of emergency contact:** ✓

**BEST PEOPLE. BEST CARE.**
*Together, we make all the difference.*

 **Citizens Bank™**



## Payroll Direct Deposit Authorization

### Customer Information

COMPANY NAME:   UMASS MEMORIAL HOSPITAL

DATE OF BIRTH: 11/26/1976     TIN: 677149969

In this Payroll Direct Deposit Authorization document, the term *"The Bank"* refers to Citizens Bank.

PAY FREQUENCY: Weekly

### Direct Deposit Request & Authorization

I (we) hereby authorize the company named ("Company") above to initiate credit entries to my (our) account(s) indicated below at the depository financial institution ("Bank") named herein, and to credit same to such account(s). I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. law and NACHA. This authorization is to remain in full force and effect until Company named above has received written notification from me (or either of us) of termination in such time and in such manner as to afford Company and Bank a reasonable opportunity to act.

From my net pay each pay period, I hereby authorize and request you to:

DEPOSIT:  Balance Amount          TO: ACCT#: ▮▮▮▮▮▮ (Checking)   ROUTING #: ▮▮▮▮▮



Citizens Bank is a division of Citizens Bank, N.A.  Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.

Prepared By: Brian Butler          State: MA                    Date: 03/30/2017   Branch #: 760
REV. (34/27/16)
payroll_Direct_deposit_employee_payPoint

**CONFIDENTIAL**                    **UMM-18469**



**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

**EMPLOYEE INTRODUCTION FORM**

Employee #: 47760

Social Security #:

Pos Code: MD0091

Start Date: 6/30/2014

Date of Birth: 4/16/1974

Male/Female: Male

**Marital Status:** Married

Hourly Rate: $ 144.2308

Total Hours: 16

**EEO Code:** O

Shift: 1

Benefit Group: B16-19HRS

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption: 3

State Exemption: 3

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code: I 67

Status: A

Payroll Dept. Number:

**In case of emergency contact:**

Sharon Sambito

CONFIDENTIAL                    UMM-18483



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 5091L | |
| Social Security #: ▓▓▓ | |
| Pos Code: MD 0089 | |
| Start Date: 8/31/2015 | |

(black redaction box)

| | |
|---|---|
| Date of Birth: 7/14/74 | |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: ▓▓▓ | |
| Hourly Rate: $ 189.90 | |
| Total Hours: 40 | |
| **EEO Code:** | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: M Ø | |
| State Exemption: 3 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ▓▓▓ | |

**In case of emergency contact:**

(black redaction box)

the

**CONFIDENTIAL**            **UMM-18617**


**UMassMemorial**
Medical Group

| **EMPLOYEE INTRODUCTION FORM** |
|---|
| Employee #: 55181 ✓ |
| Social Security # ▮ ✓ |
| Pos. Code: MD0097 ✓ |
| Start Date: ▮ |
| ▮ |

*cam*

| MI: |
|---|
| ▮ |
| Date of Birth: 9/08/1975 ✓ |
| Male/Female: Male |
| **Marital Status:**   M ✓ |
| ▮ |
| Hourly Rate: $ 156.25 ✓ |
| Total Hours: 40 ✓ |
| **EEO Code:**   2 ✓ |
| Shift: 1 ✓ |
| Benefit Group: B30-40DOC ✓ |
| Non Exempt/Exempt: Physician |
| Labor Unit:  Physician |
| Fed Exemption:   0 ✓ |
| State Exemption: 0 ✓ |
| Shift Length: 111 ✓ |
| Accrual Code:  n/a |
| Job Title: Physician |
| Grade: |
| Department Name: Neuroradiology |
| Location Code / I-Code: ▮ ▮7 |
| Status:  A |
| Payroll Dept. Number: ▮ ✓ |

Randa Mowlood

**UMassMemorial**

| EMPLOYEE INTRODUCTION FORM | 5-11-12 |
|---|---|
| Employee #: 43856 | 8w |
| Social Security #: | |
| Pos Code: MD0784 | |
| Start Date: 3/01/2012 | |
| Last Name: | |
| | |
| | |
| | |
| | |
| | |
| th: 10/30/1959 | |
| Male/Female: Male | |
| **Marital Status:** M | |
| Telephone: | |
| Hourly Rate | |
| Total Hours: 0 | |
| **EEO Code:** O | |
| Shift: 4 | |
| Benefit Group: B.01 HRS | |
| Non Exempt/Exempt: non-exempt | |
| Labor Unit: Physician | |
| Fed Exemption: λ | |
| State Exemption: λ | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: I67※ | |
| Status: A | |
| Payroll Dept. Number: | |

In case of emergency contact:

**BEST PEOPLE. BEST CARE.**
*Together, we make all the difference.*

CONFIDENTIAL           UMM-19804



**UMassMemorial**

1- 22.07
310
s. 4K

**Employee Introduction**

| Date of birth | EEO Code | Marital Status | Fed. Exemp. | State Exemp. | Non-Exempt/Exempt | Pos. # (Cost Center/Job-Code) | Labor Unit | Accrual Code |
|---|---|---|---|---|---|---|---|---|
| 10/1/58 | 2 | M | | O | EXEMPT | FA0133 | n/a | n/a |

**UMassMemorial**
**Medical Group**
A Member of UMass Memorial Health Care

√ EK 570
Avy

# EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: ~~54628~~ | 52489 |
| Social Security # | |
| Pos Code: MD0825 ✓ | |
| Start Date: 8/30/2017 ✓ | Infre<br>HI<br>PC<br>SC<br>Com |

MI:

| | |
|---|---|
| Date of Birth: 08/04/1979 ✓ | |
| Male/Female: Female ✓ | |
| **Marital Status**: M ✓ | |
| Hourly Rate: $ 144.2307 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** 2 ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN ✓ | |
| Labor Unit: PHY | |
| Fed Exemption: 1 | |
| State Exemption: 1 | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ✓ | |

 **UMassMemorial** |  **University of Massachusetts Medical School**

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*www.umassmemorial.org*

April 17, 2012



Date of Birth: _09/23/1979_      Social Security Number: ████████

Do you currently have or have you applied for the following?

1. Full Mass. Medical License       No ☐   Pending ☑   Yes ☐ (attach copy)
2. Federal DEA Registration          No ☐   Pending ☑   Yes ☐ (attach copy)
3. State Controlled Substances    No ☐   Pending ☑   Yes ☐ (attach copy)
4. Specialty Board Certificates     No ☐   Pending ☐   Yes ☑ (attach copy)
5. Appropriate Visa                       No ☐   Pending ☐   Yes ☐ (attach copy)
6. UPIN Number, if known _____

Thank you.

Sincerely,

*Brenda K. Vigneaux*

Brenda K. Vigneaux
Executive Administrative Assistant to:
Joseph T. Ferrucci, MD
Professor and Chair

**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 46092 | |
| Social Security #: ▇▇▇ | |
| Pos Code: MD0525 | |
| Start Date: 8/26/2013 | |
| Last ▇▇▇ MD | |
| First Name: ▇▇ | |
| MI: G. | |

(black redaction block)

| | |
|---|---|
| Date of Birth: 8/23/1980 | |
| Male/Female: Male | |
| Marital Status: S | |
| Telephone: ▇▇ | |
| Hourly Rate: $120.1923 | |
| Total Hours: 40 | |
| EEO Code: O | |
| Shift: 1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: 2 | |
| State Exemption: 0 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology - ED | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: ▇▇▇ | |

In case of emergency contact:

(black redaction block)

**BEST PEOPLE. BEST CARE.**
*Together, we make all the difference.*



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 53406 ✓ | |
| Social Security #: ███████ ✓ | |
| Pos Code: ~~MD0513~~ MD0815 ✓ | |
| Start Date: 11/01/2016 ✓ | |
| Last Name: ███████ ✓ | |
| ███████ | |
| ███████ ✓ | |
| ███████ | |
| ███████ | |
| ███████ ✓ | |
| Date of Birth: 5/23/1961 ✓ | |
| Male/Female: Female ✓ | |
| **Marital Status:** Single ✓ | |
| Telephone: 617-842-3847 ✓ | |
| Hourly Rate: $ 162.50 | |
| Total Hours: ~~40~~ .01 | |
| EEO Code: White - 0 | |
| Shift: 1 | |
| Benefit Group: ~~B30 40DOC~~ B.01 hrs | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: PHYS | |
| Fed Exemption: 1 | |
| State Exemption: 1 | |
| Shift Length: 111 | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ███████ ✓ | |
| | |
| In case of emergency contact: | |

███████████████████████████████

Randa Mowlood



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: ~~50829~~ 50144 | ✓ |
| Social Security #: ▮ | ✓ |
| Pos Code: MD0094 | ✓ |
| Start Date: 08/31/2015 | ✓ |
| Last Name: ▮ MD | |
| First Name: ▮ | |

City: Cambridge ✓
State: MA
Zip: ~~02141~~ 02139 ✓
Date of Birth: 9/14/1982 ✓
Male/Female: Female ✓
**Marital Status**: Married ✓

Hourly Rate: $ 127.40▮ ✓
Total Hours: 40 ✓
**EEO Code**: 2 ✓
Shift: 1 ✓
Benefit Group: B30-40DOC ✓
Non Exempt/Exempt: PHYSICIAN ✓
Labor Unit: Physician
Fed Exemption: M ✓
State Exemption: 5 ✓
Shift Length: 111 ✓
Accrual Code: n/a
Job Title: Physician ✓
Grade:
Department Name: Radiology
Location Code / I-Code:
Status: A
Payroll Dept. Number: ▮ ✓

**In case of emergency contact:**

▮


**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

| **EMPLOYEE INTRODUCTION FORM** | |
|---|---|
| Employee #: 54363 ✓ | |
| Social Security # ✓ | |
| Pos Code: MD0096 ✓ | |

| | |
|---|---|
| Date of Birth: 6/05/1985 | |
| Male/Female: Male | |
| **Marital Status**: Married | |
| Telephone: ✓ | |
| Hourly Rate: $ 156.25 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code**: O | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / l-Code: | |
| Status: A | |
| Payroll Dept. Number: | |

**In case of emergency contact:**

Kanda Mowlood



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

### EMPLOYEE INTRODUCTION FORM

Employee #: 53752 ✓

Social Security #

Pos Code: MD0968 ✓

Start Date: 1/03/2017 ✓

Date of Birth: 9/05/1968 ✓

Male/Female: Male ✓

**Marital Status:** ✓

Total Hours: .01 ✓

**EEO Code:**

Shift: 1 ✓

Benefit Group: B.01 HRS ✓

Non Exempt/Exempt: PDPHY ✓

Labor Unit: PDPHY

Fed Exemption: 4 ✓

State Exemption: 4 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status: A

Payroll Dept.

**CONFIDENTIAL**          **UMM-20429**



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 53672 ✓ | |
| Social Security # ▮▮▮ ✓ | |
| Pos Code: MD0091 ✓ | |
| Start Date: 12/31/2016 ✓ ✓ | |
| Last Name: | |
| ▮▮▮▮ | |
| ▮▮▮▮ | |
| ▮▮▮ ✓ | |
| ▮▮▮ ✓ | |
| Date of Birth: 6/29/1957 ✓ | |
| Male/Female: Male | |
| **Marital Status:** MARRIED ✓ | |
| Telephone: ▮▮▮ | |
| Hourly Rate: $ 168.2692 ✓ | |
| Total Hours: 24 ✓ | |
| **EEO Code:** ◯ ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B20-29DOC ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: | |
| State Exemption: | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ▮▮▮ ✓ | |

Randa Mowlood


**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 52499

Social Security #

Pos Code: MD0847

Start Date: 7/1/2018

Last Name:

Date of Birth: 4/8/1983

Male/Female: Female

**Marital Status:** 𝓂

Telephone:

Hourly Rate: $

Total Hours: Per Diem

**EEO Code:** 𝒪

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: PHYSICIAN

Labor Unit: PHY

Fed Exemption: 2

State Exemption: 3

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Raiology

Location Code / I-Code:

Status: A

Payroll Dept. Number:

In case of emergency contact:

## EMPLOYEE INTRODUCTION FORM

Employee #: 34366
Social Security #: ▮▮▮▮
Pos Code: MD0513
Start Date: 9/01/2011

$9 - 12 - 11$
$s\omega$

▮▮▮▮▮▮▮▮▮

Date of Birth: 7/16/1963
Male/Female: Female
**Marital Status:** $5$

▮▮▮▮▮
Hourly Rate: $187.50
Total Hours: 0
**EEO Code:** $\bigcirc$
Shift: 1
Benefit Group: B .01 HRS
Non Exempt/Exempt: Hourly
Labor Unit: PHYS PBDIF
Fed Exemption: 0
State Exemption: 1
Shift Length: 111
Accrual Code: n/a
Job Title: Physician
Grade:
Department Name: Body Imaging & Interventional
Location Code / I-Code: PAYH
Status: A
Payroll Dept. Number: ▮▮▮▮  IC7X
·In case of emergency contact:

▮▮▮▮▮▮▮▮▮

**CONFIDENTIAL**

**UMM-23854**

**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 49440

Social Security #:

Pos Code: MD0513

Start Date: 3/01/2015

Date of Birth: 10/25/1954

Male/Female: Male

**Marital Status**: M

Telephone:

Hourly Rate: $162.50

Total Hours: .01

**EEO Code:** O

Shift: 4

Benefit Group: B.01 HRS

Non Exempt/Exempt: PHYSICIAN

Labor Unit: Physician

Fed Exemption:       5

State Exemption:     5

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Body Imaging & Interventional

Location Code / I-Code:

Status: A

Payroll Dept. Number:

**In case of emergency contact:**



**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

Employee #: 60014

Social Security # ███ █

Pos Code: MD0089

Start Date: 11/8/2018

Last Name: ████ ███

███ ████████

██████████████████

Date of Birth: 11/4/1973

Male/Female: Male

**Marital Status:** Married — Claim Single

Telephone ████████

Hourly Rate: $ 228.3654

Total Hours: 40

**EEO Code:**

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: PHYSICIAN

Labor Unit: PHY

Fed Exemption: Ø

State Exemption: Ø

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status: A

Payroll Dept. Number: ████████ █

In case of emergency contact:

████████████████████████



7/28/09
sw

*Employee Introduction*

| Date of Birth | EEO Code | Marital Status | Fed. Exemp. | State. Exemp. | Non-Exempt/Exempt | | Pos. # (Cost Center/Job Code) | | Labor Unit | Accrual Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/74 | Ō | M ✓ | H | 7 | EXEMPT | | FA0305 3216 | | n/a | n/a |
| **Job Title** | | | | **Grade** | **Step** | | **Department Name** | | **Location/I-Code.** | |
| Assistant Professor ✓ | | | | | | Radiology | | | 167✓ | |

| Shift | Status | Payroll Dept. Number | % Effort | Hourly Rate | Annual Rate | Funding Account/Cost Center |
|---|---|---|---|---|---|---|
| ✗ Day   O Evening | ✗ Reg   O Temp | | | 161.0517 | | |
| O Night   O Other | O Per Diem | 2/05 | | | | |
| Specify Other: | Start Date 7/20/09 ✓ | | | | | |
| | Benefit Group B30-40DOC | | | | | |
| | Total Hours 40 ✓ | | | | | |

| Shift Length | Registration/License Type and Number | | | | | Expiration Date |
|---|---|---|---|---|---|---|
| 111.00 | | | | | | |



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 40754

Social Security #:

Pos Code: MD0094

Start Date: 7/01/2015

MI:

Date of Birth: 12/17/82

Male/Female: Male

**Marital Status:** M

Hourly Rate: $ 120.1923

Total Hours: 40

**EEO Code:**

Shift:  1

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption:

State Exemption:

Shift Length: 111

Accrual Code:  n/a

Job Title: Physician

Grade:

Department Name:  Radiology/Nuclear Medicine

Location Code / I-Code: I67

Status:  A

Payroll Dept. Number:

**In case of emergency contact:**



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

| **EMPLOYEE INTRODUCTION FORM** | |
|---|---|
| Employee #: 41712 | |
| Social Security #: | |
| Pos Code: ~~MD 0 513~~ MD0968 ✓ | |
| Start Date: ~~10/04/2016~~ 10/4/16 | |

HI
PC
SC
DWM

| | |
|---|---|
| Date of Birth: 3/12/1945 ✓ | |
| Male/Female: Male | |
| Marital Status: MARRIED | |
| | |
| Total Hours: .01 | |
| **EEO Code:** 0 ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B.01 HRS ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: PHYS | |
| Fed Exemption: 3 ✓ | |
| State Exemption: 6 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: 1 ✓ | |



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 47024

Social Security #:

Pos Code: MD0089

Start Date: 2/01/2014

Date of Birth: 8/26/1969

Male/Female: Male

**Marital Status:** Married

Telephone:

Hourly Rate: $168.2692

Total Hours: 40

**EEO Code:**

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption: 4

State Exemption: 5

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology/Nuclear Medicine

Location Code / I-Code: I67

Status: A

Payroll Dept. Number: 1

**In case of emergency contact:**

Sharon Sambito

**CONFIDENTIAL**                        **UMM-24689**

DEC-24-01   09:29AM   FROM-UMASS MEMORIAL                    +508-334-0333    ___  Maureen Podesta, original
                                                                             ___  Sue Filsinger, copy
                                                                             ___  Nancy Stone, copy
                                                                             ___  Michelle Norcross, copy
                                                                             ___  Tammy Kallior ___ ___ ___ ___

## UMASS MEMORIAL MEDICAL CENTER
## NEW PROVIDER NOTIFICATION

### *FAX to: Maureen Podesta, Director, Medical Staff Services, fax # (508) 334-8235*

**DATE:**            December 24, 2001

**FROM:**            Lucy Soto

**DEPT:**            Radiology        **PHONE:**    4-7276

### UMMMG Applicant - COMPLETE FORM IN FULL AND MUST ATTACH:

- *Current c.v. showing new practice address and anticipated start date*

- *Department billing area numbers: _____*
  *Reference Billing Area listing in Public Folders/Medical Group*                    **URGENT**

\*Non-Medical Group Applicant  COMPLETE SHADED AREAS ONLY

[black redacted block]

Date of Birth:   November 24, 1938   Social Security Number: [redacted]

Does applicant currently have, or have they applied for the following:

| | | | | |
|---|---|---|---|---|
| a) Full Mass. medical license | No ☐ | Pending ☐ | Yes ☑ (attach copy) | |
| b) Federal DEA registration | No ☐ | Pending ☐ | Yes ☐ (attach copy) | |
| c) State Controlled Substances | No ☐ | Pending ☐ | Yes ☐ (attach copy) | |
| d) Specialty Board Certificate(s) | No ☐ | Pending ☐ | Yes ☐ (attach copy) | |
| e) Appropriate Visa | No ☐ | Pending ☐ | Yes ☐ (attach copy)  Not | |
|    Applicable ☐ | | | | |

Is malpractice insurance coverage to be provided by UMMMC?        Yes ☑      No ☐
Has a faculty appointment been initiated?                         Yes ☑    No ☐

Will applicant be:      UMMMG Employee ☑ (Community Medical Group?  ☐ Check if yes)
                        Contracted Services ☐

**CONFIDENTIAL**                                                **UMM-25186**



# FACULTY STATUS FORM - UMMS

**Faculty Name:** ▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉ *Ulmlarp* **Date:** 6/21/05

**Department:** Radiology

(Primary)                                                    (Secondary if applicable)

**Division:** _____

**Work Location:**    ☐ UMMS   ☑ UMMHC   ☐ OTHER

**Work Address:** University Campus                    **Work Phone:** 508/856-2300

55 Lake Avenue North

Worcester, MA 01655
(Include locations such as LRB, Biotech, Shriver etc.
or private office. Include room number if available)

**Home Address:** ▉▉▉▉▉

▉▉▉▉                                    ▉▉▉

1/9/69

**Gender:**    ☐ Male        ☑ Female

---

**Type of Action:**    ☑ Appointment    ☐ Promotion    ☐ Resignation    ☐ Status Change

**Effective Date of Action:** _____ 7/1/05

**Type of Status:**    ☑ Academically Salaried    ☐ Non-Academically Salaried    ☐ Non-University Salaried

☑ Full Time ( ___ % )        ☐ Part Time ( ___ %)

**Appointment Track:**    ☐ Tenure Track    ☑ Non-Tenure Track    ☐ Not Applicable

**Check if:**    ☐ Visiting        ☐ Adjunct

---

### For Office Use Only

Date Received: _____        Date Processed: _____

CONFIDENTIAL                    UMM-25339



# FACULTY STATUS FORM - UMMS

|  | Instructor of Radiology on the non-<br>**Proposed Title:** tenure track |
|---|---|
|  | **Date:** 2/22/06 |

| (Primary) | (Secondary if applicable) |
|---|---|

**Division:** _____

**Work Location:** ☐ **UMMS** ☑ **UMMHC** ☐ **OTHER**

**(Include locations such as LRB, Biotech, Shriver etc.<br>or private office. Include room number if available)**

**Date of Birth:** 4/6/51

**Gender:** ☐ Male  ☑ Female

---

**Type of Action:** ☑ Appointment  ☐ Promotion  ☐ Resignation  ☐ Status Change

**Effective Date of Action:** 1/2/06

**Type of Status:** ☑ Academically Salaried  ☑ Non-Academically Salaried  ☐ Non-University Salaried

☑ Full Time ( ___%)  ☐ Part Time ( ___%)

**Appointment Track:** ☐ Tenure Track  ☑ Non-Tenure Track  ☐ Not Applicable

**Check if:** ☐ Visiting  ☐ Adjunct

---

**For Office Use Only**

**Date Received:** _____   **Date Processed:** _____

CONFIDENTIAL                     UMM-25517



## EMPLOYEE INTRODUCTION FORM

Employee #: 48657

Social Security #: ███████ ✓

Pos Code: MD0514 ✓

Start Date: 11/01/2014 ✓

████████████████████

Date of Birth: 8/05/1972 ✓

Male/Female: Female

**Marital Status:** ████████ ✓

Hourly Rate: $ 162.50 ✓

Total Hours: .01

**EEO Code:** ○ ✓

Shift: I

Benefit Group: B.01 HRS

Non Exempt/Exempt: Physician

Labor Unit: Physician

Fed Exemption: 0 ✓

State Exemption: 0 ✓

Shift Length: 111 ✓

Accrual Code: n/a ✓

Job Title: Physician

Grade:

Department Name: Radiology - Interventional

Location Code / I-Code:

Status: A

Payroll Dept. Number: 340.00.ARAD.2130 ✓

**In case of emergency contact:**

████████████████████

**CONFIDENTIAL**


**UMassMemorial**
Medical Group

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54410 | |
| Social Security # ███████ | |
| Pos. Code:  MD0096 | |

███████████████████

███████████████████████

| | |
|---|---|
| Zip: ~~02120~~ | ████████ |
| Date of Birth: 11/14/1985 | |
| Male/Female: Male | |
| **Marital Status:**   S | |
| Telephone: ███████ | |
| Hourly Rate: $  156.25 | |
| Total Hours: 40 | |
| **EEO Code:**   2 | |
| Shift:  1 | |
| Benefit Group: B30-40DOC | |
| Non Exempt/Exempt: Physician | |
| Labor Unit:  Physician | |
| Fed Exemption:   2 | |
| State Exemption:   1 | |
| Shift Length: 111 | |
| Accrual Code:  n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code:   267 | |
| Status:  A | |
| Payroll Dept. Number: ███████ | |

**In case of emergency contact:**

████████████████████████

New employee

AP 10 99032
5B1 #99032

UMMC RADIATION SAFETY REGISTRATION          DATE   7/18/06

REGISTRATION FORM FOR PERSONNEL OCCUPATIONALLY EXPOSED TO IONIZING RADIATION

→ NAME                              GENDER (circle one  M  F)
                                  I.

→ DATE OF BIRTH 3/26/60   SOCIAL SECURITY NUMBER

→ DEPARTMENT Radiology            POSITION Neuroradiologist

   LABORATORY NUMBER               PHONE NUMBER

→ SUPERVISOR (P.I)_____  PHONE NUMBER

→ DESCRIPTION OF WORK INVOLVING IONIZING RADIATION:

→ Campus University.

   PRINCIPLE SOURCES OF IONIZING RADIATION TO BE HANDLED:

   Radionuclides: _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/

   Quantities:   _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/

   Other sources (for example - x-ray machines):

   PREVIOUS OCCUPATIONAL EXPERIENCE WITH SOURCES OF IONIZING RADIATION:

   Radionuclides: _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/

   Quantities:   _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/_ _/

   Other sources of ionizing radiation handled:          ( .

   Employer(s):_____

   SUMMARY OF PAST OCCUPATIONAL RADIATION DOSE:

   External (in REM):_____

   Internal (in REM):_____
   SUMMARY OF PAST TRAINING IN THE PRINCIPLES AND PRACTICES OF RADIATION
   PROTECTION:

→ APPLICANT SIGNAT

   SIGNATURE OF SUP

CONFIDENTIAL                    UMM-25855

**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

**EMPLOYEE INTRODUCTION FORM**

| | |
|---|---|
| Employee #: 51540 | |
| Social Security #: ███ | |
| Pos Code: MD0847 ✓ | |
| Start Date: 2/1/2016 ✓ | |

███████████████

| | |
|---|---|
| Date of Birth: 8/19/1956 ✓ | |
| Male/Female: Male | |
| **Marital Status:** MARRIED ✓ | |
| Hourly Rate: $ 162.50 ✓ | |
| Total Hours: 0 ✓ | |
| **EEO Code:** O | |
| Shift: 4 | |
| Benefit Group: B.01 HRS | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: PHYPD | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Neuroradiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ████ ✓ | |

**In case of emergency contact:**

███████████████



**UMassMemorial**

1-21-10 SW

**Employee Introduction**

| Date of Birth | EEO Code | Marital Status | Fed. Exemp. | State Exemp. | Non-Exempt/Exempt | Pos. # (Cost Center/Job Code) | Labor Unit | Accrual Code |
|---|---|---|---|---|---|---|---|---|
| 12/26/52 | 2 | M | 0 | 0 | non-exempt | MD0513 | n/a | n/a |

**CONFIDENTIAL**

**UMM-26247**


**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

9/02/17

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 43761 | |
| Social Security # | |
| Pos Code: MD 0094 ✓ | |
| Start Date: 09/11/2017   9/07/2017 ✓ | |

PK4

HF
PL
SU
Cam

| | |
|---|---|
| Date of Birth: 10/13/1978 ✓ | |
| Male/Female: Female ✓ | |
| **Marital Status**: Married ✓ | |
| | |
| Hourly Rate: $ 156.25 ✓ | |
| Total Hours: 32.24 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC  B20-29HRS ✓ | |
| Non Exempt/Exempt: PHYSICIAN ✓ | |
| Labor Unit: PHY | |
| Fed Exemption: O ✓ | |
| State Exemption: O ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: | |

**In case of emergency contact:**



**UMassMemorial**
*Medical Group*
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 54685 ✓

Social Security # ████ ✓

Pos. Code: MD0094 ✓

Start Date: 7/31/2017

████████████

MI: ████████████

Date of Birth: 8/04/1970 ✓

Male/Female: Female ✓

**Marital Status:** ⊆ ✓

████████████

Hourly Rate: $ 182.0512 ✓

Total Hours: ~~40~~ 36 ✓

**EEO Code:** 2 ✓

Shift: 1 ✓

Benefit Group: B30-40DOC ✓

Non Exempt/Exempt: Physician ✓

Labor Unit: Physician

Fed Exemption: 4 ✓

State Exemption: 1 ✓

Shift Length: 111 ✓

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status: A

Payroll Dept. Number: ████████ ✓

**In case of emergency contact:** ✓

████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████

Randa Mowlood

UMass Memorial Health Care, Inc.

2

**Billing Information:**

Practice Locations

| Name of Primary Practice: UMass Memorial Medical Center | Name of Secondary Practice: |
|---|---|
| Phone Number: (774) 442-3759 | Phone Number: (  ) |

| Practice Type: ☐ Solo  ☐ Group  ☐ Clinic  ☐ Other | Practice Type: ☐ Solo  ☐ Group  ☐ Clinic  ☐ Other |
|---|---|
| Group/Corporate Name as it appears on your W-9: | Group/Corporate Name as it appears on your W-9: |

Languages Spoken: Hindi

Tamil___

Specialty: _Radiology_ (percent of practice:___)

Clinical Interests: __Abdominal Imaging

Breast Imaging__

U.S. Social Security Number:▓▓▓        Date of Birth: 12/16/1952  Gender: Male

Place of Birth ▓▓▓

Citizenship (Country): _____ Indian

If not a U.S. Citizen, what kind of visa will you hold while you are here?

Type: _Green card__  Sponsor: _____  Expiration Date:___ 03/13/2019____

Do you hold permanent resident status in the United States?    Yes*☐   No☐ (*If yes, attach a copy of your green card or approval letter)

Country of Issue: _____ National Identification Number: _____

Are you currently in the United States on a Temporary Visa (i.e., J-1, H-1, F-1)?    Yes* ☐ No ☐

*If yes, attach copy of current IAP-66 (if applicable).

If not currently in the United States, have you been in the United States on a temporary visa within the past five years?  Yes* ☐ No ☐        *If yes, complete below

| Dates (Mo/Yr) | | Type of Visa | Visa Sponsor |
|---|---|---|---|
| From: | To: | | |
| From: | To: | | |

International Medical Graduate:

If you are a graduate of an international medical school (except Canada) and seeking clinical privileges, you are required to be certified by the Educational Commission for Foreign Medical Graduates (ECFMG). **Please complete the section below and include a copy of your ECFMG certificate.**

Certificate Number: _0-396-174-5_ Date Passed: ____02/10/2003

Date passed USMLE: Step 1: _____ Step 2: _____ Step 3: _____

FLEX:    Yes ☐ No ☐    Date Passed: _____

**UMass Memorial Medical Center – New Provider Notification Form (version 11.04)**
*Fax to: Maureen Podesta, Dir, Medical Staff Services at (508-334-8235), APS(508-273-1305 )*

This Section for Medical Staff Services Use Only – Distribution:   ( )GME   ( ) Former Staff   ( ) Graduating UMass GME
M. Podesta __ S. Filsinger __ N. Stone__ _ M. Waskevich __ E. Mandile __ D. Newmann __ M. Albano ____ N. Boucher____
K. Zalegowski __ L. Auen __ N. Morabito __ N.Boisvert__ A. Payne____  A. Hanley ____ M. Norcross____ D. Giannino____

**Dept. Information:** Today's Date: _12-14-04_
Dept member completing form : _Charles Robba_   **Phone:** _508-856-2144_
Authorized by (Dept. Chair/Div. Chief) _Krishna Kundarpa_
Dept. Contact if any questions about applicant: _C. Robba_   Phone _6-2144_

**All applicants:** *include current c.v.*   **Medical Group applicants must show new practice address**

Applicant/Practice Information:  *to be completed by UMMMC dept.*
(X) Department will pay application fee $150   ( ) Applicant responsible for application fee $150
Departments paying application fees will be invoiced on a quarterly basis

Social Security #_____   Date of Birth_ _8-10-57_

Clinical Department/Division _Radiology_

Provider Specialty _Radiology_

149
uvm-edu

CONFIDENTIAL                    UMM-28776



NAME: E. Christine Wallace, M.D.

## SCOPE OF PRACTICE and PERSONAL INFORMATION

### FOR ALL PHYSICIANS, PLEASE PROVIDE THE FOLLOWING INFORMATION:

Date of Birth: __12/26/1960__ Social Security Number: ▊▊▊▊▊▊▊▊

Contact information (best to reach you):

PROFESSIONAL BILLING COMPANY (If applicable): _____


UMassMemorial
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 43148 ✓ | |
| Social Security # ▇▇▇▇ | |
| Pos Code: MD0640 ✓ | |
| Start Date: 2/01/2017 | |
| ▇▇▇▇▇▇▇▇▇▇ | |
| Date of Birth: 01/12/1961 ✓ | |
| Male/Female: Male ✓ | |
| **Marital Status:** M ✓ | |
| ▇▇▇▇▇▇▇▇ | |
| Hourly Rate: $ 162.50 ✓ | |
| Total Hours: .01 ✓ | |
| **EEO Code:** 4 · | |
| Shift: 1 ✓ | |
| Benefit Group: B.01 HRS ✓ | |
| Non Exempt/Exempt:PDPHY ✓ | |
| Labor Unit: Physician ✓ | |
| Fed Exemption: 5 ✓ | |
| State Exemption: 5 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: ▇▇▇▇ | |

**In case of emergency contact:**

HI
PC
SC
Clm
3/2/17



**UMassMemorial**
*Medical Group*

# EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 40751 | |
| Social Security #:     ✓ | |
| Pos Code: MD0094   ✓ | |
| Start Date: 7/01/2015   ✓ | |

| | |
|---|---|
| MI: E. | |
| Mailing Address: 9B County Club Ln   ✓ | |
| City: Milford | |
| State: MA | |
| Zip: 01757   ✓ | |
| Date of Birth: 1/29/1982   ✓ | |
| Male/Female: Female   ✓ | |
| **Marital Status:** ⋒   ✓ | |

| | |
|---|---|
| Hourly Rate: $ 125.8012   ✓ | |
| Total Hours: 24   ✓ | |
| **EEO Code:** ○ | |
| Shift: 1   ✓ | |
| Benefit Group: B20-29DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician | |
| Fed Exemption: 4   ✓ | |
| State Exemption: 3   ✓ | |
| Shift Length: 111   ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician   ✓ | |
| Grade: | |
| Department Name: Breast Imaging | |
| Location Code / I-Code: 767 | |
| Status: A | |
| Payroll Dept. Number:     ✓ | |



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54702 ✓ | |
| Social Security # | ▮▮▮▮ |
| Pos. Code: MD0096 ✓ | |
| Start Date: 6/30/2017 ✓ | |

*Carr*

| | |
|---|---|
| Date of Birth: 6/13/1985 | |
| Male/Female: Male | |
| Marital Status: MARRIED ✓ | |

| | |
|---|---|
| Hourly Rate: $ 156.25 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: 3 ✓ | |
| State Exemption: 3 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: IC7 | |
| Status: A | |
| Payroll Dept. Number: ▮▮▮▮ | |

In case of emergency contact: ✓

Page 2

SUBJECT INFORMATION

███████████████████████████████████████████

Maiden Name (or other name(s) by which you have been known)

07/11/1964
Date of Birth              Place of Birth

Last Six Digits of Social Security Number: ***-_____-____-████____

Sex: Male    Height____ ft. ___ in.    Eye Color_____ Race: _____

Driver's License or ID Number: _____ State of Issue:____

Mother's Full Maiden Name              Father's Full Name

Current and Former Addresses:

███████████████████████████████████████████

*HR/Internal Use Only

The above information was verified by reviewing the following form(s) of government issues
identification:

I certify that MARLBOROUGH HOSPITAL is in compliance with all applicable state and federal
consumer reporting statutes, and will not misuse any information in violation of federal or
state equal employment opportunity laws or regulations.

VERIFIED BY:              Maureen Podesta
                          Name of Verifying Employee

                          Signature of Verifying Employee

Permissible Purpose: ___ AmeriCorps Program  ___ Employment Applicant  ___ Employment Current
___ Employment Sub-Contractor ___ Volunteer/Interns Applicant  ___Volunteer/Interns Current

This individual is expected to earn annually ___ Over $75,000  ___ Under $75,000

**CONFIDENTIAL**              **UMM-29658**



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 51299 | |
| Social Security #: | |
| Pos Code: MD0091 ✓ | |
| Start Date: 12/21/2015 ✓ | |

| | |
|---|---|
| Date of Birth: 1/06/1982 ✓ | |
| Male/Female: Male ✓ | |
| Marital Status: married ✓ | |
| Hourly Rate: | |
| Total Hours: 40 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit: Physician ✓ | |
| Fed Exemption: Single 1 ✓ | |
| State Exemption: S-1 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status: A | |
| Payroll Dept. Number: | |


**UMassMemorial**
*Medical Group*

| **EMPLOYEE INTRODUCTION FORM** |
| --- |
| Employee #: 53945 ✓ |
| Social Security # |
| Pos Code: ~~MD0968~~ M D 0 5 1 4 ✓ |
| Start Date: 2/01/2017 |
| ███████████████ |
| Date of Birth: 4/11/1978 √ |
| Male/Female: Male ✓ |
| **Marital Status:** M ✓ |
| ele one: |
| Hourly Rate: $ 162.50 ✓ |
| Total Hours: .01 ✓ |
| **EEO Code:** 2 ✓ |
| Shift: 1 ✓ |
| Benefit Group: B.01 HRS ✓ |
| Non Exempt/Exempt: Physician ✓ |
| Labor Unit: Physician |
| Fed Exemption: 1 ✓ |
| State Exemption: 1 ✓ |
| Shift Length: 111 ✓ |
| Accrual Code: n/a |
| Job Title: Physician |
| Grade: |
| Department Name: Interventional Radiology |
| Location Code / I-Code: 4 30 |
| Status: A |
| Payroll Dept. Number: |
| In case of emergency contact: ✓ |
| ███████████████ |

Dann

 **UMassMemorial**

*Employee Introduction*

| Date of Birth | EEO Code | Marital Status | Fed. Exemp. | State Exemp. | Non-Exempt/Exempt | Pos. # (Cost Center/Job Code) | Labor Unit | Accrual Code |
|---|---|---|---|---|---|---|---|---|
| 09/10/57 | 2 | M | O | O | Exempt | FA0133 | n/a | n/a |
| | | Job Title | | Grade | Step | Department Name | | Location/L Code |

**UMM-28163**

# Exhibit NNNN

## ADDRESS**CHANGE

### Effective Date:

### Primary Patient Care Location Change:

☐ University Campus ☐ Memorial Campus ☐ Hahnemann Campus ☐ Other:

Street:

Suite:                    City:                         State:                    Zip:

Primary Location Phone #:                   & Fax:

E-Mail:

Patient appointments scheduled at this address: ☐

### Other Patient Care Location: ○ Add ○ Remove

☐ University Campus ☐ Memorial Campus ☐ Hahnemann Campus ☐ Other:

Street:

Suite:                    City:                         State:                    Zip:

Other Location Phone #:                    & Fax:

E-Mail:

Patient appointments scheduled at this address: ☐

### Administrative Office Address:

☐ University Campus ☐ Memorial Campus ☐ Hahnemann Campus ☐ Other:

Street:

Suite:

City:                     State:                       Zip:

Administrative Office Phone# :               & Fax:

E-Mail:

### Home Address:

Street:

Suite/Apt#:

City:                     State:                       Zip:

Home Phone:                    Home Fax:                    Cell Phone:

E-Mail:

### Comments:

**Dr. Agrawal will be changing from full-time radiologist to per diem effective 9/30/2017.**

After submitting this form please fax supporting documents to 508-334-8235 using the fax cover sheet below. If a billing area form is required please select the appropriate form from the link, complete it, and submit it using the "submit" button located at the bottom of each billing area forms.

**CONFIDENTIAL**                    **UMM-09145**

# Exhibit OOOO

 **UMassMemorial**  University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

**VIA HAND DELIVERY**

March 1, 2013

RE: _Notice of Termination of Employment_

Dear Dr. ▇▇▇:

As has been discussed with you at your meeting today, this letter is to serve as formal
notice that your employment with UMass Memorial Medical Group and the University of
Massachusetts Medical School will terminate, without cause, effective August 30, 2013.
You will be expected to fulfill all of your clinical and professional responsibilities in a
timely and satisfactory manner during this notice period.   AJ Avila in the Human
Resources Department will be available to discuss any benefits-related questions you
may have.   You can reach him at ▇▇▇▇

Thank you for your efforts on behalf of UMass Memorial.  We wish you success in your
future endeavors.

Sincerely,

Eric Dickson, MD, President
UMass Memorial Medical Group, Inc.

Max Rosen, Chair
Department of Radiology

Cc:  Luanne Thorndyke, MD
       AJ Avila

# Exhibit PPPP

 **UMassMemorial** |  **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

March 13, 2013

█████ ██████████
Department of Radiology
University Campus

Dear Dr. ████

In accordance with University of Massachusetts Medical School (UMMS) Human Resource's policy and Article 10, Sections 10.8 of the Academic Personnel Policy (Doc. T95-022, as amended August 23, 2006), on March 1, 2013 you received a formal written notice of termination of your position with the UMMS. This letter confirms the termination of your faculty appointment as an Assistant Professor of Radiology in the School of Medicine effective August 30, 2013.

With respect to your current contributions to the academic program, you will be permitted to continue your teaching and service activities during this notice period (from March 1, 2013 to August 30, 2013). Thank you for your contributions to the Department of Radiology and the UMMS.

Kindly sign the bottom of this letter to confirm your receipt of this notice and your agreement to the stated forms and conditions.

Sincerely,

*[signature]*

Max P. Rosen, MD, MPH
Professor and Chair
Department of Radiology

I acknowledge receipt of this termination notice and accept said terms as indicated by my signature below (dated):

_____        _____
█████████████                  Date

Cc:  Dr. Luanne Thorndyke, Vice Provost for Faculty Affairs

 **UMassMemorial**     Medical Group

One Biotech Park
365 Plantation Street
Worcester, MA 01605-2376
Tel: 508-334-0311
Fax: 508-334-0333
E-mail: streeterm@ummhc.org
www.umassmemorial.org

**PERSONAL AND CONFIDENTIAL
VIA OVERNIGHT DELIVERY**

Michele M. Streeter, CPA
Vice President, Finance & Administration

September 9, 2013



RE:  Your Request

Dear Dr. 

I understand through our HR Business Partner, Kathleen LeBlanc, that you have requested an additional review of your original request pursuant to the UMass Memorial Medical Group Dispute Resolution Policy for Physicians. As you are aware, Dr. Steve Tosi conducted a thorough review of the decision of your Department Chair to issue notice of termination of your employment, without cause, pursuant to your employment agreement. Dr. Tosi met with and spoke with a number of individuals, including yourself and your Chair. As you were informed, his conclusion was that this decision was within the Chair's discretion. Consistent with your employment agreement, you were afforded six months' notice of this decision.

The next step of review called for under our Policy would ordinarily be provided by the President of the Medical Group. Since that role is now being filled by Dr. Tosi himself on an interim basis, I have reviewed the process followed by Dr. Tosi. I concur with his conclusion. As you further know, you were notified that you had the election to resign your employment, rather than have it characterized as a termination. You subsequently submitted a letter of resignation, but to the extent that you refer it as a "forced resignation," please be advised that we will not accept that characterization. Unless we hear otherwise from you within the next two weeks, we will accept the letter of resignation as a voluntary action on your part, and your personnel record will reflect it as such.

Finally, I will note that counter to your representations, it appears that you have had full access to and assistance from our Human Resources team throughout this process. While we understand that this has been a difficult process for you, we remain confident that the necessary resources were in place to assist you.

Thank you for your contributions to UMass Memorial and best wishes to you in your future endeavors.

Sincerely,

Michele Streeter, Executive Vice President/COO
Cc:  Stephen Tosi, MD
     Max Rosen, MD
     Kathleen LeBlanc

UMass Memorial Medical Group
is a multi-specialty group practice with
offices throughout Central Massachusetts.

# Exhibit QQQQ

Radiologists separated from UMass Memorial Medical Group since January 1, 2015.

|  | Name | Separation Date | Reason |
|---|---|---|---|
| 1 | | 3/1/2015 | Voluntary |
| 2 | | 3/15/2015 | Voluntary |
| 3 | | 5/31/2015 | Voluntary |
| 4 | | 6/30/2015 | Unknown |
| 5 | | 7/18/2015 | Resigned Following Discussion of Performance Concerns |
| 6 | | 8/28/2015 | Voluntary |
| 7 | | 9/11/2015 | Voluntary |
| 8 | | 9/11/2015 | Voluntary |
| 9 | | 11/24/2015 | Retired |
| 10 | | 12/12/2015 | Resigned Following Discussion of Performance Concerns |
| 11 | | 1/1/2016 | Retired Following Discussion of Performance Concerns |
| 12 | | 2/1/2016 | Per Diem – No Longer Needed |
| 13 | | 2/25/2016 | Voluntary |
| 14 | | 4/29/2016 | Voluntary |
| 15 | | 5/13/2016 | Voluntary (since re-hired) |
| 16 | | 6/11/2016 | Per Diem - No Longer Needed |
| 17 | | 7/1/2016 | Retired |
| 18 | | 9/30/2016 | Voluntary |
| 19 | an, M.D. | 10/13/2016 | Voluntary |
| 20 | | 11/4/2016 | Voluntary |
| 21 | | 1/9/2017 | Voluntary |
| 22 | | 4/5/2017 | Voluntary |
| 23 | e, M.D. | 5/17/2017 | Voluntary |
| 24 | | 5/31/2017 | Resigned Following Discussion of Performance Concerns |
| 25 | | 6/23/2017 | Resigned Following Discussion of Performance Concerns |
| 26 | | 6/30/2017 | Voluntary |
| 27 | | 6/30/2017 | Voluntary |

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 28 | | 12/31/2017 | Retired |
| 29 | | 1/30/2018 | Voluntary |
| 30 | | 2/1/2018 | Voluntary |
| 31 | | 2/13/2018 | Per Diem - No Longer Needed |
| 32 | | 6/1/2018 | Resigned Following Discussion of Performance Concerns |
| 33 | | 6/30/2018 | Per Diem - No Longer Needed |
| 34 | | 6/30/2018 | Per Diem - No Longer Needed |
| 35 | | 7/30/2018 | Voluntary |
| 36 | | 8/17/2018 | Voluntary |
| 37 | | 10/10/2018 | Per Diem - No Longer Needed |
| 38 | | 2/22/2019 | Voluntary |
| 39 | | 3/15/2019 | Involuntary - Performance |
| 40 | | 5/25/2019 | Voluntary |
| 41 | | 6/3/2019 | Per Diem - No Longer Needed |
| 42 | | 7/8/2019 | Voluntary |
| 43 | | 7/23/2019 | Voluntary |
| 44 | | 8/30/2019 | Voluntary |
| 45 | | 10/16/2019 | Retired |
| 46 | | 11/15/2019 | Voluntary |
| 47 | | 1/7/2020 | Voluntary |
| 48 | | 4/15/2020 | Voluntary |
| 49 | | 4/30/2020 | Per Diem - No Longer Needed |
| 50 | | 7/11/2020 | Voluntary |
| 51 | | 9/10/2020 | Voluntary |
| 52 | | 10/31/2020 | Retired |

**CONFIDENTIAL**

# Exhibit RRRR

**Alan J. Goldstein, M.D.**

Department of Radiology
University of Massachusetts Medical School
55 Lake Avenue North
Worcester MA, 01655
(508) 334-3850
alan.goldstein@umassmemorial.org

**Education**

| | |
|---|---|
| M.D., State University of New York at Stony Brook, Stony Brook, NY | 2010 |
| B.S., Biology *(Magna Cum Laude)*, Cornell University, Ithaca, NY | 2006 |

**Postdoctoral Training**

| | |
|---|---|
| Fellowship, Abdominal Imaging, Massachusetts General Hospital, Boston, MA | 2015-2016 |
| Residency, Yale-New Haven Hospital, New Haven, CT | 2011-2015 |
| Internship, Hospital of Saint Raphael, New Haven, CT | 2010-2011 |

**Academic Appointments**

| | |
|---|---|
| Assistant Professor<br> Department of Radiology, University of Massachusetts, Worcester, MA | 2016- |

**Leadership Positions**

| | |
|---|---|
| Division Chief, Abdominal Imaging, University of Massachusetts, Worcester, MA | 2018- |
| Director of CT Colonography, University of Massachusetts, Worcester, MA | 2017- |
| Chief Resident, Department of Radiology, Yale-New Haven Hospital, New Haven, CT | 2013-2015 |

**Honors and Awards**

| | |
|---|---|
| Outstanding Resident of the Year, Department of Radiology, Yale New-Haven Hospital, New Haven, CT | 2015 |
| Merck Manual Award for Clinical Excellence, Stony Brook University School of Medicine, Stony Brook, NY | 2010 |
| Alpha Omega Alpha Honor Medical Society, Mu Chapter, Stony Brook University School of Medicine, Stony Brook, NY | 2009 |

**Professional Memberships and Activities**

| | |
|---|---|
| ACR Appropriateness Criteria, GI Panel | 2017- |
| Resident Selection Committee, Department of Radiology, Yale New-Haven Hospital<br>Member, Committee | 2013-2015 |
| Diagnostic Radiology Programmatic Committee, Department of Radiology, Yale-New Haven Hospital<br>Member, Committee | 2013-2015 |
| Emergency Radiology Quality Improvement Committee, Department of Radiology, Yale-New Haven Hospital<br>Member, Committee | 2013-2015 |
| Graduate Medical Education Committee, Yale University School of Medicine<br>Member, Committee | 2014-2015 |

**Updated:** July 25, 2018

CONFIDENTIAL

 

**UMassMemorial** | **University of Massachusetts Medical School**

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

June 15, 2018

Elisabeth Garwood, MD
363 Dean St Apt #3
Brooklyn, NY 11217
Dear Dr. Garwood,

On behalf of UMass Memorial Medical Group ("UMMMG") and the University of Massachusetts Medical School ("UMMS"), we are pleased to extend an offer of employment to you within the Department of Radiology, effective September 28, 2018. If you choose to accept this offer, you would be joining UMMMG as an employed physician, and your employment would be governed by the terms and conditions of an employment agreement with UMMMG, a copy of which will be forwarded to you upon acceptance of this offer.

Concurrently, you will be recommended for appointment to the faculty of UMMS as Assistant Professor within the Department of Radiology, non-tenure track, pending formal approval through the standard academic review process. Your faculty appointment and status will be governed by the Academic Personnel Policy for UMMS, (Dec.T95-022, as amended) (https://goo.gl/w37PVG). In addition to the services you will be providing under your employment agreement with UMMMG, you will also be performing certain services on behalf of UMMS, and a portion of your compensation will be paid to you by UMMS.

You will be joining us as a member of the Musculoskeletal Division (MSK). As a member of the MSK division, you will report to Dr. Steve Baccei, Division Director for MSK. You will be expected to perform the full range of MSK related diagnostic interpretations (X-Ray, CT, MRI, and Ultrasound) and interventional MSK procedures (arthrograms, bone and soft tissue biopsies, joint injections).

From September 28, 2018 until June 30, 2019 your schedule will be as follows:
- You will be responsible for working on the 4-10 shift, on a combination of (Monday thru Thursday) 10 days per calendar month. This shift will be at Memorial Hospital, in order for you to be available to cover contrast injections at our MRI facility. At various times, we may ask you to cover contrast injections, and also perform arthrograms at our Shrewsbury Street outpatient MRI facility from 4-10 pm. These shifts would be included in your allocation of 10 4-10 pm shifts per month, NOT in addition to your allocation of 10 shifts per month.

- You will be scheduled in MSK during normal business hours during the remainder of your clinical time.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- During this time period you will NOT be responsible for any weekend "call" coverage.

After July 1, 2019, your schedule will revert to that of all others in the MSK division.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- You will be responsible for sharing in the weekend call responsibilities which is currently 1:5. The MSK division currently covers our outpatient MRI center from 8 am to 5 pm Saturday, Sunday, and Holidays.
- Holidays are distributed evenly among the MSK division members. Any holiday which you work, will be "paid" with a "compensation" day at a mutually agreed upon time.

As a UMMS Faculty Member, you will be expected to demonstrate excellence in one or more Areas of Distinction (Health Care Delivery; Investigation; Education; Population Heath and Public Policy), to demonstrate effectiveness in Educational Activities, and to participate in Academic Service.  Educational Activities may include clinical teaching and mentoring, as well as didactic instruction for medical students, residents and other learners.

Your successful development as an academic physician is important to all of us.  You will receive mentoring and support from faculty within the Department, from other UMMS faculty, and through a resource network that includes other clinical and basic science departments and programs.  UMMMG and UMMS offer a variety of programs to support your development.  The UMMS Office of Faculty Affairs offers faculty development and mentoring to assist faculty in attaining their goals.  Information and resources are available at http://www.umassmed.edu/ofa.

Your initial salary would be $330,000 per year. You will be eligible to participate in the UMMMG Physician Incentive Compensation Program after completing one year of employment.  Please review the attached document entitled "Physician Benefits At-A-Glance," which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

If you are able to accept our offer of employment and return your signed offer on or before July 30, 2018, we would like to offer a sign-on bonus of $10,000. Per our usual practice, half of this will be paid after the first month of employment with UMMMG, and the balance will be paid after completing six months of employment.

Also, UMMMG will reimburse you for reasonable moving expenses up to a maximum of $5,000 upon receipt of proper documentation.  This reimbursement must be repaid if your employment with UMMMG should last less than one year.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than July 30, 2018, three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our Office of Medical Staff Services, a satisfactory pre-employment physical, drug testing and criminal background check.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal UMMMG employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Randa Mowlood at 508-334-7755.  We look forward to hearing from you.

Sincerely,


_Max P. Rosen MD MPH_    1/19/2018
Max P. Rosen MD MPH
Professor and Chair
Department of Radiology


_Stephen Tosi MD_    6/28/18
Stephen Tosi, MD
Chief Physician Executive
President, UMass Memorial Medical Group


Accepted by:

_Elisabeth Garwood, MD_      7/11/18
Elisabeth Garwood, MD        Date:

Cc:  Luanne E. Thorndyke, MD, Vice Provost for Faculty Affairs, UMMS

 

**UMassMemorial**

**University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

October 27, 1015

Alan Goldstein, M.D.
1731 Beacon Street, Apt. 204
Brookline MA, 02445

Dear Dr Goldstein,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective July 11, 2016.

I understand that you will need to take the final stage of the ABR exam in the fall of 2016. To help you have time to study for the exam you will be able to take one week of your vacation in August 2016 and a second week of vacation in September 2016. As your pro-rated vacation time (30 days per year) would allow for 7.5 days per quarter, these 10 requested days will represent an additional allocation of 2.5 days during FY2016.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will be a full time member of our Abdominal Imaging Division, reporting to Adib Karam, MD, Division Chief of Abdominal Imaging.

Your call obligation will be in either the Abdomen or the Chest division, based on departmental needs and your comfort with "basic" image-guided abdominal interventional procedures. (Abdomen call requires the ability to perform basic procedures 8am to 5 pm Saturday/Sunday/Holidays at our Memorial campus.) Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

You will initially be allocated "12 base" academic (non-clinical) days per year, and an additional 12 days per year for the following activities (this allocation will be re-evaluated after your first year):

- Educational activities within the division of translational anatomy
- Developing or expanding  mutually agreed upon activities within abdominal imaging
- During your first 2 years, if you are interested, we will provide one additional week of "time off" and support to attend a mutually agreed upon educational course in the US.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs.  The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals.  Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $275,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than November 15, 2015.  Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offenders records.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Randa Mowlood. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH      Date:
Professor and Chair
Department of Radiology

Stephen Tosi, MD      Date:
Chief Physician Executive
UMass Memorial Medical Group

Alan Goldstein, MD      Date:

**CONFIDENTIAL**                    **UMM-14580**

 

University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

November 3, 2016

Christopher P. Sereni, M.D.
511 W. Pratt Street, Apt 1210
Baltimore, MD 21201
csereni@jhmi.edu

Dear Dr. Sereni,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective June 30, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of

CONFIDENTIAL

UMM-20387

Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home.   This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than November 18, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

_Max Paul_     11/03/2016

Max P. Rosen, MD, MPH      Date:
Professor and Chair
Department of Radiology

_Stephen Tosi MD_   11/13/16

Stephen Tosi, MD      Date:
Chief Physician Executive
UMass Memorial Medical Group

_Chris Sereni_   11/21/16

Christopher P. Sereni, MD      Date:

Cc:     Luanne Thorndyke, MD

**CONFIDENTIAL**                    **UMM-20388**

    **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

December 5, 2016

Ryan Tai, MD
40 Parker Hill Avenue, Apt. 14
Boston, MA 02120

rtai@partners.org

Dear Dr. Tai,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective July 17, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than December 19, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

_Max P. Rosen_   12/6/2016
Max P. Rosen, MD, MPH        Date:
Professor and Chair
Department of Radiology

_Stephen Tosi, MD_   12/16/16
Stephen Tosi, MD        Date:
Chief Physician Executive
UMass Memorial Medical Group

_Ryan Tai_   12/19/2016
Ryan Tai, M.D.        Date:

**CONFIDENTIAL**                    **UMM-25727**



**UMassMemorial**
*Medical Group*

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 54702 ✓ | |
| Social Security # ██████ | |
| Pos. Code: MD0096 ✓ | |
| Start Date: 6/30/2017 ✓ | |
| Last Name: █████ ✓ | *(aw* |
| First Name: █████ ✓ | |
| MI: J. | |
| **Mailing Address:** █ ( ████ RD ✓ | |
| ██ ████ | |
| State: ██ ████ ✓ | |
| Date of Birth: 6/13/1985 | |
| Male/Female: Male | |
| ████████ | |
| Hourly Rate: $ 156.25 ✓ | |
| Total Hours: 40 ✓ | |
| **EEO Code:** O ✓ | |
| Shift: 1 | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: Physician | |
| Labor Unit: Physician | |
| Fed Exemption: 3 ✓ | |
| State Exemption: 3 ✓ | |
| Shift Length: 111 ✓ | |
| Accrual Code: n/a | |
| Job Title: Physician ✓ | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: I67 | |
| Status: A | |
| Payroll Dept. Number: █████ | |

**CONFIDENTIAL**            **UMM-27939**

 **UMassMemorial** |  *University of Massachusetts Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

September 12, 2014

Stephan Wicky Van Doyer, MD
9 Penn Road
Winchester, MA 01890

Dear Dr. Wicky,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective December 31, 2014.   If you choose to accept this offer, you would be joining UMass Memorial Medical Group (UMMMG) as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as a **Professor of Radiology, non-tenure track**, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School.  Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

You will be a 1.0 FTE in our Vascular Interventional Radiology (VIR) division reporting to Dr. Max Rosen, Chair of Radiology. Your duties will be those customarily assumed by division directors. I will work with you during your first month of employment to develop a specific job description.  You will also serve as the co-director of our new Intervention Oncology Group.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology.  This may include participation in clinical teaching as well as didactic instruction for medical students.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Salary: Your base salary will be $400,000, and you will be eligible to participate in our Radiology Department incentive compensation plan, if one exists at the time of your

employment. In addition, I will work with you to develop an incentive plan specific for the VIR division, with the goal of creating an incentive plan encompassing the VIR service line (both professional and technical billing).

Non-Clinical time: You will be allocated a base 12 academic days per year. In addition you will be allocated an additional 36 days per year for administrative duties.

Call: Our standard departmental call is 1:5. Any additional call beyond this will be compensated at our standard rate in effect at the time the call is performed.

Benefits: Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental and long-term disability insurance, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than October 20, 2014. Employment will be contingent on receiving three letters of satisfactory recommendation (which we have received), evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call me or Sharon Sambito. We are delighted that you have decided to join us.

Sincerely,

_Max Rosen_        9/21/14
Max P. Rosen, MD, MPH        Date
Professor and Chair -Department of Radiology

_Stephen Tosi_        9/26/14
Stephen Tosi, MD
Chief Physician Executive
President, UMass Memorial Medical Group

_Stephan Wicky Van Doyer_        10/6/14
Stephan Wicky Van Doyer, MD        Date

**CONFIDENTIAL**

 **UMassMemorial**  **University of Massachusetts**
**Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

February 4, 2013

Jean-Marc Gauguet, MD, PHD
4 Dresden Street Apt #2
Jamaica Plain, Ma 02130

Dear Dr Gauguet:

On behalf of the UMass Memorial Medical Group and the University of Massachusetts
Medical School, we are pleased to extend an offer of employment to you within the
Department of Radiology, effective August 12, 2013. If you choose to accept this offer,
you would be joining UMass Memorial Medical Group as an employed physician and
would concurrently be recommended for appointment to the Medical School faculty as
Assistant Professor of Radiology, non-tenure track, pending formal approval by the
Medical School Personnel Action Committee and Executive Council. The Medical
Group and the Medical School participate in a "dual-employment" arrangement under
which a portion of your compensation would be paid by the Medical School. Your
employment would be governed by the terms and conditions of an employment
agreement with the Medical Group, a copy of which will be forwarded to you upon
acceptance of this offer.

Your primary responsibilities will be with the Pediatric Radiology Section reporting to
Joseph Makris, MD, Section Chief, and your duties will be those customarily assumed by
other members of that Section. In addition you will be cross covering up to 2 days a
month in the Abdominal and/or ED Sections.

Participation in the education mission of UMMS is a fundamental responsibility of the
Department of Radiology. This may include participation in clinical teaching as well as
didactic instruction for medical students.

Your successful development as an academic physician is important to us. You will
receive mentoring and support for your work within the department, from other UMMS
faculty, and through a resource network that includes other clinical and basic academic
departments and programs. We are also supportive of your working with any memtors
outside of the U Mass system, such as your current mentors at Boston Children's
Hospital. The UMMS Office of Faculty Affairs offers faculty development and
mentoring programs to assist faculty in attaining their goals. Information and resources
are available at http://www.umassmed.edu/ofa.

Your initial salary would be $255,000 per year. Salary will be guaranteed for the
remainder of FY13 (August 12 – September 30,2013), as well as for the entire 2014 fiscal
year .You will be exempt from any potential impact of our new compensation plan which
we anticipate to be effective October 2013 (FY2014).

**CONFIDENTIAL**                    **UMM-14311**

During the remainder of FY13 and for the duration of FY14 you will receive the department's base allocation of 12 non-clinical (academic) days per year (pro-rated). In addition, you will receive an additional 12 days per pro-rated year during FY'14. The intent of this non-clinical time is to develop your research interests in areas related to pediatric radiology or other areas which will help advance your career and the academic/research/teaching mission of the department. We will reassess this time allocation before the start of the 2015 fiscal year.

In addition you will receive a sign-on bonus of $5,000 which will be paid within 45 days of your start date. If you should terminate your employment during the first year, you would be required to repay the bonus on a prorated basis. Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than February 25, 2013. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Sharon Sambito. We look forward to hearing from you.

Sincerely,

_Max P. Rosen_     2/4/13

Max P. Rosen, MD, MPH          Date
Professor and Chair
Department of Radiology


_____     _____
Eric Dickson, MD, President    Date
UMass Memorial Medical Group


_____     _____
Jean-Marc Gauguet, MD, PHD     Date


**CONFIDENTIAL**                    **UMM-14312**



**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

| | |
|---|---|
| Employee #: 33078 | |
| Social Security # ▮▮▮▮▮ | |
| Pos Code:  MD0998 ✓ | |
| Start Date: 3/30/2018 | |
| ▮▮▮▮▮ | |
| MI: | |
| ▮▮▮▮▮ | |
| Date of Birth: 1/18/1970 ✓ | |
| Male/Female: Male  ✓ | |
| **Marital Status:**  Single ✓ | |
| Hourly Rate: $  180. 2880 ✓ | |
| Total Hours: 40  ✓ | |
| **EEO Code:** | |
| Shift:  1  ✓ | |
| Benefit Group: B30-40DOC ✓ | |
| Non Exempt/Exempt: PHYSICIAN | |
| Labor Unit:  PHY  ✓ | |
| Fed Exemption:  ∅ ✓ | |
| State Exemption:  ∅ ✓ | |
| Shift Length: 111  ✓ | |
| Accrual Code:  n/a | |
| Job Title: Physician | |
| Grade: | |
| Department Name: Radiology | |
| Location Code / I-Code: | |
| Status:  A | |
| Payroll Dept. Number:  340.00.ARAD.2132 ✓ | |
| | |
| **In case of emergency contact;** | |

RH



**UMassMemorial**
Medical Group

| EMPLOYEE INTRODUCTION FORM | |
|---|---|
| Employee #:  51468 | |
| Social Security #: | ✓ |
| Pos Code: ~~MD0247~~   MD0818 ✓ | |

Date of Birth: 1/17/1969 ✓

Male/Female: Female

**Marital Status**:      SINGLE ✓

✓

Hourly Rate: $ 158.6538 ✓

Total Hours: 40 ✓

**EEO Code**:   O ✓

Shift:  1 ✓

Benefit Group: B30-40DOC ✓

Non Exempt/Exempt: PHYSICIAN

Labor Unit:

Fed Exemption:   O ✓

State Exemption:  O ✓

Shift Length: 111 ✓

Accrual Code:  n/a

Job Title: Physician ✓

Grade:

Department Name: Radiology

Location Code / 1-Code:

Status:  A

Payroll Dept. Number: 340.00.ARAD ~~2230~~ 2013 ✓

**CONFIDENTIAL**                    **UMM-07628**

# Exhibit SSSS



# u Ottawa

April 25, 2019

RE: Hao S. Lo, MD academic rank promotion

Dear Dr. Max Rosen,

*It is a pleasure to support Dr. Hao Lo's promotion to the academic rank of associate professor. I do so with no reservation.*

I have known Hao since 2018, through our w███ together for the American Society of Emergency Radiology. I have worked with him on the educational committee, fellowship subcommittee. For the society, he has also served on the corporate sponsorship and scientific program subcommittees. He will be moderating a session entitled *Infection and Ultrasound* at the 2019 annual meeting.

In reviewing Hao's body of educational, academic and administrative work, he has taken an active role in ED radiology division leadership activities, resident/medical student education and clinical research. For instance, he started the UMass ED radiology fellowship training program, for which he currently serves at the program director. He also took leadership roles in expanding radiology services to a 24 x 7 x 365 model and implementing advanced images services in our emergency department (coronary CT angiogram and rapid protocol MRI).

Hao has demonstrated excellent academic potential at the assistant professor level, garnering a reputable national recognition. He has authored numerous peer-reviewed scholar articles, multiple book chapters and served as guest editor for the journal *Seminars in Ultrasound, CT and MRI*. The issue he edited was dedicated to the imaging of the acutely traumatized patient. Hao has also presented many presentations at RSNA, our specialty's preeminent international meeting, which annual meeting attendance of over 50,000. It should also be noted that Hao has mentoring numerous medical students, residents and fellows who have now pursued their own careers in radiology and many currently hold junior faculty positions at well-respected radiology departments throughout the country. Hao is also a reviewer for one of our specialty's important publications, *Journal of the American College of Radiology*.

In summary, *I offer my enthusiastic support recommendation for Dr. Hao Lo's promotion to the academic rank of associate professor, with no reservation.*

Sincerely,

Dr. Adnan Sheikh, MD
Associate Professor, Department of Radiology, University of Ottawa
MSK and ER Radiologist
Head, ER-Trauma Imaging Program
███ Director, 3-D Printing

Université d'Ottawa

Faculté de médecine
Département de radiologie
L'Hôpital d'Ottawa
Campus Général

University of Ottawa

Faculty of Medicine
Department of Radiology
The Ottawa Hospital
General Campus



 **UMassMemorial** |  **University of Massachusetts Medical School**

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

October 10, 2019

Hao Lo, MD
Department of Radiology
UMass Memorial
55 Lake Avenue North
Worcester, MA 01655

Dear Hao,

This is to confirm that effective October 1, 2019 you will be promoted to Vice Chair for Diagnostic Operations.  You will receive $15,000 stipend for this new role.

You will continue to work 26 additional·days and receive $33,800 for them.

Your new total compensation will be as follows:

| | |
|---|---|
| Base: | $330,000 |
| Associate Professor: | $10,000 |
| Vice Chair of Diagnostic Operations: | $15,000 |
| 26 extra days/year: | $33,800 |
| Total: | $388,800 |

Effective January 1, 2020, you will be promoted to the Division Chief of the ED Imaging Division. You will receive an additional $15,000 for this role. Your salary will increase to $403,800 at that time.

Sincerely,

_____          10/10/2019
Max P. Rosen, MD, MPH                     Date
Professor and Chair

_____          10/18/2019
Hao Lo, MD                                        Date

Cc. Randa Mowlood

**CONFIDENTIAL**                    **UMM-17669**

# Exhibit TTTT

   **University of Massachusetts Medical School**

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*joseph.ferrucci@umassmemorial.org*
*www.umassmemorial.org*

January 15, 2012

*Joseph T. Ferrucci, MD*
*Professor and Chair*

Byron Y. Chen, MD



Dear Dr. Chen,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective July 1, 2012. If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

You will be a full time member of the Abdominal Imaging Division reporting to Sarwat Hussain, MD, Division Chief, and your duties will be those customarily assumed by other members of that Division. These include but are not limited to interpretation of imaging studies, performance of various image guided diagnostic and therapeutic procedures and participation in appropriate intra departmental and multidisciplinary rounds and conferences. Teaching residents, fellows and medical students is also an implicit duty.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your initial salary will be $300,000 per year. You will be eligible to participate in the Medical Group's Physician Incentive Compensation Program after a minimum of 6 months service within the bonus plan's fiscal year. Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and

**CONFIDENTIAL**                    **UMM-10941**

long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year.

Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than Feb 15, 2012. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offenders records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Sharon Sambito. We look forward to hearing from you.

Sincerely,

Joseph T. Ferrucci, MD          Date  1/12/2012

Eric Dickson, MD, President          Date  1/12/12
UMass Memorial Medical Group

Byron Y. Chen, MD , MD  1/31/12          Date

Start date effective
July 30, 2012

2/2/2012

# Exhibit UUUU

**UMassMemorial**

**EMPLOYEE SEPARATION FORM**
*(to be used for employees on the UMass Memorial Payroll)*
*\*Please note: This form is not for Internal Transfers\**
*(for internal transfers use the Employee Change Form located on the tab below)*

Upon receipt of resignation of employment (including discharge), this form must be completed, signed, and forwarded promptly to the HRIS Mailbox (HRIS.Mailbox@umassmemorial.org) or faxed to the HR Records Dept at (508) 793-5671 to ensure timely processing of terminal benefits (unused earned time, vacation and personal time accruals), and ensure security deactivation.

*For immediate Discharges: you can complete the IS Security Access Form (located on Ournet - Administrative - Information Systems - Groups and Teams - Information Security -  Information Security Forms and Agreements or Contact your Business Partner for Assistance*

Name:     Ajay Wakhloo                                                       Employee Number:       30580

Cost Center Name:            NEURO IMAGING AND INTERVENTION

| Corp | Div | Dept | Cost Center |
|------|-----|------|-------------|
| 340 | 00 | ARAD | 2119 |

Last Day Worked:      02/01/18   Official Separation date:      2.1/2018

Offer Exit Interview with HR Business Partner          ☐ Yes     ☐ No

Resignation letter Date:      12.20.2017      (notify HR Business Partner if all properties/monies are not returned)

With a resignation payroll will mail the final check(s) including accrual check to the employee

**Reason for Termination: (Check all that apply)**

☐ Conflict with other employees        ☐ Higher Pay          ☐ Benefits            ☐ Conflict with Manager/Supervisor
☐ Family and/or personal reasons      ☐ Career Change      ☐ Commute          ☐ Performance Issues
☒ Better Job Opportunity                 ☐ Relocate/move      ☐ Company Instability ☐ Other - Please note in comments

Comments:

WAS recruitin away By Lahey Clinic.

~~TO PAYROLL
FEB 08 2018~~

**Would you re-employ this person?**
☒    Yes       ☐    N o    ☐ Maybe    Please note: An explanation is *required* if "No" or "Maybe" are selected

Explanation:

Immediate Supervisor: _____     Date: _____

Department Head:  *Mary Paul*                               Date:  1/11/2018

Has all UMMHC property been retrieved and returned to the appropriate departments?     ☐ Yes      No

Supervisors:
Give employee Form 0590-A How to File for Unemployment Insurance Benefits, located at      http://www.mass.gov/lwd/docs/dua/0590a-508.pdf

HR Records should receive the Employee Separation Form and a letter of resignation, if submitted.

Kronos badges must be submitted to the Payroll Department. Employee ID's/Parking badges must be submitted to the Campus Public Safety Office

For Benefits related questions, have employee contact the Benefits Contact Center. (508) 334-8511

*For questions about this form, please contact your HR Business Partner or the HR Records Department*

**CONFIDENTIAL**                                                           **UMM-27518**

 

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-6316
Fax: 508-856-4910
E-mail: wakhlooa@ummhc.org
www.umassmemorial.org

February 10, 2014

Ajay K. Wakhloo, MD, PhD
Director, Division of Neuroimaging
and Intervention
Professor of Radiology and Neurosurgery

Ajit S. Puri, MD
Assistant Professor of Radiology and Neurosurgery
UMass Memorial Medical Center
Division of Neuroimaging and Intervention
55 Lake Avenue North
Worcester, MA 01655

Dear Dr. Puri,

After discussing it with Dr. Rosen, it is my pleasure to appoint you to the position of the Co-Director of the Division of Neuroimaging and Intervention at UMass.

Please let me know if this is acceptable to you.

With best regards,

Ajay K. Wakhloo, MD, PhD, FAHA

cc:  Max Rosen, Chairman

# Exhibit VVVV

 UMassMemorial |  **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

June 15, 2018

Elisabeth Garwood, MD
363 Dean St Apt #3
Brooklyn, NY 11217
Dear Dr. Garwood,

On behalf of UMass Memorial Medical Group ("UMMMG") and the University of Massachusetts Medical School ("UMMS"), we are pleased to extend an offer of employment to you within the Department of Radiology, effective September 28, 2018. If you choose to accept this offer, you would be joining UMMMG as an employed physician, and your employment would be governed by the terms and conditions of an employment agreement with UMMMG, a copy of which will be forwarded to you upon acceptance of this offer.

Concurrently, you will be recommended for appointment to the faculty of UMMS as Assistant Professor within the Department of Radiology, non-tenure track, pending formal approval through the standard academic review process.  Your faculty appointment and status will be governed by the Academic Personnel Policy for UMMS, (Dec.T95-022, as amended) (https://goo.gl/w37PVG). In addition to the services you will be providing under your employment agreement with UMMMG, you will also be performing certain services on behalf of UMMS, and a portion of your compensation will be paid to you by UMMS.

You will be joining us as a member of the Musculoskeletal Division (MSK). As a member of the MSK division, you will report to Dr. Steve Baccei, Division Director for MSK. You will be expected to perform the full range of MSK related diagnostic interpretations (X-Ray, CT, MRI, and Ultrasound) and interventional MSK procedures (arthrograms, bone and soft tissue biopsies, joint injections).

From September 28, 2018 until June 30, 2019 your schedule will be as follows:
- You will be responsible for working on the 4-10 shift, on a combination of (Monday thru Thursday) 10 days per calendar month. This shift will be at Memorial Hospital, in order for you to be available to cover contrast injections at our MRI facility. At various times, we may ask you to cover contrast injections, and also perform arthrograms at our Shrewsbury Street outpatient MRI facility from 4-10 pm. These shifts would be included in your allocation of 10 4-10 pm shifts per month, NOT in addition to your allocation of 10 shifts per month.

- You will be scheduled in MSK during normal business hours during the remainder of your clinical time.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- During this time period you will NOT be responsible for any weekend "call" coverage.

After July 1, 2019, your schedule will revert to that of all others in the MSK division.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- You will be responsible for sharing in the weekend call responsibilities which is currently 1:5. The MSK division currently covers our outpatient MRI center from 8 am to 5 pm Saturday, Sunday, and Holidays.
- Holidays are distributed evenly among the MSK division members. Any holiday which you work, will be "paid" with a "compensation" day at a mutually agreed upon time.

As a UMMS Faculty Member, you will be expected to demonstrate excellence in one or more Areas of Distinction (Health Care Delivery; Investigation; Education; Population Heath and Public Policy), to demonstrate effectiveness in Educational Activities, and to participate in Academic Service. Educational Activities may include clinical teaching and mentoring, as well as didactic instruction for medical students, residents and other learners.

Your successful development as an academic physician is important to all of us. You will receive mentoring and support from faculty within the Department, from other UMMS faculty, and through a resource network that includes other clinical and basic science departments and programs. UMMMG and UMMS offer a variety of programs to support your development. The UMMS Office of Faculty Affairs offers faculty development and mentoring to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your initial salary would be $330,000 per year. You will be eligible to participate in the UMMMG Physician Incentive Compensation Program after completing one year of employment. Please review the attached document entitled "Physician Benefits At-A-Glance," which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

If you are able to accept our offer of employment and return your signed offer on or before July 30, 2018, we would like to offer a sign-on bonus of $10,000. Per our usual practice, half of this will be paid after the first month of employment with UMMMG, and the balance will be paid after completing six months of employment.

Also, UMMMG will reimburse you for reasonable moving expenses up to a maximum of $5,000 upon receipt of proper documentation.  This reimbursement must be repaid if your employment with UMMMG should last less than one year.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than July 30, 2018, three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our Office of Medical Staff Services, a satisfactory pre-employment physical, drug testing and criminal background check.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal UMMMG employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Randa Mowlood at 508-334-7755.  We look forward to hearing from you.

Sincerely,

_Max P. Rosen_ 6/19/2018

Max P. Rosen MD MPH
Professor and Chair
Department of Radiology


_Stephen Tosi MD_ 6/28/18

Stephen Tosi, MD
Chief Physician Executive
President, UMass Memorial Medical Group

Accepted by:

_____

Elisabeth Garwood, MD

Date: 7/11/18

Cc:  Luanne E. Thorndyke, MD, Vice Provost for Faculty Affairs, UMMS

 

University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

November 3, 2016

Christopher P. Sereni, M.D.


Dear Dr. Sereni,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective June 30, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of

Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than November 18, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH          Date: 11/03/2016
Professor and Chair
Department of Radiology

Stephen Tosi, MD          Date: 11/13/16
Chief Physician Executive
UMass Memorial Medical Group

Christopher P. Sereni, MD          Date: 11/21/16

Cc:     Luanne Thorndyke, MD

 

University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

December 5, 2016

Ryan Tai, MD



Dear Dr. Tai,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective July 17, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School.  Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology.  This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than December 19, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH          Date: 12/6/2016
Professor and Chair
Department of Radiology

Stephen Tosi, MD          Date: 12/16/16
Chief Physician Executive
UMass Memorial Medical Group

Ryan Tai, M.D.          Date: 12/19/2016

 **UMassMemorial** |  *University of Massachusetts Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

September 26, 2016

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

George Watts, MD

Dear Dr. Watts,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective June 30, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1 day per week (46 days/year)

This allocation will be re-evaluated after two years at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

**CONFIDENTIAL**

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home.   This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than October 15, 2015. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH    Date: 9/26/2016
Professor and Chair
Department of Radiology

Stephen Tosi, MD    Date: 10/11/16
Chief Physician Executive
UMass Memorial Medical Group

George Watts, MD    Date: 10/26/2016

cc:    Luanne Thorndyke, MD

**CONFIDENTIAL**                    **UMM-27871**

 

**UMassMemorial** | **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

June 2, 2015

Karin Dill, MD
███████████
███████████

Dear Dr. Dill,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective September 30, 2015.  If you choose to accept this offer, you would be joining UMass Memorial Medical Group (UMMMG) as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as an Associate Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. Given your excellent academic productivity, I hope that you will be ready for promotion to Professor of Radiology, within 2 -3 years.  I will arrange for you to work with our office of faculty affairs to "map out" your path to promotion to help accomplish this goal.

The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School.  Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

You will be a 1.0 FTE serving as Division Chief for the newly created Division of Cardiac and Vascular Imaging, as well as the interim Division Chief for Thoracic Imaging, reporting to Dr. Max Rosen, chair of Radiology.  As we discussed, it's my hope to hire a Division Chief for Thoracic Imaging sometime in the next 12-24 months, at which point I expect that you will focus your efforts more on Cardiac and Vascular Imaging, but still fully participate as a member of the Thoracic Imaging Division. Your duties will be those customarily assumed by division directors, the job-description of which is attached. In addition, you will serve as Director of our planned 3D lab.

**CONFIDENTIAL**                    **UMM-07666**

Your clinical responsibilities will include interpreting the full range of Cardiac, Thoracic, and Vascular CT and MRI. It is my understanding that you do not perform interventional procedures.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Salary: Your base salary will be $330,000, and will be eligible to participate in our Radiology Department incentive compensation plan, if one exists at the time of your employment.

Moving Expenses: Upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home, the Medical Group will reimburse 100% of your first $5,000 in IRS eligible moving expenses, and 50% of eligible expenses in excess of $5,000, up to a $10,000 total medical group payment. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income. (Please refer to the Internal Revenue Service "Publication 521- Moving Expenses" for guidance with regard to the tax treatment of moving expenses and related employer reimbursement. This publication is available on the internet at www.irs.gov .)

Educational Expenses: You will receive $4,000 per year for eligible education and travel related expenses.

Non-Clinical time: You will be allocated a base 12 academic days per year. In addition you will be allocated an additional 36 days per year for administrative duties for the Cardiac and Vascular Division and for administration of the 3D lab. As interim director of the Thoracic Imaging Division, you will be allocated an additional 24 days per year. This will "average out" to 1.5 non clinical days/week.

Call: Our standard departmental call is 1:5. Any additional call beyond this will be compensated at our standard rate in effect at the time the call is performed.

Benefits: Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental and long-term disability insurance, a practice allowance and an attractive retirement benefits program.

2 | P a g e

**CONFIDENTIAL**                    **UMM-07667**

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than June 18, 2015.   Employment will be contingent on receiving three letters of satisfactory recommendation (which we have received), evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call me or Randa Mowlood. We are delighted that you have decided to join us.

Sincerely,

_Max P. Rosen_   6/3/2015

Max P. Rosen, MD, MPH       Date:
Professor and Chair
Department of Radiology

_Stephen Tosi MD_   6/10/15

Stephen Tosi, MD        Date:
Chief Physician Executive
President, UMass Memorial Medical Group

_Karin Dill_   6/23/15

Karin Dill, MD          Date:

cc:    Luanne Thorndyke, MD

3 | P a g e

# Exhibit WWWW

 **UMassMemorial**

One Biotech Park
365 Plantation Street
Worcester, MA 01605-2376
Tel: 508-334-7276
Fax: 508-334-0333
E-mail: felicem@ummhc.org
www.umassmemorial.org

Marianne E. Felice, MD
Interim Chief Exective Officer

February 11, 2002

Ellen Christine Wallace, M.D.



Dear Dr. Wallace:

This offer letter supersedes the previous letter sent to you on January 18, 2002. I have attempted to include in this letter the issues we discussed at your repeat visit to our campus a week or so ago.

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective **June 1, 2002**. If you choose to accept this offer, you would be joining UMass Memorial Medical Group, and would concurrently be appointed to the Medical School faculty as **Assistant Professor of Radiology**, pending formal approval by the Medical School Committee on Appointments and Promotions. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. The terms and conditions of an employment agreement would govern your employment with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

Your workload will include pediatric radiology at the sites of the UMass Memorial Health System. There will be an opportunity to work with Radiology residents and participate in all appropriate conferences and reviews in the department. **At this time, your clinical responsibilities will include the equivalent of 10 clinical sessions/week. This assignment will be revisited after you have been here for 6 months.** Although we do not have a full division of pediatric radiology available at present, **you would not be expected to take call for pediatric radiology more than one week in four.** You may choose to earn additional compensation by taking additional call.

Your initial salary will be set at Two Hundred and Seventy Thousand Dollars ($270,000) for this full time position. **This salary is guaranteed for one year** (unless you are dismissed for cause before one year, in which case, your salary would end when your employment ends). You will be eligible to participate in the Medical Group's Incentive Compensation Program after completing one year of employment. Please review the attached document entitled "Physician Benefits At A Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program. **As we agreed at your visit, a signing bonus of $3000 will be deposited in your practice allowance account on your first day of work enabling you to have $6000 in practice allowance immediately.** In addition, **I have made a commitment to send you to an AAMC Junior Faculty Development Course for Women in Academic Medicine** within the first year of your employment. **We will reimburse expenses for this meeting up to $2000 out of department funds.**

The Clinical Partner of the
University of Massachusetts Medical School

CONFIDENTIAL



February 11, 2002
Ellen Christine Wallace, M.D.
Page 2

If you find this offer acceptable, please sign both copies of this correspondence and return one to me for our files by no later than **February 21, 2002**. This offer is conditioned upon our receipt of such a signed copy, three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offenders records.

Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. **Delays in your completion of these documents and securing of provider numbers to bill third party carriers may result in a delay of your start date.**
If you have any questions on this offer or the above, please feel free to contact Mryna Sadowsky at 508-829-0449.

On a personal note, I am delighted to invite you to become a part of our Department of Radiology and hope that you will choose to accept this offer. I believe that you will make a contribution to the UMass Memorial Children's Medical Center and to the Radiology Department's goals in general.

Sincerely,

Marianne E. Felice, M.D.
Interim Chief Executive Officer
UMMHC

Alan Stoll
Executive Director
UMass Memorial Medical Group

ACCEPTED: Ellen Christine Wallace, MD          Date  2·21·2

cc:     P. Segerson
        L. Eckhert, MD

*Dr. Felice & Mr. Stoll,*
*With regard to the date of commencement:-*
*The Chairman of my Dept. is unavailable for ) this week &*
*next therefore I ( am unable to determine the details of*
*the length of my notice e.g. 90 days or 60 days. As I*
*wish to take some time off between positions I will start*
*no later than July 1st and at the earliest June 1st.*
*I am excited & optimistic about this opportunity,*
*Christine Wallace.*

CONFIDENTIAL          UMM-29175



**HR**

*Benefits Department*
*Human Resources*

*67 Millbrook Street*
*North Building, 2nd Floor*
*Worcester, MA 01606*

February 27, 2015

To: Whom It May Concern

RE:     Mona Korgaonkar, MD
SS#:    xxx-

This letter confirms that Mona Korgaonkar, MD has been an employee of UMass Memorial Medical Group from August 22, 1993 through the present time. She currently works in the capacity of a Physician in our Musculoskeletal Radiology Department and is scheduled to work 40 hours per week. Her annual salary is $311,884.97.

If you have any questions regarding the above, please feel free to contact me at (508) 793-5284.

Sincerely,

Diann F. Newman

Diann F. Newman
Physician Benefits Representative

**UMassMemorial**
Medical Center

**UMassMemorial**
Medical Group

**UMassMemorial**   **EMPLOYEE CHANGE FORM**

Request Date: 06/29/18
Effective Date: 7/1/18

### Employee Information

| Last | Korgaonkar | First | Mona | | Initial | | ID # | 19459 |
|------|-----------|-------|------|---|---------|---|------|-------|

**Dept. Cost Center Numbers**

| Corp | Division | Dept | Cost Ctr. |
|------|----------|------|-----------|
| 040 | 00 | ARAD | 2135 |

**Cost Center Name**
MUSCULOSKELETAL RADIOLOGY

Contact Name                                Telephone #

**Nature of Action**

Reason #1 ▼                          Reason #2 ▼

Other (describe) Per Diem Status        New MASS License # (when applicable)

Note: Complete a Financial Justification Form if requested change is not budgeted or if YTD cost center salary varience is negative.
Requires Internal Transfer/Change in Hours Form     from employee.     ** Requires analysis documentation from Compensation Department to be attached.

**Remarks** Effective 7/1/18 Dr. Korgaonkar's employment status is changing from 0.6FTE to a Per Diem.
Will no longer be paid from the school. School id#10031342

### FROM:

| Position Code | md0091 | Position Title | PHYSICIAN | | | | Union | PHYS |
|---|---|---|---|---|---|---|---|---|
| Grade | 99 | | **Job Code** | PHY01 | | | **Location Code** | U55LA |
| Weekly Hours | 24 | **Shift Length** | | **Shift** | 1 | **Check Distribution/I-Code** | | |
| Accrual | ▼ | Payout | ▼ | Status | ▼ | Probation | | ▼ |

| Payroll Cost Center Numbers | Hourly Rate | Annual Rate | % Position | Funding Account | Ending Date |
|---|---|---|---|---|---|
| ▮▮▮ | 163.4600 | 200,310.00 3,690 #204,000 | 98.19210 | ▮▮▮ | 6/30/18 6/30/18 |

### TO:

| Position Code | MD0968 | Position Title | PHYSICIAN | | | | Union | PDPHY |
|---|---|---|---|---|---|---|---|---|
| Grade | 99 | | **Job Code** | PHY42 | | | **Location Code** | U55LA |
| Weekly Hours | | **Shift Length** | | **Shift** | 4 | **Check Distribution/I-Code** | | |
| Accrual | ▼ | Payout | ▼ | Status | ▼ | Probation | | ▼ |

| Payroll Cost Center Numbers | Hourly Rate | Annual Rate | % Position | Funding Account | Ending Date |
|---|---|---|---|---|---|
| ▮▮▮ | 162.5000 | - | 100 | ▮▮▮ | |
| | | - | | | |
| | | - | | | |
| | | - | | | |

### Required Signatures:

| | | | |
|---|---|---|---|
| Department Director or Designee | Date | 5. Budget Department/Clinical System | Date |
| 2. Principal Investigator | Date 6/29/18 | 6. Budget Department, Medical School | Date |
| 3. a. President/Chair | Date | 7. Executive Vice President/COO or designee (non-budgeted positions only) | Date |
| b. President, Hospital Division or Executive Director, Medical Group (non-budgeted positions only). | Date | | |

| Signature | Title | Date |
|---|---|---|

**FOR HUMAN RESOURCE USE ONLY:**

Comments: Dr. Korgaonkar is eligible to be paid the balance of her Vacation B bank hours totaling 225.28 at her current rate of pay.
She is eligible to be paid any Regular vacation hours remaining this fiscal year as well.

| Sent To: | ___ Employee | ___ Manager | ___ Payroll | ___ Nursing Resources | SD 7-5-18 |
|---|---|---|---|---|---|

Rev 6/10

CONFIDENTIAL                    UMM-16231

# Exhibit XXXX

Radiologists hired by UMass Memorial Medical Group since March 14, 2018.

| Name | Hire Date |
|---|---|
| Brian Brochu, M.D. | 3/30/2018 |
| Tasneem Lalani, M.D. | 6/30/2018 |
| Anna Shiffin, M.D. | 7/1/2018 |
| Hemang Kotecha, M.D. | 8/15/2018 |
| James Kelly, M.D. | 9/6/2018 |
| Elisabeth Garwood, M.D. | 9/28/2018 |
| Jasmeet Singh, M.D. | 11/8/2018 |
| Maria Barile, M.D. | 12/31/2018 |
| David Gerson, M.D. | 6/30/2019 |
| Ganesh Joshi, M.D. | 6/30/2019 |
| Ashesh Patel, M.D. | 7/15/2019 |
| Gabriela Santos Nunez, M.D. | 7/28/2019 |
| Steven Sherry, M.D. | 7/31/2019 |
| Kevin Daly, M.D. | 8/30/2019 |
| Julia Rissmiller, M.D. | 9/30/2019 |
| Suma Kannabiran, M.D. | 12/6/2019 |
| Alexander Bankier, M.D. | 12/31/2019 |
| Jeffrey Greenberg, M.D. | 12/31/2019 |
| Daniel Silverstone, M.D. | 12/31/2019 |
| Varun Naragum, M.D. | 1/27/2020 |
| Christopher Baker, M.D. | 2/28/2020 |
| Nicolas Bloch, M.D. | 2/29/2020 |
| Edgar Yucel, M.D. | 5/29/2020 |
| Vivek Pargaonkar, M.D. | 6/30/2020 |
| Anna-Luisa Kuhn, M.D. | 8/31/2020 |
| Anushree Agrawal, M.D. | 10/1/2020 |

# Exhibit YYYY

 UMassMemorial |  University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

July 6, 2017

Max P. Rosen, MD, MPH, FACR
Professor and Chair

Brian Brochu, MD



Dear Dr. Brochu,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective March 30, 2018.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as an Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Community Radiology Division, as a 1.0 FTE radiologist, reporting to Darren Brennan, MD Vice-chair for Community and Network Operations. You will represent UMass Radiology as the chief of Radiology at Marlborough Hospital (pending approval by the appropriate boards). In this capacity, we expect that you will fully integrate into the clinical and administrative activities of Marlborough Hospital and participate in all meetings, committees and leadership roles as expected of their chiefs of service. The majority of your time will be spent at Marlborough Hospital.

- At Marlborough Hospital, we expect that you will focus on "general x-ray" and fluoroscopy, Chest/Abdomen/Pelvic CT, non-Ob ultrasound, MSK MRI, and be able to perform the full range of CT and US guided procedures, including biopsies, drainages, arthrograms and venous access.

- In addition, we expect that you will be available to perform clinical and other duties related to the practice of Radiology at all sites covered by UMass Radiology, including, but not limited to Health Alliance Hospital, Clinton Hospital, and UMass Memorial Medical Center.

- Your call obligation will be in the Abdominal Division. Our base call is 1:5. There currently is no expectation to carry a beeper.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

- Given your more than 5 years working in the UMass system, you will be allocated 7 weeks (35 days vacation) per year.
- Your non-clinical time will be allocated to 1/2 day week (22.5 days per year).

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

- Your base salary as a 1.0 FTE would be $375,000 per year.

In addition, during your first two years (April 1, 2018 to March 30, 2020) we are able to offer you up to an additional week of conference time each year (10 days in total) to attend mutually agreed-upon CME courses to enhance your skill set(s). UMMMG will cover the reasonable costs associated with registration, travel, food, etc. for these CME activities. Please let me know which course you would like to attend at least 90 days in advance, so that we can "pre-approve" your registration and travel expenses.

You will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than July 30, 2017. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,


_____   7/10/2017
Max P. Rosen, MD, MPH      Date:
Professor and Chair
Department of Radiology


_____   7/24/17
Stephen Tosi, MD           Date:
Chief Physician Executive
UMass Memorial Medical Group


_____   7/30/2017
Brian Brochu, MD           Date:


Cc:    Luanne Thorndyke, MD

# Exhibit ZZZZ

| | |
|---|---|
| **From:** | Rosen, Max <Max.Rosen@umassmemorial.org> |
| **Sent:** | Friday, February 16, 2018 5:57 PM |
| **To:** | Dill, Karin <Karin.Dill@umassmemorial.org> |
| **Subject:** | Re: confidential review |

Have not heard that itâ€™s down
Can you review these by early  next week. Thanks

Sent from my iPhone

On Feb 16, 2018, at 5:08 PM, Dill, Karin <Karin.Dill@umassmemorial.org> wrote:

> I think pacs is down.  I cannot load images
>
> _____
>
> **From:** Rosen, Max
> **Sent:** Friday, February 16, 2018 4:23 PM
> **To:** Dill, Karin <Karin.Dill@umassmemorial.org>
> **Subject:** RE: confidential review
>
>
> Ok -  can you review the remainder on the list and then send me the entire summary?
>
> Max
>
> _____
>
> **From:** Dill, Karin
> **Sent:** Friday, February 16, 2018 4:08 PM
> **To:** Rosen, Max <Max.Rosen@umassmemorial.org>
> **Subject:** confidential review
>
>
> << File: Desai_29Jan2018_Cases_read-dill review.xlsx >>
> What I have so far is concerning.  There are two signif problems caught so far upon my limited
> review

**UMM-04420**