# Exhibit AAAAA

 **UMassMemorial**

Medical Group

One Biotech Park
365 Plantation Street
Worcester, MA 01605-2376
Tel: 508-334-0311
Fax: 508-334-0333
E-mail: streetem@ummhc.org
www.umassmemorial.org

Michele M. Streeter, CPA
Vice President, Finance & Administration

**PERSONAL AND CONFIDENTIAL**
**VIA OVERNIGHT DELIVERY**

September 9, 2013

Keith Cauley, MD

RE:  Your Request

Dear Dr. Cauley:

I understand through our HR Business Partner, Kathleen LeBlanc, that you have requested an additional review of your original request pursuant to the UMass Memorial Medical Group Dispute Resolution Policy for Physicians.  As you are aware, Dr. Steve Tosi conducted a thorough review of the decision of your Department Chair to issue notice of termination of your employment, without cause, pursuant to your employment agreement.  Dr. Tosi met with and spoke with a number of individuals, including yourself and your Chair.  As you were informed, his conclusion was that this decision was within the Chair's discretion.  Consistent with your employment agreement, you were afforded six months' notice of this decision.

The next step of review called for under our Policy would ordinarily be provided by the President of the Medical Group.  Since that role is now being filled by Dr. Tosi himself on an interim basis, I have reviewed the process followed by Dr. Tosi.  I concur with his conclusion.  As you further know, you were notified that you had the election to resign your employment, rather than have it characterized as a termination.  You subsequently submitted a letter of resignation, but to the extent that you refer it as a "forced resignation," please be advised that we will not accept that characterization.  Unless we hear otherwise from you within the next two weeks, we will accept the letter of resignation as a voluntary action on your part, and your personnel record will reflect it as such.

Finally, I will note that counter to your representations, it appears that you have had full access to and assistance from our Human Resources team throughout this process.  While we understand that this has been a difficult process for you, we remain confident that the necessary resources were in place to assist you.

Thank you for your contributions to UMass Memorial and best wishes to you in your future endeavors.

Sincerely,

Michele Streeter, Executive Vice President/COO
Cc: Stephen Tosi, MD
    Max Rosen, MD
    Kathleen LeBlanc

UMass Memorial Medical Group
is a multi-specialty group practice with
offices throughout Central Massachusetts.

 

Department of Radiology

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

VIA HAND DELIVERY

March 1, 2017

Refky Nicola, MD
UMass Memorial Medical Group
Department of Radiology
55 Lake Avenue North
Worcester, MA  01655

RE: Notice of Termination of Employment

Dear Dr. Nicola:

As has been discussed with you, this letter shall serve as formal written notice, pursuant to your employment agreement that your employment with UMass Memorial Medical Group and the University of Massachusetts Medical School shall terminate on June 30, 2017.  Please contact Kelly Zalegowski, Director of Physician Benefits, if you have any benefits- related questions.

Thank you for your contributions to our Department.  We wish you the best in your future endeavors.

Sincerely,

Max Rosen, MD, Chair
Department of Radiology

Stephen Tosi, MD, President
UMass Memorial Medical Group

cc:  Randa Mowlood
     Luanne Thorndyke, MD

**CONFIDENTIAL**

UMM-03710

    Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

**VIA HAND DELIVERY**

May 8, 2014

Eugenio Suran, MD
Department of Radiology
UMass Memorial Medical Group
55 Lake Avenue North
Worcester, MA  01655

RE:  *Notice of Termination of Employment*

Dear Dr. Suran:

As has been discussed with you at your meeting today, this letter is to serve as formal
notice that your employment with UMass Memorial Medical Group and the University of
Massachusetts Medical School will terminate, without cause, effective January 7, 2015.
You will be expected to fulfill all of your clinical and professional responsibilities in a
timely and satisfactory manner during this notice period.  Should you be interested in
taking on some per diem work as of January 8, 2015, I would be glad to discuss that
opportunity going forward.

Kathleen LeBlanc in the Human Resources Department will be available to discuss any
benefits-related questions you may have.  You can reach her at 508-421-1360.

Thank you for your efforts on behalf of UMass Memorial.  We wish you success in your
future endeavors.

Sincerely,

Stephen Tosi, MD, Interim President
UMass Memorial Medical Group, Inc.

Max Rosen, MD, Chair
Department of Radiology

Cc:  Luanne Thorndyke, MD
     Kathleen LeBlanc

**CONFIDENTIAL**

**UMM-03718**

 UMassMemorial   University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
www.umassmemorial.org

February 14, 2017

Christopher Sereni, MD
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

Dear Dr. Sereni:

UMass Memorial Medical Center and the University of Massachusetts Medical School
are now working on the various credentialing matters for your appointment to the
Medical Staff and to the Faculty of the Medical School. For this process to proceed we
need to have 3 letters of reference to support your appointment to the Medical Staff. You
have already or will shortly receive a separate letter from the Medical Staff describing the
type of detail requested in that letter.

However, in addition, we will require you to provide our office with a list of references to
support your academic faculty appointment. Faculty appointment at the Assistant
Professor requires you to provide a minimum of three letters of support to attest to your
clinical accomplishments and research and/or scholarly contributions in your area of
expertise. Letters should also include an assessment of your professional and ethical
behavior and performance. Each letter should include a sentence in support of your
faculty appointment at the **rank of Assistant Professor of Radiology on the non-tenure
track**.

In addition, please sign and return the enclosed Participation Agreement and Conflict of
Interest Form pertaining to your faculty appointment.

If I can be of further help, please let me know. I can be reached at 508/856-3252.

Thank you.

Sincerely,

Cindy Wilson-Leadekei
Sr. Executive Administrative Assistant to:
Max. P. Rosen, MD, MPH
Professor and Chair
Department of Radiology

Enclosures

 **UMassMemorial**     *University of Massachusetts Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

November 3, 2016

*Max P. Rosen, MD, MPH, FACR*
*Professor and Chair*

Christopher P. Sereni, M.D.


Dear Dr. Sereni,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective June 30, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of

# Exhibit BBBBB

# Christopher P. Sereni, M.D.



• christopher.sereni@umassmemorial.org

## Education

| | |
|---|---|
| University of Massachusetts Memorial Medical Center<br>Assistant Professor of Radiology, UMass Medical School<br>Division of Musculoskeletal Imaging | Jul 2017-<br>Present |
| Johns Hopkins University; Baltimore, MD<br>Musculoskeletal Radiology Fellowship | Jul 2016-<br>Jun2017 |
| Albert Einstein Medical Center, Philadelphia, PA<br>Radiology Resident | Jul 2012-<br>Jun2016 |
| Albert Einstein Medical Center, Philadelphia, PA<br>Transitional-Year Resident | Jul 2011-<br>Jun2012 |
| University of Medicine and Dentistry of New Jersey –<br>Robert Wood Johnson Medical School (RWJMS)<br>M.D., May 2011 | Aug 2007-<br>May 2011 |
| Johns Hopkins University<br>B.A. Biology and Mathematics, May 2007, GPA: 3.93 | Aug 2003-<br>May 2007 |

## Honors and Achievements

| | |
|---|---|
| Chief Radiologist Resident | Jun 2015-Jun 16 |
| Alpha Omega Alpha, Junior member | 2010 |
| RWJMS Dean's Scholar (Full-Tuition Scholarship) | 2007 |
| RWJMS Alumni Scholarship | 2009 |
| RWJMS Summer Research Fellowship Recipient | 2008 |
| Phi Beta Kappa, Johns Hopkins University | 2007 |

 **UMassMemorial**  **University of Massachusetts Medical School**

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

Max P. Rosen, MD, MPH, FACR
Professor and Chair

August 2, 2018

Maria F. Barile, MD



Dear Dr. Barile,

On behalf of UMass Memorial Medical Group ("UMMMG") and the University of Massachusetts Medical School ("UMMS"), we are pleased to extend an offer of employment to you within the Department of Radiology, effective December 31, 2018. If you choose to accept this offer, you would be joining UMMMG as an employed physician, and your employment would be governed by the terms and conditions of an employment agreement with UMMMG, a copy of which will be forwarded to you upon acceptance of this offer.

Concurrently, you will be recommended for appointment to the faculty of UMMS as Assistant Professor within the Department of Radiology, non-tenure track, pending formal approval through the standard academic review process. Your faculty appointment and status will be governed by the Academic Personnel Policy for UMMS, (Dec.T95-022, as amended) (https://goo.gl/w37PVG). In addition to the services you will be providing under your employment agreement with UMMMG, you will also be performing certain services on behalf of UMMS, and a portion of your compensation will be paid to you by UMMS.

You will be joining us as a member of the Cardiothoracic Radiology Division. As a member of the Cardiothoracic Radiology Division, you will report to Dr. Karin Dill, Division Director for Cardiothoracic Radiology.

- You will be allocated 36 academic (non-clinical) days per fiscal year.
- You will be responsible for sharing in the weekend call (Saturday and Sunday) responsibilities which is currently 1:5 (approximately 10 weekends per calendar year).
- Holidays are distributed evenly among the Cardiothoracic division members. Any holiday which you work, will be "paid" with a "compensation" day at a mutually agreed upon time.

As a UMMS Faculty Member, you will be expected to demonstrate excellence in one or more Areas of Distinction (Health Care Delivery; Investigation; Education; Population Heath and Public Policy), to demonstrate effectiveness in Educational Activities, and to participate in Academic Service. Educational Activities may include clinical teaching and mentoring, as well as didactic instruction for medical students, residents and other learners.

Your successful development as an academic physician is important to all of us.  You will receive mentoring and support from faculty within the Department, from other UMMS faculty, and through a resource network that includes other clinical and basic science departments and programs.  UMMMG and UMMS offer a variety of programs to support your development.  The UMMS Office of Faculty Affairs offers faculty development and mentoring to assist faculty in attaining their goals.  Information and resources are available at http://www.umassmed.edu/ofa.

Your initial salary would be $330,00 per year. You will be eligible to participate in the UMMMG Physician Incentive Compensation Program after completing one year of employment.  Please review the attached document entitled "Physician Benefits At-A-Glance," which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than August 31, 2018, three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our Office of Medical Staff Services, a satisfactory pre-employment physical, drug testing and criminal background check.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal UMMMG employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Ms. Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH

Stephen Tosi, MD
Chief Physician Executive
President, UMass Memorial Medical Group

Accepted by:

Maria F. Barile, MD                          8/20/18
                                             Date

Cc:  Luanne E. Thorndyke, MD, Vice Provost for Faculty Affairs, UMMS

 

**University of Massachusetts Medical School**

*Department of Radiology*

*University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org*

*Max P. Rosen, MD, MPH, FACR
Professor and Chair*

June 15, 2018

Elisabeth Garwood, MD



Dear Dr. Garwood,

On behalf of UMass Memorial Medical Group ("UMMMG") and the University of Massachusetts Medical School ("UMMS"), we are pleased to extend an offer of employment to you within the Department of Radiology, effective September 28, 2018. If you choose to accept this offer, you would be joining UMMMG as an employed physician, and your employment would be governed by the terms and conditions of an employment agreement with UMMMG, a copy of which will be forwarded to you upon acceptance of this offer.

Concurrently, you will be recommended for appointment to the faculty of UMMS as Assistant Professor within the Department of Radiology, non-tenure track, pending formal approval through the standard academic review process. Your faculty appointment and status will be governed by the Academic Personnel Policy for UMMS, (Dec.T95-022, as amended) (https://goo.gl/w37PVG). In addition to the services you will be providing under your employment agreement with UMMMG, you will also be performing certain services on behalf of UMMS, and a portion of your compensation will be paid to you by UMMS.

You will be joining us as a member of the Musculoskeletal Division (MSK). As a member of the MSK division, you will report to Dr. Steve Baccei, Division Director for MSK. You will be expected to perform the full range of MSK related diagnostic interpretations (X-Ray, CT, MRI, and Ultrasound) and interventional MSK procedures (arthrograms, bone and soft tissue biopsies, joint injections).

From September 28, 2018 until June 30, 2019 your schedule will be as follows:

- You will be responsible for working on the 4-10 shift, on a combination of (Monday thru Thursday) 10 days per calendar month. This shift will be at Memorial Hospital, in order for you to be available to cover contrast injections at our MRI facility. At various times, we may ask you to cover contrast injections, and also perform arthrograms at our Shrewsbury Street outpatient MRI facility from 4-10 pm. These shifts would be included in your allocation of 10 4-10 pm shifts per month, NOT in addition to your allocation of 10 shifts per month.

- You will be scheduled in MSK during normal business hours during the remainder of your clinical time.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- During this time period you will NOT be responsible for any weekend "call" coverage.

After July 1, 2019, your schedule will revert to that of all others in the MSK division.
- You will be allocated 46 academic (non-clinical) days per 12 months (1 day per week).
- You will be responsible for sharing in the weekend call responsibilities which is currently 1:5. The MSK division currently covers our outpatient MRI center from 8 am to 5 pm Saturday, Sunday, and Holidays.
- Holidays are distributed evenly among the MSK division members. Any holiday which you work, will be "paid" with a "compensation" day at a mutually agreed upon time.

As a UMMS Faculty Member, you will be expected to demonstrate excellence in one or more Areas of Distinction (Health Care Delivery; Investigation; Education; Population Heath and Public Policy), to demonstrate effectiveness in Educational Activities, and to participate in Academic Service. Educational Activities may include clinical teaching and mentoring, as well as didactic instruction for medical students, residents and other learners.

Your successful development as an academic physician is important to all of us. You will receive mentoring and support from faculty within the Department, from other UMMS faculty, and through a resource network that includes other clinical and basic science departments and programs. UMMMG and UMMS offer a variety of programs to support your development. The UMMS Office of Faculty Affairs offers faculty development and mentoring to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your initial salary would be $330,000 per year. You will be eligible to participate in the UMMMG Physician Incentive Compensation Program after completing one year of employment. Please review the attached document entitled "Physician Benefits At-A-Glance," which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

If you are able to accept our offer of employment and return your signed offer on or before July 30, 2018, we would like to offer a sign-on bonus of $10,000. Per our usual practice, half of this will be paid after the first month of employment with UMMMG, and the balance will be paid after completing six months of employment.

Also, UMMMG will reimburse you for reasonable moving expenses up to a maximum of $5,000 upon receipt of proper documentation.  This reimbursement must be repaid if your employment with UMMMG should last less than one year.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than July 30, 2018, three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our Office of Medical Staff Services, a satisfactory pre-employment physical, drug testing and criminal background check.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal UMMMG employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Randa Mowlood at 508-334-7755.  We look forward to hearing from you.

Sincerely,

_Max P. Rosen_ 6/19/2018

Max P. Rosen MD MPH
Professor and Chair
Department of Radiology

_Stephen Tosi' MD_ 6/28/18

Stephen Tosi, MD
Chief Physician Executive
President, UMass Memorial Medical Group

Accepted by:

Elisabeth Garwood, MD

Date: 7/11/18

Cc:  Luanne E. Thorndyke, MD, Vice Provost for Faculty Affairs, UMMS

# Elisabeth Garwood, MD



**CURRENT**

University of Massachusetts Medical School
Assistant Professor of Radiology, Division of Musculoskeletal Radiology

New York University
Assistant Professor of Radiology, Division of Musculoskeletal Radiology
2016 - 2018

**EDUCATION**

New York University
New York, NY
Musculoskeletal Radiology Fellowship
2015 - 2016

University of California, San Francisco
San Francisco, CA
Radiology Residency
2011 - 2015

George Washington University Hospital
Washington, DC
Preliminary Internal Medicine
2010 - 2011

Pennsylvania State University College of Medicine
Hershey, PA
Doctor of Medicine
2010

University of Massachusetts
Amherst, MA
BSc., Animal Sciences / Pre-Veterinary Medicine
2001

**AWARDS/HONORS**

| | | |
|---|---|---|
| • | Mellinger Scholarship for Medical Research | 2006 |
| • | Doris Duke Clinical Research Fellowship | 2007 |
| • | Dean's Travel Award | 2008 |
| • | The Hershey Company Scholarship for Medical Students | 2009 |
| • | Alpha Omega Alpha Honor Society | 2009 |
| • | Best Medical Student Research Project Award and Invited Lecture | 2010 |
| • | Dean's Award for Academic Excellence | 2010 |
| • | Intern of the Year, Preliminary Medicine | 2011 |
| • | Young Investigator Award, Society for Skeletal Radiology | 2016 |

**Brian T. Brochu, M.D.**
Radiology Department
UMass

Brian.Brochu@UMASSMEMORIAL.ORG

---

**Education**

| | |
|---|---|
| M.D., Jefferson Medical College, Thomas Jefferson University, Philadelphia, P.A./U.S.A. | 1997 |
| B.S. Biology *(Cum Laude)*, Springfield College, Springfield, MA/U.S.A. | 1992 |

**Postdoctoral Training**

| | |
|---|---|
| Fellowship, University of Massachusetts/UMass, Worcester, MA | 2008-2009 |
| Fellowship in MRI | |
| Residency, University of Massachusetts Medical School, Worcester, MA | 2004-2008 |
| Internship, Albert Einstein Medical Center, Philadelphia, PA | 1998 |

**Academic Appointments**

| | |
|---|---|
| Assistant Professor<br>Radiology, University of Massachusetts, Worcester, MA | 2018-Present |

**Major Leadership Positions**

| | |
|---|---|
| Credentialing Committee<br>University of Massachusetts/Marlborough Campus, Marlborough, MA | 2018-Present |
| Division Chief, Radiology Division<br>University of Massachusetts/Marlborough Campus, Marlborough, MA | 2018-Present |
| MSQA Committee<br>University of Massachusetts/Marlborough Campus, Marlborough, MA | 2018-Present |

**Other Positions and Employment**

| | |
|---|---|
| UMass Memorial Medical Center, Worcester, MA | 3/2018-Present |
| Commonwealth Radiology Associates, Salem. MA | 5/2016-3/2018 |
| UMass Memorial Medical Center, Worcester, MA | 3/2015-5/2016 |
| Private Practice, Marlborough Radiology Associates, Marlborough, MA | 7/2009-3/2015 |

| | |
|---|---|
| Massachusetts State Medical License | 2006-Present |
| **Clinical Discipline** | |
| Discipline, Radiology | 2008-Present |

**Updated:** Date

 UMassMemorial  University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

July 6, 2017

Max P. Rosen, MD, MPH, FACR
Professor and Chair

Brian Brochu, MD


Dear Dr. Brochu,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective March 30, 2018.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as an Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Community Radiology Division, as a 1.0 FTE radiologist, reporting to Darren Brennan, MD Vice-chair for Community and Network Operations. You will represent UMass Radiology as the chief of Radiology at Marlborough Hospital (pending approval by the appropriate boards). In this capacity, we expect that you will fully integrate into the clinical and administrative activities of Marlborough Hospital and participate in all meetings, committees and leadership roles as expected of their chiefs of service. The majority of your time will be spent at Marlborough Hospital.

- At Marlborough Hospital, we expect that you will focus on "general x-ray" and fluoroscopy, Chest/Abdomen/Pelvic CT, non-Ob ultrasound, MSK MRI, and be able to perform the full range of CT and US guided procedures, including biopsies, drainages, arthrograms and venous access.

- In addition, we expect that you will be available to perform clinical and other duties related to the practice of Radiology at all sites covered by UMass Radiology, including, but not limited to Health Alliance Hospital, Clinton Hospital, and UMass Memorial Medical Center.

**CONFIDENTIAL** **UMM-09984**

- Your call obligation will be in the Abdominal Division. Our base call is 1:5. There currently is no expectation to carry a beeper.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

- Given your more than 5 years working in the UMass system, you will be allocated 7 weeks (35 days vacation) per year.
- Your non-clinical time will be allocated to 1/2 day week (22.5 days per year).

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

- Your base salary as a 1.0 FTE would be $375,000 per year.

In addition, during your first two years (April 1, 2018 to March 30, 2020) we are able to offer you up to an additional week of conference time each year (10 days in total) to attend mutually agreed-upon CME courses to enhance your skill set(s). UMMMG will cover the reasonable costs associated with registration, travel, food, etc. for these CME activities. Please let me know which course you would like to attend at least 90 days in advance, so that we can "pre-approve" your registration and travel expenses.

You will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than July 30, 2017. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,


_____  7/10/2017
Max P. Rosen, MD, MPH     Date:
Professor and Chair
Department of Radiology


_____  7/24/17
Stephen Tosi, MD          Date:
Chief Physician Executive
UMass Memorial Medical Group


_____  7/30/2017
Brian Brochu, MD          Date:


Cc:    Luanne Thorndyke, MD


**CONFIDENTIAL**                    **UMM-09986**

**RYAN TAI, MD**



**EDUCATION:**

| | |
|---|---|
| August 2007 - June 2011 | **Warren Alpert Medical School of Brown University,** Providence, RI<br>Doctor of Medicine, Concentration in Disaster Medicine |
| September 2003 - May 2007 | **Brown University,** Providence, RI<br>Bachelor of Arts in Economics with Magna Cum Laude |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| July 2016 - June 2017 | **Brigham and Women's Hospital/ Harvard Medical School,** Boston, MA<br>Musculoskeletal Imaging and Intervention Fellowship |
| January 2016 - June 2016 | **Brigham and Women's Hospital/ Harvard Medical School,** Boston MA<br>Breast Imaging Mini-Fellowship |
| July 2012 - June 2016 | **Brigham and Women's Hospital/Harvard Medical School,** Boston, MA<br>Diagnostic Radiology Residency |
| June 2011 - June 2012 | **Roger Williams Medical Center/Boston University School of Medicine,** Providence, RI<br>Internal Medicine Internship |

**FACULTY ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| July 2017 - Present | **University of Massachusetts Medical School,** Worcester, MA<br>Assistant Professor of Radiology |

**APPOINTMENTS AT HOSPITALS:**

| | |
|---|---|
| July 2017 - Present | **UMass Memorial Medical Center,** Worcester, MA<br>Attending Radiologist, Division of Musculoskeletal Imaging and Intervention |

| July 2017 - Present | **UMass Memorial Marlborough Hospital,** Marlborough, MA<br>Attending Radiologist, Division of Musculoskeletal Imaging and Intervention |
| July 2017 - Present | **UMass Memorial Health Alliance-Clinton Hospital,** Clinton and Leominster, MA<br>Attending Radiologist, Division of Musculoskeletal Imaging and Intervention |

## BOARD CERTIFICATION:

| October 2017 | **American Board of Radiology**<br>Board Certified |

## LICENSURE:

| June 2012 - Current | **Massachusetts State Medical Board**<br>License 265324 |

## WORK EXPERIENCE:

| June 2007 - August 2007 | **Alaska Native Medical Center,** Anchorage, AK<br>Indian Health Services Extern in Neurology |
| June - August 2006, May - August 2005 | **Sandia National Laboratories,** Albuquerque, NM<br>Research Intern in the International Biological Threat Reduction Program |

## COMMITTEE SERVICE:

| July 2017 - Present | **University of Massachusetts Medical School**<br>Clinical Competence Committee for the Musculoskeletal Radiology Fellowship |
| July 2017 – Present | **University of Massachusetts Medical School**<br>Resident Mentorship and the Resident Selection Committee |
| July 2017 – Present | **UMass Memorial Medical Center**<br>Musculoskeletal Radiology MRI Protocol Modernization Committee |

## TEACHING EXPERIENCE:

| July 2017 - Present | **UMass Memorial Medical Center/ University of Massachusetts Medical School** |

 

UMassMemorial | University of Massachusetts Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

December 5, 2016

Max P. Rosen, MD, MPH, FACR
Professor and Chair

Ryan Tai, MD


Dear Dr. Tai,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective July 17, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1/2 day per week (23 days/year)

This allocation will be re-evaluated after six months at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than December 19, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH          Date: 12/6/2016
Professor and Chair
Department of Radiology

Stephen Tosi, MD          Date: 12/16/16
Chief Physician Executive
UMass Memorial Medical Group

Ryan Tai, M.D.          Date: 12/19/2016

**George (Chip) J. Watts V, M.D.**

████████████████

(956) 414-2750

**FACULTY POSITION**

07/2017 – Current   **University of Massachusetts Medical School**
                    **Assistant Professor**
                    Musculoskeletal Imaging and Intervention
                    Department of Radiology
                    Worcester, MA

**FELLOWSHIP**

07/2016 – 06/2017   **Thomas Jefferson University Hospital**
                    Musculoskeletal Imaging and Intervention
                    Department of Radiology
                    Philadelphia, PA

**RESIDENCY**

07/2012 – 06/2016   **Beth Israel Deaconess Medical Center**
                    **Harvard Medical School**
                    Radiology Residency Program
                    Boston, MA

**INTERNSHIP**

07/2011 – 06/2012   **John Peter Smith Hospital**
                    Transitional Program
                    Fort Worth, TX

**EDUCATION**

08/2007 – 06/2011   **University of Texas Medical Branch**
                    M.D.
                    Galveston, TX

08/2003 – 05/2007   **Texas Christian University**
                    B.S. in Biology, *magna cum laude*
                    Fort Worth, TX

# Exhibit CCCCC

**Newman, Diann (Human Resources)**

| | |
|---|---|
| **From:** | Podesta, Maureen |
| **Sent:** | Monday, May 09, 2016 10:05 AM |
| **To:** | Mathis, Cheryl; Anti, Judy; Newman, Diann (Human Resources); Richardson, Deb; Joly, Robert; Martella, Rebecca; Flis, Melissa; Jackson, Chris (Medical Group Administration); Heffernan, Megan; Caputo, Tiffany |
| **Subject:** | Agrawal - Neuroradiology UMMMG |
| **Attachments:** | NPN FORM.xml; New Provider Notification Form.xsn |

*Maureen*

Maureen Podesta, CPMSM
Director, Medical Staff Services/Provider Enrollment
UMass Memorial Medical Center
281 Lincoln Street, Suite HM2-212
Worcester, MA 01605
(508-334-8017 phone)
(508-334-8235 fax)
(508-426-5168 page)

**From:** Zink, Ashley
**Sent:** Friday, May 06, 2016 4:06 PM
**To:** Medical Staff Services
**Cc:** Provider Enrollment
**Subject:** New Provider Notification Form

New Provider Notification Form

# NEW PROVIDER NOTIFICATION FORM

Please complete this form in its entirety to ensure successful submission. Incomplete information may delay the credentialing and/or provider enrollment process.

**If provider is already on staff, and this is a request for <u>Provider Enrollment ONLY</u> please check here:** ☐

## SECTION I DEPARTMENT INFORMATION

**Date of Submission:** 5/6/2016                    **Anticipated Start Date:** 8/31/2016

**Department Contact Name:** Ashley Zink                    **Department Contact Phone:** 508-856-6316

**Authorizing Department Chair/Division Chief:** Max Rosen, MD

**Department:** Radiology

**Division:** Neuroradiology

**Additional Department/Division(s):**

## SECTION II PROVIDER INFORMATION

Applicant **Name** (legal name as it appears on the provider's Massachusetts professional license):

**First:** Jay                    **Middle:**                    **Last:** Agrawal

1

CONFIDENTIAL                    UMM-05423

(Active, Courtesy, Consulting and Locum Only)

Administrative Title If Applicable (Chair, Chief, Program Director, etc.)

**Home Address: Please no P.O. Boxes**
Current Home Address: 61 GrandeVille Road SW Unit 1123, Rochester, MN 55902

Current Home Phone:          Cell Phone: 240-464-6185
Email: Agrawal.Jay@mayo.edu

Will this address change when the provider begins work at UMass Memorial Medical Center? Yes ⊙   No ○

PLEASE NOTE: If Yes, please provide new home address information on Provider Status Change Form when available.

Current Practice Location:

Can provider be contacted at work? Yes ○   No ⊙

Will this affiliation remain effective after joining UMass Memorial? ○ Yes   ⊙ No
If Yes, will this affiliation be the provider's primary affiliation?     ○ Yes ○ No

Credentialing Application materials should be sent to applicant via the following email
address: Agrawal.Jay@mayo.edu
(Provider Enrollment materials will be sent via UPS)

## SECTION III SPECIALTY AND SUBSPECIALTY INFORMATION

Clinical Specialty 1 – primary practicing (Must be specialty board certified, board eligible, or have completed a training program in specialty):
**Diagnostic Radiology**

Clinical Specialty 2 – other (Must be specialty board certified, board eligible, or have completed a training program in specialty):
Select...

Additional Specialties/Subspecialties (Must be specialty board certified, board eligible, or have completed a training program in specialty):

Patient Categories: ○ Adult    ○ Pediatric   ⊙ Both

## SECTION IV STAFF CATEGORY

Applicant to be posted on Find-A-Doc:    ⊙ Yes    ○ No
(Active, Active Referring, UMMMG or UMMMG/CMG Employee, or Managed Care Network physicians only)

Physcians (Includes MD, DO, PhD, DMD...)

⊙ Active          ○ Active Referring                               ○ Courtesy (includes moonlighters

**CONFIDENTIAL**          **UMM-05424**

O Consulting     O Non-Physician

O Podiatry-Courtesy     O Locum Tenens Physician**

O Podiatry-Active     O Temporary Non-Locum (<30 days within a one year period)

**Temporary/Locum Assignment is:**    O Contracted Directly with Provider   O Contracted with Locum Agency

O **Locum Long Term > 30 days in a one year period O Locum Short Term < 30 days in a one year period

**Locum Agency Name:**                   **Locum Agency Contact Name:**

**Locum Agency email:**                   **Locum Agency Phone:**

## REQUIRED FOR ALL LOCUM PROVIDERS:CLICK HERE

**Locum Agency Physical Address: (No P.O. Boxes)**

| | | | |
|---|---|---|---|
| **Company:** | | | |
| **Contact Name:** | | | |
| **Street:** | **Suite:** | | |
| **City:** | **State:** | **Zip:** | |
| **Phone:** | **Fax:** | **Email:** | |

---

## Affiliate Practitioners (Includes NP, PA, CRNA, LICSW...)

O **Affiliate Practitioner *&**

O **Locum Tenens Affiliate Practitioner *&****

*Supervising/Collaborating Physician:

**Temporary/Locum Assignment is:**

O Contracted Directly with Provider O Contracted with Locum Agency

O **Locum Long Term > 30 days in a one year period O Locum Short Term < 30 days in a one year period

**Locum Agency Physical Address: (No P.O. Boxes)**

| | | | |
|---|---|---|---|
| **Company:** | | | |
| **Contact Name:** | | | |
| **Street:** | **Suite:** | | |
| **City:** | **State:** | **Zip:** | |
| **Phone:** | **Fax:** | **Email:** | |

## *SECTION V UMASS MEMORIAL PRACTICE INFORMATION*

**UMass Memorial Medical Group**

**Practice Type:** Employee               ⦿ Full Time O Part Time O Per Diem

⦿ Dual O Non-Dual

Malpractice Coverage: Will Provider Be Covered By UMass Memorial Self Insurance Program? ⦿ Yes O No

Provider Will Be: O PCP O Specialist O PCP/Specialist ⦿ Other: radiologist

Billing:   O UMass Memorial Medical Group ⦿ APS Radiology     O No Billing
If billing through UMass Memorial Group, please also submit a Billing Area Form

Is Provider in a Fellowship Program with Billing Requested? O Yes ⦿ No
If yes, has clinical department cleared billing with Compliance Department: O Yes O No ⦿ N/A

3

## SECTION VI PRACTICE LOCATIONS

Primary Practice/Group Legal Name: Umass Memorial Medical Group

**Other Patient Care Location:**

Practice Site Location Name:

| Street: | Suite: | |
|---|---|---|
| City: | State: | Zip: |

Other Location Phone # :                     & Fax # :

Email:

This address is administrative/correspondence address:     O Yes    O No

**Other Patient Care Location:**

Practice Site Location Name:

| Street: | Suite: | |
|---|---|---|
| City: | State: | Zip: |

Other Location Phone # :                     & Fax # :

Email:

This address is administrative/correspondence address:     O Yes    O No

If none of the above are the Administrative/Correspondence Address, please list below:

Administrative Location Name:

| Street: | Suite: | |
|---|---|---|
| City: | State: | Zip: |

Administrative Location Phone # :                     & Fax # :

Email:

## SECTION VII CLINICAL AFFILIATIONS

Applicant's Primary Affiliation will be:

⊙ UMass Memorial Medical Center    O HealthAlliance    O Clinton    O Marlborough O

Other:

Check any other facilities at which the applicant will need clinical privileges as part of affiliation with UMass Memorial:

| | | | | |
|---|---|---|---|---|
| ☑ Clinton | ☑ Marlborough | ☐ Wing | ☐ Day Kimball | ☐ Milford Reg. Medical Center |
| ☐ eICU Provider | ☐ Health Alliance | ☐ Heywood | ☐ Devens | ☐ Commonwealth Medicine |
| ☐ EMK | ☐ Fairlawn Rehab. | ☐ Harrington | ☐ Community Healthlink | ☐ Family Health Center |
| ☐ Meadows | ☐ Parkview | ☐ Whittier | ☐ Southborough Med Group | ☐ Melrose-Wakefield |
| ☐ Holy Family Hospital | ☐ St. Elizabeth's | ☐ Fresenius | ☐ Davita | ☐ Vibra Healthcare |
| ☐ Norwood Hospital | ☐ Johnson Memorial | | ☐ Wingate | |

4

Other: _____

## SECTION VIII CREDENTIALS DOCUMENTS

Please scan the current C.V. along with any of the other below listed documents to medicalstaffservices@umassmemorial.org

- Current C.V. (Required to begin credentialing process)
- Massachusetts Professional License
- Federal DEA Registration
- MA State Controlled Substances Registration
- Specialty Board Certification
- NPI Notification Letter

## SECTION IX COMMENTS:

Dr. Jay Agrawal is a new Neuroradiologist with an anticipated Start date of 8/31/16

Links:  Staff Category Descriptions and Billing Area Forms

For any changes to this information (start date, addresses, affiliations, name, etc.) a Provider Status Change Form must be submitted.

Agrawal Jay CV 02 12 16.pdf

Adobe Acrobat Document

105 KB

File Attachment

File Attachment

File Attachment

File Attachment

File Attachment

File Attachment

File Attachment

5

**CONFIDENTIAL**          **UMM-05427**

 

University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

April 5, 2016

Jay Paul Agrawal, MD



Max P. Rosen, MD, MPH, FACR
Professor and Chair

Email:

Dear Dr. Agrawal,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective August 31, 2016.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

• You will join our Neuroradiology Division, as a full-time radiologist, reporting to Sathish Dundamadappa, MD, Interim Division Chief of Neuroradiology.

Your call obligation will be in the Neuroradiology Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call. As part of the routine "day" the Neuroradiology Division also covers a 4-10 pm shift on a rotating basis. (When you are scheduled on this shift, you are not scheduled to do any other clinical work that day).

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days will be allocated as follows:

• Two days per week (92 days per year, i.e. 2 days per 46 "non-vacation" weeks)

It's our hope that you will use this time to develop your research portfolio, with the goal that one day your research will be independently funded. I will work with you to identify mentors within the UMass IT and Medical School clinical communities, as well as suitable mentors/collaborators at other partner institutions. I am also fully supportive of your participation in grant writing or other career development workshops/peer groups at UMass, as well as those offered by national organizations, in order to help you achieve your career goals. This allocation of non-clinical time will be re-evaluated after two years at UMass.

CONFIDENTIAL

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home. This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than April 30, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

Max P. Rosen, MD, MPH      Date: APRIL 6 2016
Professor and Chair
Department of Radiology

Stephen Tosi, MD      Date: 4/19/16
Chief Physician Executive
UMass Memorial Medical Group

Jay Agrawal, MD      Date: 4/28/2016

# Exhibit DDDDD

 **UMassMemorial**    University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

February 14, 2017

Max P. Rosen, MD, MPH, FACR
Professor and Chair

Dear Diagnostic Radiology Faculty,

I am pleased to introduce the new salary structure for the Department of Radiology that will be effective
March 1, 2017.

Here are the highlights:

1) The base salary will be $330,000.
2) Associate Professors will receive an additional $10,000.
3) Professors will receive an additional $10,000.
4) Division and/or Medical Chiefs will receive $15,000.
5) Vice Chairs will receive $15,000.
6) Other administrative/clinical roles may receive monetary support at the discretion of the Chair.
7) The above salary and stipends are full-time faculty and will be prorated for part-timers.

For this year, salary adjustments will be made for faculty with more than a 1000 RVUs behind the 50th
percentile of the AAARAD RVU benchmark. The adjustment will be capped at 5% of the total salary. The
monetary value of an RVU will be based on the average collection/RVU in fiscal year 2016. This was
mandated by the hospital's funds flow committee.

You will receive individual letters outlining your new salary effective March 1, 2017.

Thank you for your patience with this project. I am confident that this new structure will provide
competitive salaries, compensation transparency, and a clear promotion trajectory.

Sincerely,

Max P. Rosen, MD, MPH
Chair Department of Radiology

Cc. Randa Mowlood

**UMM-03898**

# Exhibit EEEEE

## Wilson, Cindy

**From:** Rosen, Max
**Sent:** Tuesday, February 03, 2015 10:44 AM
**To:** Wilson, Cindy
**Subject:** FW: Confidential

**From:** Rosen, Max
**Sent:** Tuesday, November 18, 2014 4:18 PM
**To:** Wakhloo, Ajay; Puri, Ajit
**Cc:** Sambito, Sharon; Borezo, Doreen; Rosen, Max
**Subject:** Confidential

Dear Ajit and Ajay,

I am writing to summarize out meeting from last week and to outline the extra compensation for December 2014-June 2015 due to Chuck's absence.

In FY 2014 the NIR division performed approximately 24,000 wRVU.

- 12,000 Puri
- 1,850 Wakhloo

During the period when you are short staffed we will provide additional payments of $30/wRVU (paid quarterly) for work above the following levels:

- Puri : 2,500 / 3 months (based on 90th percentile AARAD)
- Wakhloo 500/3 months

In addition, extra call will be paid at our standard rate.

Can you each respond to this e-mail that you are in agreement, or let me know any questions/concerns.

Thanks so much for helping out during this time of short-staffing.  I really appreciate it.

Best,

Max

1

# Exhibit FFFFF

| Current Academic Rank | DOB | Gender | Ethnicity | Most Recent DOH | Division | Interventional? | Term Date | 1/1/2016 Annualized | 1/1/2017 Annualized | 3/1/2017 Annualized | 1/1/2018 Annualized | 1/1/2019 Annualized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assoc. Professor | 7/6/1950 | F | ASIAN | 1/5/1992 | CHEST THORACIC RADIOLOGY | No | 3/15/2019 | $283,375.04 | $283,375.04 | $320,800.06 | $339,999.92 | $339,999.92 |
| Assoc. Professor | 12/26/1960 | F | WHITE | 6/30/2002 | PEDIATRIC RADIOLOGY | No | | $307,229.94 | $307,229.94 | $329,999.90 | $329,999.90 | $329,999.90 |
| Professor | 7/13/1959 | M | ASIAN | 2/2/2004 | BODY IMAGING & INTERVENTIONAL | No | | $311,884.98 | $305,485.02 | $339,999.92 | $349,999.94 | $349,999.94 |
| Asst. Professor | 3/15/1962 | M | WHITE | 8/1/2004 | PEDIATRIC RADIOLOGY | No | 1/9/2017 | $350,025.10 | $350,025.10 | | | |
| Assoc. Professor | 1/9/1969 | F | ASIAN | 7/1/2005 | BODY IMAGING & INTERVENTIONAL | Yes | | $293,265.02 | $293,265.02 | $313,500.10 | $313,500.10 | |
| Assoc. Professor | 12/16/1952 | M | ASIAN | 7/1/2005 | BREAST IMAGING | No | | $336,785.07 | $336,785.07 | $369,999.97 | $369,999.97 | $369,999.97 |
| Professor | 8/10/1957 | M | ASIAN | 7/1/2005 | NEURO IMAGING AND INTERVENTION | Yes | 2/1/2018 | $599,999.92 | $599,999.92 | $599,999.92 | $599,999.92 | |
| Assoc. Professor | 3/26/1960 | M | ASIAN | 8/1/2006 | NEURORADIOLOGY | No | 6/30/2017 | | $361,584.08 | $361,584.08 | | |
| Assoc. Professor | 4/3/1975 | M | ASIAN | 8/3/2006 | NEURORADIOLOGY | No | | $293,265.44 | $371,750.91 | $371,750.91 | $371,750.91 | $371,750.91 |
| Asst. Professor | 1/14/1976 | F | ASIAN | 1/1/2007 | PEDIATRIC RADIOLOGY | No | | $279,299.90 | $279,299.90 | $329,999.90 | $329,999.90 | $329,999.90 |
| Asst. Professor | 2/28/1966 | M | WHITE | 7/31/2007 | RADIOLOGY MEMORIAL | No | | $302,774.99 | $302,774.99 | $345,000.03 | $345,000.03 | $345,000.03 |
| Assoc. Professor | 4/27/1973 | M | WHITE | 9/4/2007 | MUSCULOSKELETAL RADIOLOGY | No | | $317,965.02 | $307,965.01 | $355,000.05 | $365,000.06 | $365,000.06 |
| Assoc. Professor | 9/10/1957 | M | ASIAN | 1/21/2008 | BODY IMAGING & INTERVENTIONAL | No | | $297,920.06 | $297,920.06 | $329,999.90 | $355,000.05 | $355,000.05 |
| Professor | 10/20/1949 | M | ASIAN | 1/28/2008 | BODY IMAGING & INTERVENTIONAL | Yes | 8/30/2019 | $379,999.98 | $379,999.98 | $379,999.98 | $379,999.98 | $379,999.98 |
| Asst. Professor | 6/23/1974 | M | WHITE | 7/20/2009 | MUSCULOSKELETAL RADIOLOGY | No | 11/4/2016 | $311,884.98 | | | | |
| Asst. Professor | 9/23/1978 | M | ASIAN | 7/1/2010 | NEURORADIOLOGY | No | | $293,265.02 | $349,999.94 | $349,999.94 | $349,999.94 | $349,999.94 |
| Asst. Professor | 9/21/1974 | M | WHITE | 7/1/2010 | BODY IMAGING & INTERVENTIONAL | Yes | 6/30/2017 | $303,999.90 | $303,999.90 | $303,999.90 | | |
| Assoc. Professor | 3/21/1978 | M | WHITE | 7/12/2010 | MUSCULOSKELETAL RADIOLOGY | No | | $303,265.04 | $303,265.04 | $359,999.95 | $369,999.97 | $369,999.97 |
| Assoc. Professor | 1/6/1979 | M | ASIAN | 7/1/2011 | RADIOLOGY MEMORIAL | No | | $294,000.10 | $339,999.92 | $339,999.92 | $373,799.92 | $373,799.92 |
| Assoc. Professor | 11/26/1976 | M | ASIAN | 10/9/2011 | NEURO IMAGING AND INTERVENTION | Yes | | $499,999.97 | $499,999.97 | $499,999.97 | $499,999.97 | $599,999.92 |
| Professor | 10/30/1959 | M | WHITE | 3/1/2012 | RADIOLOGY ADMIN | No | | $649,270.96 | $662,255.98 | $662,255.98 | $675,501.01 | $716,031.06 |
| Assoc. Professor | 10/12/1979 | F | WHITE | 7/1/2012 | BREAST IMAGING | No | | | $329,999.90 | $329,999.90 | $329,999.90 | $339,999.92 |
| Asst. Professor | 6/17/1979 | M | ASIAN | 7/30/2012 | RADIOLOGY MEMORIAL | No | | $294,000.10 | $294,000.10 | $329,999.90 | $329,999.90 | $329,999.90 |
| Asst. Professor | 3/25/1982 | M | ASIAN | 7/30/2012 | VASCULAR INTERVENTIONAL | Yes | | $349,999.94 | $349,999.94 | $450,000.10 | $450,000.10 | $450,000.10 |
| Asst. Professor | 9/23/1979 | M | WHITE | 7/30/2012 | CHEST THORACIC RADIOLOGY | No | | $294,000.10 | | | | |
| Asst. Professor | 5/4/1978 | F | WHITE | 8/20/2012 | RADIOLOGY MEMORIAL | No | | $294,000.10 | $294,000.10 | $329,999.90 | $329,999.90 | $329,999.90 |
| Asst. Professor | 5/29/1976 | M | WHITE | 8/12/2013 | PEDIATRIC RADIOLOGY | No | | $255,000.10 | $310,000.08 | $345,000.03 | $345,000.03 | $345,000.03 |
| Asst. Professor | 10/17/1980 | F | WHITE | 6/27/2014 | NEURORADIOLOGY | No | 2/25/2016 | $270,000.02 | | | | |
| Asst. Professor | 7/13/1981 | M | WHITE | 7/30/2014 | MUSCULOSKELETAL RADIOLOGY | No | 2/22/2019 | $249,999.98 | $325,000.00 | $329,999.90 | $329,999.90 | $329,999.90 |
| Professor | 7/11/1964 | M | WHITE | 12/31/2014 | VASCULAR INTERVENTIONAL | Yes | | $400,000.02 | $400,000.02 | $440,000.08 | $440,000.08 | $440,000.08 |
| Instructor | 4/11/1955 | M | WHITE | 2/27/2015 | RADIOLOGY MEMORIAL | No | 6/23/2017 | $249,999.98 | $249,999.98 | $249,999.98 | | |
| Asst. Professor | 6/7/1964 | M | WHITE | 6/30/2015 | RADIOLOGY MEMORIAL | No | 6/30/2018 | $249,999.98 | $249,999.98 | $300,000.06 | $300,000.06 | |
| Asst. Professor | 12/17/1982 | M | WHITE | 7/1/2015 | RADIOLOGY MEMORIAL | No | 1/30/2018 | $249,999.98 | $300,000.06 | $329,999.90 | $329,999.90 | |
| Asst. Professor | 8/6/1975 | M | WHITE | 7/31/2015 | NEURORADIOLOGY | No | 10/13/2016 | $274,999.92 | | | | |
| Asst. Professor | 1/8/1981 | F | WHITE | 8/31/2015 | BREAST IMAGING | No | | $274,999.92 | $329,449.95 | $329,999.90 | $329,999.90 | $329,999.90 |
| Asst. Professor | 7/14/1974 | M | WHITE | 8/31/2015 | NEURO IMAGING AND INTERVENTION | Yes | 8/17/2018 | $394,999.90 | $394,999.90 | $394,999.90 | $394,999.90 | |
| Asst. Professor | 9/14/1982 | F | ASIAN | 8/31/2015 | BREAST IMAGING | No | 4/29/2016 | $264,999.90 | | | | |
| Asst. Professor | 10/28/1978 | M | WHITE | 10/1/2015 | NEURO IMAGING AND INTERVENTION | No | | $249,999.98 | $249,999.98 | $300,000.06 | $300,000.06 | |
| Asst. Professor | 1/6/1982 | M | WHITE | 12/21/2015 | VASCULAR INTERVENTIONAL | Yes | | $280,000.03 | $280,000.03 | $365,749.90 | $365,749.90 | $385,000.10 |
| Assoc. Professor | 1/17/1969 | F | WHITE | 2/29/2016 | CHEST THORACIC RADIOLOGY | No | 7/8/2019 | | $329,999.90 | $355,000.05 | $355,000.05 | $355,000.05 |
| Asst. Professor | 9/10/1984 | M | WHITE | 6/30/2016 | BODY IMAGING & INTERVENTIONAL | No | | | $270,000.02 | $329,999.90 | $329,999.90 | $329,999.90 |

UMM-00721

| Title | DOB | Gender | Race | Date | Department | | Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asst. Professor | 8/18/1984 | M | WHITE | 7/11/2016 | BODY IMAGING & INTERVENTIONAL | No | | | $274,999.92 | $329,999.90 | $329,999.90 | $345,000.03 |
| Asst. Professor | 6/6/1976 | M | WHITE | 7/30/2016 | MUSCULOSKELETAL RADIOLOGY | No | 5/31/2017 | | $325,000.00 | $325,000.00 | | |
| Asst. Professor | 1/9/1983 | M | WHITE | 8/31/2016 | NEURORADIOLOGY | No | | | $325,000.00 | $329,999.90 | $329,999.90 | $329,999.90 |
| Asst. Professor | 3/3/1969 | M | ASIAN | 8/31/2016 | NEURORADIOLOGY | No | | | $339,999.92 | $339,999.92 | $339,999.92 | $339,999.92 |
| Asst. Professor | 9/26/1982 | F | WHITE | 8/31/2016 | BODY IMAGING & INTERVENTIONAL | No | | | $264,999.90 | $329,999.90 | $329,999.90 | $329,999.90 |
| None | 3/12/1945 | M | WHITE | 10/4/2016 | MUSCULOSKELETAL RADIOLOGY | No | | | $338,000.00 | $338,000.00 | $338,000.00 | $338,000.00 |
| Asst. Professor | 11/7/1983 | M | ASIAN | 12/13/2016 | NEURORADIOLOGY | No | 6/1/2018 | | $325,000.00 | $325,000.00 | | |
| Asst. Professor | 10/12/1979 | F | HISPANIC OR LATINO | 5/17/2017 | NEURO IMAGING AND INTERVENTION | Yes | | | | | $329,999.90 | $395,000.11 |
| Assoc. Professor | 5/11/1963 | M | WHITE | 6/30/2017 | COMMUNITY IMAGING DIVISION | Yes | | | | | $430,000.06 | $430,000.06 |
| Asst. Professor | 9/23/1969 | M | HISPANIC OR LATINO | 6/30/2017 | RADIOLOGY MEMORIAL | No | | | | | $329,999.90 | $329,999.90 |
| Asst. Professor | 9/8/1975 | M | ASIAN | 6/30/2017 | NEURORADIOLOGY | No | | | | | $325,000.00 | $329,999.90 |
| Asst. Professor | 6/5/1985 | M | WHITE | 6/30/2017 | MUSCULOSKELETAL RADIOLOGY | No | | | | | $325,000.00 | $329,999.90 |
| Asst. Professor | 6/13/1985 | M | WHITE | 6/30/2017 | MUSCULOSKELETAL RADIOLOGY | No | | | | | $325,000.00 | $329,999.90 |
| Asst. Professor | 3/25/1984 | F | ASIAN | 7/10/2017 | MUSCULOSKELETAL RADIOLOGY | No | 7/23/2019 | | | | $325,000.00 | $329,999.90 |
| Asst. Professor | 6/3/1985 | M | TWO OR MORE RACES | 7/10/2017 | VASCULAR INTERVENTIONAL | Yes | | | | | $365,000.06 | $365,000.06 |
| Asst. Professor | 11/14/1985 | M | ASIAN | 7/17/2017 | MUSCULOSKELETAL RADIOLOGY | No | | | | | $325,000.00 | $329,999.90 |
| Asst. Professor | 8/4/1970 | F | ASIAN | 7/31/2017 | BREAST IMAGING | No | | | | | | $377,000.00 |
| Asst. Professor | 12/3/1983 | F | ASIAN | 8/15/2017 | PEDIATRIC RADIOLOGY | No | 5/25/2019 | | | | $329,999.90 | $329,999.90 |
| Asst. Professor | 8/4/1979 | M | ASIAN | 8/30/2017 | RADIOLOGY MEMORIAL | No | | | | | $300,000.06 | $329,999.90 |
| Asst. Professor | 12/19/1952 | F | WHITE | 9/30/2017 | COMMUNITY IMAGING DIVISION | No | | | | | $339,999.92 | $339,999.92 |
| Asst. Professor | 1/18/1970 | M | WHITE | 3/30/2018 | COMMUNITY IMAGING DIVISION | Yes | | $283,000.02 | | | | $374,999.04 |
| Assoc. Professor | 11/28/1966 | F | ASIAN | 6/30/2018 | CHEST THORACIC RADIOLOGY | No | | | | | | $339,999.92 |
| Asst. Professor | 4/8/1983 | F | WHITE | 7/1/2018 | NEURORADIOLOGY | No | | | | | | $338,000.00 |
| Asst. Professor | 10/9/1985 | M | WHITE | 8/15/2018 | RADIOLOGY MEMORIAL | No | | | | | | $329,999.90 |
| Asst. Professor | 6/23/1980 | F | WHITE | 9/28/2018 | MUSCULOSKELETAL RADIOLOGY | No | | | | | | $329,999.90 |
| Assoc. Professor | 11/4/1973 | M | ASIAN | 11/8/2018 | NEURO IMAGING AND INTERVENTION | Yes | | | | | | $475,000.03 |
| Asst. Professor | 6/9/1977 | F | WHITE | 12/31/2018 | CHEST THORACIC RADIOLOGY | No | | | | | | $329,999.90 |

**CONFIDENTIAL**

# Exhibit GGGGG

Assistant Professor University of Massachusetts Memorial Medical Center



## Education and Training

| | |
|---|---|
| B.S. Summa Cum Laude, Youngstown State University, Youngstown, OH | 05/2001 |
| Doctor of Medicine, Northeast Ohio Medical University | 05/2006 |
| Internship, Akron General Medical Center | 06/2007 |
| Diagnostic Radiology Residency, University of South Florida | 06/2011 |
| Cardiothoracic Radiology Fellowship, University of Michigan | 06/2012 |

## Certification and Licensure

| | |
|---|---|
| Diplomate American Board of Radiology | 2011 |
| State of Michigan Board of Medicine Physician License #4301098829 | 2011 |
| Commonwealth of Massachusetts Board of Registration in Medicine Physician License #251970 | 2012 |

## Publications

Dragicevic N, Schmidlin E, Hazelton T, Nallamshetty L.  Gerbode ventricular septal defect diagnosed using cardiac CTA imaging.  Radiology Case Reports. 2011; 6(3):1-3.

Schmidlin EJ, Sundaram B, Kazerooni EA.  Lung Cancer Screening.  Radiology Clinics of North America.  September 2012; 50(5).

## Presentations

Bansal A, Blanda M, Gersen L, Peter D, Schmidlin E. "Willingness of elders to participate in an emergency department based prevention program." Society for Academic Emergency Medicine, St. Louis, MO. May 2002.

Eric Schmidlin                    11/05/2012

# Exhibit HHHHH

**Byron Chen, M.D.**

Department of Radiology, Division of Emergency Radiology



## Education

| | |
|---|---|
| Fellowship, Abdominal Imaging and Intervention, Massachusetts General Hospital, Harvard University, Boston, MA | 2011-2012 |
| Residency, Diagnostic Radiology, Tufts Medical Center, Tufts University, Boston, MA | 2007-2011 |
| Internship, Carney Hospital, Tufts University, Dorchester, MA | 2006-2007 |
| Medical School, Tufts University School of Medicine, Boston, MA | 2002-2006 |
| B.S. Major in Biology, Tufts University, Medford, MA | 1997-2001 |

## Appointments

| | |
|---|---|
| Assistant Professor | 2012-Current |
| Department of Radiology, Division of Emergency Radiology, University of Massachusetts, Worcester, MA | |

## Certification and Licensure

Diplomat, American Board of Radiology

Massachusetts Medical License, active

ACLS Certified with moderate sedation training

## Honors and Awards

| | |
|---|---|
| Teacher of the Award, UMass Radiology Residency | 2015 |
| Frank Phillips Quality Scholar Award | 2014 |
| Excellence in Medical Student Teaching, Carney Hospital | 2007 |
| Alpha Omega Alpha Honors Society | 2006 |

## Professional Memberships and Activities

Radiological Society of North America, Member

American College of Radiology, Member

American Society of Emergency Radiology, Member

## Educational Activities

### Teaching Activities

| | |
|---|---|
| Lecture: Blunt Abdominal Trauma | 2015 |
| Lecture: The Adrenal Gland | 2014 |
| Morbidity and Mortality Conference: Update to Iodinated Contrast Policy | 2013 |
| Oral Board Case Reviews, Tufts Medical Center, Massachusetts General Hospital, and University of Massachusetts | 2012-2014 |
| Lecture: MRI of the Rectum, University of Massachusetts Grand Rounds | 2013 |
| Lecture: Overview of CT, University of Massachusetts Medical students | 2013 - 2014 |
| Lecture: Describing Findings, University of Massachusetts Residency | 2012 |
| Lecture: Overview of Ultrasound, University of Massachusetts Medical students | 2012 - 2014 |
| Lecture: Musculoskeletal imaging for the abdominal radiologist, Massachusetts | |

# Exhibit IIIII

## Hemang Kotecha, DO
Radiology

### Education

| | |
|---|---|
| D.O., University of New England College of Osteopathic Medicine, Biddeford, ME | 2012 |
| B.S., Biology and Psychology *(Cum Laude)*, Brandeis University, Waltham, MA | 2007 |

### Postdoctoral Training

| | |
|---|---|
| Emergency Imaging Fellowship, Harvard Medical School/Massachusetts General Hospital, Boston, MA | 2017-2018 |
| Diagnostic Radiology Residency, University of Massachusetts Medical School/UMass Memorial Health Care, Worcester, MA | 2013-2017 |
| Transitional Year Internship, Tufts Medical School/Lemuel Shattuck Hospital, Boston, MA | 2012-2013 |

### Academic Appointments

| | |
|---|---|
| Assistant Professor<br>Radiology, University of Massachusetts Medical School, Worcester, MA | 2018-present |

### Honors and Awards

| | |
|---|---|
| Dr. Jerry Balikian "Extra Mile" Award (UMass Radiology) | 2017 |
| 2016 RSNA Roentgen Resident/Fellow Research Award (UMass Radiology) | 2016 |

### Educational Activities

#### Educational Leadership, Administration and Service

| | |
|---|---|
| Chief Resident, University of Massachusetts Medical School/UMass Memorial Health Care | 2016-2017 |

#### Teaching Activities in Programs and Courses

| | |
|---|---|
| Harvard Medical School - Homeostasis II Course, Instructor, 50 first year medical students, Pancreas, 2 hours | 2018 |
| University of Massachusetts Medical School - Development, Structure, and Function Course, Anatomy Lab Instructor, 40 first year medical students, 12 hours/year | 2013-2017 |

#### Clinical Education

| | |
|---|---|
| Diagnostic Radiology Elective, clinical preceptor, UMass Memorial Health Care - University Campus | 2018-present |
| Diagnostic Radiology Residency, UMass Memorial Health Care, daily resident supervision and nine 45-minute lectures per year for 20 residents | 2018-present |

**Updated:** March 2019

CONFIDENTIAL

UMM-16639

# Exhibit JJJJJ

# Steven James Baccei M.D.

Associate Professor Radiology
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA 01655
508-334-3850
Steven.Baccei@UMassMemorial.org

## EDUCATION

| | |
|---|---|
| M.D., New York Medical College, Valhalla, NY | 8/00-5/04 |
| B.S., Biology (Magna Cum Laude), Boston College, Chestnut Hill, MA | 8/96-5/00 |

## POST DOCTORAL TRAINING

| | |
|---|---|
| Musculoskeletal Imaging and Intervention Fellowship, Brigham and Women's Hospital, Boston, MA | 7/09-6/10 |
| Diagnostic Radiology Residency, Tufts Medical Center, Boston, MA | 6/05-6/09 |
| Transitional Year (Internship), St. Barnabas Medical Center, Livingston, NJ | 6/04-6/05 |

## ACADEMIC APPOINTMENTS

Associate Professor
Radiology
University of Massachusetts Medical School
Worcester, MA
11/17-Current

Assistant Professor
Radiology
University of Massachusetts Medical School
Worcester, MA
7/10-11/17

## LEADERSHIP POSITIONS

Division Director
Musculoskeletal Imaging and Intervention
Radiology
UMass Memorial Medical Center
Worcester, MA
2/17-Current

President
UMass Memorial Medical Staff
UMass Memorial Medical Center
Worcester, MA
5/17-Current

1

**CONFIDENTIAL**

# Exhibit KKKKK

**Christopher A Cerniglia, DO, ME, FAOCR**
Department of Radiology
University of Massachusetts Medical School
55 Lake Avenue North
Worcester, MA 01655
(508) 442-2167
Christopher.Cerniglia@umassmed.edu

---

## Education

Doctor of Osteopathic Medicine, June 2001                                        1997 – 2001
    MIDWESTERN UNIVERSITY, Glendale, AZ
    *Arizona College of Osteopathic Medicine*

Master of Engineering, May 1997                                                        1995 – 1997
    WORCESTER POLYTECHNIC INSTITUTE, Worcester, MA
    *Department of Biomedical Engineering*

Bachelor of Science, May 1995                                                          1991 – 1995
    CORNELL UNIVERSITY, Ithaca, NY
    *College of Engineering and College of Agriculture & Life Sciences*
    Major:  Biological Engineering

## Postdoctoral Training

Magnetic Resonance Imaging Fellowship                                              2006 – 2007
    UNIVERSITY OF ROCHESTER
    *School of Medicine, Rochester, NY*
    University of Rochester Medical Center

Diagnostic Radiology Residency                                                        2003 – 2006
    DREXEL UNIVERSITY
    *College of Medicine, Philadelphia, PA*
    Hahnemann University Hospital

Diagnostic Radiology Residency                                                        2002 – 2003
    UNIVERSITY OF MEDICINE & DENTISTRY OF NEW JERSEY
    *School of Osteopathic Medicine, Stratford, NJ*
    Kennedy Memorial Hospitals

Transitional Internship                                                                  2001 – 2002
    NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE
    Good Samaritan Hospital Medical Center, West Islip, NY

## Professional Development

Academy of Radiology Leadership and Management (ARLM)                        2013 – 2014
    *RSNA/ARRS/AUR.*
    Certificate of Achievement, Dec 2014

AUR-AGFA Radiology Management Program                                            April 2014
    *Association of University Radiologists*, Baltimore, MD

**Updated:** November 2017

**Academic Appointments**

Associate Professor of Diagnostic Radiology                                             2017 – present
  Department of Diagnostic Radiology
  *University of Massachusetts School of Medicine*

Assistant Professor of Diagnostic Radiology                                             2007 – 2017
  Department of Diagnostic Radiology
  *University of Massachusetts School of Medicine*

Instructor in Imaging Sciences (Diagnostic Radiology)                                   2006 – 2007
  Department of Imaging Sciences
  *University of Rochester School of Medicine & Dentistry*

Teaching Assistant                                                                      1996 – 1997
  Department of Biomedical Engineering
  *Worcester Polytechnic Institute, Worcester, MA*

**Leadership Positions**

Chief, Division of Musculoskeletal Imaging                                              2011 – 2017
  Department of Diagnostic Radiology
  *University of Massachusetts Memorial Medical Center*

Interim Chief, Division of Musculoskeletal Imaging                                      2009 – 2011
  Department of Diagnostic Radiology
  *University of Massachusetts Memorial Medical Center*

Chief Resident in Diagnostic Radiology                                                  2005 – 2006
  Department of Radiology
  *Drexel University College of Medicine*

**Other Positions and Employment**

Supervising Radiologist, ACR MRI Accreditation Program                                  2012 – 2018
  Memorial Campus - Department of Diagnostic Radiology
  *University of Massachusetts Memorial Medical Center*

Independent Consultant, Pleiad Inc.                                                     2012
  Quality control of subject radiographs for research study

**Honors and Awards**

Fellow (FAOCR)                                                                          2017
  *American Osteopathic College of Radiology*
Honor Roll                                                                              2014
  *Academy of Radiology Leadership & Management, RSNA/ARRS/AUR*
Teaching Award                                                                          2013
  *University of Massachusetts Medical School, Division of Rheumatology*
Certificate of Excellence                                                               2012
  *Shields Health Care Group, Quincy MA*
Teacher of the Year Award                                                               2011
  *University of Massachusetts Medical School, Department of Radiology*

# Exhibit LLLLL

# Sathish Kumar Dundamadappa, M.B.B.S.

Department of Radiology
University of Massachusetts
55 Lake Avenue North, Worcester, MA - 01545
Email: Sathish.dundamadappa@umassmemorial.org

## Education and Professional training

| | |
|---|---|
| Fellowship in MR Imaging<br>University of Massachusetts, MA | 2005 - 2006 |
| Diagnostic Radiology Residency<br>Lokamanya Tilak Municipal Medical College & General Hospital, India | 1999 – 2002 |
| Medical school<br>Mysore Medical College, India | 1992 - 1998 |

## Academic Appointments

| | | |
|---|---|---|
| Associate Professor | University of Massachusetts Memorial Medical Center, Worcester, MA | 2017 Dec – till date |
| Clinical Associate Professor | University of Massachusetts Memorial Medical Center, Worcester, MA | 2017 |
| Assistant Professor | University of Massachusetts Memorial Medical Center, Worcester, MA | 2008 - 2017 |
| Instructor of Radiology | University of Massachusetts Memorial Medical Center, Worcester, MA | 2006 - 2008 |

# Exhibit MMMMM

 **UMassMemorial**  **University of Massachusetts**
*Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*joseph.ferrucci@umassmemorial.org*
*www.umassmemorial.org*

*Joseph T. Ferrucci, MD*
*Professor and Chair*

June 11, 2008

Dennis Coughlin, MD


Dear Dennis,

This is to confirm your appointment as Head of the newly created Division of Emergency
Radiology, effective July 1, 2008. While at present you are the only full-time faculty
member of this Division, it is understood that this is the first step that you and the
Department will be taking to build and develop a significant new presence for Radiology
here on the UMass Memorial Health Center Campus. Your duties will include
supervision of the ED Radiology effort at both the University and Memorial Campuses,
representation of the Department of Radiology to the physicians in Emergency Medicine
and interaction with the other Division Heads in the Department of Radiology on matters
of professional staffing duties, and of course, Residency training. As part of this effort
you and I will jointly develop a more formal Strategic Plan for Emergency Radiology to
be presented to our faculty and Hospital Administration. This will include subjects such
as space, technology, staffing, research and education.

In the contest of your new assignment I am pleased to increase your base salary by
$10,000 to a level of $325,000 for the upcoming academic year. I will, of course
introduce you and the new Division of Emergency Radiology to the leadership of
Emergency Medicine in the very near future.

I look forward to working with you to build this Division to the degree of stature and
effectiveness this specialty of Radiology should enjoy.

Warm congratulations.

Sincerely yours,

Joseoph T. Ferrucci, MD
Professor and Chair
Department of Radiology

**CONFIDENTIAL**

**UMM-11213**

# Exhibit NNNNN

**UMassMemorial**
Medical Group
A Member of UMass Memorial Health Care

## EMPLOYEE INTRODUCTION FORM

Employee #: 60157

Social Security #:

Pos Code: MD0818

Start Date: 12/31/2018

MI:

Date of Birth: 6/9/1977

Male/Female: Female

**Marital Status:** M

Hourly Rate: $ 158.65

Total Hours: 40

**EEO Code:**

Shift: 1

Benefit Group: B30-40DOC

Non Exempt/Exempt: PHYSICIAN

Labor Unit: PHY

Fed Exemption: Ø

State Exemption: Ø

Shift Length: 111

Accrual Code: n/a

Job Title: Physician

Grade:

Department Name: Radiology

Location Code / I-Code:

Status: A

Payroll Dept. Number: 340.00. ARAD.2113

**Marlborough Hospital**
**Delineation of Clinical Privileges**
**Department of Radiology**
**(Includes Nuclear Medicine)**

**Applicant: Barile, Maria F., MD**

**Medical Staff Membership/Clinical Privileges**

All applicants for clinical privileges must meet at least the following minimum qualifications for Medical Staff membership as set forth in the Marlborough Hospital Bylaws.
◆Valid license to practice medicine in Massachusetts
◆Malpractice insurance coverage (in an amount that satisfies state regulations and Hospital policy)
◆Prescriptive registration (as applicable to specialty)
◆Completion of medical school
◆Satisfactory completion of post-graduate training program(s)
◆Current clinical competence in the procedures being requested
◆Adherence to the ethics of profession
◆Ability to work cooperatively with others

**Criteria Specific to the Department of Radiology**

Applicants for clinical privileges in the Department of Radiology must have completed an ACGME approved residency training program in Radiology, or its international equivalent.  Certification by the American Board of Radiology or be an active candidate for certification.

**Criteria Specific to Nuclear Medicine**

Applicants must have satisfactorily completed an ACGME-accredited residency program in Nuclear Medicine and must be certified by the American Board of Nuclear Medicine or be an active candidate for certification.  Applicants for privileges in Nuclear Cardiology must be certified by the American Board of Nuclear Medicine, with Added Qualifications in Nuclear Cardiology, or an active candidate for such certification. Recertification is required for those certified by the American Board of Nuclear Medicine in 1992 or later.

**Criteria for Specific Procedures**

Diagnostic Ultrasound:   **Initial Appointment:** Completion of an ACGME accredited residency program with at least three months of diagnostic ultrasound training.  During training applicant should have been involved in at least 500 diagnostic ultrasound examinations. **OR** , if residency training did not include ultrasound, applicant should have completed an appropriate fellowship or post-graduate training program during which the physician should have been involved in the performance and interpretation of at least 500 ultrasound examinations.  **OR,** qualifications may be fulfilled by those physicians who completed residency prior to the existence of defined fellowships or residency training. Such individuals shall have completed residency prior to 1982, and have performed and interpreted ultrasound examinations for at least 10 years and been involved in at least 500 ultrasound examinations.  **OR,** in the absence of formal fellowship or training, documentation of clinical experience of at least two years of ultrasound experience during which a minimum of 500 ultrasound examinations were performed and interpreted.  **OR,** certification in Diagnostic Radiology by the American Board of Radiology.
**Renewal of privileges:** A minimum of 300 examinations per year is recommended and appropriate CME in diagnostic ultrasound.

Stereotactically Guided Breast Interventional Procedures: **New Appointments:** Completion of an ACGME-accredited residency program or fellowship program including specific training in stereotactically guided breast interventional procedures. **OR,** two months of full-time documented formal training in the interpretation of mammograms, including instruction in medical radiation physics, radiation effects, and radiation protection.  **Renewal of privileges:** Applicant must interpret on a regular basis, a minimum of 480 mammograms per year is recommended, and participation in mammography CME programs.

Performance of Ultrasound Guided Percutaneous Breast Interventional Procedures:  **New Appointments:** Completion of an ACGME-accredited residency program with 3 or more months of dedicated formal ultrasound training, including breast ultrasound. **OR,** If residency did not include ultrasound, appropriate fellowship or post-graduate training during which physician should have been involved with the performance and interpretation of at least 500 ultrasound examinations.  **OR,** In the absence of residency training, formal fellowship or post-graduate education, documentation of clinical experience could be acceptable provided it can be established that applicant has had at least two years of ultrasound experience during which a minimum of 500 general or 100 breast ultrasound examinations were performed and interpreted.  **Renewal of privileges:**  Regular performance and interpretation of breast ultrasonographic examinations, documented performance of at least 12 percutaneous ultrasound guided breast interventional procedures per year, and participation in related CME Courses.

**CONFIDENTIAL**                    **UMM-09221**

Radiology 2014                                                                              Page 2 of 3

Name: **Barile, Maria F., MD**

<u>Moderate Sedation.</u>  Initial applicants for moderate sedation privileges must complete the moderate sedation credentialing package.  Current ACLS certification is required.  Reappointment applicants must have a minimum of and proof of at least 20 cases and current ACLS certification.

N=Neonatal              C=Child                      A=Adolescent              AD=Adult              G=Geriatrics

| Privileges | Age Groups N, C, A, AD, G | Requested | Recommend | Approved | Comments |
|---|---|---|---|---|---|
| Admitting Privileges Active & Courtesy Staff Only | | | | | |
| History and Physical | | | | | |
| | | | | | |
| CT image interpretation and supervision | | Y | | Y | |
| US image interpretation and supervision | | | | | |
| MR image interpretation and supervision | | Y | | Y | |
| X-ray and fluoroscopy image interpretation and supervision | | Y | | Y | |
| General nuclear medicine (non cardiac) image interpretation and supervision | | | | | |
| Mammography image interpretation and supervision | | | | | |
| | | | | | |
| Moderate sedation | | | | | **Initial exam required**<br><br>**Requires ongoing current ACLS certification and proof of minimum number of cases**<br><br>**In compliance with moderate sedation policy** |
| | | | | | |
| Fluoroscopic guided intervention including arthrography, catheter placement, IVC filter, myelography and injection | | | | | |
| CT guided intervention including needle biopsy,  catheter placement and injection | | | | | |
| US guided intervention including needle biopsy, catheter placement and injection | | | | | |
| MRI guided intervention including MRI guided breast biopsy | | | | | |
| Mammography and stereotactic intervention including wire localization and stereotactic biopsy | | | | | |
| Nuclear medicine diagnostic  intervention including injection for sentinel node localization | | | | | |

Radiology 2014                                                                 Page 3 of 3

Name: **Barile, Maria F., MD**

| CARDIAC NUCLEAR MEDICINE | | | | | |
|---|---|---|---|---|---|
| Electrocardiographic rest and exercise testing | | | | | |
| Cardiac Nuclear exercise stress or pharmacologic testing, imaging and interpretation* | | | | | |

*Nuclear Cardiology procedures require approval of both the Chief of Medicine and the Chief of Radiology.

*Setting-Specific: Privileges granted to an applicant are based not only on qualifications, but also on consideration of the procedures and types of care, treatment, and services that can be performed or provided within the proposed setting.

OTHER
If there are any procedures you perform, which were not included above, please list here.  Please be advised that new procedures will require a review to determine if specific criteria need to be developed.  Availability of other procedures is dependent upon the resources of the institution and the strategic needs of the institution.

_____

**CONFIDENTIAL**                                                    **UMM-09223**

# Exhibit OOOOO

 **Marlborough Hospital**
*A Member of UMass Memorial Health Care*

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000

February 9, 2015

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the Marlborough Hospital Patient Care Assessment Committee, I am pleased to appoint you to the Medical Staff.

|  |  |
|---|---|
| Department/Division: | Radiology |
| Effective Dates: | 02/05/2015 to 07/31/2015 |
| Staff Category: | Provisional Courtesy |

Your appointment will be effective through the expiration date noted above, at which time you will be considered for reappointment.

Reappointments will be based on month of birth in the odd or even year to match your license renewal. Joint Commission standards do not allow us to extend privileges beyond a 24 month period.  In order to comply with that standard, and to place you on a birth-month/license year schedule (UMass Memorial Health Care System standard), you **may** be required to reappoint two years in a row.  This would be a one time effort.  We apologize for this inconvenience.  However, for those who hold privileges at more than one UMass Memorial Health Care System hospital, this will ensure you have only one reappointment application process to cover all member hospitals going forward.

Your approved clinical privileges are delineated on the attached pages (exception Active Referring for which clinical privileges do not apply).  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

Welcome to Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

Charu S. Desai, MD

**UMass Memorial Health Care, Inc.**
**Medical Staff Services**
**281 Lincoln Street, Suite HM2-212**
**Worcester, MA 01605**
**(508)334-8015 phone**
**(508)334-8235 fax**

5B-1

March 13, 2017

Charu S. Desai, MD
55 Lake Avenue North
Radiology
Worcester, MA 01655

You are presently scheduled for reappointment at one or more UMass Memorial Healthcare Inc. hospitals*. As part of an ongoing effort to reduce practitioner paperwork, streamline processes and consolidate efforts system-wide, we will now be providing you with a single application which will cover all UMass Memorial Healthcare hospitals where you hold clinical privileges. In addition, upon completion of your recredentialing, you will be given a single consolidated reappointment date for each hospital in the system at which you hold clinical privileges (month of birth/year of license renewal).

*UMass Memorial Healthcare Inc. system hospitals include: Clinton Hospital, HealthAlliance Hospital, Marlborough Hospital, UMass Memorial Medical Center.

Please complete the application using the enclosed checklist as a guide. Signature pages and privilege request forms specific to each hospital at which you hold clinical privileges are also enclosed. Please sign/complete as indicated.

Please return all application materials no later than 4 weeks from the date of receipt of this application to ensure sufficient time is available for recredentialing and processing your request for renewal through appropriate committees.

If you have any questions, please do not hesitate to contact our office.

**Return applications:**
    By scan:    medicalstaffservices@umassmemorial.org
    By fax:      508-334-8235
    By mail:    Medical Staff Services, 281 Lincoln Street, Suite HM2-212, Worcester, MA 01605

**Contact information:**
    **Medical Staff Services**    phone:  508-334-8015

umass, clinton, marlborough

RECEIVED   MAR 3 0 2017

**CONFIDENTIAL**

UMM-03170

# Exhibit PPPPP


**UMassMemorial**
**Marlborough Hospital**

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000

July 11, 2017

Charu S. Desai, MD
UMass Memorial Medical Center
55 Lake Avenue North
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the Marlborough Hospital Patient Care Assessment Committee, I am pleased to reappoint you to the Medical Staff.

| | |
|---|---|
| Clinical Privileges in: | Radiology |
| Effective Dates: | 07/31/2017 to 07/31/2019 |
| Staff Category: | Courtesy |

Your approved clinical privileges are delineated on the attached pages.  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

Thank you for your continued support of Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

# Exhibit QQQQQ

# PHYSICIAN PROFILE

157 Union Street
Marlborough, MA 01752


March 6, 2015


RE: Medical Staff Dues


Dear Charu S. Desai, M.D.,

In accordance with the Marlborough Hospital Medical Staff Bylaws, Section 3.2, all categories of the Medical Staff with the exception of those designated as Affiliate Practitioner or Senior Staff must pay yearly dues to Marlborough Hospital.

As a member of the medical staff you are obligated to pay $200.00 at your two year appointment ($100 each year). *Please make your check payable to Marlborough Hospital and remit to the Medical Staff Services Office at the address above*. Please reference your name on the check.


Thank you.

Eric Nelson MD
Treasurer for the Medical Staff


****For UMass Memorial Medical Center providers, please check with your department/division administrator to see if they pay the fee, or if the Clinical Affiliations Department pays the fee for your affiliation with Marlborough.

**CONFIDENTIAL**

UMM-03342

PHYSICIAN PROFILE

157 Union Street
Marlborough, MA 01752

March 6, 2017

RE: Medical Staff Dues

Dear Charu S. Desai, MD,

In accordance with the Marlborough Hospital Medical Staff Bylaws, Section 3.2, all
categories of the Medical Staff with the exception of those designated as Affiliate
Practitioner or Senior Staff must pay yearly dues to Marlborough Hospital.

As a member of the medical staff you are obligated to pay $200.00 at your two year
appointment ($100 each year). *Please make your check payable to Marlborough
Hospital and remit to the Medical Staff Services Office at the address above.* Please
reference your name on the check.

Thank you,

Chandrika Jain, MD
Treasurer for the Medical Staff

****For UMass Memorial Medical Center providers, please check with your
department/division administrator to see if they pay the fee, or if the Clinical Affiliations
Department pays the fee for your affiliation with Marlborough.

**CONFIDENTIAL**

UMM-03307

| VENDOR NO.  210671 | | | UMass Memorial Medical Group, Inc.  WORCESTER, MA 01605   CHECK NO 0050486102 | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | CODE | DESCRIPTION | | GROSS AMT. | DISCOUNT | NET AMT. |
| DUES-73-RA-2018 | | 3/15/2018 | | 7,300.00 | .00 | 7,300.00 |
| Msg: CK TO DAVE G | | FOR BACKUP | | | | |
| | | | | | | |
| | | | | 7,300.00 | .00 | 7,300.00 |

RECEIVED
APR 0 2 2018

State Sales Tax Exemption No. 04-2911067

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**UMass Memorial Medical Group, Inc.**
Accounts Payable Department
306 Belmont St, Suite 150
Worcester, MA 01604

BANK OF AMERICA
WORCESTER, MA   51-44 / 119

No. **0050486102**

CHECK DATE
3/22/18

| CHECK AMOUNT |
|---|
| ****7,300.00 |

PAY   Seven Thousand Three Hundred and 00/100 Dollars

*Eric W. Dickson* (signature)

TO
THE
ORDER
OF

MARLBOROUGH HOSP MED STAFF
157 UNION ST
MEDICAL STAFF OFFICE D-9
MARLBOROUGH MA 01752

AUTHORIZED SIGNATURE(S)
(1 MANUAL SIGNATURE REQUIRED FOR $100,000 OR OVER)

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑆005048610 2⑆  ⑈011900445⑈0000054083⑈

**CONFIDENTIAL**

# Exhibit RRRRR

 **UMassMemorial**
**Marlborough Hospital**



May 18, 2017

**CONFIRMATION OF APPOINTMENT**

| | |
|---|---|
| Name: | Charu S. Desai, MD |
| Department: | Radiology |
| Staff Category: | Courtesy |
| Dates of Affiliation: | 02/05/2015 - |
| Temporary Privileges Granted: | 02/05/2015 |
| (only if different date from above) | |

This letter will serve as confirmation that Charu S. Desai, MD, is/was credentialed by Marlborough Hospital, in full compliance with Massachusetts State Regulation, Federal Law, and Joint Commission Standards.

This individual meets/met this facility's standards for appointment/reappointment and renewal of clinical privileges. There is no derogatory information on file regarding this practitioner. Information is based on a review of the individual's credentials record at Marlborough Hospital.

If you have any questions regarding the above information, please contact our office at 508-486-5435.

Sincerely,

*Tiffany L. Caputo*

Tiffany L. Caputo
Medical Staff Coordinator, Medical Staff Services

CONFIDENTIAL

**UMM-03251**

 **Marlborough Hospital**
*A Member of UMass Memorial Health Care*

157 Union Street
Marlborough, MA 01752
Tel: 508-481-5000

February 9, 2015

Charu S. Desai, M.D.
UMass Memorial Medical Center
55 Lake Avenue North
Radiology
Worcester, MA  01655

Dear Dr. Desai:

On behalf of the Marlborough Hospital Patient Care Assessment Committee, I am pleased to appoint you to the Medical Staff.

| | |
|---|---|
| Department/Division: | Radiology |
| Effective Dates: | 02/05/2015 to 07/31/2015 |
| Staff Category: | Provisional Courtesy |

Your appointment will be effective through the expiration date noted above, at which time you will be considered for reappointment.

Reappointments will be based on month of birth in the odd or even year to match your license renewal. Joint Commission standards do not allow us to extend privileges beyond a 24 month period.  In order to comply with that standard, and to place you on a birth-month/license year schedule (UMass Memorial Health Care System standard), you **may** be required to reappoint two years in a row.  This would be a one time effort.  We apologize for this inconvenience.  However, for those who hold privileges at more than one UMass Memorial Health Care System hospital, this will ensure you have only one reappointment application process to cover all member hospitals going forward.

Your approved clinical privileges are delineated on the attached pages (exception Active Referring for which clinical privileges do not apply).  If you have any questions regarding your approved privileges, please confer with the appropriate service chief.

Welcome to Marlborough Hospital.

Sincerely,

Steven P. Roach
President and CEO

**CONFIDENTIAL**

# Exhibit SSSSS

 **UMassMemorial**    *University of Massachusetts Medical School*

*Department of Radiology*

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*Tel: 508-856-3252*
*Fax: 508-856-4910*
*max.rosen@umassmemorial.org*
*www.umassmemorial.org*

*Max P Rosen, MD, MPH, FACR*
*Professor and Chair*

September 30, 2016

Girish Tyagi, MD
80 Spruce Hill Road
Weston, MA  02493

Dear Dr. Tyagi,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective February 28, 2017.

 If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as an Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School.  Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Abdominal Imaging & Community Divisions, as a 0.6 FTE radiologist, reporting to Adib Karam, MD, Division Chief of Abdominal Imaging, and Darren Brennan, MD Vice-chair for Community and Network Operations. Your primary work site will be Marlborough Hospital, where you will interpret ultrasound (excluding OB ultrasound), Chest and Abdominal/Pelvic CT, general X-ray and perform fluoroscopic barium studies, image guided procedures (biopsy and drainage) and PICC line placement.

- Your work days will be Tuesday, Wednesday and Thursday.  I understand that, if needed, (I do not expect this to be a routine request) you are willing to work on some Fridays, in exchange for a Tuesday, Wednesday or Thursday, or as part of our "internal-moonlighting" per-diem policy.

Your call obligation will be in the Abdominal Division. Our base call is 1:5. As a 0.6 FTE your pro-rated allocation of call will be 1:8. Currently, abdominal call is 8 am to 5 pm on-site at Memorial Hospital Saturday, Sunday and Holidays, but depending on the department's needs, may be staffed from Marlborough Hospital.  There is currently no expectation to carry a beeper.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology.  This may include participation in clinical teaching as well as didactic instruction for medical students.

Although we will not initially be allocating any academic / administrative (non-clinical) time, I am happy to work with you once you join us, to determine how we can best incorporate your business skills and experience into the educational and administrative activities of the department, and would then allocate academic / administrative time accordingly.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary (if a 1.0 FTE) would be $340,000 per year. As a 0.6 FTE your base salary will be $204,000 per year. If there is a need, and you are interested, additional internal moonlighting may be available. Our current rate for internal moonlighting is $1,300 per day (8 am – 5 pm M-F).

You will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than November 15, 2016. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records. Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution. Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer. If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

_9/30/2016_
Max P. Rosen, MD, MPH      Date:
Professor and Chair
Department of Radiology

_10/31/16_
Stephen Tosi, MD      Date:
Chief Physician Executive
UMass Memorial Medical Group

_11/4/2016_
Girish Tyagi, MD   Date:

cc:   Luanne Thorndyke, MD

# Exhibit TTTTT

**To:**        Cavagnaro, Charles[Charles.Cavagnaro@umassmemorial.org]
**From:**     Tosi, Stephen
**Sent:**      Wed 3/7/2018 11:20:18 AM
**Subject:**   FW: CONFIDENTIAL

Hi Charlie,
Thank you for meeting with Max and Dr Desai. It will be good for Max to have your presence and support. From what he has said, it may be a difficult conversation.
Thanks
Steve

-----Original Message-----
From: Rosen, Max
Sent: Tuesday, March 06, 2018 4:15 PM
To: Cavagnaro, Charles <Charles.Cavagnaro@umassmemorial.org>
Cc: Fraker, Muriel <Muriel.Fraker@umassmemorial.org>; Tosi, Stephen <Stephen.Tosi@umassmemorial.org>; Leblanc, Kathleen (Human Resource Med Group) <Kathleen.Leblanc2@umassmemorial.org>
Subject: Re: CONFIDENTIAL

Thanks. Will do

Sent from my iPhone

> On Mar 6, 2018, at 2:39 PM, Cavagnaro, Charles <Charles.Cavagnaro@umassmemorial.org> wrote:
>
> Hi Max,
>
> If you would like me there, as we previously discussed, at the meeting please let me know and have your admin arrange with Tracy Gasco to make it a priority on my schedule.
>
> Thanks,
> Charlie
> Charles E. Cavagnaro III, MD FACP
> Interim Senior Vice President and Chief Medical Officer UMass Memorial
> Medical Center
> 55 Lake Avenue North
> Worcester, MA 01655
> Ph: (774) 443-2274
> Fx: (774) 442-3694
> Email: charles.cavagnaro@umassmemorial.org
>

# Exhibit UUUUU

 

University of Massachusetts
Medical School

Department of Radiology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-856-3252
Fax: 508-856-4910
max.rosen@umassmemorial.org
www.umassmemorial.org

September 26, 2016

Max P. Rosen, MD, MPH, FACR
Professor and Chair

George Watts, MD



Dear Dr. Watts,

On behalf of the UMass Memorial Medical Group and the University of Massachusetts Medical School, we are pleased to extend an offer of employment to you within the Department of Radiology, effective June 30, 2017.

If you choose to accept this offer, you would be joining UMass Memorial Medical Group as an employed physician and would concurrently be recommended for appointment to the Medical School faculty as Assistant Professor of Radiology, non-tenure track, pending formal approval by the Medical School Personnel Action Committee and Executive Council. The Medical Group and the Medical School participate in a "dual-employment" arrangement under which a portion of your compensation would be paid by the Medical School. Your employment would be governed by the terms and conditions of an employment agreement with the Medical Group, a copy of which will be forwarded to you upon acceptance of this offer.

- You will join our Musculoskeletal Radiology Division, as a full-time radiologist, reporting to Christopher Cerniglia, DO, Division Chief of MSK Radiology.

Your call obligation will be in the MSK Division. Our base call is 1:5. Any call beyond this will receive additional compensation, per departmental reimbursement policies, in place at the time of your additional call.

Participation in the education mission of UMMS is a fundamental responsibility of the Department of Radiology. This may include participation in clinical teaching as well as didactic instruction for medical students.

Your academic (non-clinical) days to develop mutually agreed-upon research projects will be allocated as follows:

- 1 day per week (46 days/year)

This allocation will be re-evaluated after two years at UMass.

Your successful development as an academic physician is important to us. You will receive mentoring and support for your work within the department, from other UMMS faculty, and through a resource network that includes other clinical and basic academic departments and programs. The UMMS Office of Faculty Affairs offers faculty development and mentoring programs to assist faculty in attaining their goals. Information and resources are available at http://www.umassmed.edu/ofa.

Your base salary would be $325,000 per year, and you will be eligible for participation in our incentive compensation plan, although there is no guarantee that this plan will be funded in any given year.

Please review the attached document entitled "Physician Benefits At-A-Glance", which outlines the current benefit package for employed physicians, and includes professional liability insurance, health, dental, and long-term disability insurance, paid time off, a practice allowance and an attractive retirement benefits program.

The Medical Group will reimburse a maximum of $5,000 upon receipt of proper documentation for reasonable expenses of moving household goods and personal effects to your new home.   This reimbursement must be returned if your employment with the medical group is less than one year. Based on IRS guidelines if your current residence is within 50 miles of the work site, this reimbursement will be considered taxable income.

This offer is conditioned upon our receipt of a signed copy of this letter as your acceptance no later than October 15, 2015. Employment will be contingent on receiving three letters of satisfactory recommendation, evidence of a current, valid license to practice medicine in Massachusetts, satisfactory credentialing by our medical staff office, a satisfactory pre-employment physical and criminal background check, according to UMass Memorial policy and the Massachusetts statute on criminal offender's records.  Once you have indicated your acceptance, we will forward the materials needed for you to obtain third party provider enrollment, credentialing forms and a formal Medical Group employment agreement for execution.  Delays in your completion of these documents may result in a delay of your start date.

We are delighted in your interest in joining our Department and hope that you will choose to accept this offer.  If you should have any questions, please call Randa Mowlood at 508-334-7755. We look forward to hearing from you.

Sincerely,

_Max P. Rosen_     9/26/2016
Max P. Rosen, MD, MPH     Date:
Professor and Chair
Department of Radiology

_Stephen Tosi, MD_     10/11/16
Stephen Tosi, MD     Date:
Chief Physician Executive
UMass Memorial Medical Group

_George Watts, MD_     10/26/2016
George Watts, MD     Date:


cc:     Luanne Thorndyke, MD

**CONFIDENTIAL**                    **UMM-27871**

# Exhibit VVVVV

EXECUTION COPY

## ACADEMIC AFFILIATION AND SUPPORT AGREEMENT

Academic Affiliation and Support Agreement (the "Affiliation Agreement") made and entered into as of the ____ day of _____, 1998 by and among UNIVERSITY OF MASSACHUSETTS, an institution of higher education of the Commonwealth of Massachusetts (the "University") on behalf of its academic medical system, including its Medical school (the "Medical School"), UMASS MEMORIAL HEALTH CARE, INC., a Massachusetts nonprofit corporation, ("UMass Memorial"), and UMASS MEMORIAL MEDICAL CENTER, INC., a Massachusetts nonprofit corporation of which UMass Memorial is the sole member (the "Medical Center"). Each of the University, UMass Memorial and the Medical Center are sometimes referred to herein as a "Party" and collectively as the "Parties."

## RECITALS

WHEREAS, an Amended and Restated Definitive Agreement executed on March __, 1998 by and between the University, Worcester City Campus Corporation d/b/a UMass Health System, Inc., Memorial Health Care, Inc., UMass Memorial Health Care, Inc. and UMass Memorial Medical Center, Inc. (the "Definitive Agreement") sets forth the agreements, principles and understandings pursuant to which this Agreement and other agreements by and between the Parties have been executed the date hereof (together, the "Transaction Documents");

WHEREAS, the University includes as an integral part of its academic programs an academic medical system, which currently consists of the Medical School, a graduate school of nursing, a graduate school of biomedical sciences, and various research enterprises (the "Academic System");

WHEREAS, prior to the date hereof, the University operated in conjunction with the Academic System an acute care hospital (the "Teaching Hospital") which as of the date hereof consolidated into the operations of the Medical Center;

WHEREAS, as of the date hereof the Medical Center owns and operates, in addition to the former Teaching Hospital, a second acute care hospital formerly known as Memorial Hospital ("Memorial Hospital") (such hospitals together referred to herein as "the Hospitals," and individually as the "UMass Campus" and the "Memorial Campus," respectively);

WHEREAS, as of the date hereof UMass Memorial is the sole member of the Medical Center and also includes under its ownership or control a broad array of other entities that engage in the provision of health care services and related activities (the "Existing Affiliates");

WHEREAS, UMass Memorial intends to grow the System through merger, consolidation, or acquisition of additional health care entities ("Future Affiliates") over the term

1137429.11

of this Agreement (UMass Memorial, the Existing Affiliates and the Future Affiliates together referred to herein as the "System");

WHEREAS, the University desires to ensure continued access within the System to high quality clinical training sites and to clinical research opportunities and programs by its residents, medical students and other health care trainees under the auspices of the Academic System from time to time;

WHEREAS, the University desires to assure the continuation of the role formerly played by the Teaching Hospital in attempting to respond to the needs of the Commonwealth and its citizens for quality clinical and related health services;

WHEREAS, UMass Memorial and the Medical Center desire to continue to deliver, and to enhance their delivery of, quality medical services to the public;

WHEREAS, UMass Memorial desires to promote medical education, teaching and research by the provision of appropriate training and research sites within the Hospitals and throughout the System as may be appropriate; and

WHEREAS, the Parties are committed to long-term collaboration through a series of operational and financial linkages and shared destinies in order to achieve their mutual objectives, all as described in the Definitive Agreement;

NOW THEREFORE, in consideration of these premises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows, intending to be legally bound:

ARTICLE 1

DEFINITIONS

For purposes of this Agreement, and in addition to the terms defined elsewhere herein, the following terms have the following definitions:

"Academic Affiliates" shall have the meaning set forth in Section 2.1.2.

"Academic System" shall have the meaning set forth in the recitals.

"Affiliation Agreement" shall have the meaning set forth in the preamble.

"Base Payment" shall have the meaning set forth in Section 8.1.

-2-

"Chancellor" shall have the meaning set forth in Section 2.1.1.

"Closing Date" shall mean the date on which the transactions contemplated by the Definitive Agreement are closed.

"Combined Score" shall have the meaning set forth in Section 8.1.

"Definitive Agreement" shall have the meaning set forth in the recitals.

"Development Office" shall have the meaning set forth in Article 5.

"Direct Cost" shall have the meaning set forth in §1.21 of the Definitive Agreement.

"Existing Affiliates" shall have the meaning set forth in the recitals.

"Exploit" shall mean to utilize in any manner, including without limitation making, having made, using, selling, leasing, and renting, and in the case of a work of authorship, includes copying or creating derivative works of such work of authorship.

"Foundation" shall have the meaning set forth in Article 5.

"Future Affiliates" shall have the meaning set forth in the recitals.

"Group Practice" means the faculty group practice plan of the University of Massachusetts.

"Hospital Affiliates" shall have the meaning set forth in Section 2.2.2.

"Hospitals" shall have the meaning set forth in the recitals.

"Liability" means any liability or obligation (whether known or unknown, whether asserted or unasserted, whether absolute or contingent, whether accrued or unaccrued, whether liquidated or unliquidated, whether incurred or consequential and whether due or to become due), including any liability for Taxes.

"License Agreement" means the license agreement entered into by UMass Memorial and/or the Medical Center and the University on the Closing Date.

"MBIA Bonds" means that portion of the Massachusetts Health and Educational Facilities Authority Revenue Bonds, Capital Asset Program Issue, Series J-2, the proceeds of which were loaned to the University pursuant to a Financing Agreement dated as of June 8, 1995.

"Medical Center" shall have the meaning set forth in the preamble.

"Medical Center Intellectual Property" shall have the meaning set forth in Section 2.3.1.

"Medical School" shall have the meaning set forth in the preamble.

"Memorial" means Memorial Health Care, Inc.

"Memorial Affiliate" or "Memorial Affiliates" shall refer to one or more of Memorial Health Care, Inc., Memorial Hospital, Inc., Memorial Medical Group, Inc., Memorial Services, Inc., or Memorial Ventures, Inc.

"Memorial Campus" shall have the meaning set forth in the recitals.

"Memorial Hospital" shall have the meaning set forth in the recitals.

"Memorial Intellectual Property" shall have the meaning set forth in Section 2.3.1.

"Mixed Intellectual Property" shall have the meaning set forth in Section 2.3.1.

"Most Recent Balance Sheet" means the combined balance sheet contained within the Most Recent Financial Statements.

"Most Recent Financial Statements" means, with respect to the UMass Clinical Division or any WCCC Affiliate, the audited combined Financial Statements of such entity for the fiscal year ended June 30, 1997, and with respect to any Memorial Affiliate, means the audited Financial Statements of such entity for the fiscal year ended September 30, 1997.

"Net Operating Revenues" means for any fiscal year, Net Service Revenue less all operating expenses, excluding any extraordinary or non-recurring items, the cumulative effect of changes in accounting principles, any gains or losses from the early extinguishment of debt or from the sale or other disposition of investments or fixed or capital assets and also excluding gifts, unrealized gains or losses on investments, interest, dividends and other investment income, as determined in accordance with GAAP consistently applied and audited by an independent certified public accounting firm.

"New Affiliates" shall have the meaning set forth in Section 8.1.1(g).

"Occupancy Agreement" means the long-term occupancy and shared services agreement entered into by UMass Memorial and/or the Medical Center and the University on the Closing Date.

"Occupied Space" means all space made available to UMass Memorial or the Medical Center under the Occupancy Agreement.

-4-

"Oversight Group" shall have the meaning set forth in Section 5.1.

"Participation Payments" shall have the meaning set forth in Section 8.1.1.

"Party" or "Parties" shall have the meaning set forth in the preamble.

"Person" means an individual, a partnership, a corporation, an association, a joint stock company, a limited liability company, a trust, a joint venture, an unincorporated organization, or a governmental entity (or any department, agency, or political subdivision thereof).

"Physician Advisory Board" means the board reporting to the Board of Trustees of UMass Memorial on all major clinical and care delivery-related issues, and described in Section 6.2.12 of the Definitive Agreement.

"Practice Plan" means the physicians formerly employed by the University and whose services are to be provided to UMass Memorial Physicians.

"President/CEO" shall have the meaning set forth in Section 2.1.1.

"Representative" shall have the meaning set forth in Section 11.1.

"Research Intellectual Property" shall have the meaning set forth in Section 2.3.1.

"Self-Insurance Trust" means all assets as of the Closing Date attributable to the "University of Massachusetts Medical Center Self-Insurance Trust" shown on the Most Recent Financial Statements of the University, intended to establish a separate revenue and expense center for the operations of the self-insurance trust maintained to insure activities of the UMass Clinical Division.

"Strategic Plan" means the strategic plan of the System, described in Section 5.1 of the Definitive Agreement.

"System" shall have the meaning set forth in the recitals.

"Teaching Hospital" shall have the meaning set forth in the recitals.

"Transaction Documents" shall have the meaning set forth in the recitals.

"University" shall have the meaning set forth in the preamble.

"UMass Campus" shall have the meaning set forth in the recitals.

"UMass Clinical Division" refers to the Teaching Hospital, the Group Practice, and the Self-Insurance Trust of the University of Massachusetts Medical Center, collectively.

"UMass Clinical System" refers to the UMass Clinical Division, Worcester City Campus Corporation and the health care providers and other organizations controlled by WCCC, collectively.

"UMass Memorial" shall have the meaning set forth in the preamble.

"UMass Memorial Affiliate" means UMass Memorial and its subsidiaries and affiliates (including without limitation the Medical Center) from and after the Closing Date.

"WCCC" means Worcester City Campus Corporation.

## ARTICLE 2

## NATURE OF AFFILIATION

2.1.  Designation of Academic and Teaching Hospital Relationship.

2.1.1.  The Academic System will be the sole medical school and clinical teaching program affiliation of the Hospitals and the Existing Affiliates, unless the Chancellor of the Medical School (the "Chancellor") and the President/Chief Executive Officer of UMass Memorial (the "President/CEO") agree to the contrary; provided, however, that in the event the Hospitals need additional residents that the Medical School is unwilling or unable to provide, after notice provided to the Medical School of at least twelve (12) months, then the Medical Center may establish a hospital-based residency program in order to satisfy such unmet need. UMass Memorial may affiliate with other medical schools and health education programs, however, for services and programs not offered by or not otherwise part of the Academic System.

2.1.2.  The Hospitals will be the primary teaching hospitals and clinical training program affiliates for the Academic System's undergraduate and graduate medical education programs and other health training programs. At the Chancellor's request, UMass Memorial shall use its best efforts to cause each of its Existing Affiliates to serve as training sites for such Academic System training programs. UMass Memorial shall endeavor to cause Future Affiliates and other hospitals and health care entities that may currently or in the future have contractual clinical affiliations with UMass Memorial or the Medical Center to serve as training sites, at the Chancellor's request, except that any such training affiliations need not be exclusive to the Academic System, and need not be comprehensive to the extent that such arrangements would conflict with other training affiliations in place at such time. All Affiliates that are serving from time to time as training sites for the Academic System (including without limitation the Hospitals) are referred to herein as the "Academic Affiliates"

2.2.   <u>Academic Medical Education and Training Programs</u>.

2.2.1.  The Medical School shall control decisions regarding academic issues and medical education and training, including, but not limited to, continuing medical education programs of the Parties and rotations and assignments regarding graduate and undergraduate medical education training.  All continuing medical education programs and, unless otherwise agreed by the Chancellor, all education and training programs of other health care professionals of the Academic Affiliates shall be conducted by or under the auspices of the Medical School. The Medical School department chairs are responsible for the supervision, direction, and control of residents assigned to the Hospitals.  Each resident who receives a stipend through the Medical School or the Medical Center, and/or is appointed to a Medical School integrated residency program is subject to the Medical School Residency Program Personnel Policies.  On matters of patient care and professional conduct, residents must also abide by the policies, rules and regulations of the Medical Center and the Hospitals and other Hospital Affiliates at which they are assigned.

2.2.2.  All patients seen or treated at the Hospitals or any of the other hospitals that are Academic Affiliates (together, the "Hospital Affiliates") or in connection with any of their programs shall, at all times, be under the supervision and responsibility of an attending physician privileged by the respective hospital.  The Hospital Affiliates shall not admit patients whose care and treatment will be provided solely by students or residents.

2.2.3.  The Medical School may select and assign undergraduate students to specific clinical clerkships in the Hospital and, as applicable, in the Hospital Affiliates, in a manner and in numbers determined by the respective department chair.  The Medical School shall provide the Hospital Affiliates with documentation of appropriate credentials for all undergraduate students and residents assigned to such hospitals by the Medical School.

2.2.4.  Any Academic Affiliate has the right to request the Medical School to immediately transfer a student after the reasons therefor have been discussed with the respective Medical School department chair.  The student may request a review of a directed transfer in accordance with Medical School policies.

2.2.5.  The department chair/division directors of the respective departments and services shall be primarily responsible for assurance and documentation of the quality of the teaching programs for medical students assigned to the Academic Affiliates.  Only medical staff members at the Hospital Affiliates with Medical School faculty appointments shall participate in the training of medical residents and shall be responsible for the supervision of undergraduate medical students assigned to the Academic Affiliates.  Medical School students while on assignment to the Academic Affiliates shall remain subject to Medical School grading, administrative, and governance policies and procedures as specified in the Medical School

Catalog, the Student Handbook, and as otherwise may be applicable. They shall also abide by all appropriate rules and regulations of any Academic Affiliate at which they are assigned.

2.2.6. The System reasonably shall cooperate to provide clinical trial sites and to participate in clinical trials sponsored by the Medical School. All clinical trials and other research activities conducted by or in the facilities of UMass Memorial or the Hospitals shall be subject to the prior approval of the Chancellor and shall be conducted in accordance with policies and procedures of the University.

2.3. Research, Grants and Intellectual Property Rights.

2.3.1. Definitions. For purposes of this Section 2.3, the following terms have the following definitions, all of which exclude Intellectual Property conceived or developed by private physicians who do not have an independent contractor or employment relationship with UMass Memorial or the Medical Center and as to which neither UMass Memorial nor the Medical Center has any rights:

"Research Intellectual Property" means any Intellectual Property conceived or developed during the course of or otherwise derived from research (whether funded or unfunded) involving any material use of resources of the University or the Medical Center, including clinical drug trials and including clinical outcomes research wholly funded by or through the University but excluding clinical outcomes research wholly funded by UMass Memorial or the Medical Center.

"Medical Center Intellectual Property" means any Intellectual Property that is conceived or developed by any of the employees of UMass Memorial or the Medical Center as part of or is otherwise derived from the System's investment in improving its administrative processes, including, but not limited to, clinical outcomes research wholly funded by UMass Memorial or the Medical Center, data bases, information systems, and software relating to billing, collection, and business management of patients and capitated patient bases, patient lists, and medical records.

"Memorial Intellectual Property" means the Intellectual Property of any of the Memorial Affiliates.

"Mixed Intellectual Property" means any Intellectual Property that is conceived or developed by UMass Memorial or the Medical Center or either of its employees or to the extent it may legally required of independent contractors to do so, its independent contractors or other than Research Intellectual Property or Medical Center Intellectual Property, and specifically including clinical outcomes research not wholly funded by or through any of the University, UMass Memorial, or the Medical Center or wholly funded by the University.

1137429.11                                    -8-

2.3.2.  Transfer by Memorial Affiliates of Rights to Memorial Intellectual Property.  Subject to the provisions of Sections 2.3.3.1 and 2.3.3.4, the Memorial Affiliates will fully disclose and transfer to the University ownership and all rights to commercially Exploit Memorial Intellectual Property that they hold as of the Closing.

2.3.3.  Research Sponsorship.

2.3.3.1.  All funded research activities by UMass Memorial, the Medical Center, or by individuals or New Affiliates as defined in Section 8.1.1 or other Persons whose revenues are included in the Participation Payments, subject to any of their applicable research or employment policies, shall be conducted under the auspices of the Medical School.  The Medical School shall be the sponsoring institution designated for all such research grants sponsored by UMass Memorial, the Medical Center, or involving any member of the Medical School Faculty.

2.3.3.2.  The Chancellor and the President/Chief Executive Officer of UMass Memorial shall cooperate in good faith to resolve any issues concerning the right of UMass Memorial or the Medical Center to pursue and retain grants that are not directly available to the University.

2.3.4.  Agreement Concerning Rights to Intellectual Property Arising from Operations of System After the Closing Date.

2.3.4.1.  Disclosure and Assignment of Intellectual Property Interests.  UMass Memorial and the Medical Center shall fully disclose to the University all of the Research Intellectual Property and Mixed Intellectual Property, whether such rights arise on or after the date of the Definitive Agreement.  Each of UMass Memorial and the Medical Center shall, to the extent it is legally able to do so, require its employees and independent contractors, who are engaged in research or clinical care activities to assign to UMass Memorial or the Medical Center, as applicable, all rights to Research Intellectual Property and Mixed Intellectual Property arising in the course of or as a result of such activities except to the extent that any such employees or independent contractors are members of the Medical School Faculty and already subject to an obligation to assign any such rights to the University under the Medical School's intellectual property policies; provided, however, that no such transfer shall be required to the extent that any such individuals have independent rights in such Research Intellectual Property or Mixed Intellectual Property prior to the date of the Definitive Agreement or would be permitted to retain such rights under the Medical School's research and intellectual property policies.  Rights arising prior to the date of the Definitive Agreement for the benefit of any member of the medical staff of Memorial Hospital shall be retained by such medical staff members.

2.3.4.2.  Right to Exploit Research Intellectual Property.  The Parties agree that, except as provided in Section 2.3.3.4 below, ownership of all Research Intellectual Property owned by UMass Memorial or the Medical Center shall be transferred to the University and that the University shall have the right, and neither UMass Memorial nor the Medical Center shall have the right, to commercially Exploit such Research Intellectual Property.

2.3.4.3.  Right to Exploit Mixed Intellectual Property.  The Parties agree that ownership of all Mixed Intellectual Property owned by UMass Memorial or the Medical Center shall be owned jointly and equally with the University and that the Parties shall agree in good faith as to the process by which to commercially Exploit such Mixed Intellectual Property and shall (in the absence of other agreement between the Parties) share equally in the revenues of such commercialization.

2.3.4.4.  Retained Rights to Use of Intellectual Property.  UMass Memorial and the Medical Center will retain the right to use Memorial Intellectual Property, Research Intellectual Property and Mixed Intellectual Property transferred to the University under Sections 2.3.1 or 2.3.3.2 for their own internal use, and each of them shall have the right to distribute or disseminate such Research Intellectual Property and Mixed Intellectual Property to third parties engaged in non-commercial research, free of cost, under an agreement which restricts use to non-commercial research and which prohibits redistribution or dissemination to others.

2.3.4.5.  Right to Exploit Medical Center Intellectual Property.  UMass Memorial shall retain ownership of and all rights with respect to Medical Center Intellectual Property, including the right to commercially exploit such Medical Center Intellectual Property, and the University shall not have the right to commercially exploit such Medical Center Intellectual Property.  The Chancellor and the President/Chief Executive Officer of UMass Memorial shall cooperate in good faith to resolve any issues concerning the applicability of this Section 2.3.3.5 to any specific item of Intellectual Property.

2.3.4.6.  Cooperation.  UMass Memorial and the Medical Center will execute, and will cause the Memorial Affiliates to execute any transfers, assignments or other documents reasonably requested by the University and will cooperate fully with the University in order to obtain, register, or convey any Memorial Intellectual Property, Research Intellectual Property, or interest in Mixed Intellectual Property that is required to be conveyed hereunder; provided, however, that actions (other than execution of documents) and costs associated with such registration, conveyance, and similar actions (including without limitation the costs of prosecuting patent applications and similar rights) shall be taken by and at the expense of the University.

ARTICLE 3

ACADEMIC AND CLINICAL DEPARTMENTS OF
MEDICAL SCHOOL AND MEDICAL CENTER

3.1.  Academic and Clinical Operating Principles.

3.1.1.  The Academic System and the System will develop complementary
academic and clinical strategies that are linked through joint investments in academic and clinical
programs designed to foster a cooperative and team-oriented approach.

3.1.1.1.  The Academic System will have jurisdiction over academic issues
(e.g., curriculum development, use of educational funds), and the System will have
jurisdiction over clinical issues (e.g., service site location, program development, etc.).
The University and UMass Memorial will inform and consult with each other on major
changes in mission or operations.  The Parties recognize that joint decision-making
between the University, UMass Memorial, and the Medical Center will be necessary with
respect to decisions that affect all of these entities.

3.1.1.2.  UMass Memorial and the Medical Center will continue to have
representation on committees of the Academic System that address matters directly
related to the operations of the System, including without limitation the following:
Education Policy Committee; Graduate Medical Education Committee; Continuing
Medical Education Committee; Executive Council; and Faculty Council.  Such
representatives on such committees will be appointed by the President/Chief Executive
Officer of UMass Memorial after consultation with the Chancellor.

3.2.  Physician Leadership and Organization

3.2.1.  General Principles.  Except for (i) members of the medical staff of the
former Memorial Hospital who did not hold Medical School faculty appointments prior to the
Closing and (ii) other individual physicians specifically excluded by approval of the Chancellor,
all members of the medical staff of the Medical Center shall be required to have and maintain
faculty appointments at the Medical School as requested by the Medical School and to provide a
reasonable amount of academic service under the supervision of the Chancellor, at no additional
compensation from any of the Parties, (not to exceed more than two hundred (200) hours per year
for physicians employed by any UMass Memorial Affiliate or the Practice Plan without the
approval of the President/Chief Executive Officer of UMass Memorial and not to exceed fifty
(50) hours per year for physicians in private practice without the prior approval of the Board of
Trustees of UMass Memorial including, but not limited to, participation in resident training
programs).  Subject to the limitation set forth in the prior sentence, the annual amount of required
academic service shall be determined from time to time by the Chancellor based on the needs of
the Medical School and the resources available to it; provided, however that any increase in the

standard number of uncompensated hours to be provided by new employed members of the faculty of the Medical School is subject to approval by the Physician Advisory Board. By mutual agreement of the Chancellor and the Medical Center, the Medical Center may create or may designate specific medical staff categories to which individuals who have been exempted from the faculty appointment requirement may be appointed. The Academic System will work with the System to train, support and place physicians, students, and other health care professionals for community and clinical service in accordance with the Strategic Plan.

　　　　3.2.2. Organization.

　　　　　　3.2.2.1. Clinical departments of the Medical Center will mirror the organizational structure of the academic departments of the Academic System. The academic department chair and division director of the Academic System will serve as the department chair and division director, respectively, of the corresponding clinical department of the Medical Center and are referred to herein as a "department chair" or "division director" when functioning in either an academic or clinical capacity. The initial clinical chairs will be set forth on a schedule to be delivered at Closing. At least three of the initial chairs will be appointed from among physicians formerly affiliated with Memorial. Unless and until changed by the Board of Trustees of UMass Memorial, at least three of the chairs will have their principal offices at the Memorial campus. The chairs will be responsible for clinical process redesign and enforcement of the proposed redesign.

　　　　　　3.2.2.1.1. Initial vice chairs will be appointed so as to provide representation of both campuses in, the principal offices of the chairs and vice chairs of each department between the UMass Campus and the Memorial Campus.

　　　　　　3.2.2.1.2. Initial division directors will include representatives of the UMass Campus and the Memorial Campus. Departmental chairs will be responsible for appointment of the division directors, in consultation with the chief medical officers of the Medical Center and the Physician Advisory Board ("PAB"), subject to final approval by the President/Chief Executive Officer of UMass Memorial.

　　　　　　3.2.2.1.3. The Medical Center will have a single medical staff with a single chair of each department. The medical staff will include (i) physicians employed by the University whose services are provided under a Contracted Employee Agreement (if any), (ii) physicians employed by UMass Memorial Physicians, Inc., (iii) physicians employed by UMass Memorial Medical Group, Inc. and (iv) private practitioners. The medical staff bylaws shall be consistent with the Definitive Agreement.

　　　　　　3.2.2.1.4. The composition of the employed medical group or groups and the strategy to be pursued by the Medical Center in integrating physicians will be determined by the Strategic Plan.

1137429.11                                                -12-

3.2.2.1.5.  The System will endeavor to establish a primary care physician network that is appropriate in size and location, and whose incentives are appropriately aligned with the System.  The Parties anticipate that the initial target ratio of primary care physicians to specialists will be developed as part of the development of the Strategic Plan.  Thus, desired growth or decrease in the number of specialists will be determined as part of the Strategic Plan.  The Parties anticipate that quality, cost efficiency and productivity will be measured and monitored for all physicians in the network.

3.2.3.  <u>Appointment and Activities of Departmental Chairs</u>.  Academic chairs/ department chairs will be recruited by a search committee appointed by the Chancellor and shall be appointed by the Chancellor with the advice and consent of the President/Chief Executive Officer of UMass Memorial.  During the first three years following the Closing Date, the search committees will be comprised of equal numbers of representatives formerly affiliated with each of the Academic System and Memorial.  The Chancellor and the President/Chief Executive Officer of UMass Memorial will jointly agree upon the recruitment package to be offered to any candidate for the position of academic chair/department chair.  The search committee will include participants from the PAB or their nominees.  The Chancellor and the President/Chief Executive Officer of UMass Memorial will jointly undertake the annual performance review of the academic chairs/department chairs of each department and will agree upon the compensation package for such individuals.  Either the Chancellor or the President/Chief Executive Officer of UMass Memorial may request termination of an academic chair/department chair, with such request to be processed expeditiously and in accordance with appropriate Medical School due process.  Prior to the Closing, the Medical School and Memorial shall endeavor to establish a mutually agreeable process for termination of an academic chair/department chair, with such process to include a final determination no later than three (3) months from receipt of request for termination.  In the event the Medical School and Memorial fail to agree upon such a process, or in the event they agree upon such a process but for any reason a final determination to terminate an academic chair/department chair has not been rendered within the said three (3) month period, then the President/Chief Executive Officer of UMass Memorial may remove such individual from the position of department chair; thereafter, the President/Chief Executive Officer of UMass Memorial may appoint an interim chair with the approval of the Chancellor, which approval shall not be unreasonably withheld.  In the event the President/Chief Executive Officer of UMass Memorial and the Chancellor shall fail to agree upon the appointment of an interim department chair, then a four (4) member subcommittee of the Board of Trustees of UMass Memorial shall appoint the interim department chair, and the Chancellor and the President/Chief Executive Officer shall each designate two (2) trustees to serve on such subcommittee.

3.2.4.  <u>Accountability</u>.  All research activities will be managed and governed by the University, and the academic chairs of each department will be responsible for establishing mechanisms to ensure accountability for satisfactory use of clinical time.

3.2.5. <u>Clinical Services to the Commonwealth</u>. The System will endeavor to respond to the need of the Commonwealth for clinical services as identified by the Academic System.

3.3. <u>Cross Funded Employees</u>.

The Chancellor and the President/Chief Executive Officer of UMass Memorial shall cooperate with each other with respect to the establishment and cost allocation of compensation of individuals serving in dual capacities on behalf of the Medical School and UMass Memorial and/or the Medical Center, all as set forth more specifically below.

3.3.1. <u>Payments</u>. The Medical Center will supply the University with the services of certain individuals who also provide services to the Medical Center (the "Cross Funded Employees") for teaching, research, and other purposes. The University will supply the Medical Center with the services of certain individuals for clinical purposes. The proposed annual funding by each of the University and the Medical Center for such Cross Funded Employees shall be established pursuant to Section 3.3. Each of the University and the Medical Center will be reimbursed on a weekly basis, in arrears, for the cost of salaries and benefits of the Cross Funded Employees.

3.3.2. There will be no reduction in the aggregate dollar value of professional and support services provided by Cross Funded Employees and paid for by either of the University or the Medical Center during the University's fiscal year ending June 30, 1999 below the actual level incurred in the fiscal year ending 1998.

3.3.3. Prior to March 31, 1999, and prior to March 31 of each subsequent year during the term of this Agreement, each of the University and the Medical Center will present a proposed budget to the other setting forth proposed requirements under this Section 3.3 for the University's fiscal year commencing on July 1 of such year. The University and the Medical Center will negotiate in good faith to reach agreement with respect to the proposed level of services to be provided hereunder.

3.3.4. The Parties agree that the mutual goal of promoting and supporting research and teaching activities must be tempered by the economic realities of operating a fiscally sound clinical system. The Parties further agree that it is desirable, within the constraints of fiscal responsibility, to continue to support a broad range of physicians and other academic researchers. Accordingly, the Parties agree to support the applicable departmental chairs and to consider and attempt to accommodate continued financial support for the Cross Funded Employees and to cooperate in the chair's efforts to locate alternative funding sources for temporary interruptions or changes in financial other support for such individuals, including use of the Departmental Education Funds. The Parties agree that, in the event adequate funding is unavailable from either of the University or the Medical Center or from alternative funding sources for a particular Cross Funded Employee, the individual, if a

physician, shall remain free to practice as a private physician in the community, but the University agrees that it will not object if the chair refuses to allow such individual to continue his academic appointment if such individual becomes employed, directly or indirectly by any licensed health care provider or affiliate thereof (excluding UMass Memorial and its affiliates) and continues to provide services in Worcester County. Anything to the contrary herein notwithstanding, each of the Medical Center and the University acknowledges and agrees that the other party shall retain authority to establish the salary and benefits, and to terminate or otherwise alter the terms and conditions of employment of the Cross Funded Employees employed by it; provided, however, that with respect to the Cross Funded Employees remaining employed by the University during the transition period contemplated by the Agreement for Practitioner Services, the Medical Center's authority with respect to such Cross Funded Employees shall be determined in accordance with the applicable Agreement for Employee Services.  In the event of a proposed termination of the employment of any Cross Funded Employee, or any reduction in hours, salary or other compensation of such individual, the University and the Medical Center shall share in the severance costs, if any, of such Cross Funded Employee in proportion to the percentages each party was responsible for funding such employee immediately prior to such termination or reduction.

     3.3.5.  [Reserved.]

     3.3.6.  <u>System Support for Faculty Academic Pursuits</u>.  In implementing the procedures set forth in Section 3.3.4 and subject always to the right of the Medical Center to establish salary and benefits, and to terminate or otherwise alter the terms and conditions of employment of the Cross Funded Employees, UMass Memorial and the Medical Center shall work with the department chairs in their efforts to define faculty compensation and allocate patient care and other responsibilities in order to promote academic and research efforts consistent with the mission of the Medical School.

<div align="center">ARTICLE 4</div>

<div align="center">DEPARTMENTAL EDUCATION FUNDS</div>

     All academic funds (net assets) derived from the Group Practice and held by the University as of the Closing Date, including the net assets in the fund labeled "Group Practice Plan Fund Balance" on the Most Recent Balance Sheet of the UMass Clinical Division will remain assets of the University and will be held by the Medical Center as agent for the University and allocated to each academic department regardless of whether the department chair was formerly affiliated with UMass Clinical System or Memorial.  The funds shall be transferred by the Medical Center, as agent, to the University pursuant to the provisions of Section 13.1.4. of the Definitive Agreement.  Expenditures from such funds will be made upon the prior approval of the Chancellor and President/Chief Executive Officer of UMass Memorial.

Immediately after the Closing, UMass Memorial shall, in consultation with the department chairs and the Chancellor, undertake and complete within six months of the Closing a review of the method of funding academic support payments from the Practice Plan to the clinical departments of the Medical Center (the "Departmental Education Funds"). The ten percent (10%) level of funding of the Departmental Education Funds in effect as of the date of execution of this Agreement (excluding the annual transfer of "Residual Earnings" as calculated pursuant to the Rules and Regulations of the Group Practice Bylaws in Exhibit Q) shall remain in effect until such time as the review of the method of funding has been completed. Thereafter, UMass Memorial shall have the right to substitute a new method after consultation with the Chancellor; provided however that the dollar level of funding for fiscal year 1996 shall be maintained unless and until the Chancellor and the President/Chief Executive Office of UMass Memorial shall otherwise agree.

Expenditures from the Departmental Education Funds during the year in which related income is earned will be made by the Medical Center, in accordance with the budget approved by the Chancellor and the President/Chief Executive Officer of UMass Memorial. The balances, if any, remaining in the Departmental Education Funds each year following reconciliation of such approved expenditures as of the end of September (which shall expressly exclude all Residual Earnings as defined in Exhibit Q or other portion of annual net income), together with all accrued interest earned thereon, shall be transferred to the appropriate academic departments of the Medical School within one hundred twenty (120) days of such reconciliation date. In the event that any such remaining balances are not transferred within such time, such untransferred amounts shall accrue interest from the end of UMass Memorial's fiscal year as to which such reconciliation applies at the Late Payment Rate. The System and the Academic System will work together in the future to identify additional sources of funds to subsidize less lucrative academic departments.

## ARTICLE 5

### DEVELOPMENT ACTIVITIES

The Medical School development office (the "Development Office") shall be the sole development office that will conduct the fund raising and development efforts for the Medical School and all UMass Memorial Affiliates in existence on the Closing Date (the "Existing Affiliates"). Prior to the Closing, UMass Medical Center Foundation, Inc. shall amend its articles and bylaws in the forms attached hereto as Exhibits B and C, respectively, to change its name to UMass Memorial Foundation, Inc. (the "Foundation") and to provide that the predecessor entities shall appoint an equal number of board members of the Foundation. The Foundation shall provide advice and assistance to the Development Office in such efforts. The Chancellor shall serve, ex-officio, as the Chief Executive Officer of the Foundation, and such other staff as may be required will be provided by the Medical School. All fund raising efforts and approaches to potential donors on behalf of the Medical School, the System, and the Existing Affiliates shall be conducted by the Development Office. The Development Office may conduct fund raising efforts on behalf of entities that become affiliated with System after the Closing

Date by mutual agreement of the Chancellor and the President/Chief Executive Officer of UMass Memorial, but in no event shall UMass Memorial conduct independent fund raising efforts for such new affiliate, (although such new affiliate may conduct its own fund raising efforts provided it does not use the "UMass" name).

5.1. <u>Oversight Group</u>. A Development Office oversight group, appointed by the Chancellor and including the President/Chief Executive Officer of UMass Memorial (the "Oversight Group"), shall be responsible for approving fund raising plans and strategies for contacting potential donors and resolving outstanding issues relating to distributions of the funds raised by the Development Office. The Development Office's annual plans and strategic plans shall be adopted with the advice and consent of the President/Chief Executive Officer of UMass Memorial.

5.2. <u>Clinical Fundraising Division</u>. A specific division shall be established within the Development Office that shall be responsible for implementing the Development Office's development efforts for the System. The head of this division shall be appointed by the President/Chief Executive Officer of UMass Memorial, subject to the approval of the Chancellor.

ARTICLE 6

<u>ACADEMIC AND OPERATIONAL INTEGRATION</u>

Academic and Operational Integration shall be governed by the provisions of Section 3.1 of this Agreement.

ARTICLE 7

<u>USE OF NAME</u>

Use of the name "UMass" shall be governed by the License Agreement. So long as the License Agreement is in effect, UMass Memorial shall consistently use the Marks (as defined in License Agreement) in its name and in all of its operations and general publicity materials, in accordance with and subject to the License Agreement, and shall cause the UMass Memorial Affiliates in existence on the Closing Date and any New Affiliates that have an academic affiliation agreement with the University to use the Marks in their names, operations or in all general publicity materials in accordance with and subject to the License Agreement, unless otherwise agreed by the University. The University agrees not to grant a license to use the name "UMass" or permit any entity (other than a UMass Memorial Affiliate) to use such name as part of the name of any health facility (excepting only student health facilities, including the existing Amherst facility, which serves patients in addition to students) or physician group; provided,

however, that the University may grant a license to use the name "UMass" to a publicly-owned hospital.

<div align="center">ARTICLE 8</div>

<div align="center">ACADEMIC SUPPORT</div>

The System agrees to make the following payments to the University on the terms and conditions set forth herein.  UMass Memorial and the Medical Center shall be jointly and severally liable for all amounts set forth in Sections 8.1 and 8.1.1.

8.1.  Baseline Support.  The System has agreed to make a specific annual payment to the University during the term of this Affiliation Agreement so long as the University continues to operate a medical school.  The University hereby acknowledges and agrees that, except with respect to claims for coverage under the Self Insurance Trust relating to coverage prior to the date the Self Insurance Trust is transferred to a UMass Memorial Affiliate or designee under Section 10.4 of the Definitive Agreement, from and after the Closing Date it shall have no right to and shall not attempt to claim any right to any portion of the Self Insurance Trust including income or appreciation thereon (other than in connection with the obligation of UMass Memorial or the Medical Center under Section 10.4 of the Definitive Agreement to provide tail coverage and otherwise indemnify the University and its employees who were covered by the Self Insurance Trust prior to Closing) or to assess a "Medical School Tax", "Dean's Tax" or other charge against clinical or professional revenues (other than the Departmental Education Fund Tax described in Article IV and the Participation Payment described in Section 8.1.1) generated by any of the UMass Memorial Affiliates (or any future Subsidiary thereof) or any employees or independent contractors thereof and, except as provided in the Occupancy Agreement or otherwise agreed to in writing by the University and the Medical Center or any other UMass Memorial Affiliate, no other charges shall be assessed against or with respect to the clinical facility or otherwise.  The Medical Center will pay the University an annual "par level" baseline support payment during the term of this Affiliation Agreement of Twelve Million Dollars ($12,000,000) (the "Base Payment"), subject to an annual adjustment for inflation by the COLA, payable in twelve (12) equal installments of One Million Dollars ($1,000,000) monthly, in arrears, on the fifteenth day of each month commencing after the first full month after the Closing, subject to inflationary adjustments on each anniversary during the term of this Affiliation Agreement as set forth herein; provided, however, that if the Closing occurs other than on the last day of a calendar month, the monthly payment shall be pro-rated for the number of days elapsed in the month following the Closing Date; and provided, further, that the Parties agree the existing Medical School Tax as defined in the Rules and Regulations Relative to the Operation and Governance of the Group Practice as set forth in Exhibit Q of the Definitive Agreement in effect prior to the Closing Date shall be continued through the end of the calendar month of the Medical Center during which the Closing occurs, and there will be a credit against

the $1,000,000 monthly support payment equal to the amount paid by the Practice Plan (or any successor entity) in payment of such Medical School Tax during such partial calendar month.

As more fully set forth in the Occupancy Agreement, in the event the Medical School closes during the term of the Occupancy Agreement, then from and after the date of such occurrence, the System will be relieved of all obligation to pay baseline support under this Section 8.1, and the University and the System shall negotiate a lease arrangement to permit continued occupancy of the Occupied Space at fair market value subject to certain adjustments set forth therein, all as further set forth in the Occupancy Agreement.

There shall be an adjustment to the Base Payment and the Participation Payment in the event of a material change in the enrollment of medical students at the University or a material decline in restricted research expenditures at the Academic System calculated in accordance with the provisions of this Section 8.1.

The adjustment shall be calculated by reference to a system of 200 points. Of the 200 points, 100 shall be attributable to student enrollment and 100 shall be attributable to restricted research awards. The Parties agree that the number of first year medical students enrolled at the University as of January 1, 1997 was 100 and that this shall be deemed equivalent to 100 points. The parties agree that the level of restricted research expenditures on the Most Recent Balance Sheet of Medical School Academic System for the academic year ending June, 1996 was $32,139,000 and that this level shall be deemed equivalent to 100 points.

In the event the number of first year medical students enrolled at the University as of January 1 of any year during the term of this Affiliation Agreement is less than the level set forth above, then the number of points attributable to student enrollment for that year shall be reduced to a number equal to one hundred (100) times a fraction, the numerator of which is the number of students enrolled as of January 1 in that year and the denominator of which is the number of students enrolled as of January 1, 1997.

In the event the dollar value (held constant to 1996 dollar values by adjustment to the COLA) of restricted research expenditures received by the University for the academic year in which the calculation occurs is less than the level set forth above, then the number of points attributable to restricted research expenditures for that year shall be reduced to a number equal to one hundred (100) times a fraction, the numerator of which is the dollar value of restricted research expenditures received by the University in that academic year (held constant to 1996 dollar values by adjustment to the COLA) and the denominator of which is the dollar value of 1996 restricted research expenditures.

The sum of the points for student enrollment and restricted research expenditures is herein referred to as the "Combined Score." If the average of the Combined Score for any three consecutive years during the term of this Affiliation Agreement is less than 100, then the Base Payment and the Participation Payment referred to in Section 8.1.1 shall be reduced

proportionally from what they would have been.  By way of example only and not as a limitation, if the average Combined Score for three consecutive years is 80, then the Base Payment and the Participation Payment shall be reduced to 40% of what they otherwise would have been.  If in either of the two years immediately following the year in which such a proportional reduction occurs , the average Combined Score for the prior three (3) years increases to above 100, then the Base Payment and the Participation Payment shall be restored in that year to the levels they would have been but for the prior reduction.

If the Combined Score is less than 100 in two consecutive years following such a reduction (i.e., there are three consecutive years of reduced Base Payment and Participation Payment), then the Parties shall in good faith renegotiate a reduction in the payment provisions of Section 8.1. and 8.1.1, but in no event shall the reduced payment level be less than the fair market value of the use of the Occupied Space subject to adjustment as set forth in the Occupancy Agreement, and in the event the Parties cannot agree upon the renegotiated payment level, the matter shall be resolved pursuant to arbitration in accordance with Section 11.1.

8.1.1.  Participation Payments.  The University will be entitled to a percentage of the Net Operating Revenues of the System generated in each fiscal year during the term of this Affiliation Agreement and commencing after the Closing Date (the "Participation Payments") in accordance with the following schedule, payable within 120 days after the end of each fiscal year and prorated for any partial years as set forth in subparagraph (c) below:

(a)    when Net Operating Revenues are positive and between 0% and 2% of Net Service Revenues, an incentive of 10% of Net Operating Revenues will be paid;

(b)    when Net Operating Revenues are between 2.01% and 3% of Net Service Revenues, an incentive equal to base (defined as "a" above) plus 15% of the incremental Net Operating Revenues above 2% will be paid;

(c)    when Net Operating Revenues are between 3.01% and 4% of Net Service Revenues, an incentive equal to base (defined as "b" above) plus 25% of the incremental Net Operating Revenues above 3% will be paid;

(d)    when Net Operating Revenues are between 4.01% and 5% of Net Service Revenues, an incentive equal to base (defined as "c" above) plus 30% of the incremental Net Operating Revenues above 4% will be paid;

(e)    when Net Operating Revenues are between 5.01% and 6% of Net Service Revenues, an incentive equal to base (defined as "d" above) plus 28% of the incremental Net Operating Revenues above 5% will be paid;

(f)   when Net Operating Revenues equal or exceed 6.01% of Net Service Revenues, an incentive equal to base (defined as "e" above) plus 28% of the incremental Net Operating Revenues above 6% will be paid.

(g)   In the event that any Person is combined or consolidated on the audited financial statements of UMass Memorial after the Closing (a "New Affiliate") then if and to the extent the principal place of business of such Person is located in Worcester County, Massachusetts or such Person is listed on Exhibit P of the Definitive Agreement, the Participation Payments set forth in Section 8.1.1 hereof shall apply to the combined Net Operating Revenues of UMass Memorial including the New Affiliate unless (a) the Parties otherwise agree in writing or (b) the New Affiliate is an insurance company, health maintenance organization, or similar entity; and in any event the Participation Payments set forth in Section 8.1.1 shall include any mobile institutional health care service operating at more than one fixed location, such as mobile catheterization services, mobile magnetic resonance imaging service, or mobile CAT scanners.

(h)   In the event this Affiliation Agreement commences or terminates other than on a date coinciding with the end of a fiscal year of the Medical Center, the Participation Payment shall be prorated during any partial fiscal year based on the number of days elapsed during the portion of the fiscal year during which this Affiliation Agreement is in effect divided by 365; provided, however, that with respect to the Participation Payment during the first partial fiscal year, there shall be included in the calculation of Net Operating Revenues only the Net Operating Revenues attributable to operations from and after the Closing Date.  The University shall have the right, at its expense, to audit or otherwise review the determination of Net Operating Revenues of the System.

8.1.2.  Debt Service Support.  The Medical Center shall expressly assume (i) all obligations to pay to the Trustee for the MBIA Bonds at the times when due all obligations of the University with respect to principal and interest on the MBIA Bonds and (ii) all other obligations of the University under that certain Financing Agreement dated as of June 8, 1995 relating to the MBIA Bonds, all as set forth in an assumption agreement to be in form and substance satisfactory to the Parties and the insurer of the MBIA Bonds.  The University agrees to cooperate fully with the System with respect to any defeasance, refunding, refinancing, or restructuring of said debt obligations, and the System shall be entitled to retain all savings (if any) of any such defeasance, refunding, refinancing, or restructuring of said debt.  In no event shall the University be obligated to become directly or indirectly liable (by guaranty or otherwise) for any such defeasance, refunding, refinancing, or restructuring of said debt.  The University shall take no action that shall adversely affect the status of interest on the MBIA Bonds as exempt from federal income taxation or otherwise cause the MBIA Bonds to be in default.

8.1.3.  Shared Services.  The Parties agree that the University and the System will continue to share and purchase certain goods and services from each other to the extent provided in and in accordance with the terms of the Occupancy Agreement at cost.

8.1.4.  Former Related Party Budgeted Transactions.  If and to the extent previously reflected on the Combining Statement of Operations in the most recent Financial Statements, services or goods previously purchased or sold to or from the UMass Clinical System by or from the Academic System will continue to be so purchased or sold at cost until the Parties shall otherwise mutually agree.


ARTICLE 9

AGREEMENT TO BE RESPONSIVE TO NEEDS OF THE COMMONWEALTH

9.1.  Service to the Community

The Parties recognize the University's historic efforts to respond to the Commonwealth's need for clinical and related health care services for its citizens.  Such efforts have included the provision to the public of both highly specialized services, particularly to the extent not available through other area services, and community-based primary care services.  Within the realm of primary care, the University has actively developed and continually worked to enhance a primary care network, in connection with which it has provided resident physicians to various community health centers and programs to deliver needed services, and has supported community-based education for health care providers, students and workers.  UMass Memorial and the Hospitals agree to continue to endeavor to respond to the State's and the community's needs as they may be identified from time to time by the Chancellor.

Such community and state needs will be among the factors taken into consideration by the strategic planning process of UMass Memorial in decisions concerning new program development, expansion or contraction of existing services, the location of clinical training sites, resource allocation, and other decisions that have a potential significant impact on the meeting of such needs.


9.2.  Covenants with Respect to Medicaid Contracts.

As of or subsequent to the Closing, the University and the Medical Center shall enter into a Medical Educational Services Agreement and the Medical Center shall enter into a Medicaid Provider Agreement, all as set forth in Sections 10.8 and 10.9 of the Definitive Agreement.


ARTICLE 10

TERM AND TERMINATION

10.1.  Initial Term; Renewal.

1137429.11                                          -22-

This Agreement shall remain in full force and effect for a period of ninety-nine (99) years from the date hereof, and shall expire on March 30, 2097. Following the expiration of such term, the Parties intend to renegotiate this Affiliation Agreement and the relationships created hereby, subject to compliance with all applicable law, and intend that at least three (3) years prior to such date, UMass Memorial, the Medical School, and the Medical Center will convene a special task force, to be comprised of at least the Chancellor and the President/CEO, in order to review the accomplishments of the Affiliation, current and projected medical and health care professional education needs within the Commonwealth of Massachusetts, and the status of and trends in the health care needs of the population of the Commonwealth of Massachusetts, and to work in good faith to determine in what manner the affiliation should be continued, and to take or to cause to be taken such actions as may be necessary to permit to continue without interruption such an affiliation as may be appropriate.

10.2.  Termination.

This Agreement may be terminated prior to the expiration of the term hereof only in accordance with the provisions of this Section 10.2.

10.2.1.  If the University ceases to operate a Medical School, then at the election of and upon written notice provided by the President/Chief Executive Officer of UMass Memorial, (i) this Affiliation Agreement shall terminate and (ii) the obligation of UMass Memorial and the Medical Center to make any payments under Section 8.1 [Base Payments] or 8.1.1 [Participation Payments] shall cease, and (iii) in accordance with the Occupancy Agreement, UMass Memorial shall in good faith negotiate a lease arrangement for the Occupied Space with the University at fair market value subject to certain adjustments set forth in the Occupancy Agreement.

10.2.2.  Subject always to the provisions of the Occupancy Agreement, which shall control with respect to the rights of parties concerning all defaults or Events of Default as described therein, if UMass Memorial fails to pay when due any amounts under the Definitive Agreement, this Affiliation Agreement, or the Occupancy Agreement, then, (unless such failure is otherwise the subject of a specific remedy in the Occupancy Agreement ), after ninety (90) days written notice and failure to cure within said ninety (90) day period, at the election of and upon written notice provided by the Chancellor, this Affiliation Agreement, the License Agreement, and the Occupancy Agreement shall terminate, and the University shall retain all remedies at law or in equity.  This Section shall not be construed to alter any of the provisions of the Occupancy Agreement with respect to the termination of the Occupancy Agreement or late payments made thereunder.

10.2.3.  If the University fails to pay when due any amounts under the Occupancy Agreement, then, after ninety (90) days written notice and failure to cure within said ninety (90) day period, at the election of and upon written notice provided by the President/Chief Executive

Officer of UMass Memorial, the Occupancy Agreement shall terminate, and UMass Memorial shall retain all remedies at law or in equity.

## ARTICLE 11

## DISPUTE RESOLUTION

In the event that any dispute arises under any provision of this Agreement, or in the interpretation of its terms, which cannot be resolved between the Chancellor and the President/CEO, any Party may invoke the binding arbitration provisions as set forth in Section 11.1 below, except that the University, on the one hand, and UMass Memorial and/or the Medical Center, on the other hand, shall each bear one-half the costs and expenses of the mediator, any third parties selected by the mediator to assist in resolving the dispute, and the costs associated with any subsequent arbitration.

11.1. <u>Arbitration</u>. If a dispute arises under this Agreement which cannot be resolved by the personnel directly involved, any Party may invoke the procedures set forth in this Section by giving the other Parties written notice of the dispute, in which case such Party shall designate a person with decision making authority (the "Representative") to act on behalf of the disputing Party in the dispute. The other Parties shall be required to respond to the disputing party's notice within twenty (20) days of receipt by designating in writing its own Representative. The Parties agree to use the following procedure prior to any Party pursuing other available remedies.

11.1.1. The Parties, acting through their respective Representatives, shall meet at a mutually acceptable time and place within twenty (20) days after the non-disputing Parties designates its Representative to the disputing Party. The Representatives shall attempt in good faith to negotiate a resolution of the dispute.

11.1.2. If, within thirty (30) days after the first meeting of the Representatives the Parties have not succeeded in negotiating a resolution of the dispute, they agree to submit the dispute to mediation in accordance with Commercial Mediation Rules of the American Arbitration Association.

11.1.3. The Parties will jointly appoint a mutually acceptable mediator to mediate the dispute. If the parties are unable to agree on a mutually acceptable mediator within twenty (20) days of the conclusion of the negotiations, then the Parties shall request the American Arbitration Association to assist the parties in finding a mutually acceptable mediator. Each party shall bear its own costs incurred in the mediation and UMass Memorial and/or the Medical Center, on the one hand, and the University, on the other hand shall bear one-half the costs and expenses of the mediator and any third parties selected by the mediator to assist in resolving the dispute.

11.1.4.  The Parties agree to participate in good faith in the mediation and negotiations related thereto for a period of thirty (30 ) days.  If the Parties do not resolve the dispute through mediation within such period, any Party may submit the matter to binding arbitration before a three member panel of arbitrators in accordance with the Commercial Arbitration Rules of the American Arbitration Association.  Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction.

11.1.5.  The entirety of this Section is intended to be fully enforceable in accordance with the Uniform Arbitration Act for Commercial Disputes, including but not limited to, all provisions relating to mediation.  Notwithstanding anything herein to the contrary, nothing in this Section shall preclude any Party from seeking interim or provisional relief in the form of a temporary restraining order, preliminary injunction or other interim relief concerning the dispute, either prior to or during the proceedings provided for in this Section, if such action is deemed necessary to protect the interests of such Party.

11.1.6.  [Reserved.]

## ARTICLE 12

## MISCELLANEOUS

12.1.  Consistency of By-Laws, Rules, Regulations and Policies.

UMass Memorial and the Medical Center shall adopt and keep in effect bylaws, rules, regulations and policies, and the Medical Center shall adopt and keep in effect medical staff bylaws, all of which are consistent with the terms of this Agreement, except to the extent prohibited by applicable law or accreditation requirements.

12.2.  Entire Agreement.

This Agreement and the Definitive Agreement represent the entire understanding of the Parties with respect to the subject matter hereof, and supersede any and all prior understandings with respect thereto.  No amendment of this Agreement shall be effective unless reduced to writing and signed by each of the Parties.

12.3.  Definitions.

To the extent that any capitalized term is not specifically defined within this Agreement, such term shall have the same meaning as it has in the Definitive Agreement.

12.4.  Waiver.

The waiver by any Party of any breach of this Agreement by any other Party or the waiver of any term of this Agreement shall not be deemed to be a waiver of any subsequent breach and shall not prevent subsequent enforcement of any such term.

12.5. Assignment.

This Agreement shall be binding upon the Parties and their respective permitted successors and assigns. No party may assign any of its rights or delegate any of its duties hereunder without the prior written consent of the other parties; provided, however, that Memorial and/or UMass Memorial may direct the allocation of assets to be conveyed hereunder or under any document contemplated hereby to any entity controlled by them (or, with respect to the Self Insurance Trust, to a so-called captive insurance company in accordance with the provisions of Section 10.4 of the Definitive Agreement), and further provided that UMass Memorial and the Medical Center may assign this Agreement to the surviving entity in the event UMass Memorial or the Medical Center merges, combines or consolidates with another entity. In the event the Medical School combines, merges, or consolidates with another Medical School without the consent of the Board of Trustees of UMass Memorial (which shall not be unreasonably withheld but which may take into consideration, in addition to other factors, the support of any successor medical school for any competitor of any UMass Memorial Affiliate in Worcester County), then the President/Chief Executive Officer of UMass Memorial may propose to the University a reduction in payments under Article 8, and, subject always to the provisions of Section 12.8, the University and UMass Memorial shall agree upon such reduction, if any, as is appropriate. In the event the University and UMass Memorial fail to agree upon any proposed reduction, the matter shall be resolved pursuant to arbitration in accordance with Section 11.1.

12.6. Notices.

All notices hereunder shall be deemed to have been given when delivered in person or one day after sending by reputable overnight delivery service or three (3) days after mailing by certified mail, return receipt requested, addressed to any Party at its address set forth below or at any other address of which any Party notifies the others in writing.

If to University of Massachusetts, to :

Chancellor
University of Massachusetts
18 Tremont Street
Boston, MA 02108

If to UMass Memorial Health Care, Inc. or
UMass Memorial Medical Center, Inc., to:

President/Chief Executive Officer
UMass Memorial Health Care
119 Belmont Street
Worcester, MA  01605

12.7.  Governing Law.

This Agreement shall be governed by and construed in accordance with the laws of The Commonwealth of Massachusetts.

12.8.  Good Faith and Fair Dealing.

The University and UMass Memorial shall meet annually to assess the overall arrangement to consider such adjustments as may be appropriate and mutually agreeable to facilitate the satisfactory implementation of the purposes of this Agreement.  Each Party agrees to cooperate in good faith and to deal fairly with the others in attempting to effect the transactions contemplated by this Agreement as well as performance of any obligations required hereunder subsequent to the Closing.

12.9.  Counterparts.

This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original but all of which shall constitute one and the same document.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as a sealed instrument this __ day of _____, 1998.

UNIVERSITY OF MASSACHUSETTS

By: _____

Its: _____

UMASS MEMORIAL HEALTH CARE, INC.

By: _____

Its: _____

UMASS MEMORIAL MEDICAL CENTER, INC.

By: _____

Its: _____

# Exhibit WWWWW

Desai, Charu S., M.D.

**UMass Memorial Medical Center**

Continuing Education Summary
Two Year Period

Charu S. Desai, M.D.

| Date | Activity | | | | | |
|------|----------|---|---|---|---|---|
| 12/01/1999 | Meditech Training | | 0.00 | | | |
| 09/05/2007 | Imaging of Non-traumatic Abdominal Emergencies | | | | 1 | 1.00 |
| 08/10/2007 | M&M | 1* | 1.00 | | | |
| 09/12/2007 | US Evaluation of TIPS | | 1 | 1.00 | | |
| 09/18/2007 | Chiefs Conference | 1 | 1.00 | | | |
| 09/20/2007 | Two Decades of Endovascular Intracranial Aneurysm | | | | 1 | 1.50 |
| 09/25/2007 | Chiefs Conference | 1 | 1.00 | | | |
| 09/26/2007 | Chest | 1 | 1.00 | | | |
| 09/27/2007 | Cardiac MRI | 1 | 1.00 | | | |
| 10/01/2007 | M&M | 1* | 1.00 | | | |
| 10/05/2007 | MSK | 1 | 1.00 | | | |
| 10/10/2007 | Medicoradiologic Correlation Conference | | | | 1 | 1.00 |
| 10/10/2007 | Intro to Chest Radiography | | 1 | 1.00 | | |
| 10/17/2007 | COPD | 1 | 1.00 | | | |
| 10/18/2007 | Thyroid Nodules: The Great Unknown | | 1* | 1.50 | | |
| 11/07/2007 | GI | 1 | 1.00 | | | |
| 11/14/2007 | Chest | 1 | 1.00 | | | |
| 11/15/2007 | Radiofrequency Ablation of Lung Tumors | | | 1* | 1.50 | |
| 11/19/2007 | M&M Conference | 1* | 1.00 | | | |
| 11/23/2007 | GI | 1 | 1.00 | | | |
| 11/28/2007 | Rad/Path | 1 | 1.00 | | | |
| 11/29/2007 | Chest | 1 | 1.00 | | | |
| 12/03/2007 | Neuro & CT Perfusion  Demo | 1 | 1.00 | | | |
| 12/10/2007 | M&M Conference | 1* | 1.00 | | | |
| 12/11/2007 | Chiefs Conference | 1 | 1.00 | | | |
| 12/12/2007 | GI | 1 | 1.00 | | | |
| 01/09/2008 | Asthma & Granulomatous Disease | | 1 | 1.00 | | |
| 02/01/2008 | Pedi | 1 | 1.00 | | | |
| 02/04/2008 | Neuro | 1 | 1.00 | | | |
| 02/05/2008 | Chiefs Conference | 1 | 1.00 | | | |
| 02/06/2008 | GI | 1 | 1.00 | | | |
| 02/11/2008 | M&M Conference | 1 | 1.00 | | | |
| 02/12/2008 | Chiefs Conference | 1 | 1.00 | | | |
| 02/13/2008 | RSNA On-Line | 1 | 1.00 | | | |
| 02/14/2008 | MSK | 1 | 1.00 | | | |
| 02/19/2008 | Chiefs Conference | 1 | 1.00 | | | |
| 02/20/2008 | Radiology | | 1 | 1.00 | | |
| 02/21/2008 | Imaging of the Pediatric Pancreas | | | 1 | 1.50 | |
| 02/27/2008 | Solitary Pulmonary Nodules | 1 | 1.00 | | | |
| 02/29/2008 | MSK | 1 | 1.00 | | | |
| 03/03/2008 | Neuro | 1 | 1.00 | | | |
| 03/04/2008 | Chiefs Conference | 1 | 1.00 | | | |
| 03/05/2008 | Pancreatitis | 1 | 1.00 | | | |
| 03/07/2008 | Vascular Rings | 1 | 1.00 | | | |
| 03/10/2008 | M&M | 1 | 1.00 | | | |
| 03/11/2008 | Chiefs Conference | 1 | 1.00 | | | |
| 03/11/2008 | Renal Masses | 1 | 1.00 | | | |

**CONFIDENTIAL**

UMM-03358

Desai, Charu S., M.D.

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 03/13/2008 | Education Conf | 1 | 1.00 | | |
| 03/17/2008 | Nuc Med | 1 | 1.00 | | |
| 03/18/2008 | Chief's Conference | 1 | 1.00 | | |
| 03/19/2008 | Cystic Neoplasms of the Pancreas | | 1 | 1.00 | |
| 03/20/2008 | The Use and Misuse of Radiation in Medicine | | 1 | 1.50 | |
| 04/01/2008 | Chief's Conference | 1 | 1.00 | | |
| 04/02/2008 | Imaging of 1st Trimester Pregnancy | | 1 | 1.00 | |
| 04/04/2008 | Board Review - Barium Studies | | 1 | 1.00 | |
| 04/09/2008 | Barium Studies Continued | 1 | 1.00 | | |
| 04/17/2008 | Shoulder MR: Labrum and Instability | | 1 | 1.50 | |
| 04/18/2008 | Daily Radiology Rounds | 1 | 1.00 | | |
| 04/21/2008 | M&M | 1* | 1.00 | | |
| 04/23/2008 | Diffuse Lung Disease | 1 | 1.00 | | |
| 05/01/2008 | Breast Conference | 1 | 1.00 | | |
| 05/05/2008 | Nuc Med | 1 | 1.00 | | |
| 05/08/2008 | Education Conference | 1 | 1.00 | | |
| 05/12/2008 | Pneumonias | 1 | 1.00 | | |
| 05/14/2008 | Rad Pathology | 1 | 1.00 | | |
| 05/15/2008 | MDCT of Thoracic Trauma | 1 | 1.50 | | |
| 05/19/2008 | M&M | 1* | 1.00 | | |
| 05/21/2008 | Analysis of Breast Masses | 1 | 1.00 | | |
| 05/22/2008 | Education Conference | 1 | 1.00 | | |
| 06/02/2008 | Nuc Med Case | 1 | 1.00 | | |
| 06/03/2008 | Chief's Conference | 1 | 1.00 | | |
| 06/04/2008 | Malpractice in Radiology | 1 | 1.00 | | |
| 06/09/2008 | M&M | 1* | 1.00 | | |
| 06/11/2008 | Emerging Technologies in Breast Imaging | | 1 | 1.00 | |
| 06/19/2008 | Multispectral Quantitative MRI | | 1 | 1.00 | |
| 06/20/2008 | Ortho and Spine Hardware | 1 | 1.00 | | |
| 06/25/2008 | Medical Radiology Rounds | 1 | 1.00 | | |
| 06/25/2008 | Chest | 1 | 1.00 | | |
| 06/26/2008 | Imaging of Acute Abd Pain | 1 | 1.00 | | |
| 07/09/2008 | Basic Chest X-ray | 1 | 1.00 | | |
| 07/11/2008 | Intro to MSK | 1 | 1.00 | | |
| 07/31/2008 | Contrast Media & Reactions | 1 | 1.00 | | |
| 08/06/2008 | Virtual Colonoscopy | 1 | 1.00 | | |
| 08/07/2008 | Rad Pathology | 1 | 1.00 | | |
| 09/02/2008 | Chief's Conference | 1 | 1.00 | | |
| 09/03/2008 | Guided Procedures | 1 | 1.00 | | |
| 09/04/2008 | Male Breast Cancer | 1 | 1.00 | | |
| 09/10/2008 | COPD & Related Diseases | 1 | 1.00 | | |
| 09/11/2008 | Optimizing Radiation Safety | 1 | 1.00 | | |
| 09/12/2008 | Joint Disorders | 1 | 1.00 | | |
| 09/15/2008 | Radiology Morbidity and Mortality/Quality Assurance | | | 1* | 1.00 |
| 09/18/2008 | 320-Detector Row | 1 | 1.50 | | |
| 09/19/2008 | MSK | 1 | 1.00 | | |
| 09/24/2008 | Mandatory Compliance Training | | 1* | 1.00 | |
| 09/24/2008 | Compliance Training | 1* | 1.00 | | |
| 10/09/2008 | Chest | 1 | 1.00 | | |
| 10/16/2008 | Advanced CT & MR Imaging for Stroke Triage | | 1 | 1.00 | |
| 10/20/2008 | Radiology M&M | 1* | 1.00 | | |
| 10/22/2008 | TB or not to TB | 1 | 1.00 | | |
| 10/30/2008 | Inflammatory Bowel Disease | 1 | 1.00 | | |
| 11/17/2008 | Radiology M&M | 1* | 1.00 | | |
| 11/20/2008 | 20 Years of Liver and Kidney Ablation | 1 | 1.00 | | |
| 11/21/2008 | Unknown Cardiothoracic Cases | | 1 | 1.00 | |

**CONFIDENTIAL**

UMM-03359

Desai, Charu S., M.D.

| Date | Title | | | | |
|------|-------|---|---|---|---|
| 11/24/2008 | GU Imaging in the ED: Renal trauma | 1 | 1.00 | | |
| 12/03/2008 | Functional Anatomy of the Heart | 1 | 1.00 | | |
| 12/11/2008 | Abdominal Imaging 1 | 1.00 | | | |
| 12/15/2008 | Radiology M&M | 1* | 1.00 | | |
| 01/05/2009 | Bone Aunt Minnie's 1 | 1.00 | | | |
| 01/07/2009 | Liver Lesions | 1 | 1.00 | | |
| 01/12/2009 | Radiology M&M | 1* | 1.00 | | |
| 01/14/2009 | Lines, Tubes, and Devices in the ICU | 1 | 1.00 | | |
| 01/15/2009 | Strategies for Reducing Radiation Dose in Body CT | | | 1 | 1.00 |
| 01/26/2009 | Cholangiopancreatography | 1 | 1.00 | | |
| 01/29/2009 | The Role of Imaging in Patients with Pancreatic Cancer | | | 1 | 1.00 |
| 02/02/2009 | Basics of 3D Imaging | 1 | 1.00 | | |
| 02/04/2009 | Radiology Pathology Conference | 1 | 1.00 | | |
| 02/09/2009 | Radiology M&M | 1* | 1.00 | | |
| 02/11/2009 | Thyroid Ultrasound 1 | 1.00 | | | |
| 02/12/2009 | Thyroid Ultrasound Part 2 | 1 | 1.00 | | |
| 02/19/2009 | Central Venous Access/Breast MRI | 1 | 1.00 | | |
| 03/04/2009 | Trachea 1 | 1.00 | | | |
| 03/12/2009 | Imaging of the Reproductive System | 1 | 1.00 | | |
| 03/16/2009 | Radiology M&M and QA | 1* | 1.00 | | |
| 03/18/2009 | Cardiac Function | 1 | 1.00 | | |
| 03/19/2009 | Super Bowl | 1 | 1.00 | | |
| 03/23/2009 | Imaging of Appendicitis | 1 | 1.00 | | |
| 04/16/2009 | Pelvic Pain Overlooked and Underdiagnosed | | 1 | 1.50 | |
| 04/20/2009 | M&M | 1* | 1.00 | | |
| 04/22/2009 | Lung Cancers | 1 | 1.00 | | |
| 05/06/2009 | Sarcoidosis & Connective Tissue | 1 | 1.00 | | |
| 05/11/2009 | Breast Imaging | 1 | 1.00 | | |
| 05/18/2009 | Radiology M&M | 1* | 1.00 | | |
| 05/21/2009 | Implementation of a Radiology QA Program | | 1 | 1.00 | |
| 06/03/2009 | Rad Path Conference | 1 | 1.00 | | |
| 06/08/2009 | Plain Film of the Acute Abdomen | 1 | 1.00 | | |
| 06/10/2009 | Part 2 Plain Film of the Abdomen | 1 | 1.00 | | |
| 07/08/2009 | Normal Chest | 1 | 1.00 | | |
| 07/15/2009 | Chest, Lines, and Tubes | 1 | 1.00 | | |
| 07/20/2009 | Radiology M&M | 1* | 1.00 | | |
| 08/03/2009 | Plain Film - Acute Chest | 1 | 1.00 | | |
| 08/05/2009 | Contrast Media | 1 | 1.00 | | |
| 08/06/2009 | Prostate Imaging | 1 | 1.00 | | |
| 08/20/2009 | Small Bowel Imaging | 1 | 1.00 | | |
| 08/21/2009 | Incidentalomas in Abdominal Imaging | 1 | 1.00 | | |
| 08/24/2009 | Pneumonia | 1 | 1.00 | | |
| 08/26/2009 | Chest Case Conference | 1 | 1.00 | | |
| 09/14/2009 | PACS | 1 | 1.00 | | |
| 09/15/2009 | Chief's Conference 1 | 1.00 | | | |
| 09/17/2009 | Image Guided Tumor Ablation | 1 | 1.50 | | |
| 09/21/2009 | Radiology M&M | 1* | 1.00 | | |
| 09/23/2009 | Atelectasis & Differential | 1 | 1.00 | | |
| 09/24/2009 | Imaging of Renal Masses | 1 | 1.00 | | |
| 10/08/2009 | Imaging of Liver Metastases | 1 | 1.50 | | |
| 10/08/2009 | Chest Case Conference | 1 | 1.00 | | |
| 10/12/2009 | Classic GI Imaging 1 | 1.00 | | | |
| 10/14/2009 | Nuc Med Peds | 1 | 1.00 | | |
| 10/16/2009 | Role of IR in Trauma | 1 | 1.00 | | |
| 10/19/2009 | Radiology M&M | 1* | 1.00 | | |
| 10/26/2009 | Lung Case Conference | 1 | 1.00 | | |

**CONFIDENTIAL**

UMM-03360

Desai, Charu S., M.D.

| Date | Conference | | | | |
|---|---|---|---|---|---|
| 10/27/2009 | Chief's Conference 1 | 1.00 | | | |
| 10/28/2009 | Imaging in Intestinal Ischemia | | 1 | 1.00 | |
| 10/29/2009 | Transplant Basics & Anatomy 1 | 1.00 | | | |
| 11/09/2009 | Imaging of the Gallbladder | 1 | 1.00 | | |
| 11/16/2009 | Radiology M&M | 1* | 1.00 | | |
| 11/30/2009 | Review of Acute GI/GU Imaging | | 1 | 1.00 | |
| 12/04/2009 | Post RSNA Review 1 | 1.00 | | | |
| 12/08/2009 | Post RSNA Review 1 | 1.00 | | | |
| 12/09/2009 | Tuberculosis | 1 | 1.00 | | |
| 12/17/2009 | Radiology Pathology Conference | | 1 | 1.00 | |
| 12/17/2009 | Grand Rounds Superbowl | 1 | 1.50 | | |
| 12/21/2009 | Radiology M&M | 1* | 1.00 | | |
| 01/04/2010 | Malpractice | 1 | 1.00 | | |
| 01/07/2010 | Chest Case Conference | 1 | 1.00 | | |
| 01/08/2010 | Chest Case Conference | 1 | 1.00 | | |
| 01/13/2010 | Lung Cancer | 1 | 1.00 | | |
| 01/21/2010 | Grand Rounds Superbowl | 1 | 1.50 | | |
| 01/25/2010 | Radiology M&M | 1* | 1.00 | | |
| 02/10/2010 | Chest Case Conference | 1 | 1.00 | | |
| 02/18/2010 | The Esophagogram | 1 | 1.00 | | |
| 02/18/2010 | Grand Rounds Superbowl | 1 | 1.50 | | |
| 03/04/2010 | Everything That Can Go Wrong with the Hip | | 1 | 1.00 | |
| 03/10/2010 | Rad Path Conference | 1 | 1.00 | | |
| 03/15/2010 | Radiology M&M | 1* | 1.00 | | |
| 03/25/2010 | Chest Basic Plain Films | 1 | 1.00 | | |
| 03/30/2010 | Comparative Effectiveness Research in Diagnostic Imaging 1 | | | | 1.50 |
| 04/14/2010 | Path Conference | 1 | 1.00 | | |
| 04/15/2010 | Update on Management of Common Malignancies | | | 1 | 1.00 |
| 04/19/2010 | Acute and Chronic Renal Infections | | 1 | 1.00 | |
| 04/22/2010 | Imaging Abdominal Infection 1 | 1.50 | | | |
| 04/22/2010 | Spinal Trauma | 1 | 1.00 | | |
| 04/29/2010 | Imaging of Female Pelvis | 1 | 1.00 | | |
| 05/03/2010 | Mediastinum Part 2 1 | 1.00 | | | |
| 05/17/2010 | Radiology M&M | 1 | 1.00 | | |
| 05/20/2010 | Gynecologic Tumor Imaging 1 | 1.00 | | | |
| 05/21/2010 | Multiple Myeloma & Amyloidosis | 1 | 1.00 | | |
| 05/26/2010 | Rad-Path Conference | 1 | 1.00 | | |
| 06/21/2010 | Radiology M&M | 1* | 1.00 | | |
| 06/23/2010 | Spinal Trauma | 1 | 1.00 | | |
| 08/19/2010 | Coronary Anatomy 1 | 1.00 | | | |
| 09/27/2010 | Diffuse Liver Disease | 1 | 1.00 | | |
| 09/29/2010 | Diseases of the Hematopoietic System/Part 4 | 1 | 1.00 | | |
| 10/06/2010 | Sarcoidosis | 1 | 1.00 | | |
| 10/13/2010 | Bone Scintigraphy 1 | 1.00 | | | |
| 11/04/2010 | Business Innovation in Academic Radiology | | 1 | 1.50 | |
| 11/11/2010 | Cardiac CT in the Emergency Setting | 1 | 1.00 | | |
| 11/16/2010 | Chief's Conference 1 | 1.00 | | | |
| 11/17/2010 | Rad Path Conference | 1 | 1.00 | | |
| 12/01/2010 | Non-Traumatic Abdominal Emergencies | | 1 | 1.00 | |
| 12/07/2010 | Chief's Conference/RSNA Review | 1 | 1.00 | | |
| 12/16/2010 | Radiology Superbowl | 1 | 1.50 | | |
| 12/17/2010 | Cystic Lesions of the Head and Neck | 1 | 1.00 | | |
| 01/03/2011 | MRI Pelvis | 1 | 1.00 | | |
| 01/06/2011 | Pediatric MRI MSK 1 | 1.00 | | | |
| 01/13/2011 | Lung Cancer | 1 | 1.00 | | |
| 01/24/2011 | Radiology M&M/QA | 1* | 1.00 | | |

**CONFIDENTIAL**

UMM-03361

Desai, Charu S., M.D.

| Date | Activity | | | |
|------|----------|---|---|---|
| 02/08/2011 | Radiology Superbowl | 1 | 1.50 | |
| 02/09/2011 | Radiology/Pathology Conference | | 1 | 1.00 |
| 02/10/2011 | Diffuse Lung Disease | 1 | 1.00 | |
| 02/24/2011 | Radiology Superbowl | 1 | 1.50 | |
| 03/14/2011 | Radiology M&M/QA | 1* | 1.00 | |
| 03/31/2011 | Radiology Grand Rounds | 1 | 1.50 | |
| 04/21/2011 | Radiology Grand Rounds | 1 | 1.50 | |
| 05/02/2011 | Cholangiopancreatography | 1 | 1.00 | |
| 05/10/2011 | Clinical Updates | 1 | 1.00 | |
| 05/19/2011 | Radiology Grand Rounds | 1 | 1.50 | |
| 05/23/2011 | Virtual Colonoscopy | 1 | 1.00 | |
| 06/17/2011 | Small Airway Disease | 1 | 1.00 | |
| 07/14/2011 | Introduction to Chest Imaging | 1 | 1.00 | |
| 07/15/2011 | Introduction to Chest Imaging | 1 | 1.00 | |
| 08/10/2011 | Radiology/Pathology | 1 | 1.00 | |
| 08/11/2011 | Atelectasis and Radiological Signs | 1 | 1.00 | |
| 08/22/2011 | Radiology M&M/QA | 1* | 1.00 | |
| 08/24/2011 | Metastatic Bone Lesions | 1 | 1.00 | |
| 09/16/2011 | Cardiothoracic Case Discussion | 1 | 1.00 | |
| 10/04/2011 | Chief's Conference | 1 | 1.00 | |
| 10/05/2011 | Radiology Pathology Conference | 1 | 1.00 | |
| 10/06/2011 | Imaging of Abdominal Hemorrhage | 1 | 1.00 | |
| 10/13/2011 | Aortic Disease Assessment | 1 | 1.00 | |
| 10/17/2011 | Residents and Fellow Soarian Training | 1 | 1.00 | |
| 10/20/2011 | Myocardial Infarct Imaging on Non-Gated MDCT | 1 | 1.50 | |
| 10/24/2011 | Radiology M&M/QA | 1* | 1.00 | |
| 12/07/2011 | Radiology/Pathology Correlation Conference | | 1 | 1.00 |
| 12/08/2011 | TB or not TB | 1 | 1.00 | |
| 12/15/2011 | Radiology Grand Rounds Superbowl | 1 | 1.50 | |
| 12/19/2011 | Radiology M&M/Quality Assurance | 1* | 1.00 | |
| 01/05/2012 | Show and Tell Cases (Chest) | 1 | 1.00 | |
| 01/19/2012 | Radiology Grand Rounds Superbowl | 1 | 1.50 | |
| 01/23/2012 | Radiology M&M/QA | 1* | 1.00 | |
| 02/16/2012 | Radiology Grand Rounds Superbowl | 1 | 1.50 | |
| 02/22/2012 | Radiologic Malpractice: Basic Principles | | 1 | 1.00 |
| 02/23/2012 | Radiology Grand Rounds Superbowl | 1 | 1.50 | |
| 02/29/2012 | Chest Cases of the Month | 1 | 1.00 | |
| 03/15/2012 | Virtual Colonoscopy | 1 | 1.50 | |
| 05/16/2012 | Rad/Path Conference | 1 | 1.00 | |
| 05/17/2012 | Radiology Grand Rounds | 1 | 1.50 | |
| 05/18/2012 | Radiology of AIDS and Other Compromised States | | 1 | 1.00 |
| 06/11/2012 | Radiology M&M/QA | 1* | 1.00 | |
| 06/21/2012 | Solitary Pulmonary Nodule | 1 | 1.00 | |
| 07/18/2012 | Plain Film Chest X-ray | 1 | 1.00 | |
| 07/19/2012 | Basic Concepts of Film Interpretation | 1 | 1.00 | |
| 07/20/2012 | Introduction to Chest Radiology | 1 | 1.00 | |
| 07/26/2012 | Radiation Protection | 1 | 1.00 | |
| 08/01/2012 | Plain Film Intestinal Obstruction | 1 | 1.00 | |
| 08/16/2012 | Catheter, Tubes & Devices | 1 | 1.00 | |
| 08/17/2012 | Metabolic Diseases Part 4 | 1 | 1.00 | |
| 09/26/2012 | COPD | 1 | 1.00 | |
| 10/01/2012 | Radiology M&M/QA | 1 | 1.00 | |
| 10/11/2012 | Pneumonia | 1 | 1.00 | |
| 10/18/2012 | Radiology Grand Rounds Octoberfest | 1 | 1.50 | |
| 11/15/2012 | Radiology M&M/QA | 1 | 1.00 | |
| 11/26/2012 | Chest Cases | 1 | 1.00 | |

**CONFIDENTIAL**

UMM-03362

Desai, Charu S., M.D.

| 12/19/2012 | Pulmonary Tuberculosis | 1 | 1.00 |
| 01/31/2013 | Chest Case Conference | 1 | 1.00 |

**CONFIDENTIAL**

UMM-03363

NOV 01 '95  04:34PM CONTINUING EDUCATION UMASS 856 6                    P.1

NAME OF PHYSICIAN:  CHARU DESAI MD

SOCIAL SECURITY: 013529509

RECORD # 3581

| NAME OF ROUND | TOTAL OF CREDITS |
|---|---|
| MEDICAL GRAND ROUNDS | 1.0 |
| RADIOLOGY GRAND ROUNDS | 46.5 |
| PULMONARY INTERCITY CONFERENCE | 1.5 |
| DAILY RADIOLOGY ROUNDS | 186.0 |
| RADIOLOGY M & M CONFERENCE/RISK MGMT. | 13.0 |
| ANESTHESIA QUALITY MANAGEMENT CONFERENCE/RISK MGMT. | 1.0 |
| QUALITY IMPROVEMENT CONFERENCE/RISK MGMT. | .0 |
| LUNG CANCER CONFERENCE | 1.0 |

This is to certify that CHARU DESAI MD, has accumulated
250.0 Category I CME credits by attending Repeating Rounds
and Conferences at the University of Massachusetts Medical
School from September 1, 1993 to October 30, 1995 .
For a more accurate count, check your personal records
and add the number of hours you attended certified
rounds or seminars not listed above.

Richard V. Aghababian

-------------------------------------------
Richard V. Aghababian, M.D.
Associate Dean for Continuing Education

** Either approved for a single offering or no longer accredited.

**CONFIDENTIAL**

# Exhibit XXXXX



**University of Massachusetts**

University of Massachusetts Medical Center
55 Lake Avenue North
Worcester, MA 01655



MAY 4 1994

FACULTY

ADDITIONAL COMPENSATION

Date  May 2, 1994

We authorize payment of additional compensation to the faculty member listed below for services at the University of Massachusetts Medical Center described on the attached sheet.  These services comply with Trustee Policy T86-087.

Name  Charu S. Desai, M.D.          Employee Number  013529509

Department of primary employment  Radiology

Department where services performed  Radiology (weekend coverage)

Account Number to be charged  3-70550          Effort Code

Period of action:  From  4/30/94          To

Total number of hours to be paid  4

Hourly rate of payment  $ 150.00

TOTAL ADDITIONAL COMPENSATION          $  600.00

Employee signature  Charu S. Desai  M.D.

AUTHORIZATION SIGNATURES

Department Head where services performed _____
                                                        Date

Principal Investigator _____
                                                        Date

Primary Department Head _____
                                                        Date

Administrative Officer _____
                                                        Date

Budget Approval:     School, Hospital, Grant, Group Practice

_____          RECEIVED
                                                        Date
                                              MAY 06 1994
Dean/Provost _____          H/R PAYROLL Date

4/89

UMM 00160



**University of Massachusetts**

University of Massachusetts Medical Center
55 Lake Avenue North
Worcester. MA 01655

DEC 1 4 1994

12-14-94 ___ 234791⁄
12.17.94 ___

FACULTY
ADDITIONAL COMPENSATION

Date   Dec. 12, 1994

We authorize payment of additional compensation to the faculty member listed
below for services at the University of Massachusetts Medical Center described
on the attached sheet.  These services comply with Trustee Policy T86-087.

Name   Charu S. Desai, M.D.          Employee Number   013529509

Department of primary employment   Radiology

Department where services performed   Radiology (weekend coverage)

Account Number to be charged   3-70550          Effort Code

Period of action:  From   12/10/94          To

Total number of hours to be paid   4

Hourly rate of payment   $ 150.00

TOTAL ADDITIONAL COMPENSATION          $   600.00

Employee signature   Charu S. Desai

AUTHORIZATION SIGNATURES

Department Head where services performed _____   Date

Principal Investigator _____   Date

Primary Department Head   Ted Bergey          RECEIVED   Date

Administrative Officer _____   DEC 16 1994   Date

Budget Approval: _____ School, Hospital, Grant, (Group Practice)   H/R PAYROLL
12/14/94   Date

Dean/Provost _____   Date

5F
000
157
90015
ADC
58225
I67
60 WC
1.0

4/89

UMM 00161



**University of Massachusetts**

University of Massachusetts Medical Center
55 Lake Avenue North
Worcester, MA 01655

*11-20-94   0345 596*
*11-19-94*
NOV 15 1994

FACULTY

ADDITIONAL COMPENSATION

Date  Nov. 14, 1994 _____

We authorize payment of additional compensation to the faculty member listed below for services at the University of Massachusetts Medical Center described on the attached sheet.  These services comply with Trustee Policy T86-087.

Name ___Charu S. Desai, M.D._____  Employee Number __013529509_____

Department of primary employment _Radiology_____

Department where services performed _Radiology (weekend coverage)_____

Account Number to be charged __3-70550_____  Effort Code _____

Period of action:  From __11/13/94_____  To _____

Total number of hours to be paid ____4_____

Hourly rate of payment ____$ 150.00_____

TOTAL ADDITIONAL COMPENSATION        $ __600.00_____

Employee signature  *Charu S. Desai M.D.*     **RECEIVED**

NOV 18 1994

AUTHORIZATION SIGNATURES
                                                              **H/R PAYROLL**

Department Head where services performed _____
                                                              Date

Principal Investigator _____
                                                              Date

Primary Department Head  *Ted Berger*           *11/14/94*
                                                              Date

Administrative Officer _____
                                                              Date

Budget Approval:  /  School, Hospital, Grant, (Group Practice)   *Muky*
      *Thomas g Flinn*                                          Date

Dean/Provost _____
                                                              Date

*4/93*

UMM 00156



**University of Massachusetts**

University of Massachusetts Medical Center
55 Lake Avenue North
Worcester, MA 01655



RECEIVED
JUN 0 4 1996
By_____

FACULTY

ADDITIONAL COMPENSATION

Date   June 3, 1996 _____   0404660
6-10-96

We authorize payment of additional compensation to the faculty member listed
below for services at the University of Massachusetts Medical Center described
on the attached sheet.  These services comply with Trustee Policy T86-087.

Name   Charu S. Desai, M.D. _____   Employee Number   013529509     5F

6/1/96  6/1/96
Department of primary employment  Radiology

370550
Department where services performed  Radiology (weekend coverage)    157

90015
Account Number to be charged   3-70550 _____   Effort Code _____   ADC

150.06
Period of action:  From   6/1/96 _____   To _____

Total number of hours to be paid    2 _____   S 8225 I67

Hourly rate of payment     $ 150.00 _____   60 WC

100%
TOTAL ADDITIONAL COMPENSATION          $ 300.00 _____

2 = 300.00
Employee signature   Charu S. Desai M.D.

AUTHORIZATION SIGNATURES

Department Head where services performed _____
                                                          Date

Principal Investigator _____
                                                          Date

Primary Department Head  Ted Berger _____   6/3/96
                                                          Date

Administrative Officer _____
                                                          Date

Budget Approval: _____ School, Hospital, Grant, (Group Practice)
_____       RECEIVED       Date

Dean/Provost _____   JUN 6 1996    Date

                                                  H/R PAYROLL RECORD       4/89

**UMM 00157**

# Exhibit YYYYY

March 13, 2013

Jean-Marc Gauguet, MD

Dear Dr. Gauguet,

UMass Memorial Medical Center and the University of Massachusetts Medical School are now working on the various credentialing matters for your appointment to the Medical Staff and to the Faculty of the Medical School. For this process to proceed we need to have 3 letters to support your appointment to the Medical Staff. Since Dr. Rosen received 3 letters of support (Drs. Stephen Voss, Vassillios Raptopoulos and Sarah Bixby) on your behalf, I already forwarded those 3 letters to Medical Staff Services.

In addition, we would require you to provide our office with a list of references to support your **academic faculty appointment**. Faculty appointment at the Assistant Professor level requires you to provide a minimum of three letters of support to attest to your clinical accomplishments and research and/or scholarly contributions in your area of expertise. Each letter should include a sentence in support of your faculty appointment at the **rank of Assistant Professor of Radiology on the non-tenure track**. However, since I already have three letters mentioned above, I can contact all three Drs. and ask them to edit their letters to include the sentence re "support of your faculty appointment at the rank of Assistant Professor of Radiology on the non-tenure track, unless you prefer to contact them yourself. Please let me know.

Please sign and return the enclosed Licensing/Credentialing Form, Participation Agreement and the two Conflict of Interest Forms pertaining to your **faculty appointment**.

If I can be of further help, please let me know. I can be reached at ▮▮▮▮▮▮.

Thank you.

Sincerely,

Brenda K. Vigneaux
Executive Administrative Assistant to:
Max P. Rosen, MD, MPHProfessor and Chair

**CONFIDENTIAL**                    UMM-14270

March 13, 2013

Dear Dr. Gauguet,

UMass Memorial Medical Center and the University of Massachusetts Medical School
are now working on the various credentialing matters for your appointment to the
Medical Staff and to the Faculty of the Medical School. Dr. Rosen received three letters
of support (Drs. Stephen Voss, Vassillios Raptopoulos and Sarah Bixby) on your behalf,
and **I already forwarded those 3 letters to Medical Staff Services.**

In addition, your academic faculty appointment at the rank of Assistant Professor requires
you to provide a minimum of three letters of support to attest to your clinical
accomplishments and research and/or scholarly contributions in your area of expertise.
Each letter should include a sentence in support of your faculty appointment at the **rank
of Assistant Professor of Radiology on the non-tenure track**. However, since we
already have three letters as mentioned above, I can contact all three Drs. and ask them to
edit their letters to include the sentence re "support of your faculty appointment at the
rank of Assistant Professor of Radiology on the non-tenure track", unless you prefer to
contact them yourself. Please let me know.

Please fill out the attached Licensing/Credentialing Form, Participation Agreement and
the two Conflict of Interest Forms pertaining to your faculty appointment.

If I can be of further help, please let me know. I can be reached at ▮▮▮▮▮▮▮▮.

Thank you.

Sincerely,

Brenda K. Vigneaux
Executive Administrative Assistant to:
Max P. Rosen, MD, MPH
Professor and Chair
Department of Radiology

Attach

EXHIBIT ZZZZZ

- Told them:
    - I've been here 8 weeks, 6 on service
    - this has happened q'd since day 1

It's me or her

Idon't do my work ō her content manipulation + undermining negativity

- Do you want to lose div. chief?

obstructive:
Can't make reliable schedule

    - I'm being
        undermined
        insulted
        belittled
        manipulated
    - We still don't know schedule for Chris
        Jess relayed that Chris
        said the days we offered
        "don't work for her" even
        though I ~~moved~~ cancelled my
        academic days for her"
        - Chris said those days
            off "can still change"
    - I said that she speaks negatively
        about admin + workflow in front of
        residents
    - I cannot work in same room as her
        listen to complain + undermine me
        service + Max ep in front of residents
    - She left in PE unrest @ 5pm Wed
        knowing it was coming. Mike d/w her in my
        Memorial
        presence +said

she left + texted
Jess @ 2041
until 5:45pm

her the read to her      for she would protect

Feedback to me

Own Rad. colleagues

1. I don't do anything       — Peds / Joe

Neg                    → CT list too long         Malini's
                            → tolerance
                              @ recruitment

own    2. "What am I going to do about the list —
dept      I'm placing pts @ risk — no vascular readers
              — Sarwat

3. "You aren't doing anything as chief"
                        Chiara

~~~~~~~~~~~~~~~

Pos    1. Thoracic Surgeons / Pulm
            — over reads
            — consults
is          — tumor board
outside     — huge as screen help in
dept.            decision making

            — Epic orders
            — Template Δs / creation
            — turn around on calls / emails

2. Cardis
        "You are awesome"
        "thank you"

3. Vasc
                    splitting time spending
        Andy        in offices / emails cys
        emails me for over reads
        from rad

UMM-30115