UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>      Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>MEMORIAL MEDICAL CENTER, INC.<br>UNIVERSITY OF MASSACHUSETTS<br>MEMORIAL MEDICAL GROUP,<br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL, UMASS<br>MEMORIAL HOSPITAL, MAX ROSEN,<br>M.D., DARREN BRENNAN, M.D.,<br>STEPHEN TOSI, M.D., KARIN DILL,<br>M.D.,<br>      Defendants. | Civil Action No. 4:19-cv-10520-TSH |

**NOTICE OF APPEARANCE OF TIMOTHY D. RODDEN JR.**

    Now comes Timothy D. Rodden Jr. of the law firm Upper Charles Law Group, LLC, 81 Hartwell Avenue, Suite 101, Lexington, MA 02421 and enters his appearance as counsel for Charu Desai, in the above-referenced matter.

                                          Respectfully submitted,
                                          CHARU DESAI

                                          Plaintiff
                                          By her attorney,

                                          /s/ Timothy D. Rodden Jr.
                                          Timothy D. Rodden Jr., (BBO #: 691228)
                                          Upper Charles Law Group, LLC
                                          81 Hartwell Avenue, Suite 101
                                          Lexington, MA 02421
                                          T:  617-600-7170
                                          F:  781-444-2461
                                          trodden@uclawgroup.com

Date:   March 15, 2022

**Certificate of Service**

    I, Timothy D. Rodden Jr, counsel for the Plaintiff, hereby certify that I have this day, March 15, 2022, served the foregoing document upon all parties, by electronically filing to all ECF registered parties, and by sending a copy, first class mail, postage prepaid to all unregistered parties.

                                                            <ins>/s/ Timothy D. Rodden Jr.</ins>
                                                             Timothy D. Rodden Jr.