UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>      Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>MEMORIAL MEDICAL CENTER, INC.<br>UNIVERSITY OF MASSACHUSETTS<br>MEMORIAL MEDICAL GROUP,<br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL, UMASS<br>MEMORIAL HOSPITAL, MAX ROSEN,<br>M.D., DARREN BRENNAN, M.D.,<br>STEPHEN TOSI, M.D., KARIN DILL,<br>M.D.,<br>      Defendants. | Civil Action No. 4:19-cv-10520-TSH |

## **NOTICE OF APPEARANCE OF JOHN B. KOURY**

      Now comes John B. Koury of the law firm Upper Charles Law Group, LLC, 81 Hartwell Avenue, Suite 101, Lexington, MA 02421 and enters his appearance as counsel for Charu Desai, in the above-referenced matter.

      Respectfully submitted,
      CHARU DESAI

      Plaintiff
      By her attorney,

      /s/ John B. Koury
      John B. Koury, (BBO #:  694088)
      Upper Charles Law Group, LLC
      81 Hartwell Avenue, Suite 101
      Lexington, MA 02421
      T:  617-600-7132
      F:  781-444-2461
      jkoury@uclawgroup.com

Date:  March 15, 2022

**Certificate of Service**

    I, Timothy D. Rodden Jr., counsel for the Plaintiff, hereby certify that I have this day, March 15, 2022, served the foregoing document upon all parties, by electronically filing to all ECF registered parties, and by sending a copy, first class mail, postage prepaid to all unregistered parties.

/s/ Timothy D. Rodden Jr.
Timothy D. Rodden Jr.
