UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>MEMORIAL MEDICAL CENTER, INC.<br>UNIVERSITY OF MASSACHUSETTS<br>MEMORIAL MEDICAL GROUP,<br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL, UMASS<br>MEMORIAL HOSPITAL, MAX ROSEN,<br>M.D., DARREN BRENNAN, M.D.,<br>STEPHEN TOSI, M.D., KARIN DILL,<br>M.D.,<br>　　　　Defendants. | Civil Action No. 4:19-cv-10520-TSH |

### NOTICE OF APPEARANCE OF JOSEPH F. COMENZO

　　Now comes Joseph F. Comenzo of the law firm Upper Charles Law Group, LLC, 81 Hartwell Avenue, Suite 101, Lexington, MA 02421 and enters his appearance as counsel for Charu Desai, in the above-referenced matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　CHARU DESAI

　　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　/s/ Joseph F. Comenzo
　　　　　　　　　　　　　　　　　　Joseph F. Comenzo, (BBO #:  667624)
　　　　　　　　　　　　　　　　　　Upper Charles Law Group, LLC
　　　　　　　　　　　　　　　　　　81 Hartwell Avenue, Suite 101
　　　　　　　　　　　　　　　　　　Lexington, MA 02421
　　　　　　　　　　　　　　　　　　T:  617-600-7152
　　　　　　　　　　　　　　　　　　F:  781-444-2461
　　　　　　　　　　　　　　　　　　jcomenzo@uclawgroup.com

Date:   March 15, 2022

**Certificate of Service**

    I, Timothy D. Rodden Jr., counsel for the Plaintiff, hereby certify that I have this day, March 15, 2022, served the foregoing document upon all parties, by electronically filing to all ECF registered parties, and by sending a copy, first class mail, postage prepaid to all unregistered parties.

                                                                   /s/ Timothy D. Rodden Jr.
                                                                   Timothy D. Rodden Jr.