

March 22, 2022

Re: Charu Desai vs. University of Massachusetts Medical Center

To whom it may concern,

Kolman Law had asked us to document issues encountered while migrating case documents from the previous firm representing the Plaintiff into Kolman Law's document management system, which took the better part of three weeks when all was said and done. It should be stated that normally the firm's staff handles this kind of work, however, after days of effort and multiple attempts on their part simply to download the data to begin with (step 1), we were brought in to assist.

Our initial investigation into the download issues showed the firm's paralegal staff was understandably challenged. The repository contained hundreds of files stored in a folder structure with many levels of nesting. The result of this was attempts to bulk download the repository would fail with hundreds of errors, but no clear logging that would show us why the failure was happening. Ultimately what we figured out, was that the folder structure depth exceeded the limits of the platform from which we were downloading. The fix for this was tedious, and required downloading individual subfolders in small batches, and keeping it all organized on the firm's side of the fence.

Once we finally had all the data however, what we ran into were many of the files and folder names contain characters that were incompatible with the firm's document management system, and many files were 0K in size (empty). Additionally, the folder structure itself exceeded that supported by Microsoft Windows, requiring significant effort to address. Given the number of files and folders, the ultimate fix for this required custom scripting on our part. The final delay, however, was the import phase into the firms document management system, which itself took almost a full week to complete.

Sincerely,

*James White*

James White
President / MainFrameIT