

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Timothy M. Kolman, Esq.*

DATE OF ADMISSION

*May 11, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  March 14, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk