UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:19-cv-10520-TSH |
| ) | |
| UNIVERSITY OF MASSACHUSETTS, ) | |
| MEMORIAL MEDICAL CENTER, INC. ) | |
| UNIVERSITY OF MASSACHUSETTS ) | |
| MEMORIAL MEDICAL GROUP, ) | |
| UNIVERSITY OF MASSACHUSETTS ) | |
| MEDICAL SCHOOL, UMASS MEMORIAL ) | |
| HOSPITAL, MAX ROSEN, M.D., ) | |
| DARREN BRENNAN, M.D., ) | |
| STEPHEN TOSI, M.D., KARIN DILL, M.D. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE OF TIMOTHY M. KOLMAN**

NOW COMES, Timothy M. Kolman, Esquire of the Law firm Kolman Law, P.C., 414 Hulmeville Ave, Penndel, PA 19047 and enters his appearance as Counsel for Charu Desai, in the above-reference matter.

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*
Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
T: (215) 750-3134    F: (215) 750-3138
Attorney for Plaintiff
TKolman@KolmanLaw.com
Client_Care@KolmanLaw.com

Dated:  May 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via this Court's CM/ECF system.

Respectfully Submitted,

KOLMAN LAW, P.C.

*/s/ Timothy M. Kolman*
Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
T: (215) 750-3134    F: (215) 750-3138
Attorney for Plaintiff
TKolman@KolmanLaw.com
Client_Care@KolmanLaw.com

Dated:   May 9, 2022