UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-CV-10520-TSH

CHARU DESAI,
    Plaintiff,

v.

UMASS MEMORIAL MEDICAL
CENTER, INC., et al.,
    Defendants.

**DEFENDANTS' WITNESS LIST**

Defendants, UMass Memorial Medical Group, Inc., and Max Rosen, M.D., submit their list of witnesses for trial as follows:

Defendants expect to present the following individuals as witnesses at trial:

1. Max Rosen, M.D.
   23 Nobscot Road
   Weston, MA 02493

2. Karin Dill, M.D.
   117 Michigan Avenue
   Decatur, GA 30030

3. Diana Litmanovich, M.D.
   783 Newton Street
   Chestnut Hill, MA 02467

4. Mona Korgaonkar, M.D.
   6 Turtle Creek Circle
   Shrewsbury, MA 01545

5. Stephen Tosi, M.D.
   30 Old Upton Road
   Grafton, MA 01519

6. Randa Mowlood
   4 Argila Lane
   Shrewsbury, MA 01545

7.     Kathleen LeBlanc
   72 Hardy Drive
   Leominster, MA 01453

8.     Mark Cutler, M.D.
   5 Newington Lane
   Worcester, MA 01609

Defendants may call the following individual as an expert witness if the need arises:

9.     Ella Kazerooni, M.D.
   18757 Oak Leaf Lane
   Northville, MI 48168

Defendants reserve the right to call additional witnesses in rebuttal.

Respectfully submitted,

**UMASS MEMORIAL MEDICAL GROUP, INC., and MAX ROSEN, M.D.**

By their attorneys,

*/s/ Reid M. Wakefield*
Robert L. Kilroy, Esq., BBO # 636853
Reid M. Wakefield, Esq., BBO # 569026
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone 508.860.1474
Fax 508.983.6261
rkilroy@mirickoconnell.com
rwakefield@mirickoconnell.com

Dated: November 21, 2022

CERTIFICATE OF SERVICE

      I, Reid M. Wakefield, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

                                            */s/Reid M. Wakefield*
                                            Reid M. Wakefield, Esq.

Dated: November 21, 2022