UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-CV-10520-TSH

CHARU DESAI,
    Plaintiff,

v.

UMASS MEMORIAL MEDICAL
CENTER, INC., et al.,
    Defendants.

**DEFENDANTS' EXHIBIT LIST**

Defendants, UMass Memorial Medical Group, Inc., and Max Rosen, M.D., submit their list of exhibits for trial as follows:

Defendants expect to offer the following documents as exhibits:

1. Curriculum Vitae, Charu S. Desai, M.D.; CD 00042-45.

2. Curriculum Vitae, Karin E. Dill, M.D.

3. Curriculum Vitae, Max P. Rosen, M.D.

4. Curriculum Vitae, Diana Litmanovich, M.D.

5. University of Massachusetts Medical School, Annual Faculty Report and Evaluation of Professional Activities, Charu Desai, M.D., July 1, 2009 – June 30, 2010; UMM 00265-269.

6. University of Massachusetts Medical School, Annual Faculty Review, Charu Desai, M.D., July 1, 2010 – June 30, 2011; UMM 00270-276.

7. University of Massachusetts Medical School, Annual Faculty Review, Charu Desai, M.D., July 1, 2011 – June 30, 2012; UMM 00277-281.

8. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2012 – June 30, 2013; UMM 00282-287.

9. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2013 – June 30, 2014; UMM 00288-292.

10. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2014 – June 30, 2015; UMM 00293-297.

11. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2015 – June 30, 2016; UMM 00298-302.

12. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2016 – June 30, 2017; UMM 00303-307.

13. University of Massachusetts Medical School, Faculty Annual Performance Review, Charu Desai, M.D., July 1, 2017 – June 30, 2018; UMM 00308-313.

14. Agreement between UMass Memorial Medical Group, Inc., and Charu Desai, M.D.; UMM 00334-346.

15. UMass Memorial Medical Center, Ongoing Professional Practice Evaluation/Reappointment Assessment, Charu Desai, M.D., June 21, 2017; UMM 03680.

16. IRS Form 1099-G, Statement for Recipients of Certain Government Benefits, 2019, Charu S. Desai; CD 00666-667.

17. Treatment Records of Charu Desai, M.D., May 28, 2020-June 3, 2021, by Mark O. Cutler, M.D.

18. Letter from Max Rosen, M.D., and Eric Dickson, M.D., to Keith Cauley, M.D., March 1, 2013, Notice of Termination of Employment; UMM 03699.

19. Emails between Jessica Flint and Charu Desai, M.D., February 8-18, 2016, RE: vacation moonlight (March-April)?; UMM 04843.

20. Emails between Max Rosen, M.D., and Charu Desai, M.D., March 16, 2016 - March 30, 2016, Re: Vacation time; UMM 04577-4578.

21. Emails between Max Rosen, M.D., Randa Mowlood, and Charu Desai, M.D., March 16, 2016-March 30, 2016, Re: Vacation time; UMM 04581-4583.

22. Email from Karin Dill, M.D., to Charu Desai, M.D., April 19, 2016, Re: vacation request; UMM 04340.

23. Emails between Myra Shah, Randa Mowlood, and Kelly Zalegowski, April 28, 2016-May 5, 2016, RE: Dr. Desai; UMM 04811-4813.

24. Emails between Karin Dill, M.D., Randa Mowlood, and Jessica Flint, May 4, 2016, RE: Vacation/selling calls; UMM 04342-4343.

25. Emails between Randa Mowlood, Max Rosen, M.D., et al., May 13, 2016 – May 20, 2016, RE: Dr. Dill/Desai; UMM 04685-4687.

26. Emails between Randa Mowlood, Kathleen LeBlanc, et al., May 13, 2016 – May 20, 2016, RE: Dr. Desai/FMLA; UMM 04533-04534.

27. Email from Max Rosen, M.D., to Charu Desai, M.D., May 13, 2016, Re: Confirmation of our emeting [sic] today; UMM 00314-315.

28. Emails from Max Rosen, M.D., to Charu Desai, M.D., May 13-24, 2016, RE: Confirmation of our prior meeting on May 13 and deatils [sic] of May 20 meeting; UMM 04587-4588.

29. Emails between Max Rosen, M.D., and Kathleen LeBlanc, May 26, 2016, RE: Confidential; UMM 04373.

30. Email from Karin Dill, M.D., to Charu Desai, M.D., May 26, 2016, Re: schedule conversation today; UMM 04349.

31. Emails between Diana Desai, M.D., and Charu Desai, M.D., March 14, 2019, and May 30, 2016, Re: Meeting Response, with attachment; DD 0006-8.

32. Emails between Kathryn Green and Max Rosen, M.D., February 1, 2017, Re: confidential QA; UMM 04745-4746.

33. Email from Max Rosen, M.D., to Darren Brennan, M.D., et al., February 8, 2017, Meeting – Review of Radiology Issues at Marlborough; UMM 00707-708.

34. Letter from Max Rosen, M.D., to Refky Nicola, M.D., March 1, 2017, RE: Notice of Termination of Employment; UMM 03710.

35. Email from Randa Mowlood to Myra Shah, May 19, 2017, Re: Dr. Desai; UMM-04921.

36. Email from Max Rosen, M.D., to Charu Desai, M.D., August 14, 2017, Re: "Vascular" studies in the Chest CT list; UMM 04382.

37. Letter to Diana Litmanovich, M.D., from Max Rosen, M.D., September 19, 2017, Re: Agreement to Review Radiology Scans; UMM 00694.

38. Email from Karin Dill, M.D., to Max Rosen, M.D., September 20, 2017, Re: confidential follow up; UMM 04386-4387.

39. Email from Max Rosen, M.D., to Charu Desai, M.D., September 20, 2017, Re: Residents rotating on Chest – need to follow read-out assignments; UMM 04615.

40. Email from Karin Dill, M.D., to Max Rosen, M.D., and Darren Brennan, M.D., September 21, 2017, Re: Incident 9/21/17; UMM 4309.

41. Email from Darren Brennan, M.D., to Charu Desai, M.D., September 21, 2017, Re: Incident with Dr Dill today; UMM 03867.

42. Emails between Darren Brennan, M.D., Max Rosen, M.D., and Charu Desai, M.D., September 21, 2017, Re: Incident today on 9/21/2017; UMM 04294.

43. Email from Diana Desai, M.D., to Charu Desai, M.D., September 21, 2017, Re: Dr. Dill; UMM 03865.

44. Emails between Darren Brennan, M.D., Max Rosen, M.D., and Charu Desai, M.D., September 21, 2017, No Subject; UMM 04295.

45. Emails between Karin Dill, M.D., Max Rosen, M.D., and Richard Irwin, M.D., September 28-29, 2017; Re: secure and confidential; UMM 04394.

46. Emails between Karin Dill, M.D., Max Rosen, M.D., and Kimberly Robinson, M.D., September 28-29, 2017, RE: CT – opinion secure and confidential; UMM 04395-4396.

47. Emails between Myra Shah and Randa Mowlood, February 7, 2018, RE: Dr. Desai; UMM 04567.

48. Email from Karin Dill, M.D., to Charu Desai, M.D., February 7, 2018; Re: chest shift today; UMM 03864.

49. Emails between Jessica Flint and Karin Dill, M.D., February 14, 2018, RE: chest; UMM 04415.

50. Emails between Max Rosen, M.D., and Karin Dill, M.D., February 16, 2018, Re: confidential; UMM 04418.

51. Letter from Max Rosen, M.D., and Stephen Tosi, M.D., to Charu Desai, M.D., March 9, 2018, RE: Notice of Termination of Employment; UMM 00253.

52. Emails between Karin Dill, M.D., Max Rosen, M.D., and Daniel Burritt, M.D., March 11, 2018, Re: STAT studies; UMM 04454.

53. Email from Charu Desai, M.D., to Max Rosen, M.D., March 23, 2018, Re: CT Scan Readings; UMM 00541.

54. Emails between Max Rosen, M.D., and Karin Dill, M.D., April 4, 2018, Re: Confidential; UMM 04335.

4

55. Emails between Diana Desai, M.D., and Charu Desai, M.D., March 14, 2019, and April 24, 2018, Re: MEETING SUMMARY: April 24, 2018; DD 0001-3.

56. Emails between Charu Desai, M.D., Karin Dill, M.D., et al., May 9-19, 2018; RE: Weekend call requests; UMM 04064.

57. Emails between Diana Desai, M.D., and Don Rainwater, July 9, 2019, Re: Radiology Position Applicant; CD 00268-270.

58. Emails between Diana Desai, M.D., and Donald Villoni, July 26, 2019, Re: Radiologist Position; CD 00259-260.

59. Email from American College of Radiology Career Center to Diana Desai, M.D., August 25, 2019, Re: Application submitted for Body Radiologist; CD 00173-174.

60. Email from Eric Bevilacqua to Diana Desai, M.D., August 29, 2019, Re: Eric @ Medicus Mass; CD 00240-241.

61. Email from American College of Radiology Career Center to Diana Desai, M.D., September 12, 2019, Re: Application submitted for Body Imager – Stamford CT; CD 00169-170.

62. Email from Terrence Cole to Max Rosen, M.D., December 10, 2019, Re: Telerad | $400k | 100% from Home | Guaranteed Compensation | Plain Films Only.

63. Email from American College of Radiology Career Center to Diana Desai, M.D., January 6, 2020, Re: Application submitted for Generalist / Neuroradiologist with Light IR-Outstanding Compensation Package Including Sign On Bonus!; CD 00187-188.

64. Email from American College of Radiology Career Center to Diana Desai, M.D., March 10, 2020, Re: Application submitted for Diagnostic Radiologist/Breast Imaging; CD 00179-180.

65. Text Message, Diana Desai, M.D., to Hemang Kotecha, M.D., March 13, 2020; CD 00164.

66. Email from American College of Radiology Career Center to Diana Desai, M.D., July 16, 2020, Re: Application submitted for Musculoskeletal Radiology- Tufts Medical Center - Boston, MA; CD 00584-585.

67. Email from American College of Radiology Career Center to Diana Desai, M.D., September 8, 2020, Re: Application submitted for Radiologist – Beautiful Cape Cod, MA – Live and Work Oceanside; CD 00586-587.

5

68. Email from American College of Radiology Career Center to Diana Desai, M.D., June 24, 2021, Re: Application submitted for Musculoskeletal Radiologist; CD 0721-722.

69. Email from American College of Radiology Career Center to Diana Desai, M.D., June 24, 2021, Re: Application submitted for Abdominal Imaging- Tufts Medical Center- Boston, MA; CD 0725-726.

70. De-Identified Radiology Reports for 50 CTs, QACH01-50; UMM 00553-689.

71. Chest CT QA Study, January 26, 2017 [sic]; UMM 00699-705.

72. Spreadsheet with Assessments of 50 CT Studies Reviewed by Diana Litmanovich; UMM 00690-692.

73. Spreadsheet with Assessments of 50 CT Studies Reviewed by Diana Litmanovich, with Identity of Reader Column; UMM 00695-696.

74. UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older hired by Max Rosen, M.D., with names, years of birth, hire dates, and age at hire.

75. UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older employed as of March 15, 2019, with names, years of birth, and age as of March 15, 2019.

76. UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older currently employed, with names, years of birth, and current age.

77. UMass Memorial Medical Center Policy, Equal Opportunity/Affirmative Action

Defendants may offer the following documents as exhibits if the need arises:

78. Curriculum Vitae, Ella Annabelle Effat Kazerooni, M.D.

79. Spreadsheet with Assessments of 19 CT Studies Reviewed by Ella Kazerooni, M.D., UMM 30859-30864.

80. Email from Brendan Sweeney to James Gruden, M.D., July 28, 2020, RE: Desai v. University of Massachusetts Memorial Medical Center, Inc., et al., with attachment (UMM 695-696).

81. Email from Brendan Sweeney to James Gruden, M.D., June 11, 2021, FW: Desai v. UMass Expert Report, with attachment (UMM 695-696).

82. Email from Max Rosen, M.D., to Joseph Ferrucci, M.D., February 10, 2017, Re: Charu Desai; UMM 04602.

83. Medical Record Progress Note, Charu Desai, February 10, 2017, by George Eypper, M.D.; UMM 30362-30363.

Defendants reserve the right to offer additional documents as exhibits in rebuttal.

                Respectfully submitted,

                **UMASS MEMORIAL MEDICAL GROUP, INC., and MAX ROSEN, M.D.**

                By their attorneys,

                */s/Reid M. Wakefield*
                Robert L. Kilroy, Esq., BBO # 636853
                Reid M. Wakefield, Esq., BBO # 569026
                Mirick, O'Connell, DeMallie & Lougee, LLP
                1800 West Park Drive, Suite 400
                Westborough, MA  01581
                Phone 508.860.1474
                Fax 508.983.6261
                rkilroy@mirickoconnell.com
                rwakefield@mirickoconnell.com

Dated:  November 21, 2022

## CERTIFICATE OF SERVICE

     I, Reid M. Wakefield, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

                */s/Reid M. Wakefield*
                Reid M. Wakefield, Esq.

Dated:  November 21, 2022