UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP, INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br><br>**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. LITMANOVICH.** |

NOW COMES Plaintiff Charu Desai (also referred to as "Plaintiff" or "Desai"), by and through her attorneys, Kolman Law, P.C., and the Upper Charles Legal Group and pursuant to Massachusetts local rule 7.1 move *in limine* to exclude the testimony of Diana Litmanovich, MD.

Plaintiff relies on her attached Memorandum of Law in support of this *Motion In Limine* and incorporates it fully as if set forth at length.

        Respectfully submitted,

        CHARU DESAI

        By her attorneys,

        *s/Timothy M. Kolman*

        Timothy M. Kolman, Esq., Pro Hac Vice
        Kolman Law, P.C.
        414 Hulmeville Ave
        Penndel, PA 19047
        Phone: 215-750-3134
        Fax: 215-750-3138
        TKolman@KolmanLaw.com

        And;

        Timothy D. Rodden, Jr., Esq., BBO # 691228

John B. Koury, Esq., BBO # 694088
Joseph F. Comenzo, Esq., BBO # 667624
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421
Phone: 617-600-7170
Fax: 781-444-2461
trodden@uclawgroup.com
jkoury@uclawgroup.com
jcomenzo@uclawgroup.com

Dated: November 21, 2022