# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHARU DESAI,
    *Plaintiff*,

v.

UMASS MEMORIAL MEDICAL GROUP, INC., et al.,
    *Defendants*.

CIVIL ACTION NO. 4:19-cv-10520-TSH

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Plaintiff's Motion in Limine to exclude the testimony of Dr. Diana Litmanovich and any response thereto, it is hereby **ORDERED** that the motion is **GRANTED.**

It is **ORDERED** that Dr. Diana Litmanovich shall be precluded from testifying at trial.

BY THE COURT:

TIMOTHY S. HILLMAN
United States District Judge