UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>  *Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP, INC., et al.,<br>  *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br>**PLAINTIFF'S MOTION IN LIMINE IN OPPOSITION TO THE EXCLUSION OF DR. JAMES R.GRUDEN AS PLAINTIFF'S EXPERT LITMANOVICH.** |

NOW COMES Plaintiff Charu Desai (also referred to as "Plaintiff" or "Desai"), by and through her attorneys, Kolman Law, P.C., and the Upper Charles Legal Group and pursuant to Massachusetts local rule 7.1 respond to Defendants' motion *in limine* to exclude the testimony of James R. Gruden, MD.

Plaintiff relies on her attached Memorandum of Law in support of this *Motion In Limine* and incorporates it fully as if set forth at length.

Respectfully submitted,

CHARU DESAI

By her attorneys,

*s/Timothy M. Kolman*

Timothy M. Kolman, Esq., Pro Hac Vice
Kolman Law, P.C.
414 Hulmeville Ave
Penndel, PA 19047
Phone: 215-750-3134
Fax: 215-750-3138
TKolman@KolmanLaw.com

And;

Timothy D. Rodden, Jr., Esq., BBO # 691228
John B. Koury, Esq., BBO # 694088
Joseph F. Comenzo, Esq., BBO # 667624
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421
Phone: 617-600-7170
Fax: 781-444-2461
trodden@uclawgroup.com
jkoury@uclawgroup.com
jcomenzo@uclawgroup.com

Dated: November 21, 2022