# EXHIBIT D

# Exhibit PPP

UMM 00699

# Chest CT QA study
# CONFIDENRIAL

January 26, 2017

UMM 00700

# Methods

- 50 random Chest CTs
  - 25 CD
  - 25 Control (several radiologists)
- Blinded review, experienced chest Radiologist not at UMMMC
  - Discrepancy Y/N
    - Detail of discrepancy
  - Major / Minor
  - Impact on patient care Y/N

UMM 00701

| Count of RAD | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | Major | Minor | (blank) | Grand Total |
| CD | 5 | 5 | 15 | 25 |
| O | 1 | 7 | 17 | 25 |
| (blank) | | | | |
| Grand Total | 6 | 12 | 32 | 50 |

# Discrepancies

- CD
  - 10/25 (40%)
    - Major 5/25 (20%)
    - Minor 5/25 (20%)
- Control group
  - 8/25 (32%)
    - Major 1/25 (4%)
    - Minor 7/25 (28%)

# Major Discrepancies, Impact on patient care

- CTA (008)
  - No distinction made in the report between pneumonia and rounded atelectasis, all named consolidations, where, in fact, right lower lobe and lingular rounded atelectasis are less important than large pneumonia in left lower lobe in the post-operative lung

- CTA (009)
  - No pulmonary edema seen, the findings are of multifocal infection or less likely fat emboli, to be considered under those clinical circumstances

- CTPA (010)
  - Multifocal pneumonia and bronchitis not clearly stated

UMM 00702

UMM 00703

# Major (cont.)

- I- CT (030)
  - Extensive secretions in trachea,
  - Most likely aspiration in left lung base AND potentially pneumonia in left apex. No mentioning if new or old or no comparison available
  - Mediastinal Lymph nodes are most likely reactive
- I- (033)
  - Lower right chest tube is not in the pleural space, this is not clearly stated
- Control group I- (022)
  - Severe bronchiectasis and air trapping,
  - Findings concerning for MAI, not even mentioned

# Impact on patient care

| Count of RAD | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | No | No? | Yes | (blank) | Grand Total |
| CD | 15 | 1 | 9 | | 25 |
| Control | 19 | 1 | 5 | | 25 |
| Grand Total | 34 | 2 | 14 | | 50 |

- CD:
  - Yes 9/25 (36%)
  - No? 1/25 (4%)
- Control:
  - Yes 5/25 (20%)
  - No 1/25 (4%)

UMM 00704

## Summary

| | CD | Control |
|---|---|---|
| Any Discrepancy | 10/25 (40%) | 8/25 (32%) |
| Major Discrepancy | 5/25 (20%) | 1/25 (4%) |
| Impact on patient care | 9/25 (36%) plus one ?Impact | 5/25 (20%) |

UMM 00705