UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP,<br>INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br><br>**PLAINTIFF'S MOTION *IN LIMINE*<br>TO EXCLUDE EXPERT<br>TESTIMONY OF<br>ELLA A. KAZEROONI, M.D.** |

NOW COMES Plaintiff Charu Desai (also referred to as "Plaintiff" or "Dr. Desai"), by and through her attorneys, Kolman Law, P.C., and the Upper Charles Legal Group, and pursuant to Local Rule 7.1 move *in limine* to exclude the testimony of Ella A. Kazerooni, M.D.

Plaintiff relies on her attached Memorandum of Law in support of this Motion *in limine* and incorporates it fully herein as if set forth at length.

                                        Respectfully submitted,
                                        CHARU DESAI
                                        By her attorneys,


                                        /s/ Timothy D. Rodden Jr.
                                        Timothy D. Rodden, Jr., Esq., BBO # 691228
                                        John B. Koury, Esq., BBO # 694088
                                        Joseph F. Comenzo, Esq., BBO # 667624
                                        Upper Charles Law Group, LLC
                                        81 Hartwell Avenue, Suite 101
                                        Lexington, MA 02421
                                        Phone: 617-600-7170
                                        Fax: 781-444-2461
                                        trodden@uclawgroup.com
                                        jkoury@uclawgroup.com
                                        jcomenzo@uclawgroup.com

1

        And,

        Timothy M. Kolman, Esq., Pro Hac Vice
        Kolman Law, P.C.

Dated: November 21, 2022

## CERTIFICATION OF CONFERENCE

Pursuant to D. Mass. Local Rule 7.1(a)(2), prior to the filing of this Motion, on November 20, 2022, counsel for Plaintiff, Timothy M. Kolman and Timothy D. Rodden, Jr., conferred with counsel for Defendants, Robert L. Kilroy and Reid M. Wakefield, in a good faith attempt to resolve or narrow the issues raised herein, and no agreement could be reached.

        /s/ Timothy D. Rodden Jr.

        Timothy D. Rodden Jr.