# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP, INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Plaintiff's Motion in Limine to exclude the expert testimony of Dr. Ella A. Kazerooni and the response thereto, it is hereby **ORDERED** that the motion is **GRANTED.**

It is **ORDERED** that Dr. Ella A. Kazerooni shall be precluded from testifying at trial.

BY THE COURT:

_____
TIMOTHY S. HILLMAN
United States District Judge