UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff*,<br><br>         v.<br><br>UMASS MEMORIAL MEDICAL GROUP,<br>INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH |

## **PLAINTIFF'S PROPOSED VERICT SHEET**

1. On the age discrimination claim of the Plaintiff, we find in favor of the:

    _____ Plaintiff  _____ Defendants

Note: Complete question 2 only if your finding is in favor of the Plaintiff above.

2. a. We find Plaintiff's damages to be:

    $_____ .

3. On Plaintiff's claim of Intentional Interference with Advantageous Relations of the Plaintiff, we find in favor of the:

    _____ Plaintiff  _____ Defendant

Note: Complete question 4 only if your finding is in favor of the Plaintiff above.

4.    a.    We find Plaintiff's damages to be:

    b.    We award the following amount for Plaintiff's pain and suffering:

$_____ .

    c.    We award the following amount in punitive damages:

$_____ .

Have your foreperson sign and date this form when it is completed and return to the Courtroom.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document on all counsel of record by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

/s/ *Timothy M. Kolman*
Timothy M. Kolman, Esquire