# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br><br>    *Plaintiff*,<br><br><br>    v.<br><br><br>UMASS MEMORIAL MEDICAL GROUP,<br>INC., et al.,<br><br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH |

## PLAINTIFF'S PRETRIAL NARRATIVE STATEMENT

Plaintiff, by and through her undersigned counsel, hereby files her Pretrial Memorandum pursuant to Massachusetts District Local Civil Rule 16.5

## A.  BRIEF STATEMENT OF FACTS TO BE INTRODUCED AT TRIAL

Plaintiff Charu Desai ("Dr. Desai") will prove that Defendant University of Massachusetts Memorial Medical Group (the "Medical Group") discriminated against her based on her age, and Max Rosen, MD, her supervisor interfered with her advantageous relations. Plaintiff will show that Max Rosen, on behalf of the Medical Group, treated the Plaintiff differently because of her age before creating a pretextual basis for her termination. Plaintiff will prove that the Medical Group intended to replace her with a younger, less qualified radiologist and that Max Rosen interfered with her contractual relationships with Marlborough Hospital and the University of Massachusetts medical school.

Dr. Desai was born in 1950 and graduated from medical school in 1972.  She completed her residency and fellowship at the Medical School and then entered private practice.  In 1992, she returned to the University of Massachusetts as a physician specializing in chest radiology at the Medical Group and an assistant (later associate) professor at the Medical Group.

Dr. Desai specialized in chest radiology. At the University of Massachusetts, she reviewed and interpreted radiological images for patients at multiple hospitals, including the Medical Group campuses and Marlborough Hospital.  She also regularly taught residents; the year she was terminated, the residents selected her as their best teacher. After twenty-seven years at the University of Massachusetts, Dr. Desai's employment was pretextually terminated by Dr. Rosen on March 17, 2019. Dr. Rosen is the Chair of the Department of Radiology (the "Department") at the University of Massachusetts and has been in that position since 2012.  As Chair, he supervises and manages all radiologists the Medical Group employs.  Dr. Dill became Division Chief of the Department's Chest Division in February 2016.  Dr. Stephen Tosi was the President of the Medical Group at the time of Dr. Desai's termination.

In the years leading to her termination, Dr. Desai requested three changes to her work conditions.  First, she requested that she be allotted "academic time," which, according to Department policy, allows physicians to take time away from clinical duties to perform "academic responsibilities," such as teaching and conference preparation, writing papers or texts, completing research projects, attending institutional and departmental committees, attending conferences, and serving on committees of local, regional, national, or international organizations.  In reality, this 'academic time' is not used for academic responsibilities but is understood as 'time off.  Rosen refused to give her any of this academic time, despite giving it to others much younger and with less workload. Plaintiff also requested that she be exempt from being on "call."  Radiologists in

the Chest Division generally were required to be on call ten weekends per year but qualified "senior" radiologists were exempt. In this case, Plaintiff requested it because she already had a hefty workload, working harder than any other radiologist in the Department. Third, Plaintiff requested that she be allowed to use a home workstation, which the Department granted to specific radiologists for remote work. Dr. Rosen denied each of these requests to pressure Plaintiff into working per diem, part-time, or preferably retiring altogether.

Dr. Desai was highly regarded among many of her colleagues. In letters of recommendation written over the years, including up until and past the date of her termination, colleagues described Dr. Desai as a "superb," "excellent," and "careful and observant" radiologist with "excellent command of the intricacies of interpretation in chest CT scans." Indeed, none of Dr. Desai's annual faculty performance reviews reflect any deficiencies in her performance.

Dr. Dill complained to Dr. Rosen about the quality of Dr. Desai's CT interpretations and advised him that others had raised concerns. It will be shown that Dr. Dill was a serial complainer about many physicians. It will further be shown that Dr. dill re-credentialed Dr. Desai and never expressed a problem with the quality of her work which might affect her credentialing. To the contrary, Dr. Dill signed off on the Plaintiff's medical credentialing.

Usually, Dr. Rosen took little or no notice of the complaints of other doctors by Dr. Dill because Dr. Dill was a serial complainer. However, after Dr. Desai refused to retire, go per diem or part-time as Dr. Rosen required, Dr. Rosen decided to use these Dr. Dill's complaints as a pretext for a so-called 'independent review' of the Plaintiff's CT scans. In addition, on January 31, 2017, Dr. Rosen met with representatives from Marlborough Hospital to address, among other things, the quality of chest imaging at Marlborough Hospital. At this meeting, Dr. Kimberly

Robinson, a treating pulmonologist at the hospital, allegedly raised concerns regarding the quality of Dr. Desai's CT interpretations.  Dr. Robinson told Dr. Rosen that she never believed Dr. Desai's reports and could not rely on them. This will be shown to be untrue. It is belied by the fact that Dr. Robinson credentialed and re-credentialed Dr. Desai every year of her practice at Marlborough Hospital.

As an alleged consequence of Dr. Robinson and Dr. Dill's complaints, Dr. Rosen created what he termed 'a focused review of Dr. Desai's CT interpretations.'  The testimony will show that it was unfair and biased from the start. On February 1, 2017, Dr. Rosen asked Department staff to randomly select twenty-five of Dr. Desai's chest CT interpretations and, as 'a control group, ' twenty-five chest CT interpretations from other radiologists.  On August 22, 2017, Dr. Rosen contacted Dr. Diana Litmanovich, a chest radiologist he knew but had never been certified as an expert in any court. Nonetheless, Dr. Rosen hired Dr. Deanna Litmanovich as an expert in radiological interpretations to conduct an independent review and charged her with interpreting the group of fifty anonymized studies. It was her job to determine if she agreed or disagreed with the CT interpretations and if her disagreement would have an impact on patient care.

A few months later, on October 3, 2017, in anticipation of Dr. Desai's expected retirement and/or per diem or part-time status, and before Dr. Litmanovich's review was complete, Dr. Rosen sent an email to several executives at the Medical Group, including Dr. Tosi, stating that he had found a "great" chest radiologist who was finishing his fellowship in June 2018.  Dr. Rosen stated that he wanted to make that radiologist a job offer but had "not formally resolved Dr. Desai's employment - planned for 9/30/18." Dr. Rosen stated that "[i]f for some [r]eason Dr. Desai is still employed after 9/30/18," he would make other staffing adjustments to accommodate the new hire. Dr. Rosen further stated that he had been looking for a fellowship-trained chest

4

radiologist for three years and that if Dr. Desai left without a replacement, he would not be able to provide adequate clinical service in the Chest Division. It should be noted that this radiologist was much younger than Dr. Desai and far less experienced, and yet Defendants had tabbed him to be Dr. Desai's replacement.

One of the executives responded with concern about the finances of having a potential three-month overlap between the end of Dr. Desai's employment and the start of the new radiologist's employment. Dr. Rosen responded with potential contingencies for mitigating the financial burden, such as adjusting the contracts of other radiologists or asking the new radiologist to start later. Dr. Tosi approved the offer. That same day, Dr. Rosen sent an email to Kathleen Leblanc in Human Resources, asking to speak about Dr. Desai, stating, "I've been thinking a lot about how to do this - and want to run some things past you."

A week later, Dr. Joseph Ferrucci, a radiologist working per diem for the Department who had previously served as Chair of the Department, sent an email to Dr. Rosen stating that he had spoken with Dr. Desai and "told her that you wanted to be accommodating especially in recognition of her years of service[,] [b]ut that you also had an obligation as Chair to think about recruiting younger staff for service needs." Dr. Ferrucci stated that he had indicated to Dr. Desai that Dr. Rosen was considering offering her a twelve-month contract or a per diem arrangement. Dr. Ferrucci ended the email by stating, "I think you can take the next step in the discussions. Good luck." Dr. Rosen responded, "Thanks."

Later that day, Leblanc sent an email to Dr. Rosen to follow up on a meeting from the day before. Leblanc stated, "all options have legal ramifications, and we should discuss all options

together." Dr. Rosen agreed to meet and stated, "Dr. Ferrucci used a conversation he [had] with Dr. Desai to potentially open a window for us."

Dr. Litmanovich sent Dr. Rosen her findings on December 25, 2017. Among Dr. Desai's interpretations, Dr. Litmanovich identified five major errors and nine errors impacting patient care. Among the interpretations of other radiologists, Dr. Litmanovich identified one major error and five errors impacting patient care. Dr. Litmanovich noted that, overall, she did not find any life-threatening misses or misinterpretations and that the technical quality of the studies was "very good."

On February 16, 2018, Dr. Dill sent Dr. Rosen an email with the subject line, "confidential review," stating, "What I have so far is concerning. There are two signif[icant] problems caught so far upon my limited review." In response, Dr. Rosen asked Dr. Dill to "review the remainder" and send him a summary.

According to Dr. Rosen, the practice of radiology can involve a degree of probability and subjectivity. As part of this litigation, Dr. Desai hired Dr. Joseph R Gruden (Dr. Gruden), a radiology expert, to review the fifty interpretations reviewed by Dr. Litmanovich. Dr. Gruden opined that Dr. Desai made no significant errors, that her interpretations were "well within the expected standard of care at an urban teaching hospital," and that Dr. Litmanovich's criticism "was subjective." He also severely criticized the intellectual integrity of Dr. Litmanovich's interpretations which were reviewed and accepted by Dr. Rosen, who, in January 2018, proudly presented them in a PowerPoint to other faculty members.

On March 14, 2018, Dr. Rosen met with Dr. Desai to tell her that her employment would be terminated on March 17, 2019. Pursuant to her employment agreement with the Medical Group,

Dr. Desai was entitled to twelve months' notice before termination.  The agreement also permitted immediate termination "for cause," such as "material negligence or misconduct (other than because of disability or approved leave) in the performance of duties."  Dr. Desai's termination was without cause. Dr. Rosen did not tell Dr. Desai that she could resign instead of termination, an option he had expressly given to other physicians with performance issues.  At a later meeting, Dr. Rosen provided Dr. Desai with a summary of Dr. Litmanovich's independent review.  Dr. Rosen's decision to terminate Dr. Desai's employment was based on his assessment of Dr. Litmanovich's independent review. In other words, Dr. Rosen's assessment was that Dr. Desai was incompetent. Despite Dr. Rosen's alleged concern for his patients and the quality of care, he permitted Dr. Desai to treat patients for the entire year after she had been terminated, and, during this time, Dr. Desai was also re-credentialed, with Dr. Robinson and Dr. Dill signing off.

Disingenuously, on an "employee separation form" signed by Dr. Rosen on November 30, 2018, Dr. Rosen listed the reason for Dr. Desai's termination as "retirement" rather than selecting an option on the form for "performance issues."  Dr. Rosen also selected that he would "maybe" re-employ Dr. Desai.  Dr. Desai's employment with the Medical Group formally ended on March 17, 2019.

Overall, these facts will show disparate treatment as a consequence of Plaintiff's age and an intent by Dr. Rosen to interfere with her advantageous relations.

### B.  STATEMENT OF DAMAGES CLAIMED

Plaintiff is seeking the following damages:

- Damages are pled in accordance with the expert report by economist Michael Morrison Ph.D.

- Plaintiff will testify about her pain and suffering, which cannot be precisely calculated.

- Plaintiff will request punitive damages from Dr. Rosen for intentional interference with Plaintiff's advantageous relations.

- In the event Plaintiff prevails at trial, she will also seek statutory attorneys' fees and any other monetary compensation and equitable relief permitted by the Federal Rules of Civil Procedure, the laws of the United States, and the Commonwealth of Massachusetts.

**C.** **WITNESS LIST**

1. **LIST OF WITNESSES**

1. Max Rosen, M.D.
In the custody and control of the Defendant

2. Jeffrey R.Gruden MD
from In the custody and control of the Defendant

3. Charu Desai M.D.
Plaintiff

4. Michael Morrison PhD
In the custody and control of the Defendant

5. Pogos Vaskanian M.D.
In the custody and control of the Defendant

6. Karl Fabian L Uy M.D.
In the custody and control of the Defendant

7. John Maklis, M.D.
In the custody and control of the Defendant

8

Plaintiff also reserves the right to call any witnesses listed by Defendants.

**D.  DEPOSITION DESIGNATIONS**

Not applicable, all witnesses deposed are expected to be called, barring an unavailability

issue (no such issues are known to Plaintiff at the time of this filing).

**E.  LIST OF EXHIBITS**

Plaintiff also reserves the right to utilize any exhibits listed by Defendants. Plaintiff

reserves the right to seek leave to amend this list to the extent consistent with the Federal

Rules of Civil Procedure, the Local Rules of the United States District Court for the

Commonwealth of Massachusetts, and the policies and procedures of this Court.

Original Complaint

1.    Affidavit of Charu Desai, From Plaintiff's Opposition to All Defendants Motion
      For Summary Judgment NO BATES NUMBER

2.    Curriculum Vitae of Charu Desai, MD CD 42-45

3.    Affidavit of Max Rosen M.D. Dated December 15, 2021, NO BATES NUMBER

4.    Letter of Reference from Dr. Jerry Balikian MD, Dated May 14, 2001, CD 65

5.    Letter of Reference from Dr. Jeffrey Leppo MD CD 75-76

6.    Letter of Reference from Dr. Richard Irwin MD December 24, 2001 CD 78-79

7.    Letter of Reference from Dr. Carl D'Orsi MD CD 80

8.    Letter of Reference from Dr. Krishna Kandarpa, MD UMM 331

9.    Letter of Reference from Dr. Jerry Balikian, MD, Dated September 20, 2015, CD
      39

10.   Letter of Reference from Dr. Joseph Ferrucci MD CD 38

11.     Letter of Reference from Dr. Aaron Harman MD CD 35

12.     Letter of Reference from Dr. Richard Irwin, MD, March 29, 2018, CD 133

13.     Letter of Reference from Dr. Andrew Chen MD  CD 89

14.     Letter of Reference from Dr. Gopal Vijayaraghavan MD CD 90

15.     Letter of Reference from Dr. George Eypper MD  CD 37

16.     Letter of Reference from Dr. Laci McIntosh MD CD 36

17.     Letter of Reference from Dr. Karl Uy MD CD 85-86

18.     Letter of Reference from Dr. Edward H. Smith MD CD 66

19.     Letter of Reference from Dr. Cynthia Umail MD CD 77

20.     Letter of Reference from Dr. Robert Chiulli MD UMM 03274

21.     Letter of Reference from Dr. Frances White MD UMM 03276

22.     Letter of Reference from Dr. Ricardo Rosales MD UMM 03275

23.     Letter of Reference from Dr. Daniel Berman MD CD 88

24.     Patient Note, Gym Teacher at Webster Middle School CD 87

25.     Phone Message from Patient for Charu Desai to Compliment Dr. Desai  for her
        diagnosis of CD 137

26.     Deposition of Charu S. Desai, MD and all Associated Exhibits NO BATES
        NUMBER

27.     Deposition of Max P. Rosen MD and all Associated Exhibits NO BATES
        NUMBER

28.     Deposition of Carla Carten Ph.D. and all Associated Exhibits NO BATES
        NUMBER

4868-4709-3548, v. 1

29.     University of Massachusetts Medical School Annual Faculty Report and
        Evaluation of Professional Activities for Charu Desai MD  2009-2018 UMM 265-
        313

30.     Call and Weekend Holiday Coverage Policy Revised October 2015   UMM 4922-
        4926

31.     Email thread Between J. Ferrucci and Max Rosen Re: Charu Desai Oct 11, 2017,
        UMM 4631

32.     Email thread Between Randa Mowlood and Myra Shah Re: Dr. Desai and Call
        Scheduling May 19, 2017, UMM 4927

33.     Email thread Between Karin Dill and Max Rosen on March 14, 2018, UMM 4659

34.     Charu Desai MD Physician Employment Agreement December 8, 2008, UMM
        333-46, UM 92

35.     Resident Speech for Presentation of Teacher of the Year Award to Charu Desai
        MD CD 141-142

36.     UMASS Website Link to Speech for 2017 Teacher of the Year Award Recipient
        Charu Desai

        https://www.umassmed.edu/radiology/radnews/2017/July/teacheroftheyear/

37.     Academic and Administrative Time Policy Updated June 8th, 2017 CD 1-2

38.     Dr. Eric Schmidlin Employee Change Form to Per Diem Status      UMM 19971

39.     Dr. Maria Barile Employee Introduction Form UMM 06988

40.     C. Desai Email to Dr. M. Rosen Re: Response to Meeting with Dr. Rosen May
        31, 2016, UMM 4739-4740

4868-4709-3548, v. 1

41. University of Massachusetts Medical School Annual Faculty Report and Evaluation of Professional Activities for Karin Dill MD July 1 2017-June 30, 2018  UMM 1790-1799

42. Max Rosen and Stephen Tosi Letter of Offer of Employment to Karin Dill MD UMM 7666-8

43. Marianne Felice and Alan Stoll Letter of Offer of Employment to Ellen Christine Wallace MD UMM 29174-29175

44. Letter Confirming Annual Salary of Mona Korgaonkar MD dated February 27, 2015, UMM 16575

45. Physician Time Off Data/ Academic Time/Administrative Time/ Sick Days/ Vacation Excel Spreadsheet 2016 and 2017 with Tabs for Each Individual Radiology Physician UMM 8912-8913 and all Subsections

46. Employment Offer Letter of Maria Barile MD UMM 9208-9209

47. Employment Offer Letter of Ryan Tai MD UMM 25726-25727

48. M. Rosen Letter to K. Dill Confirming Reduction of Non-Clinical Time UMM 28327

49. K. Dill Email To Staff Re: Minutes From Chest Division Meeting 6/14/17 UMM 4377-4378

50. M. Rosen Email To Darren Brennan *et al.* Re: Review of Radiology Issues at Marlborough Subject Desai Confidential UMM 707-UMM 708

51. Phillip Steeves MD Physician Employment Agreement UMM 24652-24654

52. Email from K. Dill to Charu Desai re: vacation request April 19, 2016, UMM 04340

53. Deposition of Abhijit Roychowdhury and All Associated Exhibits MD NO BATES NUMBER

54. Defendants' First MCAD (Massachusetts Commission Against Discrimination) Position Statement July 17, 2018, and All Associated Exhibits and/or Affidavits NO BATES NUMBER

55. Email thread Between Max Rosen MD and Michelle Streeter October 3rd, 2017 UMM 5003

56. Karin Dill Email to Max Rosen Re: Chest Division March 30, 2017, UMM 30055

57. Deposition of Joseph Ferrucci MD and All Associated Exhibits NO BATES NUMBER

58. Joseph Makris MD Email to Max Rosen Re: Chest Resident Workflow October 4, 2016, UMM 04742

59. University of Massachusetts Medical School Annual Faculty Report and Evaluation of Professional Activities for Charu Desai MD  July 1 2017-June 30, 2018 UMM 01784-01789

60. University of Massachusetts Medical School Annual Faculty Report and Evaluation of Professional Activities for Karin Dill MD  July 1 2017-June 30, 2018 UMM 01790-01799

61. University of Massachusetts Medical School Annual Faculty Report and Evaluation of Professional Activities for Charu Desai MD  July 1 2016-June 30, 2017 UMM 01370-01374

62.   University of Massachusetts Medical School Annual Faculty Report and Evaluation of Professional Activities for Karin Dill MD  July 1 2016-June 30, 2017 UMM 01375-01381

63.   Defendant Karin Dill's Answers To Plaintiff's Second Set of Interrogatories and Associated Exhibits and/or Affidavits NO BATES NUMBER

64.   Defendant Max Rosen's Answers To Plaintiff's Second Set of Interrogatories and Associated Exhibits and/or Affidavits NO BATES NUMBER

65.   UMASS Medical Center Review and Action Form Re: Charu Desai Signed by Max Rosen June 21, 2017, UMM 02715

66.   K. Dill Peer Review of Charu Desai July 1, 2016-June 30, 2017 CD 49

67.   Personal Notes of Charu Desai Regarding K. Dill Peer Review of Charu Desai From July 1 2016-June 30, 2017 CD 134-136

68.   Count of Accession Number Chart Re: Ronald Garrell Peer Review UMM 8943-4

69.   K. Dill Review of CT Scans February 2, 2016-January 28, 2021 UMM 3687-3688

70.   Defendants' Second MCAD Position Statement (Massachusetts Commission Against Discrimination)  February 21, 2019, and All Associated Exhibits and/or Affidavits  NO BATES NUMBER

71.   Defendants' Answer to Amended Complaint and Jury Demand Submitted July 12, 2019, NO BATES NUMBER

72.   Email from Dr. Robinson Re: Radiology Issues Summary January 3rd, 2018 and Subsequent Email Exchanges between Darren Brennan and Max Rosen UMM 04299-04300

4868-4709-3548, v. 1

73.    Email from Kathryn Green to Max Rosen Re: Confidential QA February 1st, 2017 UMM 04745-6

74.    Methods Slide From Powerpoint Presentation UMM 03723

75.    M. Rosen Email to D. Litmanovich Regarding QA Project  UMM 00545

76.    D. Brennan Forwarded Email to M. Rosen Re: Incident Today September 21, 2017, initially written by Charu Desai MD UMM 539

77.    D. Brennan Email to Charu Desai Subject: Incident with Dr. Dill Today dated September 21, 2017, MD UMM 03867

78.    Charu Desai Email to D. Brennan September 21, 2017, UMM 04549

79.    M. Rosen Email to Kelly Emrich re: Confidential September 22, 2017, UMM 04617

80.    M. Rosen Email to K. Dill dated September 24, 2018, Re: AY 19 Non-Clinical Time and Chest Schedule UMM 28327

81.    M. Rosen email to Randa Mowlood Re: Consultant for QA Project October 13, 2017, UMM 546-547

82.    M. Rosen email to D. Litmanovich Re: Consultant for QA Project December 7, 2017, UMM 548-551

83.    D. Litmanovich to M. Rosen Subject: Project December 25, 2017, UMM 552

84.    Raw Data QACH 1-50 Interpretation and Overall Summary of Findings  Sent by Diana Litmanovich to M. Rosen on December 25th, 2017 UMM 690-693

85.    Expert Report of James F. Gruden including Curriculum Vitae July 30, 2021, NO BATES NUMBER

86.   Deposition of James F. Gruden and All Associated Exhibits October 21, 2021, NO BATES STAMPING

87.   Expert Report of Ella Kazerooni MD including Curriculum Vitae NO BATES NUMBER

88.   Expert Report of Pogos Voskanian MD including Curriculum Vitae NO BATES NUMBER

89.   Expert Report of Michael Morrison MD including Curriculum Vitae NO BATES NUMBER

90.   Deposition of Ella Kazerooni and All Associated Exhibits MD October 21, 2021, NO BATES NUMBER

91.   Deposition of Mark O. Cutler MD and All Associated Exhibits MD NO BATES NUMBER

92.   Powerpoint Presentation Chest CT QA Study CONFIDENTIAL(sic) January 26, 2017 UMM 699-705

93.   M. Rosen Letter to D. Brennan Regarding New Time Commitment to Department dated August 13, 2019, UMM 09636

94.   UMASS Radiology Organizational Chart NO BATES NUMBER

95.   Letter of Notice Termination of Employment Re: Charu Desai dated March 8, 2018, UMM 253

96.   M. Rosen Letter to Helen Alencar Re: Offer of One Year Extension of Employment dated April 10, 2014, UMM 05670-05671, UMM 03695-6

97.   Email thread Between C. Desai and M. Rosen Subject Meeting to Review QA Data and March 14th, 2018 Meeting UMM 3957-3958

4868-4709-3548, v. 1

98.   C. Desai Handwritten Notes Summary of April 24th, 2018 Meeting Regarding QA
      Data UMM 03722

99.   C. Desai email to M. Rosen Subject: Summary of April 24th, 2018 Meeting
      Regarding QA Data UMM 03951

100.  QACH 1-50 De-Identified Reports UMM 553-689

101.  Email thread Between M. Rosen and S. Tosi and Unspecified Sender Re:
      Confidential-Cardiothoracic Radiology Staffing October 3rd, 2017 UMM 4998-
      5002

102.  Email thread Between M. Rosen and M. Streeter Subject: Confidential-
      Cardiothoracic Radiology Staffing UMM 4627-30

103.  Email Between M. Streeter and S. Tosi Re: Confidential-Cardiothoracic radiology
      staffing. UMM 04984

104.  Email Between M. Rosen and S. Tosi Re: UPenn Candidate from "Confidential
      Cardiothoracic Radiology Staffing UMM 4998

105.  Email Exchange between M. Rosen and Kathleen Leblanc Subject Confidential
      UMM 04490

106.  Email Exchange between M. Rosen and Kathleen Leblanc Subject Follow-Up
      UMM 04754

107.  Email Exchange between J. Ferrucci and M. Rosen Subject: Charu Desai UMM
      04631

108.  J. Ferrucci Evaluation of C. Desai signed 12/22/14 UMM 03609

109.  J. Balikian Evaluation of C. Desai signed 12/29/14 UMM 03611

17

110.   M. Rosen Evaluation of C. Desai UMASS Memorial Healthcare Reappointment
Appraisal/Recommendation Form signed 5/8/13 UMM 03261

111.   Letter from Dr. Stephen Tosi to Dr. Desai dated July 9, 2009, Re: Clinical
Privileges and Reappointment to Medical Staff UMM 02914

112.   Letter from Dr. Stephen Tosi to Dr. Desai dated July 31, 2007, Re:
Reappointment to Medical Staff UMM 02920

113.   Changes to Delineation of Privileges  Form Completed by C. Desai 3/27/17and
Signed on June 9, 2017, UMM 03516

114.   Changes to Delineation of Privileges  Form Completed by C. Desai on 3/27/17and
Signed by M. Rosen on June 21, 2017, UMM 02888

115.   UMASS Medical Center Review and Action Form Re: Charu Desai Signed by
Max Rosen June 3, 2015,      UMM 02897

116.   UMASS Memorial Healthcare Reappointment Appraisal/Recommendation form
Signed by Max Rosen May 8, 2013, UMM 03261

117.   Marlborough Hospital Clinical Privileges Request for Reappointment signed by
C. Desai 3/26/2015 UMM 03524

118.   Confirmation of Medical Staff Appointment C. Desai Letter December 15, 2014,
UMM 03178

119.   Letter from Dr. Stephen Tosi to Dr. Desai dated July 14, 2011, Re:
Reappointment to Medical Staff UMM 02908

120.   Letter from Sharon Bonner Credentialing Spec. Confirmation of Appointment Re:
C. Desai dated May 18, 2017, UMM 03596

121.   UMASS Memorial Marlborough Hospital Confirmation of Appointment Re: C. Desai May 18, 2017, UMM 03594

122.   UMASS Memorial Confirmation of Medical Staff Appointment Re: C. Desai dated May 5, 2015, UMM 03602

123.   UMASS Memorial Marlborough Hospital Confirmation of Appointment Re: C. Desai dated  July 11, 2017, UMM 03639

124.   UMASS Memorial Medical Center OPPE Reappointment Re: C. Desai signed by M. Rosen on June 5, 2015, UMM 03672

125.   Letter from Steve Roach to C. Desai Re: Marlborough Hospital Medical Staff Reappointment dated February 9, 2015, UMM 03645

126.   University of Massachusetts Medical Center Credentialing Forms for Charu Desai MD  UMM 03261, 03672,02897,03644, 2715,2884,2885,2886,2887,2888,3680,3602,3596

127.   Marlborough Hospital Credentialing forms for Charu Desai MD UMM 03518,03519, 03643, 03644, 03514, 03515, 03516, 03640, 03641, 03258, 03642, 03594, 03639

128.   Email from Maureen Podesta Re: Credentialing Meeting Dates/Cycles UMM 03163

129.   Letter from Steven Roach to C. Desai Re: Resignation April 4, 2019, UMM 03638

130.   Affidavit of Steven Roach signed December 6, 2021, NO BATES NUMBER

131.   Employee Separation Form C. Desai signed November 30, 2018, UMM 252

132.   Radiologists Separated from UMass Memorial Medical Group Since January 1, 2015, UMM 03690-1

133.   Email Exchange between K. Dill, Patty Friend, Max Rosen, and Laureen Sena Re: Confidential, Patient is asking why cardiac is taking so long to book UMM 30046-8

134.   J. Ferrucci MD Academic and Hospital Appointments UMM 13538

135.   M. Korgaonkar Changing Position from Full Time Employee to Per Diem Effective 7/1/18 UMM 16231

136.   J. Ferrucci Changing to Per Diem Status UMM 13900

137.   J. Balikian Per Diem Offer UMM 06911

138.   E. Suran Per Diem Offer UMM 25170

139.   Video of Dr. Tasneem Lalani's Speech About Dr. Desai

140.   Video of Dr. Aaron Harman's Speech About Dr. Desai

141.   Video of Dr. Sarwat Hussain's Speech About Dr. Desai

142.   M. Korgaonkar Current Clinical Competence Evaluation of Charu Desai, MD UMM 3256-3257

143.   J. Balikian  Current Clinical Competence Evaluation of Charu Desai, MD UMM 03611

144.   Current Clinical Competence Evaluation Unspecified Evaluator December 19, 2014, UMM 03610

145.   Dr. Karin Dill Separation Date UMM 07693

146.   Exhibit MMMM From Plaintiff's  Opposition to All Defendants' Motion for Summary Judgment for Purposes of Date of Birth of Radiologists

147.   CME Certificate April 13-14, 2018, and CV from Charu Desai Supplemental
       Production Prior to Mediation NO BATES STAMP

148.   Email from D. Brennan To M. Rosen Subject: Marlboro Chest CTs UMM 30040

149.   Website Links to Credentialing Committees Members at UMMC and
       Marlborough Hospital

**https://www.ummhealth.org/about-us/board-trustees-and-administration**

**https://www.ummhealth.org/marlborough-hospital/board-trustees-and-
administration**

150.   Address Change form Dr. Jay Agrawal changing employment from full-time to
       per diem status on September 30, 2017, UMM 09145

151.   Eric Dickson and Max Rosen Letter to Keith Cauley Re: Notice of Termination of
       Employment Dated March 1st, 2013 UMM 03699

152.   Max Rosen Letter to Keith Cauley Re: Termination of Employment dated March
       13, 2013, UMM 3700

153.   Michelle Streeter Letter to Keith Cauley Re: UMass Memorial Medical Group
       Dispute Resolution Policy for Physicians  dated September 9, 2013, UMM 3701

154.   Radiologists Separated from UMass Memorial Medical Group Since January 1,
       2015, Annotated with added ages and Dates of Birth UMM 03690-1

155.   Alan Goldstein MD Curriculum Vitae               UMM 14550

156.   Christopher Sereni MD Curriculum Vitae     UMM 20351

157.   Elisabeth Garwood MD Curriculum Vitae     UMM 14070

158.   Brian Brochu MD Curriculum Vitae          UMM 09970

159. Ryan Tai MD Curriculum Vitae     UMM 025638-25639

160. George Watts MD Curriculum Vitae     UMM 027812

161. Karin Dill MD Curriculum Vitae     UMM 28227-28244, 28187

162. Eric Schmidlin MD Curriculum Vitae     UMM 19882

163. Byron Chen MDCurriculum Vitae     UMM 10879

164. Hemang Kotecha DO Curriculum Vitae     UMM 16639

165. Steven Baccei MD Curriculum Vitae     UMM 06169

166. Christopher Cerniglia DO Curriculum Vitae     UMM 10215-10216

167. Satish Dundamadappa MBBS Curriculum Vitae     UMM 12018

168. Jean-Marc Gauguet Curriculum Vitae     UMM 14183-14187

169. Dennis Coughlin MD Curriculum Vitae     UMM 11213

170. Max Rosen MD Curriculum Vitae     UMM 18198-18941

171. Joseph Ferrucci Curriculum Vitae     UMM 13537-13612

172. Darren Brennan Curriculum Vitae     UMM 09497-09522

173. Max Rosen and Stephen Tosi Letter of Offer of Employment to Alan Goldstein MD UMM 14579-14580

174. Max Rosen and Stephen Tosi Letter of Offer of Employment to Christopher Sereni MD UMM 20387-20388, 20372-20373

175. Max Rosen and Stephen Tosi Letter of Offer of Employment to Ryan Tai MD UMM 25726-25727, 25675-25676

176. Max Rosen and Stephen Tosi Letter of Offer of Employment to Stephan Wicky Van Doyer MD UMM 29582-29583

177. Max Rosen and Stephen Tosi Letter of Offer of Employment to Jean-Marc Gauguet MD UMM 14311-14312

178. Max Rosen and Stephen Tosi Letter of Offer of Employment to George Watts MD UMM 27870-27871

179. Max Rosen and Stephen Tosi Letter of Offer of Employment to Brian Brochu MD UMM 9984-9986

180. Max Rosen and Stephen Tosi Letter of Offer of Employment to Darren Brennan MD UMM 07162-4

181. Joseph Ferrucci and E. Dickson  Letter of Offer of Employment to Byron Chen MD UMM 10941-10942

182. Max Rosen and Stephen Tosi Letter of Offer of Employment to Elisabeth Garwood MD UMM 14133-14135, 14128-14130

183. Max Rosen and Stephen Tosi Letter of Offer of Employment to Jay Agrawal MD UMM 09157-8

184. Max Rosen and Stephen Tosi Letter of Offer of Employment to Maria Barile MD UMM 9208-9209

185. Max Rosen and Stephen Tosi Letter of Offer of Employment to Girish Tyagi MD UMM 26542-26543

186. Alan Goldstein MD Receipt of Division Chief Position  UMM 14577

187. Brian Brochu MD Receipt of Division Chief Position UMM 9984-9986

188. Hao Lo MD Receipt of Division Chief Position UMM 17669

189. Byron Chen MD Receipt of Division Chief Position UMM 10935

190. Elisabeth Garwood MD Receipt of Division Chief Position UMM 14132

4868-4709-3548, v. 1

191.    Christopher Sereni MD Receipt of Division Chief Position UMM 20384

192.    Ryan Tai MD Receipt of Division Chief Position UMM 25724

193.    George Watts MD Receipt of Division Chief Position UMM 27877

194.    Ajit Puri MD Receipt of Division Chief Position UMM 22946

195.    Jean-Marc Gauguet MD Receipt of Division Chief Position UMM 14301

196.    Karin Dill MD Receipt of Division Chief Position UMM 7666-8

197.    Alan Goldstein MD Date of Hire  UMM 14579

198.    Brian Brochu MD Date of Hire UMM 10037

199.    Hao Lo MD Date of Hire UMM 17674

200.    Byron Chen MD Date of Hire UMM 10941

201.    Elisabeth Garwood MD Date of Hire UMM 14133

202.    Christopher Sereni MD Date of Hire UMM 20387

203.    Ryan Tai MD Date of Hire UMM 25726

204.    George Watts MD Date of Hire UMM 27939

205.    Ajit Puri MD Date of Hire UMM 22951

206.    Jean-Marc Gauguet MD Date of Hire UMM 14311

207.    Karin Dill MD Date of Hire UMM 07628

208.    Letter from Dr. Sheikh Recommending Dr. Hao Lo for Promotion to Academic
        Rank of Associate Professor UMM 17474

209.    Letter from Max Rosen to Dr. Hao Lo regarding Promotion to Vice Chair of
        Diagnostic Operations and Associated Salary UMM 17669

210.    Radiologists Hired by UMass Memorial Medical Group Since March 14, 2018,
        UMM 03689

24

211. Email Thread between K. Dill and M. Rosen Re: Confidential Review dated February 16, 2018, UMM 4420

212. M. Rosen and Stephen Tosi Letter of Notice Termination of Employment of Eugenio Suran MD dated May 8, 2014, with an offer of per diem work immediately following termination UMM 03718

213. Letter from M. Rosen to Radiology Faculty Stating New Salary Structure for Diagnostic Radiologists signed on February 14, 2017, Effective March 1st, 2017 UMM 03898

214. Email from M. Rosen to Ajit Puri MD and Ajay Wakhloo  MDSubject: Confidential UMM 22296

215. Excel Spreadsheet of Radiologist Compensation Data UMM 0721-2

216. Marlborough Hospital Delineation of Clinical Privileges form for Maria Barile UMM 09221-09223

217. Letter from Steve Roach dated February 9, 2015, Re: Charu Desai Marlborough Hospital Medical Staff Appointment UMM 03645

218. Letter from Steve Roach dated July 11, 2017, Re: Charu Desai Marlborough Hospital Medical Staff Appointment UMM 03639

219. An email mail thread between M. Rosen, C. Cavagnaro, and S. Tosi on March 6-7, 2019, UMM 08958

220. Continuing Education Summary Charu Desai UMM 3358-3363, UMM 2870

221. Faculty Additional Compensation for Charu Desai May 2, 1994, December 12, 1994, November 14, 1994, June 3, 1996, UMM 160-1, UMM 156-7

222.   Letter to Jean-Marc Gauguet Regarding Faculty Appointment Confirmation, UMM 14270, 14281

223.   Handwritten Notes of Karin Dill, MD UMM 30112-30115

224.   Letter From M. Rosen to Darren Brennan dated August 13, 2019, UMM 09636

225.   Letter From M. Rosen to Darren Brennan dated December 20, 2018, UMM 09637

226.   Letter From M. Rosen to Darren Brennan dated August 14, 2018, UMM 09638

227.   Letter From M. Rosen to Darren Brennan dated February 16, 2017, UMM 09639

228.   Handwritten Notes Incentive Plan Dated October 9, 2008, UMM 06554

229.   Email from Sue Afonso Sent March 28, 2018 Subject: For Charu CD 157

230.   Emails From M. Rosen, S. Tosi, and K. Dill Regarding Workflow Backup UMM 5003, UMM 314,      UMM 30055

231.   Email from M. Rosen to C. Desai Subject: Chest Resident Workflow Dated September 16, 2016,    UMM 04742

232.   Email from M. Rosen to A. Singer UMM 30072

233.   Charu Desai Annual Salary Effective March 1, 2017, UMM 03898, UMM 721-722

234.   Resignation Letter of Dr. Adib Karam MD, dated January 4th, 2017, UMM 03704

235.   Dr. Adib Karam Selected as Division Chief of As Division Chief of Abdominal Imaging UMM 00728

236.   Resignation Letter of Dr. Abhijit Roychowdhury UMM 03711

237.   Dr. Abhijit Roychowdhury Employee Separation Form UMM 23656

238.   Credentialing Document in which M. Rosen mentions Dr. Desai's compliance with call policies and conduct of quality review UMM 03680

239.  E-mail from M. Rosen to C. Desai, May 13, 2016 UMM 314-315

240.  FMLA Approval of Leave March 26, 2015, through March 25, 2016, UMM 424-
      429

241.  FMLA Approval of Leave April 8, 2016, through March 8, 2017, UMM 384

242.  FMLA Approval of Leave March 9, 2017, through March 8, 2018, Charu Desai
      Deposition Exhibit 35

243.  FMLA Approval of Leave March 21, 2018, through March 20, 2019, UMM 465-
      466

244.  Affidavit of Randa Mowlood dated March 3, 2022.

245.  Affidavit of Joseph Ferrucci dated  March 2, 2022.

246.  Second Affidavit of Max Rosen dated March 3, 2022.

247.  Chest Division Meeting Minutes June 14, 2017, UMM 4377-4378

248.  Agreement Between UMMG and Phillip Steeves, MD UMM 24652-24654

249.  Email from J. Ferrucci to M. Rosen Dated February 10, 2017, Re: Charu Desai
      UMM 4602

250.  Letter From Oscar Starobin MD, dated February 13, 2008, CD 50

251.  Comments of Lawrence Rosenthal, MD Cardiologist, dated September 6, 2017,
      Regarding Dr. Charu Desai's Serious Health Condition, CD 116-7

252.  Annual Faculty Performance Evaluation of Dr. Maria Barile by M. Rosen UMM
      02194

253.  Arrangement of Collegial Intervention for Guillermo Walters, MD UMM 27620-1

254.  Email Exchange Between M. Rosen and K. Dill re: Confidential Review dated
      February 16, 2018,     UMM 4420

255.   Darren Brennan MD Personnel Files UMM 07161, 07164, 07110

256.   Diana Litmanovich MD De-Coded Raw Data from Independent Review UMM 695-696

257.   University of Massachusetts Medical  Center  Authorization for Faculty Recruitment UM 92

258.   Email from M. Rosen to Charu Desai RE: March 14, 2018 Meeting dated April 17, 2018, UMM 540

259.   Email from Charu Desai to M. Rosen Subject: CT Scan Readings   dated March 23, 2018, UMM 541

260.   Charu Desai MD  Co-Authoring of Abstract with Dr. Jerry Balikian MD UMM 6629

261.   Poster of Timeline of Events for Presentation at Trial

**OUTSTANDING LEGAL ISSUES TO BE ADDRESSED
AT THE FINAL PRE-TRIAL CONFERENCE**

Plaintiff's motions in limine to exclude Dr. Kazarooni and Dr. Litmanovich. Plaintiff's response to Defendants' motions in limine.

## F.  EXPERT DISCLOSURES

Plaintiff has disclosed Dr. Pogos Vaskanian as a forensic psychiatrist (damages); Michael Morrison, Ph.D. as an economist (wages); Dr. James R. Gruden (liability). Defendant has disclosed Dr. Kazarooni.

## G.  TRIAL TIME

Plaintiff anticipates ten (10) days to put on her case in chief and estimates the entire trial should take fifteen (15) days. (Assuming court convenes for half a day).

4868-4709-3548, v. 1

H. **STIPULATIONS**

There have yet to be any stipulations between counsel.

Respectfully submitted,

CHARU DESAI

By her attorneys,

*s/Timothy M. Kolman*

Timothy M. Kolman, Esq., Pro Hac Vice
Kolman Law, P.C.
414 Hulmeville Ave
Penndel, PA 19047
Phone: 215-750-3134
Fax: 215-750-3138
TKolman@KolmanLaw.com

And;

Timothy D. Rodden, Jr., Esq., BBO # 691228
John B. Koury, Esq., BBO # 694088
Joseph F. Comenzo, Esq., BBO # 667624
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421
Phone: 617-600-7170
Fax: 781-444-2461
trodden@uclawgroup.com
jkoury@uclawgroup.com
jcomenzo@uclawgroup.com

Date: November 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document on all counsel of record by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

/s/ Timothy M. Kolman
Timothy M. Kolman, Esquire

30