UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>      Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>MEMORIAL MEDICAL CENTER, INC.<br>UNIVERSITY OF MASSACHUSETTS<br>MEMORIAL MEDICAL GROUP,<br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL, UMASS<br>MEMORIAL HOSPITAL, MAX ROSEN,<br>M.D., DARREN BRENNAN, M.D.,<br>STEPHEN TOSI, M.D., KARIN DILL,<br>M.D.,<br>      Defendants. | Civil Action No. 4:19-cv-10520-TSH |

**NOTICE OF APPEARANCE OF JOSEPH F. COMENZO**

      Now comes Joseph F. Comenzo of the law firm Upper Charles Law Group, LLC, 81 Hartwell Avenue, Suite 101, Lexington, MA 02421 and enters his appearance as counsel for Charu Desai, in the above-referenced matter.

      Respectfully submitted,
CHARU DESAI

Plaintiff
By her attorney,

/s/ Joseph F. Comenzo
Joseph F. Comenzo, (BBO #: 667624)
Upper Charles Law Group, LLC
81 Hartwell Avenue, Suite 101
Lexington, MA 02421
T: 617-600-7152
F: 781-444-2461
jcomenzo@uclawgroup.com

Date: November 29, 2022

1

**Certificate of Service**

    I, Joseph F. Comenzo, counsel for the Plaintiff, hereby certify that I have this day, March 16, 2022, served the foregoing document upon all parties, by electronically filing to all ECF registered parties, and by sending a copy, first class mail, postage prepaid to all unregistered parties.

/s/ Joseph F. Comenzo
Joseph F. Comenzo
