UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff,*<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP,<br>INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br>NOTICE OF APPEARANCE OF<br>DAVID CROMWELL JOHNSON, JR. |

NOW COMES David Cromwell Johnson, Jr. of the law firm Upper Charles Law Group, LLC, 81 Hartwell Avenue, Suite 101, Lexington, MA 02421 and enters his appearance as counsel for Charu Desai, in the above-referenced matter.

    Respectfully submitted,
    CHARU DESAI

    Plaintiff
    By her attorney,

    /s/ D. Cromwell Johnson, Jr.
    D. Cromwell Johnson, Jr. (BBO# 699414)
    Upper Charles Law Group, LLC
    81 Hartwell Avenue, Suite 101
    Lexington, MA 02421
    T:  617-600-7144
    F:  781-444-2461
    cjohnson@uclawgroup.com

Date: November 30, 2022

## Certificate of Service

I, D. Cromwell Johnson, Jr., counsel for the Plaintiff, hereby certify that I have this Wednesday, November 30, 2022, served the foregoing document upon all parties, by electronically filing to all ECF registered parties.

/s/ D. Cromwell Johnson, Jr.
D. Cromwell Johnson, Jr.
