UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:19-cv-10520-TSH

| | |
|---|---|
| CHARU DESAI,<br>    Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL CENTER, INC., et al.,<br>    Defendants. | **NOTICE OF APPEARANCE OF ASHLYN E. DOWD** |

Please enter the appearance of Ashlyn E. Dowd as counsel for the Defendants UMass Memorial Medical Center, Inc. and Max Rosen, MD in the above-captioned matter, together with Attorney Robert L. Kilroy.

**UMASS MEMORIAL MEDICAL CENTER, INC. AND MAX ROSEN, MD**
By their attorneys,

/s/ *Ashlyn E. Dowd*
Robert L. Kilroy, BBO #636853
Ashlyn E. Dowd, BBO #707121
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone 508.860.1464
Fax 508.983.6261
rkilroy@mirickoconnell.com
adowd@mirickoconnell.com

Dated:  December 1, 2022

2

CERTIFICATE OF SERVICE

       I, Ashlyn E. Dowd, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this day.

       /s/ Ashlyn E. Dowd
       Ashlyn E. Dowd

Dated: December 1, 2022