UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS MEMORIAL MEDICAL CENTER, UNIVERSITY OF MASSACHUSETTS MEMORIAL MEDICAL GROUP, UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, UNIVERSITY OF MASSACHUSETTS MEMORIAL MARLBOROUGH HOSPITAL, MAX ROSEN, STEPHEN TOSI, and KARIN DILL,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 4:19-10520-TSH |

## ORDER TO RELEASE COURTROOM RECORDINGS

**December 9, 2022**

**HILLMAN, D.J.**

　　During trial an allegation was made that one of the parties' counsel was signaling a witness. In order to properly review that allegation, this Court orders the United States Marshals Service to release any and all recordings of the proceedings in the above captioned matter on Monday, December 5, 2022, Tuesday, December 6, 2022, and Wednesday, December 7, 2022.

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy S. Hillman*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TIMOTHY S. HILLMAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**