United States District Court
District of Massachusetts
Exhibits Log: 19-cv-10520-TSH
Desai v. UMass Memorial Medical Center, 12/2/2022

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-3 | Excerpts from Affidavit of Dr. Rosen | Yes | 12/5/2022 12:00 AM | 12/5/2022 12:00 AM |
| Court-26-1 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-2 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-3 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-4 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-5 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-6 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-26-8 | Deposition Excerpt of Dr. Desai | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-29 | UMass Medical School Annual Faculty Report Charu Desai | Yes | 12/5/2022 12:00 AM | 12/5/2022 12:00 AM |
| Court-41 | UMAss Medical School Annual Faculty Report and Evaluation of Dr. Dill | Yes | 12/7/2022 12:00 AM | 12/7/2022 12:00 AM |
| Court-42 | Max Rosen and Stephen Tosi Letter of Offer of Employment to Karin Dill | Yes | 12/13/2022 12:00 AM | 12/13/2022 12:00 AM |
| Court-54 | Excerpts of dft`s First MCAD Position Statement | Yes | 12/5/2022 12:00 AM | 12/5/2022 12:00 AM |
| Court-63 | Dr. Dill Ansers to Plaintiff`s Second Set of Interroatories. | Yes | 12/12/2022 12:00 AM | 12/12/2022 12:00 AM |
| Court-64 | Rosen Answers to Second Interrogatories | Yes | 12/14/2022 11:13 AM | 12/14/2022 11:13 AM |
| Court-82 | Rosen email to Litmanovich 12/7/17 | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-84-1 | Letter from Dr. Litmanovich to Dr. Rosen re Review of 50 chest CTs | Yes | 12/15/2022 9:17 AM | 12/15/2022 9:17 AM |
| Court-86-A | Exhibit 5 from Deposition of Dr. Gruden | Yes | 12/14/2022 12:00 AM | 12/14/2022 12:00 AM |
| Court-89-A | Morrison CV | Yes | 12/14/2022 12:00 AM | 12/14/2022 12:00 AM |
| Court-95 | Letter of Noti | Yes | 12/5/2022 12:00 AM | 12/5/2022 12:00 AM |
| Court-97 | Email Thread | Yes | 12/5/2022 12:00 AM | 12/5/2022 12:00 AM |
| Court-100-20 | Diagnostic Imaging | Yes | 12/13/2022 12:00 AM | 12/13/2022 12:00 AM |
| Court-100-25 | Diagnostic Imaging | Yes | 12/13/2022 12:00 AM | 12/13/2022 12:00 AM |
| Court-100-46 | Diagnostic Imaging | Yes | 12/13/2022 12:00 AM | 12/13/2022 12:00 AM |
| Court-101 | Email Thread between Rosen and Tosi | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-107 | Email Exchange Between Ferrucci and Rosen | Yes | 12/7/2022 12:00 AM | 12/7/2022 12:00 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-126 | UMass Medical Center Credentialing Chara Desai | Yes | 12/7/2022 12:00 AM | 12/7/2022 12:00 AM |
| Court-152 | Max Rosen Letter to Keith Cauley re Termination | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-184 | Rosen and Tosi Letter of Employment to Maria Barile | Yes | 12/8/2022 12:00 AM | 12/8/2022 12:00 AM |
| Court-238 | Credentialing Documents Dr. Desai | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-246 | Excerpts from second Affidavit of Dr. Rosen | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-270 | CV Dr. Desai | Yes | 12/8/2022 11:25 AM | 12/8/2022 11:25 AM |
| Court-271 | CV. Dr. Dill | Yes | 12/12/2022 11:00 AM | 12/12/2022 11:00 AM |
| Court-272 | CV. Dr. Rosen | Yes | 12/6/2022 12:00 AM | 12/6/2022 12:00 AM |
| Court-273 | CV. Dr. Litmanovich | Yes | 12/15/2022 9:05 AM | 12/15/2022 9:05 AM |
| Court-274 | UMass Annual Faculty Report 2010 | Yes | 12/8/2022 11:42 AM | 12/8/2022 11:42 AM |
| Court-275 | UMass Annual Faculty Review 2010 | Yes | 12/8/2022 11:42 AM | 12/8/2022 11:42 AM |
| Court-276 | UMass Annual Faculty Review 2011 | Yes | 12/8/2022 11:42 AM | 12/8/2022 11:42 AM |
| Court-277 | UMass Annual Faculty Annual Performance Review 2012 | Yes | 12/8/2022 11:35 AM | 12/8/2022 11:35 AM |
| Court-278 | UMass Annual Faculty Annual Performance Review 2014 | Yes | 12/8/2022 11:44 AM | 12/8/2022 11:44 AM |
| Court-279 | UMass Annual Faculty Annual Performance Review 2015 | Yes | 12/8/2022 12:23 PM | 12/8/2022 12:23 PM |
| Court-280 | UMass Annual Faculty Annual Performance Review 2016 | Yes | 12/8/2022 12:23 PM | 12/8/2022 12:23 PM |
| Court-281 | UMass Annual Faculty Annual Performance Review 2017 | Yes | 12/7/2022 11:41 AM | 12/7/2022 11:41 AM |
| Court-282 | UMass Annual Faculty Annual Performance Review 2018 | Yes | 12/8/2022 12:23 PM | 12/8/2022 12:23 PM |
| Court-283 | Agreement between UMass Memorial Medical Group, Inc., and Charu Desai | Yes | 12/8/2022 11:14 AM | 12/8/2022 11:14 AM |
| Court-285 | IRS Form 1099-G, Statement for Recipients of Certain Government Benefits, 2019, Charu S. Desai | Yes | 12/9/2022 11:16 AM | 12/9/2022 11:16 AM |
| Court-287 | Letter from Max Rosen, M.D., and Eric Dickson, M.D., to Keith Cauley, M.D., March 1, 2013, Notice of Termination of Employment | Yes | 12/7/2022 11:43 AM | 12/7/2022 11:43 AM |
| Court-289 | Emails between Max Rosen, M.D., and Charu Desai, M.D., March 16, 2016 -March 30, 2016, Re: Vacation time; | Yes | 12/7/2022 11:42 AM | 12/7/2022 11:42 AM |
| Court-291 | Email from Karin Dill, M.D., to Charu Desai, M.D., April 19, 2016, Re: vacation request; | Yes | 12/12/2022 11:22 AM | 12/12/2022 11:22 AM |
| Court-296 | Email from Max Rosen, M.D., to Charo Desai, M.D., May 13, 2016, Re: Confirmation of our meeting | Yes | 12/7/2022 11:42 AM | 12/7/2022 11:42 AM |
| Court-297 | Emails from Max Rosen, M.D., to Charo Desai, M.D., May 13-24, 2016, RE: Confirmation of our prior meeting on May 13 and details of May 20 meeting; | Yes | 12/7/2022 11:42 AM | 12/7/2022 11:42 AM |
| Court-298 | Emails between Max Rosen, M.D., and Kathleen LeBlanc, May 26, 2016, RE: Confidential; | Yes | 12/7/2022 11:42 AM | 12/7/2022 11:42 AM |
| Court-301 | Emails between Kathryn Green and Max Rosen, M.D., February 1, 2017, Re: confidential QA | Yes | 12/7/2022 11:44 AM | 12/7/2022 11:44 AM |
| Court-302 | Email from Max Rosen, M.D., to Darren Brennan, M.D., et al., February 8, 2017, Meeting -Review of Radiology Issues at Marlborough | Yes | 12/7/2022 11:44 AM | 12/7/2022 11:44 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-303 | Letter from Max Rosen, M.D., to RefkyNicola, M.D., March 1, 2017, RE: Notice of Termination of Employment; | Yes | 12/7/2022 11:58 AM | 12/7/2022 11:58 AM |
| Court-305 | Email from Max Rosen, M.D., to Charo Desai, M.D., August 14, 2017, Re: "Vascular" studies in the Chest CT list | Yes | 12/7/2022 11:43 AM | 12/7/2022 11:43 AM |
| Court-306 | Letter to Diana Litmanovich, M.D., from Max Rosen, M.D., September 19, 2017, Re: Agreement to Review Radiology Scans | Yes | 12/7/2022 11:44 AM | 12/7/2022 11:44 AM |
| Court-308 | Email from Max Rosen, M.D., to Charo Desai, M.D., September 20, 2017, Re: Residents rotating on Chest-need to follow read-out assignments | Yes | 12/7/2022 11:44 AM | 12/7/2022 11:44 AM |
| Court-310 | Email from Darren Brennan, M.D., to Charu Desai, M.D., September 21, 2017, Re: Incident with Dr Dill today | Yes | 12/9/2022 9:46 AM | 12/9/2022 9:46 AM |
| Court-311 | Emails between Darren Brennan, M.D., Max Rosen, M.D., and Charu Desai, M.D., September 21, 2017, Re: Incident today on 9/21/2017 | Yes | 12/9/2022 9:48 AM | 12/9/2022 9:48 AM |
| Court-314 | Emails between Karin Dill, M.D., Max Rosen, M.D., and Richard Irwin, M.D., September 28-29, 2017; Re: secure and confidential | Yes | 12/12/2022 11:39 AM | 12/12/2022 11:39 AM |
| Court-315 | Emails between Karin Dill, M.D., Max Rosen, M.D., and Kimberly Robinson, M.D., September 28-29, 2017, RE: CT- opinion secure and confidential; | Yes | 12/12/2022 11:43 AM | 12/12/2022 11:43 AM |
| Court-317 | Email from Karin Dill, M.D., to Charu Desai, M.D., February 7, 2018; Re: chest shift today | Yes | 12/13/2022 9:50 AM | 12/13/2022 9:50 AM |
| Court-326 | Emails between Diana Desai, M.D., and Don Rainwater, July 9, 2019, Re: Radiology Position Applicant | Yes | 12/9/2022 11:04 AM | 12/9/2022 11:04 AM |
| Court-329 | Email from Eric Bevilacqua to Diana Desai, M.D., August 29, 2019, Re: Eric@ Medicus Mass | Yes | 12/9/2022 11:01 AM | 12/9/2022 11:01 AM |
| Court-330 | Email from American College of Radiology Career Center to Diana Desai, M.D., September 12, 2019, Re: Application submitted for Body Imager- Stamford CT | Yes | 12/9/2022 11:09 AM | 12/9/2022 11:09 AM |
| Court-335 | Email from American College of Radiology Career Center to Diana Desai, M.D., July 16, 2020, Re: Application submitted for Musculoskeletal Radiology | Yes | 12/9/2022 11:11 AM | 12/9/2022 11:11 AM |
| Court-336 | Email from American College of Radiology Career Center to Diana Desai, M.D., September 8, 2020, Re: Application submitted for Radiologist | Yes | 12/9/2022 11:12 AM | 12/9/2022 11:12 AM |
| Court-339 | De-Identified Radiology Reports for 50 CTs | Yes | 12/7/2022 11:45 AM | 12/7/2022 11:45 AM |
| Court-341 | Spreadsheet with Assessments of 50 CT Studies Reviewed by Diana Litmanovich | Yes | 12/7/2022 11:45 AM | 12/7/2022 11:45 AM |
| Court-342 | Spreadsheet with Assessments of 50 CT Studies Reviewed by Diana Litmanovich, with Identity of Reader Column | Yes | 12/7/2022 11:45 AM | 12/7/2022 11:45 AM |
| Court-343 | UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older hired by Max Rosen, M.D | Yes | 12/7/2022 11:41 AM | 12/7/2022 11:41 AM |
| Court-344 | UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older employed as of March 15, 2019 | Yes | 12/7/2022 11:55 AM | 12/7/2022 11:55 AM |
| Court-345 | UMass Memorial Human Resources Information Systems Data, Radiologists aged 60 years or older currently employed, | Yes | 12/7/2022 11:41 AM | 12/7/2022 11:41 AM |
| Court-347 | CV. Dr. Kazerooni | Yes | 12/14/2022 11:19 AM | 12/14/2022 11:19 AM |
| Court-348 | Spreadsheet with Assessments of 19 CT Studies Reviewed by Ella Kazerooni, | Yes | 12/14/2022 11:32 AM | 12/14/2022 11:32 AM |
| Court-349 | Email from Brendan Sweeney to James Gruden, M.D., July 28, 2020, RE: Desai v. University of Massachusetts Memorial Medical Center, | Yes | 12/13/2022 12:47 PM | 12/13/2022 12:47 PM |
| Court-353 | Deposition Errate Sheet from Dr. Desai | Yes | 12/9/2022 12:00 AM | 12/9/2022 12:00 AM |