CIVIL CASE NO: 19-CV-10520-TSH

TITLE: Desai    VS.    UMass Memorial Medical Center, et al.,

## J U R Y   P A N E L

01. Nancy Benoit
02. Lynn Gervais
03. Lyndsey Guilmette
04. Elizabeth Wheeler
05. Susan Ortiz
06. Logan Desilets
07. Deborah Bilis
08. Rezart Manxhari
09.
10.
11.
12.

## W I T N E S S E S

01. Max Rosen - 12/5, 12/6, 12/7, & 12/8/22
02. Charu Desai – 12/8/22 & 12/9/22
03. Mona Korgaonkar – 12/9/22
04. Randa Mowlood – 12/9/22
05. Pogos Vaskanian – 12/12/22
06. Karin Dill – 12/12/22 & 12/13/22
07. James Gruden – 12/13/22 & 12/14/22
08. Michael Morrison – 12/14/22
09. Alex Kazerooni – 12/14/22
10. Diana Litmanovich – 12/15/22
11.
12.
13.
14.