UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Chura Desai,</u>
     Plaintiff,

  v.          CIVIL ACTION NO. <u>19-10520-TSH</u>

<u>University of Massachusetts Memorial</u>
<u>Medical Center, et al.,</u>
     Defendants,

## JUDGMENT IN A CIVIL CASE

<u>Hillman, D.J.</u>

x **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **Decision by the Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED: in accordance with the Jury Verdict, dated 12/16/22, that judgment be entered in favor of the defendants and against the plaintiff.**

              Robert Farrell, CLERK

Dated: <u>12/16/22</u>        <u>/S/ Martin Castles</u>
              (By) Deputy Clerk