UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARU DESAI,<br>    *Plaintiff*,<br><br>v.<br><br>UMASS MEMORIAL MEDICAL GROUP, INC., et al.,<br>    *Defendants*. | CIVIL ACTION NO. 4:19-cv-10520-TSH<br><br>**PLAINTIFF'S NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4** |

    Plaintiff Charu Desai, by and through her attorneys, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the First Circuit the following orders of this Honorable Court:

- Clerk's Judgment for Defendants against Plaintiff (Doc. No. 189) entered on December 16, 2022.

                                          Respectfully submitted,
                                          CHARU DESAI
                                          By her attorneys,

                                          /s/ D. Cromwell Johnson, Jr.
                                          D. Cromwell Johnson, Jr. (BBO# 699414)
                                          Joseph F. Comenzo, Esq., (BBO # 667624)
                                          Timothy D. Rodden, Jr., Esq., (BBO # 691228)
                                          Upper Charles Law Group, LLC
                                          81 Hartwell Avenue, Suite 101
                                          Lexington, MA 02421
                                          Phone: 617-600-7170
                                          Fax: 781-444-2461
                                          cjohnson@uclawgroup.com
                                          jcomenzo@uclawgroup.com
                                          trodden@uclawgroup.com

Dated: January 9, 2023

**Certificate of Service**

    I, D. Cromwell Johnson, Jr., counsel for the Plaintiff, hereby certify that I have this Monday, January 9, 2023, served the foregoing document upon all parties, by electronically filing to all ECF registered parties.

                                                                         /s/ D. Cromwell Johnson, Jr.
                                                                         D. Cromwell Johnson, Jr.