**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Desai v. University of Massachusetts Memorial Medical Center et al

District Court Number: 4:19cv10520-TSH

---

Fee:   Paid?   Yes  X    No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending      Yes ____ No  X       Sealed documents      Yes  X  No ____
*If yes, document #* _____       *If yes, document #*   1,23,29,66,72,75,95

*Ex parte* documents  Yes ____ No  X       Transcripts           Yes  X  No ____
*If yes, document #* _____       *If yes, document #*   190,191,192

---

Notice of Appeal filed by: Plaintiff/Petitioner  X      Defendant/Respondent ____      Other: ____

Appeal from:
#189 Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#189 and #194

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  194   filed on  January 9, 2023  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  January 9, 2023  .


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk


**PLEASE RETURN TO THE USDC CLERK'S OFFICE**