# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Charu Desai vs. UMass Memorial Medical Group Inc., et. al.__

District Court Case No. __4:19-cv-10520-TSH__     District of Massachusetts

Date Notice of Appeal filed __1/9/2023__     Court of Appeals Case No. __23-1054__

Form filed on behalf of __Charu Desai__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Marianne Kusa-Ryll__

Phone Number of Reporter __508-929-3399__

**A.** ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | 12/15/2022; 12/16/2022 |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

**B.** ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __D. Cromwell Johnson Jr.__     Filer's Signature __[signature]__

Firm/Address __Upper Charles Law Group, 81 Hartwell Ave., Ste. 101, Lexington, MA 02421__     Filer's Email address __cjohnson@uclawgroup.com__

Telephone number __617-600-7144__     Date mailed to court reporter __01/27/2023__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)     SEE INSTRUCTIONS ON REVERSE

**CERTIFICATE OF SERVICE**

    I, D. Cromwell Johnson, Jr., counsel for the Plaintiff Charu Desai, hereby certify that I have this Friday, January 27, 2023, served the foregoing document upon all registered parties through the Court's ECF system.

                                                         <u>/s/ D. Cromwell Johnson, Jr.</u>
                                                         D. Cromwell Johnson, Jr.